# In The United States Court of Federal Claims

## Cover Sheet 06-305 T

Plaintiff(s) or Petitioner(s)

Consolidated Edison Company of New York, Inc. & Subsidiaries

**If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.**

Name of the attorney of record: [See RCFC 83.1(c)] Thomas C. Durham

Firm Name: Mayer, Brown, Rowe & Maw LLP

Post Office Box:

Street Address: 71 South Wacker Drive

City-State-Zip: Chicago, IL 60606

Telephone & Facsimile Numbers: Ph: 312-701-7216/Fax: 312-706-9187

E-mail address: tdurham@mayerbrownrowe.com

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: [2] [1] [0]

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: [T] [R] [E]

**See attached Sheet for three digit code.**

Amount Claimed: $ 328,066 plus interest and costs

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005