IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 06-305 T |
| | ) | Judge Marian Blank Horn |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Joseph A. Sergi as attorney of record for the United States.

Service of all papers by opposing parties should be addressed as follows:

Joseph A. Sergi, Esquire
U.S. Department of Justice
Tax Division, Trial Attorney
Post Office Box 683
Ben Franklin Station
Washington, D. C. 20044

Dated: May 31, 2006

s/ Joseph A. Sergi
JOSEPH A. SERGI, ESQUIRE
Justice Department (Tax)
Telephone: (202) 305-0868
Fax: (202) 307-0054