IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-305 T
(Judge Marian Blank Horn)

CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC. & SUBSIDIARIES,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
(Electronically Filed on June 15, 2006)

Pursuant to RCFC 6.1, defendant, the United States, moves for a 30-day enlargement of time, from June 19, 2006, through July 19, 2006, within which to answer or otherwise respond to the complaint filed in the above-captioned case. The complaint was filed on April 19, 2006. This is the first enlargement of time defendant has requested for this purpose.

Plaintiff's counsel has advised that plaintiff does not object to the relief requested.

As good cause for this motion, defendant states that the Internal Revenue Service has only recently provided the administrative files associated with the Plaintiff's claim for refund (5 boxes) and their views (in excess of 25 pages single spaced) as to

the facts and law. At issue in this case is the tax treatment to be accorded a Lease In/Lease Out ("LILO") arrangement plaintiff entered into with N.V. Electriciteitsbedrifj Zuid-Holland. The Internal Revenue Service has advised plaintiff that it deems the transaction an illegal tax shelter scheme.

The Department of Justice needs to review both the IRS' recommendations and the administrative files before preparing an answer or other response to plaintiff's complaint.

WHEREFORE, the defendant prays that this Court grant this motion for enlargement of time, until July 19, 2005, to answer or otherwise respond to these consolidated complaints.

Respectfully submitted,

s/ Joseph A. Sergi

DAVID N. GEIER
JOSEPH A. SERGI
Trial Attorneys, Tax Division
U.S. Department of Justice
Post Office Box 683
Ben Franklin Station
Washington, D. C. 20044
(202) 616-3448
(202) 305-0868

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

s/Steven I. Frahm
Of Counsel

June 15, 2006