# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

| | |
|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES ,**<br>**Plaintiff,**<br>**v.**<br>**UNITED STATES,**<br>**Defendant.** | **No. 06-305T**<br>**Filed: June 19, 2006** |

* * * * * * * * * * * * * * * * * * *

**O R D E R**

The court is in receipt of the defendant's June 16, 2006, unopposed motion for an enlargement of time of thirty days, to and including July 19, 2006, within which to file the defendant's response to the plaintiff's complaint. The court **GRANTS** the defendant's motion, and **ORDERS** the defendant to file its response to the plaintiff's complaint on or before **Wednesday, July 19, 2006**.

The defendant's motion was signed by Mr. Joseph A. Sergi, who was terminated as the defendant's attorney of record in this case on May 31, 2006. Pursuant to Rule 83.1(c)(1) of the Rules of the United States Court of Federal Claims, each party shall have only one attorney of record. The attorney of record for the defendant is Mr. David Geier. All future filings shall be signed by Mr. Geier.

To discuss a schedule for future proceedings in this case, the court **SCHEDULES** a status conference for **Monday, July 24, 2006, at 10:30 a.m. EDT**. All parties shall appear by telephone. Unless otherwise directed, the court will contact plaintiff's counsel at (312) 701-7216 and defendant's counsel at (202) 616-3448 for the conference. No motions for summary judgment shall be filed before the court confers with the parties at the July 24, 2006 telephone conference.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**