# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES ,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-305T**
**Filed: July 25, 2006**

## O R D E R

A status conference was held in the above-captioned case on July 24 ,2006. During the conference, the parties discussed how the above-captioned case should proceed. As discussed at the conference and agreed to by the parties, the parties shall file their Joint Preliminary Status Report on or before **Monday, September 11, 2006**. Fact discovery shall close on **Friday, February 23, 2007**. On or before **Friday, March 2, 2007**, the parties shall file a joint status report indicating the status of completion of their discovery. To discuss the parties' discovery efforts, the court will schedule a status conference to be held after receipt of the parties joint status report.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**JUDGE**