# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES ,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-305T**
**Filed: September 13, 2006**

**O R D E R**

The court is in receipt of the parties' September 11, 2006 joint status report in the above-captioned case. As previously provided in the court's order of July 25, 2006, fact discovery shall close on **Friday, February 23, 2007**. On or before **Friday, March 2, 2007**, the parties shall file a joint status report indicating the status of completion of their discovery. In addition, the court **ORDERS** the parties to appear at a status conference on **Tuesday, September 26, 2006 at 10:30 a.m.** to discuss the parties' schedule on expert witnesses and any related case issues. Both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (312) 701-7216 and defendant's counsel at (202) 616-3448.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**