# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-305T**
**Filed: January 10, 2007**

**O R D E R**

The court is in receipt of the parties' January 8, 2007 joint preliminary status report, in which the parties requested to enlarge the period for fact discovery by four (4) month and to increase the number of depositions permitted to thirty (30). The court **GRANTS** the parties' request. Fact discovery will now close on **Friday, June 22, 2007**. The parties shall file a joint status report on or before **Friday, June 29, 2007**, reflecting the completion of fact discovery and, if appropriate, the possibility of settlement.

The court reminds the parties of the previously scheduled pre-trial conference set for **Tuesday, September 11, 2007 at 10:30 a.m.** At the parties' request, however, the court will hold a status conference at that time, in place of a pre-trial conference, in order to discuss any remaining issues at the close of discovery. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (312) 701-7216 and defendant's counsel at (202) 616-3448. Neither party shall file a motion for summary judgment before the status conference is held.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**