# EXHIBIT C-5

**MINUTES of a MEETING**
**of**
**THE BOARD OF DIRECTORS OF**
**GRAMERCY DEVELOPMENT, INC**

A meeting of the Board of Directors of Gramercy Development, Inc was held at the Company's offices at 111 Broadway, New York, N Y on July 23, 1997 at 8 00 a m

Peter A Irwin, Secretary of the Company, recorded the minutes of the meeting

Present - Mary Jane McCartney, Chairman of the Board and Joan S Freilich

Absent - Paul H Kinkel

Present by Invitation Charles Muoio, President of the Company, Michael Madia and Brian DePlautt, Vice Presidents of the Company, and Vicki Kuo, Business Development Manager

- - - -

Ms McCartney called the meeting to order, noting that an agenda had been distributed to the members of the Board, along with some backup materials, which she ordered filed with the Secretary's records of the meeting

- - - -

The minutes of the stated meeting of the Board of Directors held on June 20, 1997 were presented, and on motion, duly seconded and carried, were unanimously approved

- - - -

Ms McCartney stated that the next item of business was further consideration of the participation by the Company, through a subsidiary, in a consortium to bid on a project for the acquisition of electric generating units from Empresa Electrica de Guatemala ("EFGSA") and an 18-year power purchase agreement with EEGSA, noting that the members of the Board had received a briefing on July 18, 1997 from representatives of IEP Global and the Company At Ms McCartney's request Messrs Muoio and Madia reported on the status of the project

Mr Madia reported that the bid date for the project had been extended about two weeks to August 13, 1997 Referring a document entitled "Guatemala-Bid for EEGSA Assets & 18 Year Power Purchase Agreement - Investment Recommendation, July 23,

1997," which was included in the materials distributed to the members of the Board, Messrs Muoio and Madia discussed and responded to questions on the project, including its scope, the refining of the economic models that will be used by the consortium to submit a bid and various cases that are being run, alternatives related to the size, fuel and location of the new capacity that would be provided and the status and refurbishment plans for the existing capacity, country and market risks, the membership and shares in the consortium and the proposed consortium agreement, various financing options for the project including the indicative terms to be provided by Dresdner, Kleinworth Benson, environmental standards, the on going due diligence, tax issues, the letters of credit that would be required at when the bid was submitted and when the acquisition closed, and the other companies that were expected to bid

They also discussed the proposed investment recommendation and conditions, including that the total amount of GDI's commitment would not exceed $32 million, that GDI's investment would be on a non-recourse basis, and that the project's estimated internal rate of return to GDI, after Guatemalan taxes, would not be lower than 17 5%

Messrs Muoio and Madia reported that additional information would be provided to the members of the Board on the project in the next several days and that at an appropriate time a resolution would be submitted to the members of the Board seeking their unanimous written consent to authorize the submission of a bid

- - - -

At Ms McCartney's request, Mr DePlautt then reviewed the Company's financial statements for the period ended June 30, 1997, copies of which had been distributed to the Board, including the balance sheet as of June 30, 1997, and statements of operations and cash flows, for the month of June and the six months ended June 30, 1997

- - - -

At Ms McCartney's request, Mr DePlautt then discussed the status of the Company's review of tax-advantaged leasing structures, noting that Cornerstone Financial Advisors had been retained by the Company to assist in the analysis He reviewed a document entitled "Lease Screening Criteria," dated July 21, 1997, which had been distributed to the Board, including, the target size for the Company's equity commitment, asset types, the various lease structures that were being

investigated, the regions that were being considered, the estimated returns that were available, the status of proposed tax regulations that would impact the attractiveness of the various structures, and law firms that could act as counsel for the Company

\- - - -

At Ms McCartney's request, Ms Kuo then discussed the status of the Zhejiang Distribution Management System project, including the approval process in China, noting that the request for proposals was expected to be issued in the third quarter of 1997, the expected companies that would be invited to bid including the Company and Fiacra, the search by the Company for a third partner, the development of marketing material, a proposed training seminar for Chinese officials, and the necessary development of a strong team to participate in the project

There followed a discussion of the project

\- - - -

There being no further business, on motion, duly seconded and carried, the meeting was adjourned

Secretary

# EXHIBIT C-6

MINUTES of a MEETING

of

THE BOARD OF DIRECTORS OF

CONSOLIDATED EDISON DEVELOPMENT, INC

(FORMERLY GRAMERCY DEVELOPMENT, INC )

A meeting of the Board of Directors of Consolidated Edison Development, Inc was held at the offices of Consolidated Edison Company of New York, Inc at 4 Irving Place, New York, N Y on October 29, 1997 at 10 30 a m

Peter A Irwin, Secretary of the Company, recorded the minutes of the meeting

Present Mary Jane McCartney, Chairman of the Board, and Joan S Freilich

Absent Paul H Kinkel

Present by Invitation Charles Muoio, President of the Company, Brian DePlautt, Vice President of the Company, and Kevin Burke, Vice President of Consolidated Edison Company of New York, Inc ("Con Edison")

\- - - -

Ms McCartney called the meeting to order, noting that an agenda had been distributed to the members of the Board, along with some backup materials, which she ordered filed with the Secretary's records of the meeting

\- - - -

The minutes of the meetings of Board of Directors held on September 20, 1997 and October 20, 1997, were presented and on motion, duly seconded and carried, were unanimously approved

\- - - -

At Ms McCartney's request, Mr DePlautt then discussed the Company's financial statements for the periods ended September 30, 1997, including the Balance Sheet as of September 30, 1997 and the Statement of Operations and Changes in Retained Earnings and the Statement of Cash Flows for the month of August and the period ended September 30, 1997, which were included in the materials submitted to the Board

\- - - -

There then followed a discussion among the members of the Board and the Management of the Company concerning the decision by the Board of Trustees at its meeting on October 28, 1997 to defer consideration for the time being of a subscription agreement with the Company for $100 million to support tax advantaged leasing by the Company Among the topics discussed were the Company's leasing strategy, additional information that could be provided to the Con Edison Board and the status of the various leasing transactions the Company was considering It was decided to defer consideration until a later date of the requested approvals for leasing transactions that appeared under Tab 4 of the agenda materials submitted to the Board

- - - -

Mr Muoio then reported briefly on the status of other projects, including the GENOR project and the Company's activities in China

- - - -

There being no further business, on motion, duly seconded and carried, the meeting was adjourned

Secretary

# EXHIBIT C-7

the expanded GENOR project, pending construction of a solid fuel plant. Total estimated project cost - $42 million.

