# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-305T**
**Filed: April 18, 2007**

**O R D E R**

On April 18, 2007, plaintiff verbally requested an unopposed enlargement of time, to and including April 27, 2007, within which to respond to the defendant's two motions to compel and motion for issuance of letters of request. Plaintiff's motion for enlargement is **GRANTED**. Plaintiff shall file its response to the defendant's motions on or before **Friday, April 27, 2007**. Defendant need not file a reply.

To discuss the three motions cited above, as well as the defendant's earlier filed motion for a protective order, which is fully briefed, the court **SCHEDULES** a status conference for **Friday, May 4, 2007, at 10:30 a.m. EDT**. Counsel for both parties may appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (312) 701-7216 and defendant's counsel at (202) 616-3448. On or before **Thursday, May 3, 2007, at 12:00 p.m. EDT**, the attorneys of record shall advise chambers personnel, at (202) 357-6580, of the names and telephone numbers of any other participants in the status conference.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**