**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-305 T** |
| **v.** | ) | **Judge Marian Blank Horn** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION FOR ISSUANCE OF LETTERS OF REQUEST**

Plaintiff, Consolidated Edison Company of New York, Inc. ("Con Edison NY"), hereby objects to Defendant's Motion for Issuance of Letters of Request.

The three Letters of Request seek extensive amounts of information from the multiple foreign parties named in the Letters of Request. These burdensome Requests, if granted, are likely to result in a long delay in the trial of this case.

In the Joint Status Report filed with the Court on January 8, 2007, the United States expressed its intent to "file a motion in the coming week" [sic] "requesting that the Court issue Letters of Request to the Netherlands, Germany, and England." The United States did not file this Motion until April 6, 2007, nearly three months after it indicated its intent to file such a Motion.

The trial in this case is currently scheduled to begin October 17, 2007. Fact discovery is scheduled to close on June 22, 2007. This schedule is incompatible with the requested Motion for Issuance of Letters of Request.

Plaintiff therefore respectfully requests that Defendant's Motion for Issuance of Letters of Request be denied.

Executed on: April 27, 2007

/s/ Thomas C. Durham
Thomas C. Durham
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 701-7216
Fax: (312) 706-9187
tdurham@mayerbrownrowe.com

Attorney for Plaintiff

CERTIFICATE OF SERVICE

I, Thomas C. Durham, hereby certify that on this 27th day of April, 2007, I electronically filed the foregoing Plaintiff's Response to Defendant's Motion for Issuance of Letters of Request using the CM/ECF system, which will send notification of such filing to counsel of record in this matter who are registered on the CM/ECF system, including counsel for the United States of America identified below:

David N. Geier
U.S. Department of Justice
Tax Division, Room 7919
555 Fourth Street, N.W.
Washington, D.C. 20001

/s/ Thomas C. Durham
Thomas C. Durham
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 701-7216
Fax: (312) 706-9187
tdurham@mayerbrownrowe.com

Attorney for Plaintiff