# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 06-305T**
**Filed: May 7, 2007**

## O R D E R

On May 4, 2007, the court held a status conference in the above-captioned case, with the parties appearing by telephone. As discussed at the conference, the court **GRANTS** defendant's motion for issuance of letters of request. Defendant shall contact the clerk's office at (202) 357-6406, and arrange to pick up the signed letters of request.

With respect to defendant's motion for a protective order, on or before **Wednesday, May 9, 2007**, defendant shall not file, but shall provide directly to chambers, an unredacted copy of the IRS's Appeals Settlement Guidelines for LILO transactions, for in camera review. The copy of the Guidelines provided to chambers shall distinguish between the portion as to which protection is not sought, and the portion defendant seeks to protect.

With respect to defendant's first motion to compel, on or before **Friday, May 11, 2007**, plaintiff shall not file, but shall provide directly to chambers, copies of the three documents as to which the work product privilege is claimed, for in camera review. Also on or before **Friday, May 11, 2007**, plaintiff shall file electronically declarations in support of the privilege claim, and shall file electronically copies of any previously disclosed documents containing information similar to that contained in the three documents on which the work product privilege is claimed.

With respect to defendant's second motion to compel, on or before **Wednesday, May 16, 2007**, the parties shall file a joint status report containing a list which identifies, with specificity, what has been produced to defendant, what has not been produced, and whether there is a claim of privilege on the nondisclosed documents.

Also as discussed at the May 4, 2007 status conference, the parties shall file a joint stipulation of facts on or before **Wednesday, August 15, 2007**. The joint stipulation of

facts shall be thorough and comprehensive, contained in a single document, and accompanied by a supporting appendix. The specific stipulations of agreed upon facts shall each contain appropriate citations to documents in the appendix. If necessary, the parties shall identify any statement of material fact, also with appropriate citations to documents in the appendix, which is not agreed upon by both parties, but which one party believes to be at issue in the case. The joint stipulation of facts will assist the parties, and the court, to determine if there are material facts in dispute which would preclude motion practice and alternatively can be used for trial preparation.

Furthermore, within five days of counsel for either party becoming aware of the filing of LILO complaints in any court, or decisions on such LILO cases, the parties shall provide notice to the court in an electronic filing, containing the caption, case number, court and date of the complaint. Within five days of the issuance of a LILO decision by any court, the parties shall file a copy of the opinion electronically.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**