# EXHIBIT

# A-4

| PRODBEGBAT | PRODENDBA | BEGINBATES | ENDBATES | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| PF013415 | PF013419 | CE024139 | CE024143 | Company Profile | 00/00/0000 | Energie-Versorgung Schwaben AG | | Unknown |
| PF013420 | PF013428 | CE024144 | CE024152 | Report | 00/00/0000 | Bloomberg | | New-Hamburg Electricit Werke Hew GR |
| PF013429 | PF013437 | CE024153 | CE024161 | Report | 06/14/1998 | Extel Financial Limited | | Extel Cards Database |
| PF013438 | PF013448 | CE024162 | CE024172 | Report | 00/00/0000 | Unknown | | Unknown |
| PF013449 | PF013599 | CE024173 | CE024323 | Report | 01/01/1995 | Electricity Association Services | | International Electricity Prices - Issue 22 |
| PF013600 | PF013661 | CE024324 | CE024385 | Foreign Documen | 00/00/0000 | Unknown | | Unknown |
| PF013662 | PF013662 | CE024386 | CE024386 | File Folder | 00/00/0000 | Unknown | | Lease - ESAG - Offer Memo |
| PF013663 | PF013704 | CE024387 | CE024428 | Report | 08/00/1997 | Babcock & Brown | | Offering Memorandum 110 KV Transmission system U.S. Lease and Leaseback Financing |
| PF013705 | PF013756 | CE024429 | CE024480 | Report | 00/00/0000 | Unknown | | Business Report 01/01/96 - 12/31/96 |
| PF013757 | PF013815 | CE024481 | CE024539 | Report | 00/00/0000 | Energie - Versorgung Schwaben AG | | Annual Report 1996 |
| PF013816 | PF013819 | CE024540 | CE024543 | List | 00/00/0000 | Babcock & Brown | | Attachment D: Switching Facilities and Lines |
| PF013820 | PF013820 | CE024544 | CE024544 | File Folder | 00/00/0000 | Unknown | | Leasing - ENECO Appraisal |
| PF013821 | PF014103 | CE024545 | CE024827 | Report | 03/02/1998 | Deloitte & Touche | Resources Capital Management Corporation | Appraisal Report - Fair Market Value Study of N.V. ENECO Gas Transmission Networks |

| PRODBEGBAT | PRODENDBA | BEGINBATES | ENDBATES | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| PF014104 | PF014104 | CE024885 | CE024885 | File Folder | 00/00/0000 | Unknown | | Lease - ESAG - Brief Memo |
| PF014105 | PF014140 | CE024886 | CE024921 | Report | 08/00/1997 | ConEdison Development | | Offering Memorandum - 110 KV Transmission System U.S. Lease and Leaseback Financing |
| PF014141 | PF014141 | CE024922 | CE024922 | File Folder | 00/00/0000 | Unknown | | Leasing - VASA - Germany |
| PF014142 | PF014142 | CE024923 | CE024923 | Fax Cover Sheet | 12/14/1998 | Robert Holzman (Cornerstone Financial Advisors) | Brian DePlautt (CED) | Unknown |
| PF014143 | PF014143 | CE024924 | CE024924 | Report | 12/11/1998 | Cornerstone Financial Advisors | | VASA S&S 467 Rent Structure - Summary #1A for Consolidated Edison Leasing, Inc. |
| PF014144 | PF014145 | CE024925 | CE024926 | Report | 12/11/1998 | Cornerstone Financial Advisors | | Statements of Earnings in Accordance with FASB Accounting Standard No. 13 with 0 Days of Income Allocated tot he First Month |
| PF014146 | PF014146 | CE024927 | CE024927 | Letter | 10/23/1998 | Philip Alfieri (InnoCap) | Mark Detrempe (Cornerstone Financial Advisors) | VASA Energy GmbH & Co. KG $290 Million Cross-border Lease of three Co-generation and one Heating Facilities |
| PF014147 | PF014195 | CE024928 | CE024976 | Report | 00/00/0000 | VASA Energy | | Summary of VASA Energy Deal Facts |
| PF014196 | PF014196 | CE024977 | CE024977 | File Folder | 00/00/0000 | Unknown | | Leasing Term Sheet |
| PF014197 | PF014197 | CE024978 | CE024978 | Letter | 07/30/1997 | Robert Holzman (Cornerstone Financial Advisors) | Brian DePlautt (Gramercy Development) | Unknown |

| PRODBEGBAT | PRODENDBA | BEGINBATES | ENDBATES | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| PF014198 | PF014200 | CE024979 | CE024981 | Letter | 00/00/0000 | Unknown | | Unknown |
| PF014201 | PF014263 | CE024982 | CE025044 | Report | 00/00/0000 | Unknown | | Equity Term Sheet - Summary of Principal Terms and Conditions |
| PF014264 | PF014264 | CE025045 | CE025045 | File Folder | 00/00/0000 | Unknown | | Leasing - South West Water - UK |
| PF014265 | PF014371 | CE025046 | CE025152 | Report | 10/00/1998 | Greenwich NatWest; Capstar Partners | | Information Memorandum for a US Lease Financing of Sewage Treatment Works Plus Their Associated Sewerage Networks Operated by SouthWest Water Limited |
| PF014372 | PF014437 | CE025153 | CE025218 | Report | 00/00/0000 | nv energieprodukt iebedrijf una | | 1996 Annual Report |
| PF014438 | PF014491 | CE025219 | CE025272 | Report | 08/22/1997 | Gramercy Development | | Project Briefing Memorandum - EEMS Power Facility Lease and Leaseback Financing Draft 1 |
| PF014492 | PF014496 | CE025273 | CE025277 | Report | 08/22/1997 | Gramercy Development | | Bid for a leasehold interest in the EPON Eems Power Plant - Investment Recommendation 08/22/97 |
| PF014497 | PF014497 | CE025278 | CE025278 | File Folder | 00/00/0000 | Unknown | | Epon Skaddan Document Set |
| PF014498 | PF014499 | CE025279 | CE025280 | Memo | 08/26/1997 | Seth Jacobson (Skadden, Arps, Slate, Meagher & Flom) | Brian DePlautt (Gramercy Development); William Flowers; J. Stevenson; John Sykes (Shearman & Sterling) | Banc One Leasing / EPON |

| PRODBEGBAT | PRODENDBA | BEGINBATES | ENDBATES | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| PF014500 | PF014631 | CE025281 | CE025412 | Agreemen | 08/22/1997 | Unknown | | Participation Agreement amond N.V. Elektriciteits-Produktiemaatschappu Oost-En Noord-Nederland; BOI Leasing Corporation and Wilmington Trust Company |
| PF014632 | PF014660 | CE025413 | CE025441 | Agreemen | 08/22/1997 | Unknown | | Lease Agreement among N.V. Elektriciteits-Produktiemaatschappij Oost-En Noord-Nederland and Wilmington Trust Company |
| PF014661 | PF014661 | CE025442 | CE025442 | File Folder | 00/00/0000 | Unknown | | EPON Shearman Engagement |
| PF014662 | PF014666 | CE025443 | CE025447 | Letter | 08/25/1997 | Unknown | William Flowers (Shearman & Sterling) | Gramercy Development, Inc. |
| PF014667 | PF014667 | CE025448 | CE025448 | Letter | 08/28/1997 | Gramercy Development | William Flowers (Shearman & Sterling) | Gramercy Development, Inc. EPON Lease Transaction |
| PF014668 | PF014671 | CE025449 | CE025452 | Letter | 08/28/1997 | Gramercy Development | William Flowers (Shearman & Sterling) | Gramercy Development, Inc. |
| PF014672 | PF014743 | CE025453 | CE025524 | Agreemen | 08/22/1997 | Unknown | | Sublease Agreement between Wilmington Trust Company and N.V. Elektriciteits-Produktiemaatschappu Oost-En Noord-Nederland |
| PF014744 | PF014811 | CE025525 | CE025592 | Agreemen | 00/00/0000 | Unknown | | Definitions (EPON Facility Trus No. 1997-A1) |
| PF014812 | PF014812 | CE025593 | CE025593 | File Folder | 00/00/0000 | Unknown | | EPON SEP Plan |
| PF014813 | PF014862 | CE025594 | CE025643 | Report | 00/00/0000 | Unknown | | Electricity Plan 1997 - 2006 |