- El Salvador - Regional Solid Fuel Project: IEPGD is actively seeking a site and anchor customers for the development of a 150 MW solid fuel (coal) plant. The plant would probably be located near the port of Acajutla, in El Salvador, to decrease coal transport costs. The urgency of schedule is created by the need to establish a strategic toehold for the project ahead of, or in partnership with, potential competitors. Total estimated project cost - $210 million.
- Guatemala - Power Plant Acquisition at Sidegua Steel Mill: This three year old 40 MW project is an oil-fueled operating plant that utilizes Caterpillar diesel technology. SIDEGUA currently supplies 40% of its output to a steel mill and the other 60% to the local distribution company. The schedule will be a function of the seller's level of interest. The total acquisition cost is estimated to be $36 million. GENOR's local partner, IPL, has learned that the owner is willing to discuss selling the power plant. However, he will talk with multiple parties and may end up taking bids. CED will coordinate this activity closely with IEPGD and IPL.

__Discontinued Projects__

- MEGA - On October 7, 1998 CED submitted a proposal to MEGA regarding the lease-leaseback of portions MEGA's gas distribution assets located in the province of Limburg, in the southern portion of the Netherlands. Both CED's proposal, and a competitive proposal, believed to be from Fleet Bank, were reviewed by MEGA and MEGA's advisor Price Waterhouse ("PW"). Market information indicated that the competing proposal allowed for the use of alternate equity security structures in lieu of the US Treasury securities required under the CED proposal. The use of these alternate equity security structures generally provides recipients with benefit levels higher than if similar amounts of US Treasury securities were required. CED continues its review of these alternate equity security structures but is not prepared to recommend their use at this time.

  On October 19, MEGA's advisors, PriceWaterhouseCoopers ("PWC") confirmed that MEGA has chosen to award the gas distribution lease mandate to Fleet Bank. PWC indicated that the award to Fleet was based on the following considerations: (a) security structure / economics - Fleet agreed to use a AAA security structure, such as an AIG, Berkshire or AMBAC GIC in lieu of CED's requirement for US Treasuries. This alternate security structure can generate a significant economic benefit and it appears that Fleet gave MEGA all of the benefit here. (b) Documentation - MEGA believed they might be able to get better terms and conditions by negotiating new documents with Fleet, rather than by, in effect, duplicating the EZH documentation with CED. CED is halting

# Con Edison Development, Inc.
# October 1998 Report to Board of Trustees

development efforts on MEGA and are redirecting resources to other lease pipeline projects including (a) NUON - Netherlands, (b) Electrabel - Belgium, and (c) ESAG - Germany

October 22, 1998

# EXHIBIT C-8

**MINUTES of a MEETING**

**of**

**THE BOARD OF DIRECTORS OF**

**CONSOLIDATED EDISON DEVELOPMENT, INC**

A meeting of the Board of Directors of Consolidated Edison Development, Inc was held at 4 Irving Place, New York, New York, N Y September 25, 1998 at 8 30 a m

Andrew Scher recorded the minutes of the meeting the meeting

Present Mary Jane McCartney, Chairman of the Board, Kevin Burke and Robert P Stelben

Absent David Gedris

Present by Invitation Charles Muoio, President of the Company, Ronald Bozgo, Brian DePlautt and Michael Madia, Vice Presidents of the Company, Joseph Myers, Controller of the Company, Vicki Kuo, William Lohrman and Andrew Scher, a member CECONY's Law Department

- - - -

Ms McCartney called the meeting to order, noting that materials had been distributed to the members of Board prior to the meeting She ordered that they be filed with the records of the meeting

- - - -

At Ms McCartney's request, Mr DePlautt reviewed the Company's financial statements for the period ending August 30, 1998, which had been included in the materials distributed to the Board, including the balance sheet, income statement and statement of cash flows and the income statement budget comparison In his report, Mr DePlautt highlighted accounting for the income from the EZH transaction and the fact that the transaction had originally been budgeted as a "Pickle" lease, but was in fact structured as a more profitable "Section 467" lease Mr Stelben requested that future financial statements be segmented by business, segregating out the leasing operations

- - - -

At Ms McCartney's request, Mr Madia discussed the status of the Carson project He noted that the closing of the

transaction was being delayed until the Project Partnership could resolve an ongoing dispute with Southern California Edison, relating to the amount of reimbursement to which Southern California Edison is entitled for certain capital improvements made to the Project Mr Madia advised that the transaction would be closed with no change in the targeted IRR, regardless of the delay

- - - -

At Ms McCartney's request, Mr DePlautt discussed the proposed MEGA Lease transaction, noting that the Company was recommending that it submit a non-binding indiciative bid to MEGA, which would be made subject to (among other things) final Board approval He also noted that CEI Board approval would also be required, since the MEGA transaction would cause investments in leases to exceed $100,000,000 ) If the indicative bid is acceptable to MEGA, CED and MEGA would then execute a binding letter agreement regarding the sharing of transaction costs