| PRODBEGBAT | PRODENDBA | BEGINBATES | ENDBATES | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| PF014863 | PF014863 | CE025644 | CE025644 | File Folder | 00/00/0000 | Unknown | | Humber Power |
| PF014864 | PF014996 | CE025645 | CE025777 | Report | 10/22/1996 | Paul Evans (Humber Power) | | South Humber Bank Power Station - Consolidated Project Report CPR/25 |
| PF014997 | PF014997 | CE025778 | CE025778 | Fax Cover Sheet | 08/05/1997 | Michael Garland (Babcock & Brown) | William Flowers (Shearman & Sterling) | EPON Leasehold Transaction |
| PF014998 | PF015000 | CE025779 | CE025781 | Report | 02/00/1997 | Babcock & Brown | | EPON Offering Memorandum |
| PF015001 | PF015001 | CE025782 | CE025782 | Fax Cover Sheet | 08/06/1997 | William Flowers (Shearman & Sterling) | Brian DePlautt (Gramercy Development) | Unknown |
| PF015002 | PF015050 | CE025783 | CE025831 | Report | 02/00/1997 | Babcock & Brown | | Offering Memorandum - Eems Power Facility Lease and Leaseback Financing |
| PF015051 | PF015051 | CE025832 | CE025832 | File Folder | 00/00/0000 | Unknown | | EPON Participation Agreement |
| PF015052 | PF015184 | CE025833 | CE025965 | Agreemen | 08/22/1997 | Unknown | | Participation Agreement N.V. Elektriciteits-Produktiemaatschappu Oost-En Noord-Nederland and Wilmington Trust Company |
| PF015185 | PF015185 | CE025966 | CE025966 | File Folder | 00/00/0000 | Unknown | | EPON Cornerstone Engagement |
| PF015186 | PF015187 | CE025967 | CE025968 | Letter | 10/09/1997 | Robert Holzman (Cornerstone Financial Advisors) | Brian DePlautt (Consolidated Edison Development) | EPON |

| PRODBEGBAT | PRODENDBA | BEGINBATES | ENDBATES | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| PF015188 | PF015188 | CE025969 | CE025969 | Fax Cover Sheet | 10/21/1997 | Robert Holzman (Cornerstone Financial Advisors) | Brian DePlautt (CED) | Unknown |
| PF015189 | PF015190 | CE025970 | CE025971 | Letter | 03/18/1997 | Robert Holzman (Cornerstone Financial Advisors) | Brian DePlautt (Gramercy Development) | EPON |
| PF015191 | PF015194 | CE025972 | CE025975 | Letter | 08/21/1997 | Robert Holzman (Cornerstone Financial Advisors) | Joop Zwagerman (EPON) | Leveraged Lease Financing of EPON's Eems Gas-Fired Power Facility |
| PF015195 | PF015195 | CE025976 | CE025976 | File Folder | 00/00/0000 | Unknown | | EPON Corresondence |
| PF015196 | PF015196 | CE025977 | CE025977 | Fax Cover Sheet | 09/16/1997 | Cornelius Mawby (NatWest Operating Leasing Limited) | Mike Garland (Babcock & Brown); Joop Swagerman (EPON) | Unknown |
| PF015197 | PF015198 | CE025978 | CE025979 | Letter | 00/00/0000 | Unknown | NatWest Operating Leasing Limited | Jersey Cross-Border Operating Lease Structure |
| PF015199 | PF015199 | CE025980 | CE025980 | Fax Cover Sheet | 09/16/1997 | Robert Holzman (Cornerstone Financial Advisors) | Jay Stevenson (Shearman & Sterling); Brian DePlautt (Gramercy Development) | Unknown |

| PRODBEGBAT | PRODENDBA | BEGINBATES | ENDBATES | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| PF015200 | PF015200 | CE025981 | CE025981 | Fax Cover Sheet | 09/16/1997 | Michael Garland (Babcock & Brown) | Mark DeTrempe (Cornerstone Financial Advisors) | NatWest Term Sheet Release |
| PF015201 | PF015201 | CE025982 | CE025982 | Memo | 09/23/1997 | William Flowers (Shearman & Sterling) | Michael Mattasits; James Donahue; Brian DePlautt; Mark DeTrempe | EPON - Jersey Lease |
| PF015202 | PF015202 | CE025983 | CE025983 | Fax Cover Sheet | 09/23/1997 | William Flowers (Shearman & Sterling) | Michael Mattasits; James Donahue (Banc One Leasing Corp.); Brian DePlautt (Gramercy Development); Mark DeTrempe (Cornerstone Financial Advisors); Andre LeDuc (Skadden, Arps, Slate, Meagher & Flom) | Unknown |
| PF015203 | PF015203 | CE025984 | CE025984 | File Folder | 00/00/0000 | Unknown | | EPON Credit Rating |
| PF015204 | PF015204 | CE025985 | CE025985 | Letter | 04/08/1997 | Amarit Gescher; Michael Crehan | Jochum Wijbenga (Epon) | Unknown |

| PRODBEGBAT | PRODENDBA | BEGINBATES | ENDBATES | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| PF015205 | PF015205 | CE025986 | CE025986 | Fax Cover Sheet | 09/09/1997 | Michael Garland (Babcock & Brown) | Mark DeTrempe (Cornerstone Financial Advisors) | New EPON U.S. Lease Transaction |
| PF015206 | PF015206 | CE025987 | CE025987 | File Folder | 00/00/0000 | Unknown | | EPON EEMS Plant |
| PF015207 | PF015274 | CE025988 | CE026055 | Agreemen | 00/00/0000 | Unknown | | Definitions (EPON) Facility Trust No. 1997-A1) |
| PF015275 | PF015275 | CE026056 | CE026056 | File Folder | 00/00/0000 | Unknown | | EPON Head Lease Agreement |
| PF015276 | PF015295 | CE026057 | CE026076 | Report | 00/00/0000 | EPON | | The construction of the new Eems Power Station |
| PF015296 | PF015296 | CE026077 | CE026077 | File Folder | 00/00/0000 | Unknown | | EPON Definitions |
| PF015297 | PF015325 | CE026078 | CE026106 | Agreemen | 08/22/1997 | Unknown | | Lease Agreement among N.V. Elektriciteits-Produktiemaatschappu Oost-En Noord-Nederland and Wilmington Trust Company |
| PF015326 | PF015326 | CE026107 | CE026107 | Fax Cover Sheet | 10/24/1997 | Brian DePlautt (Con Edison Development | W. Flowers (Shearman & Sterling) | Unknown |
| PF015327 | PF015327 | CE026108 | CE026108 | File Folder | 00/00/0000 | Unknown | | EPON Interest Rate Letter |
| PF015328 | PF015328 | CE026109 | CE026109 | Fax Cover Sheet | 09/15/1997 | David Polster (Skadden, Arps, Slate, Meagher & Flom) | Brian DePlautt (Gramercy Development); William Flowers (Shearman & Sterling) | Unknown |