In response to questions from the Board about currency risk, Mr DePlautt noted that the transaction is dollar denominated and substantially backed by US Treasury obligations

The Board agreed with the plans to submit a non-binding indicative bid

- - - -

At Ms McCartney's request, Mr Madia then next discussed the potential investment by the Company in Cagayan Electric Power & Light Co , Inc ("CEPALCO"), referring to material that had been distributed to the Board He presented a video profiling the Company

There followed a length discussion of currency risk for the project Mr Madia reported that it was not anticipated that CED would hedge its investment He reported that as with any foreign investment there would be some foreign exchange risk in the transaction, however CED would be protected from currency risk to the extent that CEPALCO can recover, through its rate base, currency losses incurred on its dollar denominated indebtedness

Mr Madia discussed how CEPALCO would fit with the Company's anchor and cluster strategy and would give the Company a strong, well-connected partner in the Philippines

CE 018760

He also discussed the other utilities in the Philippines In response to a question he discussed how CED would insist on having veto rights over major decisions

Mr Madia then discussed CED's financial analysis of the investment based on 20 years of projected cash flows In response to a request from a member of the Board, Mr Madia agreed to develop a projection of the value of CED's investment in five years and an explanation of how the valuation is being made He also agreed to provide additional information about the proposed investment

There followed a further discussion of the CEPALCO project after which the Board agreed to postpone authorization of the investment until the October Board meeting

- - - -

- - - -

- - - -

Mr Madia then updated the Board on the status of the GENOR project Mr Madia explained that due to certain defects in the first unit, which were being repaired under warranty the plant was not yet generating electricity on a commercial basis and that the second unit had not arrived, although it was expected to arrive within the next several days

He discussed the financing of the transaction, noting that phase one of the financing is essentially completed, with the exception of a holdback of 10% or approximately $1,000,000 and that phase two of the financing would not be available until the Project commences generating electricity on a commercial basis

- - - -

Mr Madia then briefly discussed the proposed Connecticut Park project, which the Company was investigating in conjunction with Con Edison Energy

- - - -

At Ms McCartney's request, Ms Kuo then discussed the the indicative bid the Company submitted to design and provide and information system in Zhejang, noting that CED is on a "short list" of four final bidders

Mr Muoio then distributed and discussed summary budget projects for 1999 Ms McCartney requested that detailed projections be presented to the Board prior to their circulation to CEI The Board also requested that the 1998 and 1999 projections be segregated by business line, with leasing in particular being shown separately

- - - -

Mr Muoio then requested that the Board authorize the opening of a money market account at Citibank, which would be managed by CECONY's Treasury Department on behalf of the Company

After discussion the Board unanimously approved the opening of the account and authorized the Secretary of the Company to certify as being adopted by the Board, the form of resolutions, if any, that may be required by Citibank in order to open the account

- - - -

There being no further business, on motion, duly seconded and carried, the meeting was adjourned

Andrew Scher
Acting Secretary

# EXHIBIT C-9

Date: September 29, 1998

To: MJ McCartney
K. Burke
R. Steiben
D. Gedris
L. Tai

From: Brian DePlautt

Re: Con Edison Development
MEGA Lease

Please find attached a number of preliminary transaction description charts that summarize certain cash flows on one of the two gas distribution networks in the MEGA transaction. Also enclosed are responses to questions raised by Kevin Burke during a review of some of these charts. Please contact me if there are any questions or problems. Thank you.

Cc: C. Muoio
A. Scher




CE 012402

PF008311

9/25/98

MEGASNET4
(BEGIN SUBLEASE)
YEAR 3 CASH FLOW




CE 012403

PF008312

MEGASNET4
(END SUBLEASE)
FPO CASH FLOWS

9/25/98




CE 012404

PF008313

9/25/98

MEGASNET4
(BEGIN PUT RENEWAL SUBLEASE)
YEAR 27 CASH FLOW




CE 012405

MEGASNET 4/7 BEGIN PUT RENEWAL #3 KEVIN S (CASE10)

PF008314

MEGASNET4
(END HEADLEASE)
FINAL CASH FLOWS

9/25/98




CE 012406

PF008315

# MEGA GAS NETWORKS - 57 YEAR LIFE
## HEAD LEASE







CE 012407

# MEGA GAS NETWORKS - 57 YEAR LIFE
## FPO







CE 012408

** TOTAL PAGE.10 **

# EXHIBIT C-10

**Leasing White Paper**
**(ENECO 4)**

**Overview**

This Leasing White Paper will provide the reader with the following information: (1) a summary review of a recent lease investment made by Consolidated Edison Development, Inc. ("CED'), (2) a summary review of a new lease investment CED is pursuing, and (3) a general background on leasing.

**(1) Summary Review of Recent Lease Investment**

CED has participated in one lease-leaseback transaction to date. In December of 1997 CED invested $43.5mm for a $150mm undivided interest in the EZH RoCa3 combined cycle power plant located in the Netherlands. The following is a summary of that transaction:

| | |
|---|---|
| Project Name: | EZH RoCa3 |
| Project Country: | The Netherlands |
| Country Credit Rating: | AAA |
| Project Assets: | 220MW gas-fired combined cycle power plant |
| Project Location; | Rotterdam, the Netherlands |
| Total Project Cost: | $316mm |
| CED Portion of Total Cost: | $150mm |
| CED Equity Amount: | $43.5mm |
| Co-investor: | Banc One Leasing Corporation |
| Security for CED Equity: | US Treasury securities plus<br>Letter of credit from AA rated bank |
| CED Yield to term: | 18+% (assuming a 50%/50% debt/equity) |

**(2) Summary Review of a Potential New Lease Investment**

CED is currently pursuing the potential investment of approximately $43 million in a portion of the natural gas and hot water distribution network presently owned and operated by N.V. ENECO. ENECO is a regulated electric, gas and thermal distribution utility with a service territory which includes the cities of Rotterdam and The Hague in the southern portion of the Netherlands. ENECO is rated AA with a "stable" outlook by Standard & Poors.