| PRODBEGBAT | PRODENDBA | BEGINBATES | ENDBATES | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| PF015329 | PF015329 | CE026110 | CE026110 | Memo | 09/15/1997 | David Polster (Skadden, Arps, Slate, Meagher & Flom) | Michael Garland | Banc One / EPON - Interest Rate Letters |
| PF015330 | PF015332 | CE026111 | CE026113 | Letter | 08/08/1997 | Unknown | | Unknown |
| PF015333 | PF015336 | CE026114 | CE026117 | Letter | 08/08/1997 | Unknown | | Unknown |
| PF015337 | PF015340 | CE026118 | CE026121 | Letter | 08/08/1997 | Unknown | | Unknown |
| PF015341 | PF015341 | CE026122 | CE026122 | Fax Cover Sheet | 09/16/1997 | Robert Holzman (Cornerstone Financial Advisors) | Brian DePlautt (Gramercy Development) | Unknown |
| PF015342 | PF015342 | CE026123 | CE026123 | Fax Cover Sheet | 09/15/1997 | David Polster (Skadden, Arps, Slate, Meagher & Flom) | Michael Garland (Babcock & Brown); Robert Holzman (Cornerstone Financial Advisors) | Unknown |
| PF015343 | PF015343 | CE026124 | CE026124 | Memo | 09/15/1997 | David Polster (Skadden, Arps, Slate, Meagher & Flom) | Michael Garland | Banc One / EPON - Interest Rate Letters |
| PF015344 | PF015346 | CE026125 | CE026127 | Letter | 08/08/1997 | Unknown | | Unknown |
| PF015347 | PF015350 | CE026128 | CE026131 | Letter | 08/08/1997 | Unknown | | Unknown |
| PF015351 | PF015354 | CE026132 | CE026135 | Letter | 08/08/1997 | Unknown | | Unknown |
| PF015355 | PF015355 | CE026136 | CE026136 | File Folder | 00/00/0000 | Unknown | | EPON Annual Report |

| PRODBEGBAT | PRODENDBA | BEGINBATES | ENDBATES | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| PF015356 | PF015356 | CE026137 | CE026137 | Letter | 09/10/1997 | Robert Holzman (Cornerstone Financial Advisors) | Brian DePlautt (Gramercy Development) | Unknown |
| PF015357 | PF015357 | CE026138 | CE026138 | Report | 09/10/1997 | Unknown | | Capstar Transactions (In Capstar's Current Estimated Order of Completion) |
| PF015358 | PF015358 | CE026139 | CE026139 | Fax Cover Sheet | 09/09/1997 | Michael Garland (Babcock & Brown) | Mark DeTrempe (Cornerstone Financial Advisors) | New EPON U.S. Lease Transaction |
| PF015359 | PF015359 | CE026140 | CE026140 | Letter | 04/08/1997 | Amrit Gescher; Michael Crehan (Standard & Poor's) | Jochum Wijbenga (EPON) | Unknown |
| PF015360 | PF015430 | CE026141 | CE026211 | Report | 00/00/0000 | EPON | | Annual Report |
| PF015431 | PF015502 | CE026212 | CE026283 | Report | 00/00/0000 | EPON | | Annual Report 1995 |

| PRODBEGN | PRODENDNO | BEGINBATES | ENDBATES | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| PF006492 | PF006492 | CED000001 | CED000001 | Letter | 08/16/2005 | Richard Ellsworth (Deloitte & Touche) | Andy Scher (ConEd) | Unknown |
| PF006493 | PF006543 | CED000002 | CED000052 | Report | 04/03/1996 | N.V. Nederlandse Gasunie | | Annual report the the 1995 financial year |
| PF006544 | PF006559 | CED000053 | CED000068 | Report | 05/00/1996 | N.V. Nederlandse Gasunie | | Long-term market analysis - Key data from the Gas Marketing Plan |
| PF006560 | PF006743 | CED000069 | CED000252 | Report | 02/00/1996 | C.W.M. Dessens (Netherlands) | | 1996 Third White Paper on Energy Policy |
| PF006744 | PF006796 | CED000253 | CED000305 | Report | 03/26/1997 | N.V. Nederlandse Gasunie | | Annual report on the 1996 financial year |
| PF006797 | PF006841 | CED000306 | CED000350 | Publication | 03/00/1995 | N.V. Sep / Dutch Electricity Generating Board; Association of Energy Distribution Companies in the Netherlands | | Electricity in the Netherlands 1994 |
| PF006842 | PF006886 | CED000351 | CED000395 | Publication | 05/00/1996 | N.V. Sep / Dutch Electricity Generating Board; Association of Energy Distribution Companies in the Netherlands | | Electricity in the Netherlands 1995 |

| PRODBEGN | PRODENDNO | BEGINBATES | ENDBATES | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| PF006887 | PF006930 | CED000396 | CED000439 | Publication | 05/00/1997 | N.V. Sep / Dutch Electricity Generating Board; Association of Energy Distribution Companies in the Netherlands | | Electricity in the Netherlands 1996 |
| PF006931 | PF006997 | CED000440 | CED000506 | Report | 03/27/1996 | N.V. Sep / Dutch Electricity Generating Board | | Annual Report |
| PF006998 | PF007049 | CED000507 | CED000558 | Report | 07/00/1996 | N.V. Sep / Dutch Electricity Generating Board | | Electricity Plan 1997 - 2006 |
| PF007050 | PF007106 | CED000559 | CED000615 | Report | 07/00/1996 | N.V. Sep / Dutch Electricity Generating Board | | Notes to Electricity Plan 1997 - 2006 |
| PF007107 | PF007160 | CED000616 | CED000669 | Report | 03/27/1996 | EZH | | Annual Report 1995 |
| PF007161 | PF007225 | CED000670 | CED000734 | Report | 03/26/1996 | EZH | | Annual Report 1996 |
| PF007226 | PF007228 | CED000735 | CED000737 | Report | 05/15/1996 | N.V. Nederlandse Gasunie | | Facts & Figurs 1994 |
| PF007229 | PF007231 | CED000738 | CED000740 | Memo | 11/06/1997 | Jan Trapman (EZH) | Rick Ellsworth (Deloitte & Touche) | Information on RoCa-3 and Heat / CO2 pipeline |

| PRODBEGN | PRODENDNO | BEGINBATES | ENDBATES | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| PF007232 | PF007233 | CED000741 | CED000742 | Memo | 11/06/1997 | Jan Trapman (EZH) | Rick Ellsworth (Deloitte & Touche) | Estimated Value Roca-3 + Transportine |
| PF007234 | PF007234 | CED000743 | CED000743 | Chart | 10/30/1997 | Unknown | | Roca-3 eh TLH Plant Rotterdam |
| PF007235 | PF007240 | CED000744 | CED000749 | Publication | 06/00/1996 | EZH | | Roca-3 - Innovation for the B triangle |
| PF007241 | PF007241 | CED000750 | CED000750 | Cover Sheet | 00/00/0000 | Unknown | | ROCA3 - Documentation |
| PF007242 | PF007245 | CED000751 | CED000754 | Report | 00/00/0000 | Bloomberg Financial Markets | | Close / Value for the period of 06/02/97 - 12/12/97 |
| PF007246 | PF007249 | CED000755 | CED000758 | Publication | 00/00/0000 | Unknown | | Natural Gas - Reserves - Infrastructure to Support Natural Gas Usage - Regional Activity |
| PF007250 | PF007250 | CED000759 | CED000759 | Letter | 11/26/1997 | J.A.H. deJong (EZH) | Richard Ellsworth (Deloitte & Touche) | Closing date |
| PF007251 | PF007251 | CED000760 | CED000760 | Cover Sheet | 00/00/0000 | Unknown | | ROCA3 - Correspondence Sent |
| PF007252 | PF007252 | CED000761 | CED000761 | Cover Sheet | 00/00/0000 | Unknown | | German Lease - Turbine |
| PF007253 | PF007254 | CED000762 | CED000763 | Fax Cover Sheet | 11/14/1997 | Steve Liu (Deloitte & Touche) | Don Roback (Cornerstone) | Unknown |
| PF007255 | PF007255 | CED000764 | CED000764 | Report | 11/14/1997 | Unknown | | Preliminary FMV Analysis - Gas-Fired Power Plant |
| PF007256 | PF007256 | CED000765 | CED000765 | Fax Cover Sheet | 12/03/1997 | Robert Holzman (Cornerstone) | Jay Stevens (Shearman & Sterling); Rick Ellsworth, Steve Liu, George Revock (Deloitte & | Unknown |