CED's market entry strategy is to invest in transactions in conjunction with experienced market participants, to concentrate on assets familiar to Con Edison and to deal with utilities in countries with high credit ratings. CED is pursuing this investment opportunity in conjunction with two experienced and knowledgeable lease investors, Banc One Leasing Corporation ("Banc One")

The earnings in these transactions come from a combination of lease payments and tax deductions. Con Edison, with its high tax rate and large taxable income position, is in a particularly favorable position to take advantage of such a program.

**What is a sale-leaseback?**

In its most basic form, a sale-leaseback is the purchase of an asset and the subsequent leaseback of that asset to the seller under a long term lease agreement. Under a so-called "leveraged lease," the investor uses non-recourse debt to reduce the equity needed to purchase the asset.

Since its inception in 1964, the leveraged leasing market has continually developed new variations on this basic theme to accommodate increasingly complex accounting and tax laws and regulations. The latest of these variations are the "lease-leaseback" structures in which an asset is leased (instead of purchased) and the leasehold rights derived from that lease are then leased back to the initial owner of the facility. Lease-leaseback structures have been developed to optimize the benefits that can be derived by the utility (lessee) and the investor in these transactions.

**What kind of lease structures will be considered?**

Under the proposed investment program, investments will be considered in both sale-leasebacks and lease-leasebacks, depending on prevailing market conditions.

Because the specific transaction currently under consideration by CED is a lease-leaseback we will use this type of structure in our example of a typical transaction.

**How would a typical transaction work?**

In a typical lease-leaseback transaction, a special purpose subsidiary owned by an investor, in this case CED, would establish a trust. On the closing date, CED would invest equity in the trust and the trust would borrow non-recourse debt for the transaction. Concurrently the trust would enter into a lease agreement with a utility under which the trust would lease an asset, for example a gas and hot water distribution system, from the utility for 42 years. The trust would, at the same time, lease the system back to the utility for 23 years, after which the trust would have a number of options, described below. The initial 23 year term of the leaseback has been chosen to optimize the benefits available to both the utility and the investor. A 42-year leaseback would qualify for the tax treatment that CED and the foreign utility seek.

On the closing date of the lease, the utility would establish, for the benefit of CED, (a) a trust account containing U.S Treasury securities and (b) an irrevocable bank letter of credit from a bank rated AA or better, both in amounts that, when combined, fully secure the obligations of the utility to CED. In the event the utility were to fail to make the payments due to CED under the lease, CED could take the U.S. Treasury securities and draw on the letter of credit to satisfy any shortfalls.

At the end of the initial 23 year lease, the utility would have the option to purchase the system at a pre-agreed fixed price. If the utility did purchase the system at this time, the transaction would be completed. If the utility did not purchase the system at the end of year 23, the trust would have the option to either (a) lease the system to a third party for the remaining 19 years of the lease, (b) use the system itself, or (c) require the utility to re-lease the system for an additional 12 years at prices that would assure CED of its expected return.

Responsibility for the condition of the system would rest with the utility during the initial term of the lease, and with the third party or the utility during a subsequent lease. During the remaining 7 years under the lease, CED could either use the system itself, return the system to the utility or lease the system to third parties and in doing so obtain additional revenue. The base case economics assume no revenue for this period. At the end of the 42-year lease CED would be required to return the system to the utility.

**How would CED derive its return under a lease-leaseback?**

Under a typical lease-leaseback structure an investor's earnings are generated by applying a constant rate of return to a declining investment balance according to lease accounting rules established by the Financial Accounting Standards Board. As the investment balance declines so do the earnings and hence the earnings are front-loaded. The following schedule details the earnings profile for the first 10 years of a typical lease-leaseback

| Year | Investment ($MM) | Earnings ($MM) |
|---|---|---|
| 1998 | 42.9 | 2.3 |
| 1999 | | 2.4 |
| 2000 | | 2.3 |
| 2001 | | 2.2 |
| 2002 | | 2.1 |
| 2003 | | 2.0 |
| 2004 | | 1.8 |
| 2005 | | 1.7 |
| 2006 | | 1.6 |
| 2007 | | 1.4 |

The following chart details the earnings for a typical lease-leaseback




It is anticipated that transactions will be structured such that CED will obtain approximately the same earnings regardless of whether the utility exercises its purchase option or not.

**What are major benefits from these transactions to the investor?**

1. Highly Predictable Earnings

   The earnings from these transactions are highly predictable because each of the cash inflows and outflows to the transaction are contractually agreed to on the closing date and because, in the event of a utility payment default, the trust can take the U.S. Treasuries and draw on the bank letter of credit.

2. Front Loaded Earnings

   Because the transactions will be afforded leveraged lease accounting treatment under Financial Accounting Standards Board rules, the earnings profile for these transactions is "front-loaded' and hence provides more earnings in the early years of the transaction than in the latter years of the transaction.

3. Good to Excellent Investment Yields

   After tax yields on leasing projects are anticipated to range from a good 10% to an excellent 25% depending on the type of lease structure utilized and the leverage applied. For example, under the initial lease investment

contemplated the return of 12.5% assumes a relatively conservative leverage rate of 50%. Measurement of after tax yields, assuming a theoretical case in which the corporation has no debt (the so called "all equity return") typically range from 8.5% to 12.5%.

4. Economic Value

Because of the utility payment protection structures and the relatively low probability of losses derived from adverse tax actions, the risk adjusted rates of return exceed the required rates of return for these investments.