| PRODBEGN | PRODENDNO | BEGINBATES | ENDBATES | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | Touche) | |
| PF007257 | PF007257 | CED000766 | CED000766 | Memo | 11/20/1997 | Tjepco van Voorst Vader; Louis Bouchez (Clifford Chance) | EZH Roca 3 Working Group | EZH; Roca 3 Financing - Common Facilities |
| PF007258 | PF007259 | CED000767 | CED000768 | Memo | 12/04/1997 | Shearman & Sterling | Files | EZH RoCa 3 - Tax Characterization of German Lease |
| PF007260 | PF007260 | CED000769 | CED000769 | Chart | 00/00/0000 | Unknown | | Unknown |
| PF007261 | PF007263 | CED000770 | CED000772 | Product Information | 12/11/1997 | Wabash Power Equipment Co. | | Steam Turbine Generators |
| PF007264 | PF007266 | CED000773 | CED000775 | Product Information | 12/11/1997 | Belyea Company Inc. | | Electrical Power Systems |
| PF007267 | PF007267 | CED000776 | CED000776 | Cover Sheet | 00/00/0000 | Unknown | | ROCA3 - Site Visit |
| PF007268 | PF007269 | CED000777 | CED000778 | Handwritten Notes | 11/11/1997 | Unknown | | Roca 3 |
| PF007270 | PF007270 | CED000779 | CED000779 | Site Plan | 00/00/0000 | Unknnown | | Common Facilities |
| PF007271 | PF007271 | CED000780 | CED000780 | Cover Sheet | 00/00/0000 | Unknown | | Princing - ROCA3 |
| PF007272 | PF007272 | CED000781 | CED000781 | Fax Cover Sheet | 12/14/1997 | Robert Holzman (Cornerstone) | Steve Liu, Rick Ellsworth (Deloitte & Touche) | Unknown |
| PF007273 | PF007273 | CED000782 | CED000782 | Report | 00/00/0000 | Unknown | | Compulsion Test Breakdown |
| PF007274 | PF007275 | CED000783 | CED000784 | Report | 12/14/1997 | Cornerstone | | Sublease Cash Flow Report |
| PF007276 | PF007277 | CED000785 | CED000786 | Report | 12/14/1997 | Cornerstone | | FMV Calculation Proof Report |
| PF007278 | PF007278 | CED000787 | CED000787 | Report | 12/14/1997 | Cornerstone | | Rent Stream 1 - Scheduled Sublease Rents |

| PRODBEGN | PRODENDNO | BEGINBATES | ENDBATES | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| PF007279 | PF007279 | CED000788 | CED000788 | Report | 12/14/1997 | Cornerstone | | Revenue / Expense Stream 2 - Head Lease Cash Rents |
| PF007280 | PF007280 | CED000789 | CED000789 | Report | 12/14/1997 | Cornerstone | | Revenue / Expense Strean 5 |
| PF007281 | PF007281 | CED000790 | CED000790 | Report | 12/14/1997 | Cornerstone | | Revenue / Expense Stream 6 - Unencumbered Fair Market Value |
| PF007282 | PF007282 | CED000791 | CED000791 | Report | 12/14/1997 | Cornerstone | | Revenue / Expense Stream 7 |
| PF007283 | PF007283 | CED000792 | CED000792 | Report | 12/14/1997 | Cornerstone | | Revenue / Expense Stream 10 - Encumbered Fair Market Value |
| PF007284 | PF007284 | CED000793 | CED000793 | Report | 12/14/1997 | Cornerstone | | Revenue / Expense Stream 12 - Equity Stipulated Loss Value |
| PF007285 | PF007285 | CED000794 | CED000794 | Report | 12/14/1997 | Cornerstone | | Revenue / Expense Stream 15 - Letter of Credit Fee |
| PF007286 | PF007286 | CED000795 | CED000795 | Report | 12/14/1997 | Cornerstone | | Non-Recourse Debt |
| PF007287 | PF007287 | CED000796 | CED000796 | Report | 12/14/1997 | Cornerstone | | Sublessee Loan |
| PF007288 | PF007288 | CED000797 | CED000797 | Report | 12/14/1997 | Cornerstone | | Trustee Treasury Collateral |
| PF007289 | PF007289 | CED000798 | CED000798 | Report | 12/14/1997 | Cornerstone | | Lease Collateral Deposit |
| PF007290 | PF007290 | CED000799 | CED000799 | Cover Sheet | 00/00/0000 | Unknown | | ROCA3 - Correspondence Rec. |
| PF007291 | PF007291 | CED000800 | CED000800 | Fax Cover Sheet | 12/05/1997 | Jan Trapman (EZH) | W. Flowers (Shearman & Sterling) | RoCa-3 power plant |
| PF007292 | PF007321 | CED000801 | CED000830 | Report | 00/00/0000 | Unknown | | RoCo-3 power plant + Network |

# EXHIBIT

# A-5

| BEGINBATES | ENDBATES | PRODBEGBATE | PRODENDBATE | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| CE003005 | CE003015 | PF015503 | PF015513 | Letter | 02/18/1998 | William Flowers (Shearman & Sterling) | Brian DePlautt (Consolidated Edison Development) | EZH RoCa 3 Facility Lease |
| CE003786 | CE003787 | PF005618<br>PF015514 | PF005619<br>PF015515 | Memo | 11/20/1997 | Brian DePlautt | Robert Stelben; Hyman Schoenblum | Consolidated Edison Development, Inc. EZH Lease |
| CE004704 | CE004705 | PF007852<br>PF015516 | PF007853<br>PF015517 | Memo | 11/20/1997 | Brian DePlautt | Robert Stelben; Hyman Schoenblum | Consolidated Edison Development, EZH Lease |
| CE004706 | CE004707 | PF005647<br>PF007854<br>PF015518 | PF005648<br>PF007855<br>PF015519 | Memo | 11/21/1997 | Brian DePlautt | Mary McCartney | Consolidated Edison Development, EZH Lease Status Update |
| CE005823 | CE005823 | PF005893<br>PF015520 | PF005893<br>PF015520 | Memo | 11/18/1997 | Brian DePlautt | Peter Irwin | CED Legal Services Support |
| CE005824 | CE005824 | PF005894<br>PF015521 | PF005894<br>PF015521 | Report | 00/00/0000 | Unknown | | Preliminary Scope of Services - EZH |
| CE005825 | CE005825 | PF015522 | PF015522 | Memo | 11/21/1997 | Brian DePlautt | Andrew Scher | Consolidated Edison Development, EZH Transaction |
| CE007170 | CE007198 | PF015523 | PF015551 | Agreement | 12/14/1997 | Unknown | | Tax Indemnity Agreement between Electriciteitsbedr ijf Zuid-Holland and (Investor) |