5. Strategic Value of Leasing

Participation in these transactions affords CED the opportunity to more fully understand the legal, regulatory, commercial and tax environment of the countries in which the leased assets are located. This in-depth understanding can provide the basis for better informed decisions regarding potential investment and partnering opportunities as the utility infrastructures in these highly developed countries are opened to investments from external sources.

**What are major benefits from these transactions to the utility?**

In entering into these transactions, the utility is able, at little or no perceived risk to itself, to obtain (a) up to 100% long term financing for a system, (b) interest rates that may be lower than those available from domestic credit sources and (c) front-end loaded funding benefits, while maintaining operating control of the system. In the case of the investment contemplated by CED, the net cash benefit to the utility is approximately 3% of the value of the leased asset, or approximately $8.5 million.

**What are the major risks from these transactions to the investor?**

1. Utility Credit Risks

Perhaps the greatest risk to the trust is the risk that the utility will default on its obligation to pay rent during the lease term. In order to minimize this risk the trust will require that the utility's lease obligations be fully secured by a combination of U.S. Treasury securities and letters of credit issued by banks with S&P ratings of AA or above. In the event the utility fails to make the lease rent payments due, the investor can use the Treasuries and the proceeds from the letter of credit to return its capital and to provide it with its expected yield.

2. <u>Foreign Country Tax Risks</u>

Another major risk implicit in the transaction is the risk that the tax laws or regulations of the country in which the asset is located change in a way that would result in lower returns to the trust, and hence the investor. Investments under the proposed program would be structured so that the risks associated with foreign country tax law changes would be fully borne by the utility.

3. <u>Pending U.S. Tax Regulations</u>

Pending tax regulations, if enacted, could significantly reduce the tax benefit to be derived by investors in lease-leaseback transactions such as the investment under consideration by CED, as described above.

[redacted]

If the pending regulations are published prior to the closing date, CED will defer the contemplated investment pending a restructuring of the transaction.

4. <u>U.S. Tax Audits</u>

It is anticipated that the transactions will be structured in ways that will make any challenges to the structure by the IRS under current regulations difficult to support or litigate by the IRS. [redacted]

Our tax counsel is very experienced in negotiating and advising on leveraged lease transactions.

In a downside tax scenario a claim would be litigated and won in tax court by the IRS. In this case, financial analysis indicates a return of CED's capital with a return on CED's capital of 2.4% over the lease term.

5. <u>Country Risks</u>

The proposed investment program will target investments in developed and highly rated countries. The initial proposed investment under the program will be in the AAA-rated Netherlands. Potential downstream opportunities include transactions in the Netherlands, Switzerland,

Australia, Germany and the United States. The contemplated transactions will be fully denominated in U.S. dollars.

6. Limited Liquidity

Investments in the assets contemplated under the proposed investment program are designed to generate earnings and cash flow over extended periods of time. While these investments do not carry the liquidity of publicly-traded securities, they can be sold if necessary, although most likely at a discount to then-current book value. The economics of these investment structures typically drive most investors to continue to maintain the investments on their books through their scheduled terms. The proposed investment program contemplates holding these investments accordingly.

**Is anyone else doing these transactions?**

Leasing investment programs form an integral part of the earnings and investment profiles of a wide range of companies, including affiliates of electric and gas utilities and holding companies such as Public Service Electric and Gas, Duquesne Light, Edison International, Southern Company, Cilcorp, and Southern Indiana Gas; telephone companies such as ATT, Nynex/Bell Atlantic, Ameritech, and US West; banks such as Bank of New York, First Chicago, Nationsbank, Bank One, and First Chicago; various insurance companies, as well as industrial corporations such as Philip Morris, Pitney Bowes, Chrysler Corporation, Dana Corporation and General Electric.

# EXHIBIT C-11

Date: December 10,1997

To: Mary Jane McCartney

From: Brian DePlautt

Re: Consolidated Edison Development, Inc.
ENECO Proposal

Please find attached a copy of the latest version of the ENECO fact sheet.

This fact sheet was on the Agenda to be discussed in the 10-29-97 Board meeting but that discussion was supplanted by a discussion of other concerns, primarily regarding the Board of Trustees reaction to the CED business plan.

In an effort to develop a "pipeline" of potential projects CED has been working with PSRC and Bank One Leasing to try to get an exclusive, non-bid, opportunity to negotiate a lease for the gas and thermal distribution assets of ENECO, the distribution utility serving Rotterdam and The Hague in the Netherlands.

The transaction contemplated will be one of the first gas and thermal distribution transactions completed and will require significant due diligence on legal, environmental and real estate issues. It is not at all clear that all of the potential issues on the transaction have as yet been identified or that there is a deep history of transactions of this type that might provide direction as to the ultimate resolution of the potential issues that may arise.

As part of the process of getting ENECO to get approval to move forward on this transaction on an exclusive, non-bid basis with the PSRC / Bank One / CED consortium ENECO would like to go to its Board of Directors on December 17, 1997 and get approval for the transaction. It is anticipated that an important part of the process to get approval from the ENECO board will be ENECO's ability to represent that is has the framework for a deal and that it has participants for the entire transaction lined up and can hence save the time, expense and risks associated with a bid situation.

We have not as yet reviewed the economics of this transaction with either Bob Steiben or Hyman Schoenblum, or reviewed any of the legal, environmental, engineering or other elements unique to the distribution system as all of these reviews fall within the scope of the due diligence process that is anticipated to commence after an expense letter is signed by the utility. It is anticipated that a full due diligence process, in which all of these areas are addressed on the transaction, will commence sometime in the beginning of January.