| BEGINBATES | ENDBATES | PRODBEGBATE | PRODENDBATE | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| CE007199 | CE007199 | PF015552 | PF015552 | Memo | 12/14/1997 | Michael Apelt (Shearman & Sterling) | William Flowers | EZH / RoCa 3 |
| CE008028 | CE008028 | PF015553 | PF015553 | Memo | 11/21/1997 | Brian DePlautt | Andrew Scher | Consolidated Edison Development, Inc. EZH Transaction Project Tax Information |
| CE011543 | CE011544 | PF015554 | PF015555 | Memo | 12/04/1997 | Shearman & Sterling | Files | EZH RoCa3 Tax Characterization of German Lease |
| CE011757 | CE011782 | PF008228<br>PF015556 | PF008253<br>PF015581 | Report | 08/04/1998 | Con Edison Development | | Leasing Plan |
| CE011952 | CE011953 | PF007322<br>PF015582 | PF007323<br>PF015583 | Memo | 02/13/1998 | Charles Muoio | Mary McCartney; Joan Freilich; Paul Kinkel; Peter Irwin; Kevin Burke | ENECO Lease |
| CE011954 | CE011956 | PF007324<br>PF015584 | PF007326<br>PF015586 | Email | 02/11/1998 | Brian | Mary McCartney | ENECO Talking Points |
| CE011957 | CE011963 | PF007327<br>PF008258<br>PF015587 | PF007333<br>PF008264<br>PF015593 | Email | 02/09/1998 | Brian | Mary McCartney | ENECO White Paper |
| CE011965 | CE011972 | PF008265<br>PF015594 | PF008272<br>PF015601 | Report | 00/00/0000 | Unknown | | Leasing White Paper (ENECO 4) |
| CE012018 | CE012023 | PF004350<br>PF008275<br>PF015602 | PF004355<br>PF008280<br>PF015607 | Report | 00/00/0000 | Unknown | | Leasing White Paper |

| BEGINBATES | ENDBATES | PRODBEGBATE | PRODENDBATE | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| CE016587 | CE016589 | PF008570 PF015608 | PF008572 PF015610 | Email | 12/12/1997 | Brian DePlautt; Mary Jane McCartney; Peter Irwin; Charles Muoio; Michael Madia | Mary Jane McCartney; B. DePlautt; Charles Muoio; Joan Freilich | Meeting with John Hancock Investment Officers |
| CE016709 | CE016715 | PF008614 PF015611 | PF008620 PF015617 | Report | 11/25/1997 | Unknown | | Leasing White Paper |
| CE016716 | CE016723 | PF008621 PF015618 | PF008628 PF015625 | Report | 12/01/1997 | Unknown | | Leasing White Paper (version 2) |
| CE016724 | CE016731 | PF008629 PF015626 | PF008636 PF015633 | Report | 12/01/1997 | Unknown | | Leasing White Paper (version 2) |
| CE016732 | CE016739 | PF008637 PF015634 | PF008644 PF015641 | Report | 12/01/1997 | Unknown | | Leasing White Paper |
| CE016740 | CE016746 | PF008645 PF015642 | PF008651 PF015648 | Report | 11/25/1997 | Unknown | | Leasing White Paper |
| CE016747 | CE016753 | PF008652 PF015649 | PF008658 PF015655 | Report | 11/25/1997 | Unknown | | Leasing White Paper |
| CE016914 | CE016920 | PF008790 PF015656 | PF008796 PF015662 | Report | 12/02/1997 | Unknown | | Leasing White Paper |
| CE018288 | CE018295 | PF009307 PF015663 | PF009314 PF015670 | Summary | 12/01/1997 | Unknown | | Leasing White Paper (version 2) |
| CE018297 | CE018301 | PF009316 PF015671 | PF009320 PF015675 | Summary | 11/25/1997 | Unknown | | Leasing White Paper |
| CE020595 | CE020617 | PF011023 PF015676 | PF011045 PF015698 | Presentation Materials | 10/15/1998 | ConEdison Development | | MEGA Lease Opportunity Transaction Overview |

| BEGINBATES | ENDBATES | PRODBEGBATE | PRODENDBATE | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| CE020644 | CE020645 | PF015926 | PF015927 | Report | 00/00/0000 | Unknown | | Mega 467 Structure Downside Analyses - Risk 1 - Head Lease is not a true lease |
| CE020646 | CE020647 | PF015928 | PF015929 | Report | 00/00/0000 | Unknown | | Mega 467 Structure Downside Analyses - Risk 2 - Sublease is not a true lease - FPO Case |
| CE020648 | CE020648 | PF015930 | PF015930 | Report | 00/00/0000 | Unknown | | Mega 467 Structure Downside Analyses - Risk 4a - Sham Transaction - FPO Case |
| CE020649 | CE020649 | PF015931 | PF015931 | Email | 11/13/1998 | Carlos Cordeiro | Joseph Myers | Downside |
| CE020650 | CE020650 | PF015932 | PF015932 | Email | 11/13/1998 | Carlos Cordeiro | Joseph Myers | Mego Downside |
| CE020718 | CE020784 | PF011134<br>PF015699 | PF011200<br>PF015765 | Report | 09/03/1998 | ConEdison Development | | Project Briefing Memorandum - Gas Distribution Network Lease and Leaseback Financing |
| CE020812 | CE020838 | PF011202<br>PF015766 | PF011228<br>PF015792 | Presentation Material | 08/17/1998 | ConEdison Development | | Con Edison Development Lease Plan - Business Plan Executive Summary |

| BEGINBATES | ENDBATES | PRODBEGBATE | PRODENDBATE | DOCTYPE | DOCDT | AUTHOR | RECIPIENTS | SUBJECT |
|---|---|---|---|---|---|---|---|---|
| CE020839 | CE020855 | PF011229<br>PF015793 | PF011245<br>PF015809 | Presentation Material | 00/00/0000 | ConEdison Leasing | | Business Plan Executive Summary |
| CE023541 | CE023596 | PF012829<br>PF015810 | PF012884<br>PF015865 | Report | 12/10/1997 | ConEdison Development | | Netherlands - Investment Recommendation - Investment in a leasehold interest in the EZH RoCa3 Power Plant |
| CE023597 | CE023602 | PF012885<br>PF015866 | PF012890<br>PF015871 | Report | 12/10/1997 | ConEdison Development | | Netherlands - Investment Recommendation - Investment in a leasehold interest in the EZH RoCa3 Power Plant |
| CE025219 | CE025272 | PF014438<br>PF015872 | PF014491<br>PF015925 | Report | 08/22/1997 | Gramercy Development | | Project Briefing Memorandum - EEMS Power Facility Lease and Leaseback Financing Draft 1 |

# EXHIBIT

# B

**Privilege Log by Con Edison**
**as of May 16, 2007**

| Bates No. | Date | Author(s) | Recipient(s) | Description | Page(s) | Privilege | Status |
|---|---|---|---|---|---|---|---|
| No Bates Number | Oct. 23, 1997 | A. Scher | P. O'Shea | Memorandum providing legal advice | 2 | Attorney-Work Product | Submitted for *in camera* review |
| CE012095-102 | Nov. 20, 1997 | W. Flowers<br>M. Apelt<br>D. Keily | B. DePlautt | Memorandum providing legal advice | 8 | Attorney Work Product | Submitted for *in camera* review |
| No Bates Number | Nov. 20, 1997 | W. Flowers<br>M. Apelt | B. DePlautt | Memorandum providing legal advice | 8 | Attorney Work Product | Submitted for *in camera* review |
| CE003029-044 | Dec. 15, 1997 | B. Meesters<br>E. Magnin | Con Edison Leasing | Legal Opinion with attachment | 16 | Attorney-Client Communication<br><br>Attorney Work Product | Privilege not disputed |
| CE003058-067 | Dec. 15, 1997 | T. Verhoeven | BOI Leasing Corp.<br><br>Con Edison Leasing | Legal Opinion with attachment | 10 | Attorney-Client Communication<br><br>Attorney Work Product | Privilege not disputed |