Project Fact Sheet

12-10-97

| | | | |
|---|---|---|---|
| Project: | **ENECO** | | |
| Asset: | Gas and hot water distribution system | | |
| Asset Size: | $810 mm | | |
| CED Portion: | $285 mm | ($43mm equity) | (15%) |
| Structure: | 178 w/ FPO and put renewal sublease<br>Springing L/C in the event ENECO rating drops below AA- (from current AA level) | | |
| CED Yield: | Leverage | Nominal Yield | Effective Yield |
| | 0% | 9.75% | 10.22% |
| | 50% | 14.73% | 15.77% |
| | 70% | 21.34% | 23.55% |
| Lessor Benefit: | 4.13% gross | 3.50% net | |
| Security: | Partially defeased - Treasuries, AA bank deposit, springing L/C if ENECO credit drops below AA | | |
| Bid Consortium: | Total | $810 mm | % of total |
| | PSRC | $325 mm | 40% |
| | CED | $285 mm | 35% |
| | BOLC | $200 mm | 25% |
| Asset description: | Gas and hot water distribution system | | |
| Asset equipment: | Various | | |
| Asset location: | Rotterdam and The Hague, The Netherlands | | |
| Lessor: | N V ENECO (ENECO) | | |
| Lessor business: | Integrated electricity and gas distribution company | | |
| Lessor rating: | AA - stable outlook | | |
| Lessor counsel: | Shearman & Sterling and Clifford Chance | | |
| Lessor advisor: | Capstar | | |
| CED counsel: | Hunton & Williams and tbd Dutch counsel | | |
| CED advisor: | Cornerstone | | |
| Close date: | 1 Q 98 - 2 Q 98 | | |
| Issues: | First gas disco in cross border market.<br>Pending electric and gas deregulation<br>Springing L/C<br>Tax law change back up structure | | |
| Status: | Indication of interest (proposal) sent 10/2/97 | | |

CE 014312

# EXHIBIT C-12

# Con Edison Development, Inc.
## September 1998 Report to Board of Trustees

CED relocated its offices to the 16th floor of 111 Broadway on September 11, 1998.

**Lease Projects Under Evaluation**

- CED continues to follow the development of a number of potential lease transactions located in: Australia, Belgium, Germany, the Netherlands, Switzerland, and the United Kingdom.

- CED has identified the following lease transaction as a potential opportunity for intensive review over the near term: Netherlands – MEGA Gas Distribution lease/leaseback. CED is currently performing due diligence on this transaction and anticipates making an investment recommendation on the project if the project due diligence proceeds as expected.

- The MEGA lease transaction, which is structured in line with the EZH lease transaction completed in 1997, consists of the acquisition of $207 mm of leasehold interests, and the subsequent leaseback of the interests, in natural gas distribution assets owned by a subsidiary of NV Maatschappij voor Elektriciteit en Gas Limburg ("MEGA"). The natural gas distribution assets are located in the province of Limburg in the southern portion of the Netherlands near the Belgium border. The project will be structured as a Section 467 triple net-lease "lease-leaseback" of a leasehold interest in the Networks.

  MEGA, based in the city of Maastricht, is one of approximately thirty-five energy distribution companies located in The Netherlands. MEGA provides electric and natural gas distribution services in an area covering approximately 90% of the Province of Limburg and is also involved in the provision of cable television, radio and telecommunications services. MEGA is owned by the PNEM/MEGA Group ("PMG"), a utility holding company which is the largest utility distribution company in The Netherlands and which also owns a neighboring utility, NV Regional Distributiebedrijif PNEM ("PNEM") which serves portions of the Province of Noord-Brabant. The obligations of MEGA under the contemplated transaction will be guaranteed by its parent, PMG. PMG is owned by the Provinces of Limburg and Noord-Brabant and by various municipalities in these two Provinces.

  As in the EZH transaction, the obligations of MEGA to make payments for CED's benefit under the various agreements will be additionally secured by combinations of: (a) a bank letter of credit ("L/C") and (b) the pledge of U.S. Treasury Securities held in a U.S. domiciled trust account. The sum of the L/C's and the U.S. Treasury Securities will be sufficient to defease MEGA's obligations to CED during the lease term.

# Con Edison Development, Inc.
# September 1998 Report to Board of Trustees

CED is actively reviewing the MEGA-Gas Distribution lease / leaseback opportunity and is preparing a request to the CED Board for approval to make a proposal to MEGA subject to CED's project due diligence. It is anticipated that the equity investment required of CED to effect control of the $207 mm leasehold interest will be $56 mm +/(-) 12%.

- CED continues research and analysis on various project structures for Internal Revenue Code Section 42 Affordable Housing Investments.

**Development Projects under Evaluation:**

- GENOR Expansion: Expansion of the GENOR diesel plant from 40 MW to 60 MW, serving increased regional industrial demand and the evolving Guatemalan wholesale market, is contingent upon expanded financing and a proven demand in a functioning wholesale market. CED has invested approximately $11.8 million in the 40 MW facility, in the form of equity and subordinated debt. In addition, pursuant to CED Board approval, CED has made shareholder loans to GENOR totaling $2.0 million. Current refinancing discussions with major lenders, if successful, will lead to improved leverage and an enhanced IRR. Total cost for the 20 MW expansion, with all soft costs included, is approximately $23.5 million. CED's incremental equity investment is estimated to be $4.5 million.

- GENOR Peripherals: To improve and maintain access to customers, GENOR plans to upgrade local electric distribution and transmission lines. The GENOR project has already committed $1,200,000 to build distribution lines to connect isolated customers and will recover its investment through separate contracts. In addition, GENOR has identified other isolated customers and will invest in new distribution lines when competitive. GENOR also plans to initiate a fuel marketing business. Shared infrastructure, strategic location and combined marketing between the power plant and the residual fuel marketing business will provide a competitive advantage over other participants in the domestic fuel supply market. GENOR has targeted a market share of reaching eventually ten percent of the six million barrels the country annually imports. This will position GENOR to market diesel fuel, following completion of a second and third fuel tank at the site. CED's incremental equity investment is estimated to be $3.5 million.