# EXHIBIT

# C

| Documents not yet produced to United States by Con Ed referenced in other documents | | |
|---|---|---|
| **Description** | **Referenced In** | **Likely Author** |
| LILO Review Agenda, dated Aug. 5, 2004 | PWC001476 (3rd Party Document) | |
| Email to Steve Bram from Andrew Scher dated 11/15/2004 | PWC001476 | A. Scher |
| LILO Legal summary and cover email dated 9/14/04 | PWC001476 | A. Scher |
| Email from Saddie Smith to Eugene McGrath dated 6/11/2004 re: NUON | PWC001476 | Saddie Smith |
| 12/9/2003 fax from Andrew Scher to Luis Arritola and Dennis D'Eridita | PWC001476 | A. Scher |
| 11/18/2003 letter from T. Durham to L. Arritola re: 467 analysis of EZH transaction | PWC001476 | T. Durham |
| Letter dated 2/13/2004 from Thomas Durham to Dennis D'Eridita re: IRS rebuttal of § 467 analysis | PWC001476 | T. Durham |
| Mark-up of questions and responses faxed by Andrew Scher to Luis Arritola and Dennis D'Eridata on 11/24/2003 | PWC001477 | A. Scher |
| Memo by Andrew Scher on BB&T decision | PWC0001451 | A. Scher |
| All communications with Watson Farley & Williams pertaining to the tax opinion letter produced to its accountants PWC with respect to the NUON and EZH LILOs. | PWC000005-55 (7/05 EZH tax opinion)/PWC00161-213 (7/05 NUON tax opinion) | |
| Summary of Investments (June 1999) and any other such summaries or analysis | Mitchell & Titus (3rd party accountant) production no bates | J. Myers |
| Documents pertaining to restatement of appropriate accounting treatment of EZH transaction | PF010782 | J. Myers |
| Documentation pertaining to model leasing projects | PF010782 | J. Myers |
| Documentation pertaining to communications between DePlautt and "originators, advisors, and industry contacts" in the leasing industry other than Cornerstone | PF010763 | DePlautt |
| Tax and accounting white papers for Leasing transactions | PF010766 | DePlautt |
| Documents pertaining to detailed financial analysis of leasing transactions including: Spreadsheet Model with stand alone analysis capability for EZH and NUON transactions;<br>HL and FPO; proforma analysis for MEGA;<br>Detailed automatic scenarios for tax downside evaluations;<br>Back lever analysis related to lease transactions;<br>Automated FASB 13 computation for lease | PF010791 | Cordiero |

| | | |
|---|---|---|
| transactions | | |
| Documents containing review and comment on new offers (international transactions) | PF010792 | Cordiero |
| Documents reflecting the Back up for rationale behind use of calculation methodologies used | PF010793 | Cordiero |
| Road-map write up of tax downside scenarios | PF010793 | Cordiero |
| Anchor and Cluster Strategy Report | PF010787 | Vicki Kuo |
| Document defending Leasing as a part of CED's core business | US07041 | DePlautt |

| **Redacted Documents Not Produced to United States** | | |
|---|---|---|
| **Bates No.** | **Description** | **Status** |
| PF03031 | Portion of presentation produced in initial disclosures | Attached as exhibit to U.S. Motion to Compel, no claim of privilege was ever asserted by Plaintiff |
| PF006207-10 | Handwritten CED Board minutes in redacted form | No claim of privilege ever asserted. |
| PF009357 | Con Edison heading | Not |
| US01781-82 | Handwritten Board Minutes dated 4/14 | Redacted and never produced in this litigation |
| US01779-80, US01812-15 | 4/14/99 Board Minutes of CED, discussing, among other things, the status of the EZH transaction | Redacted and never produced in this litigation |
| US01816-17 | Andrew Scher notes from 9/25 Board Meeting of CED, discussing, among other things the accounting for the EZH transaction | Redacted and never produced in this litigation, appears to be missing pages |
| US01818-19 | Handwritten Board Minutes dated 11/25 | Redacted and never produced in this litigation, appears to be missing pages |
| US01820 | Handwritten Board Minutes dated 9/25 | Redacted and never produced in this litigation, appears to be missing pages |
| US01821-22 | Handwritten Board Minutes dated 4/30 | Redacted and never produced in this litigation, appears to be missing pages |
| US01823-25 | Handwritten Board Minutes dated 9/28 | Redacted and never produced in this litigation, appears to be missing pages |
| US01826-27 | Handwritten Board Minutes dated 1/29, Bates No. CE01957316, 19 | Redacted and never produced in this litigation, appears to be missing pages |
| US02614-2628 | CED presentation pertaining to among other things, CED's investment strategy in 1998, including LILO's. | Redacted and never produced in this litigation, appears to be missing pages |
| US02711-28 | 1997 CED presentation pertaining to among other things, CED's leasing strategy. | Redacted and never produced in this litigation |
| US02735-36 | Income statement budget comparison CED 1/01 | Redacted and never produced in this |

| | | |
|---|---|---|
| | | litigation |
| US02737-38 | Summary of presentation by Mary Jane McCartney to Board of CED re: EZH | Redacted and never produced in this litigation |
| US02747-63 (also 2819-21) | 1997 CED presentation pertaining to among other things, CED's leasing strategy. | Redacted and never produced in this litigation |
| US02769-2770 | 1997 CED presentation pertaining to among other things, CED's investment strategy in 1998, including LILO's. | Redacted and never produced in this litigation, appears to be missing pages |
| US02800 | Income statement budget comparison CED 6/00 | Redacted and never produced in this litigation |
| US02803 | 4/2000 Financial Highlights discussing, among other things, the revenue from the EZH transaction | Redacted and never produced in this litigation |
| US02804 (also 3269-70) | Flash Project Results (Leases, incl. EZH) dated 3/99 | Redacted and never produced in this litigation |
| US02805 | Flash Project Results (Leases, incl. EZH) dated 3/01 | Redacted and never produced in this litigation |
| US02806-07 | 1998 internal Con Ed Memo pertaining to day to, among other things, the day to day management of the EZH facility post closing | Redacted and never produced in this litigation |
| US02808 | 8/00 Financial Highlights discussing, among other things, the revenue from the EZH transaction | Redacted and never produced in this litigation |
| US02809-16 (also 2874-78, 3142-49, 6332) | 8/00 CED Financial Report, including income statements from EZH | Redacted and never produced in this litigation |
| US02818 | 8/99 income statement (including EZH) | Redacted and never produced in this litigation |
| US02822-29 (also 8241) | 1/01 CED Financial Report, including income statements from EZH | Redacted and never produced in this litigation |
| US02830-35 (also 2843-48, 3012) | 3/01 CED Financial Report, including income statements from EZH | Redacted and never produced in this litigation |
| US02836-42 (also 3132) | 2/01 CED Financial Report, including income statements from EZH | Redacted and never produced in this litigation |
| US02849-50 | 5/00 CED Financial Report, including income statements from EZH | Redacted and never produced in this litigation |
| US02851-56 (also 3006, 6315) | 6/00 CED Financial Report, including income statements from EZH | Redacted and never produced in this litigation |
| US02861-66 | Flash Project Results (Leases, incl. EZH) and capital contribution analysis dated 5/00 | Redacted and never produced in this litigation |
| US02867-70 | Capital contribution analysis for EZH and other international transactions dated 6/98 | Redacted and never produced in this litigation |
| US02871 | Income Statement Budget Comparison for CED 4/2000 | Redacted and never produced in this litigation |
| US02873 | Income Statement Budget Comparison for CED 2/2000 | Redacted and never produced in this litigation |