- Carson Cogeneration: The Purchase and Sale Agreement (PSA) is virtually complete and awaiting execution. Closing has been delayed by an issue with SCE, which is the sole responsibility of the seller. CED/MCNIC will not close the transaction until this issue is resolved. Reportedly, the seller has made considerable progress in resolving the issues with SCE and an expected final resolution is anticipated shortly. The buyers are preparing to issue a package for

# EXHIBIT C-13

# 1998 Investm... Targets

## Leases

- Netherlands - ENECO gas and steam distribution system, $43mm lease
- Switzerland - EGL- hydro power plant
- Switzerland - EWZ - electric transmission grid
- United Kingdom - Humber IPP plant

CE 014468
PF006436

# EXHIBIT C-14

Europe

## CURRENT PROJECT DEVELOPMENT OPPORTUNITIES: EUROPE AREA

7/27/98

| | Project # | Project Name | Location/ Client | Size (MW) | Type | Fuel | Technology | Total Project Cost ($000) | Status |
|---|---|---|---|---|---|---|---|---|---|
| Austria | 6007 | CEnergy AG | | 40.0 | | | | $ 40.0 | Inactive |
| | 6009 | LINZ | City of Linz | 100.0 | Lease | Gas | GTCC | $ 150.0 | Active |
| | Country Total | | | 140.0 | | | | $ 190.0 | |
| Belgium | 5001 | Belgian Refinery Cogeneration | Antwerp/Belgian | 45.0 | | fuel oil/gas | GTCC | $ 32.0 | Active |
| | 5025 | Solvay Chemical | Jemeppe, Belgium | 130.0 | | fuel oil/gas | GTCC | $ 97.0 | Active |
| | 5027 | Electrabel | Northern Belgium | 450.0 | Lease | Coal/gas | Coal/gas | $ 650.0 | Active |
| | Country Total | | | 625.0 | | | | $ 779.0 | |
| Czech | 6001 | Kladno ECK/ECKG | Prague | 365.0 | | gas and | CFB & GTCC | $ 300.0 | Inactive |
| | 6004 | Budejovice CHP | Budejovice | 401.0 | CHP | gas and coal | GTCC | $ 240.0 | Inactive |
| | Country Total | | | 766.0 | | | | $ 540.0 | |
| Germany | 5002 | DEA Mineraloel | Hamburg | 40.0 | | natural gas | GTCC | $ 32.0 | Active |
| | 5004 | GASAG Berliner Gaswerke Aktiengesellschaft | Berlin | | | | | $ 500.0 | Inactive |
| | 5017 | City of Hambyrg | Hamburg | 2,100.0 | | | | $ 600.0 | Inactive |
| | 5023 | ESAG | East Saxony | | Lease | | Elec Transco | $ 500.0 | Active |
| | 5024 | DEW | Dortmunder | | Lease | | Gas/Water Disco | $ 500.0 | Active |
| | | Vasa | eastern Germany | 100.0 | Lease | gas | GTCC | $ 150.0 | Active |
| | Country Total | | | 2,240.0 | | | | $ 2,282.0 | |
| Hungary | 6006 | Nitrokemia | Balaton | 30.0 | | open | open | $ 18.0 | Active |
| | 6008 | Budapest CFB Plant | Budapest | | | brown coal | CFB | $ 90.0 | Active |
| | Country Total | | | 30.0 | | | | $ 108.0 | |
| Netherlands | 5005 | EPON Power Plant | Emsshaven | 240.0 | Lease | Gas | GTCC | $ 150.0 | Inactive |
| | 5006 | EZH Power Plant | Rotterdam | 150.0 | Lease | Gas | GTCC | $ 150.0 | Closed |
| | 5007 | ENW | | | Lease | | Gas/thermal disco | $ 150.0 | Inactive |
| | 5008 | ENECO | Rotterdam | | Lease | | Gas/thermal disco | $ 500.0 | Inactive |
| | 5010 | UNA Power Plant | | | Lease | Gas | GTCC | $ 250.0 | Inactive |
| | 5013 | NUON | | | Lease | | Gas/thermal disco | $ 1,000.0 | Active |
| | 5014 | REMU | | | Lease | | Gas/thermal disco | $ 150.0 | Inactive |
| | 5019 | Delfland | Delfland | | Lease | | Gas/thermal disco | $ 500.0 | Active |
| | 5020 | MEGA | | | Lease | | Gas/thermal disco | $ 500.0 | Active |
| | 5021 | DELTA | | | Lease | | Gas/water disco | $ 1,000.0 | Active |
| | 5022 | ZETA/TEL | | | Lease | | Cable | $ 750.0 | Active |
| | | EDON | | | Lease | Gas | Gas/water disco | $ 750.0 | Active |
| | Country Total | | | 390.0 | | | | $ 5,850.0 | |
| Poland | 6002 | EC Melec | Mielec | 200.0 | | | GTCC | $ 160.0 | Active |
| | 6003 | Legnica CHP | | 30.0 | CHP | coal | | $ 30.0 | Active |