| | | |
|---|---|---|
| US02881-91 | CED 11/98 Report to Board of Trustees, discussing among other things EZH and other leasing transactions | Redacted and never produced in this litigation |
| US02901-04 | CED 1/99 Report to Board of Trustees, discussing among other things EZH and other leasing transactions | Redacted and never produced in this litigation |
| US02905-09 (also 2910-14) | CED 6/98 Report to Board of Trustees, discussing among other things EZH and other leasing transactions | Redacted and never produced in this litigation |
| US02981 | Income Statement Budget Comparison for CED 12/99 | Redacted and never produced in this litigation |
| US02982 | Income Statement Budget Comparison for CED 10/00 | Redacted and never produced in this litigation |
| US02983-84 | 6/00 Financial Highlights including discussion of EZH revenues | Redacted and never produced in this litigation |
| US02985-95 (also 6319) | 7/00 CED Financial Report, including income statements from EZH | Redacted and never produced in this litigation |
| US02996-3005 | Analysis of Con Ed projects, including EZH | Redacted and never produced in this litigation |
| US03007-10 | CED "Law Day" 6/98 Presentation discussing, among other things, EZH transaction | Redacted and missing pages not produced in this litigation |
| US03012 (also 3020) | Income Statement Budget Comparison for CED 3/01 | Redacted and not produced in this litigation |
| US03013-18 | CED 4/99 Report to Board of Trustees, discussing among other things EZH and other leasing transactions | Redacted and not produced in this litigation |
| US03021 | 5/00 Financial Highlights including discussion of EZH revenues | Redacted and not produced in this litigation |
| US03022-06 (also 3037-38) | CED 3/99 Report to Board of Trustees, discussing among other things EZH and other leasing transactions | Redacted and not produced in this litigation |
| US03033 | Income Statement Budget Comparison for CED 11/99 | Redacted and not produced in this litigation |
| US03034-36 | CED 4/99 Report to Board of Trustees, discussing among other things EZH and other leasing transactions | Redacted and never produced in this litigation |
| US03039-40 | CED History and Performance 11/9/2000, including discussion of EZH and other international transactions | Redacted and never produced in this litigation |
| US03041 | 10/00 Financial Highlights including discussion of EZH and NUON revenues | Redacted and never produced in this litigation |
| US03042-44 | CED Plan 1998-2002, discussing EZH and other LILO transaction | Redacted and never produced in this litigation |
| US03045 | Flash Project Results (Leases, incl. EZH) and capital contribution analysis dated 6/00 | Redacted and never produced in this litigation |
| US03046-3129 | CED Weekly Reports from 8/98 – 3/99, discussing | Redacted and never produced in this |

| | | |
|---|---|---|
| | among other things the EZH transaction and other lease transactions, including their evaluation | litigation |
| US03130-41 | 2/01 CED Financial Report, including income statements from EZH | Redacted and never produced in this litigation |
| US03150, 53-54 | Flash Project Results (Leases, incl. EZH) analysis dated 1/01 | Redacted and never produced in this litigation |
| US03151-52, 55 | Flash Project Results (Leases, incl. EZH) analysis dated 12/00 | Redacted and never produced in this litigation |
| US03156-57 | CED Project analysis of actual to budget variance dated 11/00 | Redacted and never produced in this litigation |
| US03158 | 12/99 Financial Highlights including discussion of EZH and NUON revenues | Redacted and never produced in this litigation |
| US03160 | 2/00 Financial Highlights including discussion of EZH and NUON revenues | Redacted and never produced in this litigation |
| US03165-78 | CED presentation pertaining to among other things, CED's investment strategy in 1998, including LILO's. | Redacted and never produced in this litigation, appears to be missing pages |
| US03179-98 | CED presentation pertaining to among other things, CED's investment strategy in 1998, including LILO's and other international infrastructure investments | Redacted and never produced in this litigation |
| US03205 | 7/00 Financial Highlights including discussion of EZH and NUON revenues | Redacted and never produced in this litigation |
| US03206 | 6/00 Financial Highlights including discussion of EZH and NUON revenues | Redacted and never produced in this litigation |
| US03207 (also at 5752) | 7/99 internal Con Ed Memorandum from Brian DePlautt Re: analysis of EZH and NUON transactions | Redacted and never produced in this litigation |
| US03208 | 1/01 Income Statement Comparison including EZH transaction | Redacted and never produced in this litigation |
| US03209 | 12/0 Income Statement Comparison including EZH transaction | Redacted and never produced in this litigation |
| US03210 | 3/00 Financial Highlights including discussion of EZH and NUON revenues | Redacted and never produced in this litigation |
| US03215 | 1/01 Financial Highlights including discussion of EZH and NUON revenues | Redacted and never produced in this litigation |
| US03225 | 7/99 Income Statement Comparison including EZH transaction | Redacted and never produced in this litigation |
| US03226 | 7/98 Income Statement Comparison including EZH transaction | Redacted and never produced in this litigation |
| US03227-38 | Flash Project Results (Leases, incl. EZH) analysis dated 1/01 and 2/01 | Redacted and never produced in this litigation |
| US03239-64, 3388 | CED Weekly Reports from 7/98 – 8/98, discussing among other things the EZH transaction and other lease transactions, including their evaluation | Redacted and never produced in this litigation |
| US03265 | 5/00 Financial Highlights including discussion of | Redacted and never produced in this |

| | | |
|---|---|---|
| | EZH and NUON revenues | litigation |
| US03272 | CED Energy Project Financial Reporting dated 12/98 | Redacted and never produced in this litigation |
| US03273 | Flash Project Results (Leases, incl. EZH) analysis dated 2/99 | Redacted and never produced in this litigation |
| US03274 | 5/99 Income Statement Comparison including EZH transaction | Redacted and never produced in this litigation |
| US03275-84 | Analysis of EZH, and perhaps NUON transactions | Redacted and never produced in this litigation |
| US03285 | 11/00 Income Statement Comparison including EZH transaction | Redacted and never produced in this litigation |
| US03286 | 11/99 Financial Highlights including discussion of EZH and NUON revenues | Redacted and never produced in this litigation |
| US03297-98 | 11/00 Financial Highlights including discussion of EZH and NUON revenues | Redacted and never produced in this litigation |
| US03310-14 | Excerpts from an Investment Portfolio Presentation, specifically regarding leases, and EZH in particular | Similar to document produced at PF004339 and surrounding pages, but several differences that indicate it is a different document, plus numerous pages appear to be missing from the US document. |
| US03315-17 | List of projects approved and disapproved for pursuit by CED, including EZH, and presumably other LILO transactions considered | Redacted and never produced in this litigation |
| US03358 | 9/00 Financial Highlights including discussion of EZH and NUON revenues | Redacted and never produced in this litigation |
| US03359 | 9/99 Financial Highlights including discussion of EZH and NUON revenues | Redacted and never produced in this litigation |
| US03362-67 | Flash Project Results (Leases, incl. EZH) analysis dated 7/00 and 8/00 | Redacted and never produced in this litigation |
| US03368 | 5/99 Income Statement Comparison including EZH transaction | Redacted and never produced in this litigation |
| US03374-82 | 9/00 CED Financial Report, including income statements from EZH | Redacted and never produced in this litigation |
| US03389-00 | (NUON?) and EZH Combined Summary Economics analysis | Redacted and never produced in this litigation, appears to be pages missing from (NUON?) transaction |
| US03525-30 | CED Financial Statements 12/97 | Redacted and never produced in this litigation, have only been produced 6/97 and 11/97 CED Financial Statements, e.g. PF12153-57, no others for any period after that. |
| US03628-30 | Presentation entitled "Business Academy" dated 10/99, discussing, among other things, CED's participation in "tax advantaged" transactions such as EZH | Redacted and never produced in this litigation, appears to be missing numerous pages |