CE 018490

# EXHIBIT C-15

## PROJECT LIST: EUROPE

########

| Country | Project # | Project Name | Location/ Client | Size (MW) | Type | Fuel | Technology | Total Project Cost ($M) | Status |
|---|---|---|---|---|---|---|---|---|---|
| **Austria** | | | | | | | | | |
| | 6007 | CEnergy AG | | 40 | | | | $ 40 | Active |
| | Country Total | | | 40 | | | | $ 40 | |
| **Belguin** | | | | | | | | | |
| | 5001 | Belgian Refinery | Antwerp/Belgian Refinery | 40 | | fuel oil/gas | GTCC | $ 32 | Active |
| | Country Total | | | 40 | | | | $ 32 | |
| **Czech** | | | | | | | | | |
| | 6001 | Kladno | Prague | 365 | | gas and brown | CFB & GTCC | $ 300 | Inactive |
| | 6004 | Budejovice CHP | Budejovice | 401 | CHP | gas and coal | GTCC | $ 240 | Active |
| | Country Total | | | 766 | | | | $ 540 | |
| **Germany** | | | | | | | | | |
| | 5002 | DEA Mineraloel | Hamburg | 40 | | natural gas | GTCC | $ 32 | Active |
| | 5004 | GASAG Berliner | | | | | | $ 500 | Inactive |
| | Country Total | | | 40 | | | | $ 532 | |
| **Hungary** | | | | | | | | | |
| | 6006 | Nitrokemia | Balaton | 30 | | open | open | $ 18 | Active |
| | 6008 | Budapest CFB | Budapest | | | brown coal | CFB | $ 90 | Active |
| | Country Total | | | 30 | | | | $ 108 | |
| **Netherlands** | | | | | | | | | |
| | 5005 | EPON | | | | natural gas | GTCC | $ 150 | Inactive |
| | 5006 | EZH | | | | natural gas | GTCC | $ 150 | Closed |
| | 5007 | ENW Gas | | | | | | $ 150 | Active |
| | 5008 | ENECO | | | | | | $ 200 | Active |
| | 5010 | UNA Power | | | | | | $ 250 | Active |
| | Country Total | | | 0 | | | | $ 900 | |
| **Poland** | | | | | | | | | |
| | 6002 | EC Mielec | Mielec | 200 | | | GTCC | $ 160 | Active |
| | 6003 | Legnica CHP | | 30 | CHP | coal | | $ 30 | Active |
| | 6005 | Elana CHP | Torun | 100 | CHP | gas and coal | GTCC | $ 60 | Active |
| | Country Total | | | 370 | | | | $ 250 | |
| **Portugal** | | | | | | | | | |
| | 5003 | Sidurgia | MEGASA | 200 | | open | open | $ 150 | Active |
| | Country Total | | | 200 | | | | $ 150 | |
| **Switzerland** | | | | | | | | | |
| | 5009 | SIG District | Geneva | 50 | CHP | natural gas | GTCC | $ 50 | Active |

CE 011817



PF004246

Europe

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **PROJECT LIST: EUROPE** | | | | | | | | ####### |
| 5011 | EG Laufenburg | | | | hydro | | $ 700 | Active |
| Country Total | | | 50 | | | | $ 750 | |
| **UK** | | | | | | | | |
| **Project #** | **Project Name** | **Location/ Client** | **Size (MW)** | **Type** | **Fuel** | **Technology** | **Total Project Cost ($M)** | **Status** |
| 5012 | Humber Power | | | | gas | | $ 700 | Active |
| Country Total | | | 0 | | | | $ 700 | |
| **Summary** | | | | | | | | |
| Total | | | 1496 | | | | $ 4,002 | |

*Status:*
*Active = No decision has been made*
*Inactive = Project no longer available for consideration*
*Closed= Projects actually closed by CED*



CE 011818

PF004247

# EXHIBIT C-16

S&P 438-2455

MOODY'S 553-0377

**Li, Jeanette**

**From:** DePlautt, Brian
**Sent:** Friday, January 12, 2001 12:15 PM
**To:** Li, Jeanette
**Subject:** FW: EZH lease transaction

In addition to the items below would you please add (7) put the attached documents, (and any written correspondence regarding this in the EZH correspondence file. Thank you.

-----Original Message-----
**From:** DePlautt, Brian
**Sent:** Friday, January 12, 2001 12:09 PM
**To:** Li, Jeanette
**Cc:** Allen, Chris; Bass, Sefton; Chu, Jeffrey C; Cordeiro, Carlos J; Myers, Joseph L; Siegel, Lawrence H
**Subject:** FW: EZH lease transaction

FYI
Jeanette - as part of your new analyst responsibilities could I ask you to do the following: would you please: (1) change the file cabinet name to EZH/EON Benelux, (2) put together an ownership chart showing the E.ON AG group (3) get an S&P rating on E.ON Benelux and E.ON AG (Larry can help you with S&P London if necessary) (4) request Jay Stevens at Shearman & Sterling to review this name change and advise if it in any way negatively effects CED, (5) determine what if any changes need to be made to our documents, including the L/C and (6) start giving us reports in our 9:30 meetings. Thank you.

703 - 212-7179

-----Original Message-----
**From:** jan.trapman@eon-benelux.com [SMTP:jan.trapman@eon-benelux.com]
**Sent:** Friday, December 22, 2000 3:18 AM
**To:** bdeplautt@coneddev.com
**Subject:** EZH lease transaction

please find enlcosed information regarding the change of name of EZH, together with excerpt from Chamber of Commerce and Articles of Association.

Kind regards and merry christmas and happy new year.

Jan Trapman
Head of Financing & Risk Management

(See attached file: Uittreksel EON Benelux Generation nov2000.doc)(See attached file: Brief EON-alleenezhengels 141200.doc)(See attached file: Statuten engels EBG.doc)

Uittreksel EON Benelux Generat...  Brief EON-alleenezhengels 1412...  Statuten engels EBG.doc

2/8/01 Spoke w/ Jay Stevenson regarding the name change. He doesn't know about this change. Fax information to him for review.
called Andy, left message (want to speak to Andy before fax to Jay)
Spoke w/ Andy - he doesn't think there will be any effect on the documents. He believes that the obligations will be the same.

1/1/01 Called S&P: EON AG: Commercial Paper A1+ EON Benelux: not listed.
L-T Debt (Sr. Unsecured) AA
Called Moody's: Commercial Paper P1 : not listed
L-T Debt (Sr. Unsecured) AA2