| | | |
|---|---|---|
| US03635-40 | Financial and budgetary analysis of CED's current and future leasing transactions, dated 12/97 | Redacted and never produced in this litigation |
| US03641-82 | Financial and budgetary analysis conducted at various points in 1998 of CED's current, including EZH, and future leasing transactions. | Redacted and never produced in this litigation |
| US03683-93 | Financial and budgetary analysis conducted at various points in 1998 of, among other things, CED's current, including EZH, and future leasing transactions. | Redacted and never produced in this litigation |
| US03695-3723 | Financial and budgetary analysis conducted at various points in 1999 or 2000 of, among other things, CED's current, including EZH and NUON, and future leasing transactions. | Redacted and never produced in this litigation |
| US03725-38 | Financial and budgetary analysis conducted at various points in 1999 or 2000 of, among other things, CED's current, including EZH and NUON, and future leasing transactions. | Redacted and never produced in this litigation |
| US03740-70 | Financial and budgetary analysis conducted at various points in 1998 and 1999 of, among other things, CED's current, including EZH and NUON, and future leasing transactions | Redacted and never produced in this litigation |
| US03771-77 | 12/00 financial and budgetary analysis of, among other things, the EZH transaction | Redacted and never produced in this litigation |
| US04415 | 9/29/00 email pertaining to book value of EZ and other investments | Redacted and never produced in this litigation |
| US04416 | 10/00 email pertaining to, in part, financial analysis of EZH and NUON transactions on book value of CED | Redacted and never produced in this litigation |
| US04447 | 2/12/2001 email pertaining to differences in book value and tax loss of EZH and NUON transactions | Redacted and never produced in this litigation |
| US04448 | LILO Summaries Chart | Redacted and never produced in this litigation |
| US04910-11 | Tax Schedules regarding LILO transactions | Redacted and never produced in this litigation |
| US06252-6504, 8239-8255 | Financial and Budgetary analysis for CED for periods 1997-2001, including analysis of EZH transaction and other international transactions | Redacted and never produced in this litigation |
| US6840-41 | Leasing Overview Analysis Presentation | Redacted and never produced in this litigation, appears to be missing pages |
| US07041-42 | 6/1/98 Email String re: Creating a rationale defending leasing (EZH and other transactions) as part of CED's core business and attempting to tie it in to CED's other business endeavors | Redacted and never produced in this litigation |
| US07043-44 | Presentation pertaining to Con Ed Development, including analysis of its international transactions | Missing numerous pages and pages that were turned over to the IRS are |

| | | |
|---|---|---|
| | missing numerous pages | heavily redacted and none have been provided during this litigation |
| US07074-77 | Presentation pertaining to Con Ed Development, including analysis of its international transactions missing numerous pages | Missing numerous pages and pages that were turned over to the IRS are heavily redacted and none have been provided during this litigation |
| US08268 | ERM Value analysis | Redacted and never produced in this litigation |
| US08269 | CED Project Summaries | Redacted and never produced in this litigation |
| US08290-92 | Presentation pertaining to Con Ed Development, including analysis of its international transactions missing numerous pages | Missing numerous pages and pages that were turned over to the IRS are heavily redacted and none have been provided during this litigation |
| US08605, US08607, passim | Spreadsheet of various leasing transactions under consideration by Con Ed | Heavily redacted. Apparently various versions of this document exist and have various dates that would enable the following of Con Ed's consideration of transactions. However the only one produced in discovery is undated and therefore, the United States is entitled to all of the various versions that are dated |
| US08614 | Analysis of financial results from EZH and other transactions | Redacted and never produced in this litigation |
| US08619 | Analysis of rates of return on EZH and other transactions | Redacted and never produced in this litigation |
| US08652 | Historical Analysis of EZH and other transactions | Redacted and never produced in this litigation. Also appears to be part of a larger presentation that was not produced. |
| US08654 | Budget Analysis of EZH and other transactions | Redacted and never produced in this litigation. Also appears to be part of a larger presentation that was not produced. |
| US08655-57 | "Lease Economics Comparison, etc." | Redacted and never produced in litigation |
| US08662 | Analysis of capital used and forecast of projects including EZH | Redacted and never produced in litigation |
| US08664 | Backleverage Summary of leases | Redacted and never produced in this litigation |
| US08665 | Apparent analysis of financial aspect of EZH and other transactions | Redacted and never produced in this litigation |
| US08667 | Pages 1-5 of facsimile regarding other leasing transaction that references EZH | Page 5 redacted, do not have pages 1-4 at all, none have been produced in this litigation |

| | | |
|---|---|---|
| US08670 | Memo re: NPV calculations and analysis of EZH and other transactions | Redacted and never produced in this litigation |
| US08671 | NPV analysis of EZH and other transactions | Redacted and never produced in this litigation |
| US08688-92 | Presentation pertaining to Con Ed Development, including analysis of its international transactions missing numerous pages | Missing numerous pages and pages that were turned over to the IRS are heavily redacted and none have been provided during this litigation |
| US08807-8809 | Presentation pertaining to Con Ed Development, including analysis of its international transactions missing numerous pages | Missing numerous pages and pages that were turned over to the IRS are heavily redacted and none have been provided during this litigation |

# EXHIBIT

# D

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

CONSOLIDATED EDISON COMPANY OF )
NEW YORK, INC. & SUBSIDIARIES, )
Plaintiff, )
v. ) Docket No.: 06-305T
UNITED STATES, )
Defendant. )

Courtroom 7, Room 508
National Courts Building
717 Madison Place NW
Washington, D.C.
Friday,
May 4, 2007

The parties met, pursuant to notice of the Court, at 10:32 a.m.

BEFORE: HONORABLE MARIAN BLANK HORN
Judge

APPEARANCES: (Via Telephone)
For the Plaintiff:
THOMAS C. DURHAM, Esquire
Mayer, Brown, Rowe & Maw, LLP
71 South Wacker Drive
Chicago, Illinois 60606
(312) 701-7216
DAVID ABBOTT, Esquire
Mayer, Brown, Rowe & Maw, LLP
1675 Broadway
New York, New York 10019-5820
(212) 506-2642



APPEARANCES: (Cont'd)
For the Plaintiff:
NICOLE BIELAWSKI, Esquire
Mayer, Brown, Rowe & Maw, LLP
1909 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3452
ANDREW SCHER, Esquire
General Counsel, Consolidated Edison
New York, New York
(212) 460-6209
For the Defendant:
DAVID N. GEIER, Esquire
U.S. Department of Justice
Tax Division

coming on running discovery turnovers. That's certainly not the way to do business.

But at the same time, it sounds to me like Mr. Durham's client isn't being all that cooperative, either. So we're going to have to give Mr. Durham a little bit of an opportunity to either sink or swim with his client, which is what we're about to do.

MR. GEIER: Sure, and Your Honor, when you asked the Government why we expected more, their response to 14 quoted with numerous outside consultants, and so that's why we've pressed this issue.

THE COURT: Okay, well, all right, here we are with respect to the interrogatories production issue. I'm going to give you until -- let's look at this. Today is the 4th. I'm going to give you until the 16th to get me a list, talking together, telling me what we've got, what we don't have, and for the Plaintiff to identify all the documents that are behind here that exist, claiming a privilege if that's appropriate, and let's just get past this.

MR. DURHAM: On number 14, the problem that we have with number 14 is the second part. Because it

46

asks us to produce all documents that were reviewed in connection with all possible potential foreign investments. There were many, many investments that were looked at, to some degree, but were not entered into.

The problem that we've always had with interrogatory Number 14 is to identify sort of every single document on every single potential foreign transaction

THE COURT: I think that's probably overly broad. I agree with you. I think if you certainly do the diligence on the documents that relate to the one at issue, and the ones within the time period that Mr. Geier himself has identified which is that 1996 to 1998 time period, I think that will be sufficient.

MR. DURHAM: Okay, thank you.

THE COURT: All right, Mr. Geier, do you understand that? Is there a problem with that?

MR. GEIER: Absolutely not, Your Honor.

THE COURT: All right, let's move then to the other two issues we've got, and you will get that to me by the 16th of May. Hopefully, what you'll also get to me then on the 16th of May is that you've worked it out, turned over what you need to turn over, and we don't have to have another conference.

47

Although we will do that, and I will expect you to be available to me at any time, some time during the week of the 21st -- probably not the 21st or the 22nd actually -- but the 23rd, 24th, or 25th, at which point we'll set up a status conference if we need to.

All right, we've got two other issues to get