# EXHIBIT

# E

# Examples of Missing CE-Denominated Documents

As an example of missing CE-denominated documents, the attached table contains an explanation of several CE-denominated documents that have not been produced. The missing CE-denominated documents contained in the table below are also attached.

| CE Bates Numbered Documents | Subject | Related Reference |
|---|---|---|
| CE000014-15 | IDR Response | Non-Responsive |
| CE003325-43 | Duplicate of Produced Document | See PF003063-81 |
| CE005833<br>CE018131 | Duplicate of Produced Document | See PF003223 |
| CE006712-16 | Duplicate of Produced Document | See PF003248-52 |
| CE007679-86 | Duplicate of Produced Document | See PF006140-47 |
| CE015399 | Duplicate of Produced Document | See PF003584 |
| CE015834 | Duplicate of Produced Document | See PF008386 |
| CE017600-01 | Letter of Credit Information | To Be Produced Under Expanded Version of Interrogatory No. 7 |

To: Joseph Yashpeh

Re: IDR# 69
SAIN# 608

Reference is made to your Information Document Request (IDR) dated April 2, 2001, as amended to extend the date of the response thereto until May 31, 2001, a copy of which is attached hereto as Exhibit A. The paragraphs below are ordered to respond to each of the paragraphs set forth in the referenced IDR. The information herein is being provided on behalf of Consolidated Edison Development, Inc. ("CED") and Consolidated Edison Leasing, Inc. ("CEL," together with CED, "Con Edison" ).

1. For the year ended December 31, 1997, attached hereto as Exhibit B is a reconciliation of the items of income and deduction realized with respect to the EZH transaction for financial reporting purposes, on the one hand, and tax purposes, on the other hand. Please clarify if this does not satisfy your request for "tax workpapers".

2. Con Edison is not claiming depreciation or amortization with respect to the subject property or leasehold interests. Through ROCA Facility Trust No.2, CEL recognizes rental income and expense computed under Internal Revenue Code Section 467 and the regulations thereunder.

3. a) Please be advised that the EZH leasing transaction is not a so-called "Pickle" lease transaction.

   b) The information you requested is as follows –

| | |
|---|---|
| Name of leasehold | EZH – RoCa Facility Trust No. 2 |
| Capitalized leasehold cost | $ 951,638,004 |
| Acquisition date | December 15, 1997 |
| Base lease period* | 43 19167 years |
| | Headlease rents are scheduled to be deducted over the 43.19167 year term of the Headlease in accordance with the terms of the Lease Agreement and Code Section 467 |

| | |
|---|---|
| | and the Treasury Regulations thereunder. (December 15, 1997 to February 24, 2041).<br><br>Transaction expenses attributable to the Headlease are scheduled to be deducted on a "straight-line" basis over the 43.19167 year term of the Headlease (December 15, 1997 to February 24, 2041).<br><br>Transaction expenses attributable to the Sublease are scheduled to be deducted on a "straight-line" basis over the 36.5 year term of the Sublease (December 15, 1997 to June 15, 2034).<br><br>Transaction expenses attributable to the Loan are scheduled to be deducted on a "straight-line" basis over the 29.04722 year term of the Loan (December 15, 1997 to January 2, 2027). |
| First year lease period* | December 15 through December 31, 1997 |
| Rental expense accrued in 1997* | $ 1,077,164 (Headlease rent deduction)<br>$ 5,186 (Expense amortization) |

* Your IDR requested information regarding "amortization" computed with respect to this transaction (e.g., amortization period, method of computing amortization, amortized amount deducted). CEL (through ROCA Facility Trust No.2) is both the lessee and sublessor of the subject property. It is not the owner of the subject property. Therefore, it does not amortize the property or its leasehold interest. Instead, it accrues rental expense under the lease pursuant to Internal Revenue Code Section 467 and the regulations thereunder. This being the case, we assume that, in the context of this transaction, you intended to request the information provided above.

A8

Power
Total
Maintenance b.v.

# "WHEN STRATEGY COUNTS IN POWER PLANT MAINTENANCE"

By D.J.G. Biesta, F.T. Roels, H.N. van Vliet, C. de Vries

Electriciteitsbedrijf Zuid Holland
Voorburg (The Netherlands)



Reg. no.: 50523(c)
Datum : 10 februari 1995

**Summary**

EZH has a production capacity of 2500 MW electric and 1200 MW thermal, distributed over 8 locations. The example of the 1040 MW Maasvlakte Coal-fired Power Station shows how the maintenance service unit develops its maintenance concepts and what are the important improvement methods. Special emphasis is put on the role of condition monitoring and the selection of critical components.

Moreover it is shown, how forced outage is reduced to 2-3%. The results for the Maasvlakte power station are compared with the average results for Dutch coal fired units.

The most important strategic components are the turbines and generators. It is shown how inspection intervals are extended up to 12 years by condition monitoring during operation and in situ inspections. The condition monitoring parameters are explained.

For scheduled outages a new approach is developed to shorten the outage periods. Special task forces put forward ideas to shorten the critical paths. Special attention is paid to motivation of the project team. First results include reducing a 5 week outage to 3 weeks and keeping the costs under control.

With this management approach the performance during the period from 1994 until 2005 can be improved by over 55 million NLG and the planned outagerate is reduced from 8% to 4%.

## Introduction

This paper will explain how the EZH maintenance strategy works by using an example, viz. the two 520 MW coal–fired Units at the Maasvlakte Power Station. These are identical Units, each with two fly–ash removal and two flue gas desulphurization systems. Major modifications, spare parts philosophy and claims under guarantee (still outstanding from the "Conversion to Coal Project" prior to 1987) are not included in this example.

In this example the following elements will be illustrated :

- the establishment of the EZH maintenance strategy and the maintenance concept
- the long and short term estimates
- the results achieved so far with respect to control of maintenance costs and availability
- the future goals of ongoing improvement by means of shortening planned outages and lenghtening inspection intervals.

## EZH maintenance strategy

In anticipation of market developments EZH decided in 1987 that the responsibility for results would clearly reside with each Production Department [1]. The Systems Managers (Unit Owners) of the Production Department are responsible for the performance of their production units including maintenance. Moreover the maintenance function has been made more flexible. The maintenance activities are carried out under a client–contractor relationship by the Central Maintenance Service Unit. This Service Unit has its own accountability.

The Production Systems Manager will first weigh the company goals against maintenance costs, and the costs of production losses before taking any maintenance action, as shown in FIGURE 1.

The Planning Office of the Maintenance Service Unit proposes the strategic and yearly maintenance plans as well as the long term estimates to the Production Office. In close cooperation both parties come to an agreement. Using maintenance project management techniques, the Maintenance Service Unit puts forward, integral maintenance packages to the Production Units based on its specific maintenance concept. In negotiation between the Project Manager (for outage and daily maintenance) and Systems Manager the scope of supply will finally be determined by the Systems Manager. The extent of the work covers both the maintenance of the production units and the general process systems.

**Maintenance concept**

In order to arrive at a maintenance concept the Maintenance Service Unit makes an initial proposal.
The proposal is based on the internal Decision Model, as shown in FIGURE 2, which is described as follows:

- Failure based or corrective maintenance is applied where both the severity and probability of a failure are small.
- Time–based or periodic maintenance is applied where the Mean Time Between Failures (MTBF) is known and the spread is small.
- Condition based maintenance is applied if possible in all other situations. A maximum effort is made to determine the condition during operation, i.e., condition monitoring supplemented, where necessary, with inspection in the unopened state, the object being to extend the interval between inspections.
- For other failures, modifications to the plant should be considered.

Five essential requirements are necessary in order that condition monitoring may be effectively carried out:

- knowledge of condition parameters determining the state of the plant
- reproducible measuring methods
- data collecting systems
- standards and/or information from experience of the running plant and their alarm values
- Diagnostic experts to implement the systems, to dertermine the standards and to analyse and make the diagnoses.

Examples of condition monitoring techniques used by EZH are:

- vibration measurements and lubricating oil analysis for rotating equipment. On line diagnostic condition monitoring systems and data collectors for periodic monitoring are applied
- thermography for hot spots
- temperature, pressure and flow measurements for efficiency or mechanical performance testing of rotating equipment
- on line sonic detection of boiler tube leakages
- strain gauge measurements for material stresses and deformation in steamlines and chimneys
- electrical measurements on insulation and dielectric losses
- thermal expansion and bearing height measurements (absolute/differential) for turbine–generator installations.

A three–way policy is used to determine the maintenance concept:

a) the current preventive programme is checked annually before execution using the above mentioned Decision Model
b) new concepts are systematically developed for systems with a high failure rate based on a Top 100 analysis
c) the development of a strategic maintenance plan for critical components is based on the Pareto Principle, i.e. a limited number of components predominantly influence reliability and costs.
   These critical components are determined by an estimate of the probability and severity of a failure. The 100 critical components for the Maasvlakte plant have been ascertained by systematically checking all components. In FIGURE 3 the top 10 is shown. A component is considered critical when during plant's lifetime it has a high probility of a failure which would appreciably affect availability and maintenance costs. The selection criteria used for the Maasvlakte units were a three day outage and/or maintenance costs greater than NLG. 100,000 per event.
   The long term overhaul plan is determined on the basis of these critical components.

This maintenance concept is reviewed annually, before the budget rounds, by the Systems Manager and the Project Manager. This is done on the basis of past failures, technical developments and policy changes. Any policy alterations are mostly related to costs, availability reimbursements, or changes in the predicted operating hours in the short and long term.

## Maasvlakte Maintenance Costs

### Long term estimate

The Calculation Model is used to predict the long term estimate, based on the strategic plan, as shown in FIGURE 4. A distinction is made between overhaul maintenance and daily corrective and preventive maintenance. The special costs of the strategic activities on the critical components are estimated on the basis of the planned work. The other costs are estimated on the basis of standard figures that have been calculated from previous actual costs by the activity group adjusted with the new goals.

The 12 year long term estimate of maintenance work for the Maasvlakte is updated annually. (see FIGURE 5)

The original peak in '95/'96 is mainly caused by the major overhaul of the critical components of the turbine–generator installation, the boiler drum, and washing towers.

The magnitude of the peak in 2003 and 2004 is mainly as a result of the prediction made from the strategic maintenance plan, which will be required besides the turbine overhaul, the replacement of boiler parts, FGD coatings and process control equipment.
As a further development of the strategic maintenance plan, an intensive analysis is being undertaken amongst others with KEMA and the original equipment manufacturors to study the possibilities to avoid having to replace these expensive items. [4] This will be discussed later on.

**Short term budget**

The short term budget is estimated for a period of three years on the basis of the maintenance concepts as reviewed with the Systems Manager. This will be carried out annually for the overhaul and daily maintenance costs.

In FIGURE 6 it can be seen that the difference in overhaul costs between budget and actual is in general less than 10%, except in 1988 and 1991.

In 1990 EZH implemented the "zero years principle" for these Units. This means an overhaul once every two years. The interval was limited by the Dutch pressure vessel regulations. The great discrepancy in costs in 1991 was due to unforeseen defects that were found after a survey and were caused mainly by design problems in the boiler and by implementation of the "zero years" effect. This "zero years principle" has never the less been fully executed and is currently producing good results.

**Benchmarking with Dutch coal Units**

Cost standards

For practical reasons the yardsticks assocated with the power plant maintenance results are deduced from the population of Dutch coal-fired Units, e.g.:

a. a maintenance costs standard based on the average maintenance costs of the Dutch coal-fired Units, extrapolated over the past 3 years;
b. a premium/penalty rule for availability based on the averaged availability for the Dutch coal-fired Units over the past 3 years of approx. 85%. This rule is related to the average difference in fuel costs of the replacement Unit in the event of unavailability. The penalty is approx. NLG. 100,000 per day unavailability of the Unit. The premium is NLG. 15,000 per day of availability.

**Results**

The availability of the Maasvlakte Units is excellent compared to the Dutch 3 year average for this type of Unit (see FIGURE 7)

The forced outage of all Dutch coal-fired Units over the past ten years are shown in FIGURE 8. Maasvlakte 1 and 2 are significantly better than the other units, with forced outages rates between 1.3 en 2.5% over the past four years for Unit 1 and the past two years for Unit two.

Of some consequence, however, were the forced outages of Units 1 and 2 in 1989. These were due to the fact that on the 1st. April the Unit 2 transformer developed a hot spot and at the same time the Unit 1 HP turbine suffered a blade failure. The Unit 2 transformer was replaced by the transformer for Unit 1. The overhaul of Unit 1, which had fortunately already been planned for 1989, was therefore carried out while the failures were being repaired.
In FIGURE 9 it can be seen that the overall value of the Maasvlakte maintenance costs and availability penalties can be compared very favourably with the national average for the period 1989 to 1994.

**The future goals**

◦ Extension of inspection intervals

The modern gas–fired combined heat and power installations and combined cycles (with efficiencies of 55%) are cheaper to run than the coal–fired Units that have efficiencies of 40% like the Maasvlake Units. Because of this, it is expected that the operating hours as wel as the penalty for unavailability of the coal–fired Units will decrease after the year 2000.
On these grounds it will become important to further review the number of major overhauls during the Station's lifetime. Experience of RWE's Power station in Neurath with the Maasvlakte type of large turbines reaching the Guiness book of records has shown that with good supervision the inspection intervals can be appreciably lengthened from 6 to 15 years or longer. [2] This makes it beneficial to optimize the two existing programmed major overhauls for the turbine and generator financially over the remaining lifetime, taking into account inspection intervals, supervision, programming and risks.

The replacement of these two major overhauls over the 25 year lifetime of the plant by one overhaul half way through its lifetime, in the cheaper premium/penalty period, is worth considering as an alternative strategy.
For this purpose the critical components of the turbine and generator are investigated using the Decision Model.

During the conversion of Maasvlakte from gas to coal–firing (before 1987) the turbines and generators were modified to the latest state of the art [3]. All the critical components of the turbines and generators were systematically investigated for possible defects and modified where necessary in order to reach a life of 25 years after conversion.

The result of the present investigation indicated that the state of the critical components of the turbine could largely be verified by condition monitoring.

Important turbine condition monitoring parameters are:

- vibrations which can indicate blade failure, cracked rotors, gland rubs, steam or bearing instabilities, or couplings which have moved out of alignment
- internal efficiency changes of HP and IP turbines, which can be due to glandleakage, deposits on blades and blade failure
- bearing metal temperatures can indicate imminent bearing failure
- absolute and relative thermal expansion and bearing height measurements will monitor coupling stresses, rotor stresses, blade clearances, and obstructions in thermal growth

- shaft position in the bearing journals will show bearing damage, misalignment, valve testing effects, and shaft jacking oil (mis–) operation
- gland steam flow quantities will point out internal leaks from the glands and casing flanges.

The basic of blade design is that blade faillure is normally not expected to occur during the operating life of the machine. Condition monitoring can only detect and not prevent blade failure, but it can be used to minimize the damage caused if failures should manifest themselves. This will also allow shutdown and the prevention of unnecessary start–up that may cause further damage to the turbine. Experience has shown that fracture indications in blades either grow relatively fast or stop growing completely. Failure of LP final stage blades, however, can be very dangerous. That is why regular in situ inspection of the fitted blades is carried out thus allowing the risks to be reduced. Endoscope openings in the HP and IP casings allow regular inspection of the first and last blade rows.

The steam quality has been kept well within the prescribed standards due to the leak tight titanium condensers. Together with dry air preservation within 24 hours after shutdown, the possibility of blade failure due to stress corrosion cracking is reduced considerably.

The most critical components for the generator are the stator wedges and the rotor end–bells. An investigation is in progress to check the feasibility of an in situ inspection of these items.

The following approach is developed in order to extend the inspection intervals. The idea of a complete turbine overhaul was abendonend in 1994.

After 8 years one L.P.rotor with blades will be inspected in situ by opening the L.P.casing. Seven endblades of each end row will be removed for inspection of the roots. The L.P. 2 and 3 casings will opened after 10 and 12 years. The H.P. turbine will be opened after 10 years and one I.P. turbine after 12 years. The generator rotor will be pulled out after 10 years. The long term overhaul schedule changes dramatically through this strategy (see FIGURE 10).

One condition for extending the overhaul interval is that the machinery breakdown insurance will approve the above approach to the turbine and generator. The insurance company agreed to this condition monitoring philosophy. Dutch regulations do not govern the interval period.

Further investigations are conducted in relation to reliable technical conditiong monitoring and in–situ inspection developments in order to keep the turbine and generator closed until the end of the life– cycle of 25 years.

Furthermore, it is concidered to lengthen the two year interval between boiler inspections. This interval is mainly established by the Dutch pressure vessel code, by extending the condition monitoring program for the boiler (by temperature and pressure measurements) on headers, steam lines and drum. Efforts are directed to lengthening the interval to 2.5 years. Further investigations will be performed to come to longer intervals.

In summary, the expected saving of one instead of two turbine and generator overhauls during the lifetime will save about NLG. 40 million in overhaul costs and about NLG. 15 million in premium/penalty savings,as can be seen in FIGURE 11. These costfigures are based on a net present value calculation over the period 1994 to 2006 at an interest rate, (corrected for inflation,) of 4%. The planned unavailability outage rate will decrease over this period from 7.9% to 4%.

- Shortening planned overhauls

With penalties for unavailability of NLG. 100,000 per day the reduction of the planned outage periods is an important goal in plant performance. For that reason a visit of plant and maintenance management was paid to the TVO nuclear power station in Olkiluoto in Finland, being a Top of the Bill station on outage strategy. The information we gained on outage strategy, management organization and motivation of personnel was most helpful for our review to improve plant performance by reducing the planned shutdown time and keeping overhaul costs under control. From that visit the following lessons were learned:

- Specify clear goals on plant performance (i.e. availability, number of trips, efficiency, outage periods and plant life)
- Invest in means to the achieve the goals (by an advanced outage planning and control system, modify where necessary, use adequate special tools, develop spare parts policy with exchange parts).
- Invest in outage management by:
  - accurate planning of all activities
  - have special taskforces on critical paths analysing all detailed activities and generating creative ideas on shortening and/or moving out the critical paths or lengtening inspection intervals
  - organize simultaneous activities in separate projects
  - emphasize know–how, experience and motivation of internal and external maintenance personnel (registration and use of known hired personnel with experience with the specific plant outage activities)
  - exchange knowledge, specialists and maintenance solutions with your colleagues

from utilities with similar plants and with suppliers and consider pooling of spare parts

- instruct before the outage the internal and external supervisors on the safety procedures and planning schedule and after the outage prepare instructions for the next outages
- reduce the scope of work by doing preventative maintenance during operation as much as possible and prevent unexpected activities by predictive maintenance through condition monitoring and through preparation.
- 3 shift system on critical path activities and 2 shifts on subcritical paths
- bonus system on the performance goals
- organize a professional goal oriented internal public relations in order to share the successes with all participants, communicating performance on billboards, in the company journal and in special reports, e.g. a brochure of the outage report.

This approach was applied to the planned outage of unit no 1 in 1994, with an initial schedule of 5 weeks. The first action was motivation of personnel for a sharp goal of three weeks. This was done by emphasing the positive results of the actual management and technical solutions obtained so far through the growing commitment of personnel in the past, as reported in this paper. The next step in the Finnish approach was to communicate new elements in order to come to an improved high performance organization. After initial hesitation the project team got the message and with great enthousiasm the 3 week goal was achieved.

Remarkable highlights of the outage were:

- creative ideas like an especially designed hoisting basket instead of a boiler scaffolding for inspection of the burners
- an optimized shutdown programme resulting in a 24 hours reduction
- cooling fans in the boiler penthouse resulting in a one–week–faster inspection of boiler headers
- a two day update of the critical paths during the outage period (see critical path diagram in FIGURE 12)
- not withstanding the shorter outage period, the safety record was better than after previous outages
- portable office and canteen facilities next to the critical objects
- logistic optimization by delivering all required materials one month before the start to the supervisor. Materials and special tools were transported to the required location before the start.

- a fire in the air preheater located in the critical path, could not be prevented in spite of the fire guard present. However, by effective measures the target of 3 weeks was reached.
- within 2 months after the outage a brochure of the revision report and a special present from the plant manager were sent to all maintenance and plant personnel.
- the outage was planned in a period with high penalties of HLG. 700.000 per week. Moreover, the outage costs remained within the original budget.

In future this approach of shortening outage periods will be continued. This means that a reduction of the planned unavailability to values below 4% is very well possible.

## Conclusion

An optimum maintenance approach can be achieved by the setting up of maintenance strategies and concepts and their continual re-evaluation in a client/contractor relationschip by Production and the maintenance service unit.

In addition, the inspection intervals of rotating machines can be appreciably lengthened, with controllable risk and availability, by using condition monitoring.

Involving and motivating personnel in this continuous process of improvement is a critical success factor for plant performance.

## Literature

[1] Congress Electricity in Europe 1994, Frankfurt
Dirk Biesta, Fred Roels and Cees de Vries
"Improving the Cost-Effectiveness of Your Power Plant Maintenance Strategies"

[2] VGB Kraftwerkstechnik oktober 1989
H. Vetter, J. Schweimler
"Erste Turbinenrevision nach einer Betriebzeit von 15 Jahren"

[3] VGB Kraftwerkstechnik June 1986
ir. D.J.G. Biesta
"Die Neubewertung der Komponenten von zwei 540 MW-Einheiten im Kraftwerk Maasvlakte von öl/gas auf Kohlen"

[4] Powergen Europe '95
J. Brinkman, H.C. Welsh
"Optiminum maintenance strategy for superheaters"

Figure 1 **Maintenance strategy**




Figure 2 **Decision Model for maintenance concept**



Figure 3

**Top-10 critical components**




Figure 4

**Calculation Model Maintenance Costs**






Maintanance Maasvlakte



Figure 7 **Outage rates**




Figure 8 **Forced unavailability of dutch coal-fired units**



Figure 9

**Comparison of total maintenance costs incl. unavailabity penalties with dutch average**



Figure 10

**Overhaul schedule**




Figure 11

**New strategy overhaul costs**



Figure 12

**Critical Path Outage Unit 1–1994**



Date: December 15, 1997

To: Chuck Muoio

From: Brian DePlautt

Re: Con Edison Development, Inc.
EZH RoCa2
GOI Request

---

Please find attached a GOI request for $39,320,000. (the "Direct Investment Amount"). This represents the actual investment that we would like to make in the EZH Roca 2 Trust today. An additional $4,125,000 will be expended for transaction expenses. We will pay these transaction expenses directly to the various parties over the next week.

The combination of the $39,320,000 and the $4,125,000 will equal the total investment of $43,445,000 that is in our current pricing proforma and that is the basis for our approved yield and earnings estimates. A copy of the Cornerstone breakout of this $43,445,000 is attached for reference. Also attached are copies of the following items supporting the requested transfer: (1) CEI Certificate, (2) CED Certificate, (3) CEL Certificate.

Our current implementation plan for the transfer of the Direct Investment is to get the transfer authorized, ready and standing by at treasury today, and to release the transfer if necessary at around 11:30 am through 2:00 pm today.

By copy of this memo to James Tam please take this as our request and instructions to not make the transfer for the Direct Investment supported by the attached GOI until such time as you receive affirmative telephonic verbal approval from Brian DePlautt to make such a transfer.

Please contact me if there are any questions or problems. Thank you.

cc: Joan Freilich
Mary Jane McCartney
Hyman Schoenblum
Robert Stelben
Peter Irwin
Andy Scher
James Tam

Date: December 15, 1997

To: Chuck Muoio

From: Brian DePlautt BRD

Re: Con Edison Development, Inc.
EZH RoCa2
GOI Request

Please find attached a GOI request for $39,320,000. (the "Direct Investment Amount"). This represents the actual investment that we would like to make in the EZH Roca 2 Trust today. An additional $4,125,000 will be expended for transaction expenses. We will pay these transaction expenses directly to the various parties over the next week.

The combination of the $39,320,000 and the $4,125,000 will equal the total investment of $43,445,000 that is in our current pricing proforma and that is the basis for our approved yield and earnings estimates. A copy of the Cornerstone breakout of this $43,445,000 is attached for reference. Also attached are copies of the following items supporting the requested transfer: (1) CEI Certificate, (2) CED Certificate, (3) CEL Certificate.

Our current implementation plan for the transfer of the Direct Investment is to get the transfer authorized, ready and standing by at treasury today, and to release the transfer if necessary at around 11:30 am through 2:00 pm today.

By copy of this memo to James Tam please take this as our request and instructions to not make the transfer for the Direct Investment supported by the attached GOI until such time as you receive affirmative telephonic verbal approval from Brian DePlautt to make such a transfer.

Please contact me if there are any questions or problems. Thank you.

cc: Joan Freilich
Mary Jane McCartney
Hyman Schoenblum
Robert Stelben
Peter Irwin
Andy Scher
James Tam

ConEdison*Development*

# NETHERLANDS

# Investment Recommendation

## Investment in a leasehold interest in the EZH RoCa3 Power Plant

October 29, 1997

# 1. Introduction

The project consists of the acquisition of a $150mm undivided leasehold interest, and the subsequent leaseback of a portion of that leasehold interest, in a portion of the recently constructed n.v. Electriciteitsbedrijf Zuid-Holland ("EZH") RoCa3 power station (the "Plant") located near Berkel, in the southern portion of The Netherlands near the city of Rotterdam.

The RoCa3 station under consideration is a one unit gas fired, combined cycle power plant which utilizes a General Electric PG 9171-E combustion turbine, an ABB steam turbine, and a Stork Ketels heat recovery steam generator and CO2 boiler. The plant achieved commercial operation in June of 1996 and has a net electrical capacity of 220 MW, a thermal capacity equivalent to 200 MW and a CO2 production capacity of 7kg/s. The Plant has a net cost of between $250mm and $300mm.

The project will be structured as a Section 467 triple net-lease "lease-leaseback" of an undivided interest in the Plant. Under the contemplated transaction Consolidated Edison Development, Inc, or an affiliate (together "CEDI") would purchase a leasehold interest in the Plant for 44 years and then lease the leasehold interest back to EZH for 20 years. At the end of this 20 year lease EZH would have the right to purchase the Plant at a pre-agreed price. If EZH did not purchase the Plant at that time, CEDI would then have the right to "put" a lease back to EZH, in effect, forcing EZH to re-lease the Plant for an additional 17 years. At the end of this "put" renewal lease CEDI could either lease the plant to a third party for 7 years or put the plant into storage.

The obligations of EZH to make payments for CEDI's benefit under the various agreements will be secured by combinations of: (a) letters of credit and (b) trust accounts containing sufficient US Treasury Securities to defease the outstanding obligations. The obligations of EZH to make payments for the lender banks benefit under the various agreements will be secured by the pledge of bank deposits containing sufficient funds to defease the outstanding debt obligations.

CEDI will participate in the transaction as an investor in the undivided leasehold interest. It is anticipated that the equity investment required of CEDI to effect control of the $150mm leasehold interest will be $43mm +/(-) 10%. Banc One Leasing Corporation ("BOLC") will, concurrent with the CEDI negotiation, be negotiating to obtain an undivided interest in the Plant with a value up to $150mm. The CEDI investment in the RoCa3 facility is anticipated to yield a minimum of 12% during the initial 20 year term of the sublease. Additional information is contained in the Briefing Memorandum dated 10-23-97 which is incorporated herein by reference.

## 2. Proposed Investment And Recommendation

CEDI recommends that its Board approve the negotiation of investment documents and the subsequent investment by CEDI, or an affiliate of CEDI, for the purchase of an undivided leasehold interest in the EZH RoCa3 Power Plant with a value of $150mm, such approval authorizing CEDI to invest or commit to invest an amount not to exceed $US 47.4 million (the "Total Investment") as further described below.

| | $US mm |
|---|---|
| Anticipated direct equity investment: | 38.923 |
| Anticipated transaction fee | 4.125 |
| Anticipated investment | 43.048 |
| | |
| Contingent additional direct investment to accommodate potential changes in the transaction: | 4.300 |
| Total Investment | 47.348. |

## 3. Conditions to Board approval:

a. CEDI is seeking the above authorization from its Board contingent upon the base case proforma indicating that the Total Investment of CEDI will have an after tax yield of between 10% and 12%.
b. The total amount invested and committed to the Project shall not exceed $47.4 million and the investment and commitment shall, after taking account of defeasance structures, have the economic result of being non recourse to CEDI. Should additional direct investment be required by the lenders for the permanent financing, which would cause CEDI's aggregate direct investment to exceed $US 47.3 million, CEDI will be required to seek separate Board approval.
c. The project will utilize acceptable technology for the plant. A satisfactory Engineering report regarding the condition of the plant shall be required in order for CEDI to close on the Project.
d. The project will utilize satisfactory environmental analysis in determining the potential environmental liability that may accrue as a result of any investment in the plant. A satisfactory Environmental report regarding the condition of the plant shall be required in order for CEDI to close on the plant.
e. CEDI will **not** register for political risk insurance for its equity investment with the Overseas Private Investment Corporation ("OPIC"), or with the Multilateral Investment Guarantee Agency ("MIGA").
f. CEDI shall obtain appropriate and industry standard legal and tax opinions regarding the enforceability of the various leasing and related agreements contemplated in the transaction.

## 4. Proposed Board of Directors Resolution

**The Board of Directors of**

**Consolidated Edison Development, Inc.**

Whereas, Consolidated Edison Development, Inc. or a wholly owned subsidiary (together "CEDI") has under consideration the investment in a project to (i) acquire an undivided leasehold interest (or the undivided facility interest), in the RoCa3 Power Station, a gas fired combined cycle electric, thermal and CO2 generation plant located in the southern portion of the Netherlands (the "Plant"), currenty owned by n.v. Elektricteitsbedrijf Zuid-Holland ("EZH"), and (ii) the subsequent lease-back of the Plant to EZH (the "Project").

Whereas, the Board of Directors of CEDI has received detailed briefings and written materials on the Project from CEDI's management including memos, briefings or materials on September 25, 1997 and October 23, 1997 which memos, briefings and materials included information on the facilities, potential framework for the structure of the contemplated transaction, the power market in the Netherlands, financing, environmental matters and other issues;

Now therefore, after considering the memos, briefings and materials, the Board of Directors of CEDI adopts the following resolution by unanimous written consent, as permitted by the New York Business Corporation Law and CEDI's By-laws.

"Resolved that either CEDI or a wholly owned subsidiary, is hereby authorized to participate and invest in the Project and the officers of CEDI are hereby authorized to take all actions, in the opinion of the officer taking the action, that may be necessary or appropriate, including, without limitation, arranging for the engagement of advisors, commitments for investments, the making of investments up to the Total Investment and the negotiation of any documents as may be necessary, to effectuate the investment and participation in the Project on the following conditions:

1. The total amount invested and committed to the Project shall not exceed $47.4 million and that the investment and commitment shall, after taking account of defeasance structures, have the economic result of being non recourse to CEDI; and

2. Based on the economic model developed for the project, the Project's yield on investment to CEDI, after United States taxes, is reasonably estimated, in the opinion of the management of CEDI, to be not less than 10%.

Dated: October 29, 1997

The Board of Directors of CEDI

________________________
Mary Jane McCartney

________________________
Joan Freilich

________________________
Paul Kinkel

DE&S

*RoCa Unit No. 3*
*Due Diligence*
*Engineering Report*
*November, 1997*

*EXHIBIT 12A*

*TECHNICAL INFORMATION PROVIDED BY EZH AND RELIED UPON BY DE&S IN REACHING ITS CONCLUSIONS*

DE&S



# EXHIBIT 12A

## EZH RoCa 3

## TECHNICAL INFORMATION PROVIDED BY EZH

*Note: All items received during plant visit of October 16th & 17th except as noted.*

| No. | Dwg. No. (Document) | Rev. | Date | Title /Description | Sht. |
|---|---|---|---|---|---|
| *A - GENERAL* | | | | | |
| 1 | Presentation | | 10/16/97 | EZH RoCa Warmtekrachtcentrale (Dutch) | 12 |
| 2 | Brochure | | | EZH RoCa 3 Innovation for the B Triangle (English) | 6 |
| 3 | Presentation | | 10/16/97 | EZH Maintenance N. V. Electricteitsbedrijf Zui Holland - Electricity Producers in the Netherlands (English) | 6 |
| 4 | | | 10.1997 | EZH RoCa Warmtekrachtcentrale (Dutch) | 37 |
| 5 | Brochure | | 12.19.95 | EZH RoCa Procedure Veilig Werken EZH '94 - Plant Rotterdam/Den Haag/Leiden (Dutch) | 17 |
| 6 | No. 9737267 | | 7.1.97 | ITEB Techniek Taxatie Rapport (Dutch) | 35 |
| 7 | Booklet | | 3.1996 | EZH Safety Rules - Rotterdam/The Hague/Leiden Plant (English) | 35 |
| 8 | 50523(c); booklet | | 2.10.95 | Power Total Maintenance b.v. - "When Strategy Counts in Power Plant Maintenance" (English); EZH Maintenance Company - "When it comes to Quality and Availability" (English) | |
| 9 | | | 9.24.97 | | 4 |
| 10 | EFR-00.UZ9-100.12-020 BL 000 (dwg) | J | 7.10.97 | Elektriciteitsfabriek EFR - Overzichtstekening (Dutch) | 1 |
| 11 | EFR-30.B99-200.51-002 BL 000 (dwg) | AC | 4.03.96 | Warmtekrachtcentrale RoCa EFR-3 - Eigen Bedrijf En Algemeen Bedrijf Grondschema (Dutch) | 1 |
| 12 | Photographs, Brochure | | | EZH RoCa 3 Innovatie voor de B-driehoek (Dutch) | 11 |
| 13 | VILS-EZH-1993 | | 1993 | Veiligheidsinstructie Ten Aanzien Van De Laagspanningaanleg Vils EZH 1993 (Safety Instructions/Low Voltage Installations) (Dutch) | 33 |
| *B - MECHANICAL* | | | | | |
| 1 | EFR-00.EKC-100.55-001 BL 000 | A | 8.27.96 | Warmte-Krachtcentrale RoCa 3 - P & I Schema Gasvoorwarming In Gasontvangst Station (Dutch) | 1 |
| 2 | EFR-00.EK9-100.55-001 BL 000 | B | 8.27.96 | Warmte-Krachtcentrale RoCa 3 - P & I Schema - Gasaanvoer En Verdeelsysteem (Dutch) | 1 |
| 3 | EFR-30.G99-100.55-001 BL 000 | A | 10.21.96 | Warmte-Krachtcentrale RoCa 3 - P & I Schema Ontluchtingen In Koelwater - Suppletie - En Spuileiding | 1 |

DE&S

*Exhibit 12A – EZH RoCa 3*
*November 18, 1997*
*Page 2*

| No. | Dwg. No. (Document) | Rev. | Date | Title /Description | Sht. |
|---|---|---|---|---|---|
| | | | | (Dutch) | |
| 4 | (dwg) | | 12.29.95 | Waterzijdige layout WKC-RoCa (Dutch) | 1 |
| 5 | (dwg) | | | (Dutch) | 1 |
| 6 | (dwg) | | | $CO_2$ Systeem (Dutch) | 1 |
| 7 | EFR-30.U99-100.12-002 BL 400 | 0 | 11.14.95 | Warmtekrachtcentrale RoCa EFR-3 - Overzicht Plattegrond Fabriek Kelder 4.000- (Dutch) | 1 |
| 8 | EFR-30.U99-100.12-002 BL 001 | 0 | 11.15.95 | Warmtekrachtcentrale RoCa EFR-3 - Overzicht Plattegrond Fabriek Beg. Grond 0.000+ (Dutch) | 1 |
| 9 | EFR-30.U99-100.12-002 BL 004 | B | 6.24.94 | Warmtekrachtcentrale RoCa EFR-3 - Plattegrond Turbinehal En Ketelhuis 4200+ (Dutch) | 1 |
| 10 | EFR-30.U99-100.12-002 BL 005 | 0 | 12.06.95 | Warmtekrachtcentrale RoCa - Overzicht Plattegrond Fabriek 5400+ Vloer (Dutch) | 1 |
| 11 | EFR-30.U99-100.12-002 BL 007 | 0 | 1.10.96 | Warmtekrachtcentrale RoCa - Overzicht Plattegrond Fabriek 7200+ Vloer (Dutch) | 1 |
| 12 | EFR-30.U99-100.12-002 BL 011 | 0 | 1.19.96 | Warmtekrachtcentrale RoCa - Overzicht Plattegrond Fabriek 11.400+ Vloer (Dutch) | 1 |
| 13 | EFR-30.U99-100.12-002 BL 016 | 0 | 2.05.96 | Warmte-Krachtcentrale RoCa - Overzicht Plattegrond Fabriek Vloer 15.600+ (Dutch) | 1 |
| 14 | EFR-30.U99-100.12-002 BL 020 | 0 | 2.16.96 | Warmte-Krachtcentrale RoCa - Overzicht Plattegrond Fabriek Vloer 19.800+ (Dutch) | 1 |
| 15 | EFR-30.U99-100.12-002 BL 024 | 0 | 3.05.96 | Warmtekrachtcentrale RoCa - Overzicht Plattegrond Fabriek 24.000+ Vloer (Dutch) | 1 |
| 16 | EFR-30.U99-100.12-002 BL 031 | 0 | 8.26.96 | Warmtekrachtcentrale RoCa EFR-3- Overzicht Plattegrond Fabriek 30900+ Vloer (Dutch) | 1 |
| 17 | EFR-30.PA9-105.12-010 BL 000 | 0 | 8.29.96 | RoCa 3 - Hybride Cellenkdeltoren - Nivo Koellichaam - Horizontale Doorsnede - Ontwerp (Dutch) | 1 |
| 18 | EFR-30.PA9-105.12-009 BL 000 | 0 | 8.29.96 | RoCa 3 - Hybride Cellenkdeltoren - Raamwerk In Middendeel Koeltoren - Doorsnede 9 - Ontwerp (Dutch) | 1 |
| 19 | EFR-30.PA9-105.12-008 BL 000 | 0 | 8.29.96 | RoCa 3 - Hybride Cellenkdeltoren - Langsgevel Noordzijde - Doorsnede 8 - Ontwerp (Dutch) | 1 |
| 20 | EFR-30.PA9-105.12-006 BL 000 | 0 | 8.29.96 | RoCa 3 - Hybride Cellenkdeltoren - Cellenkdeltoren - Doorsnede 6 - Ontwerp (Dutch) | 1 |
| 21 | EFR-30.PA9-105.12-004 BL 000 | 0 | 8.29.96 | RoCa 3 - Hybride Cellenkdeltoren -Kopgevel Oostzijde - Aanzicht 4 - Ontwerp (Dutch) | 1 |
| 22 | EFR-30.PA9-105.12-003 BL 000 | 0 | 8.29.96 | RoCa 3 - Hybride Cellenkdeltoren -Kopgevel Westzijde - Aanzicht 3 - Ontwerp (Dutch) | 1 |
| 23 | EFR-30.PA9-105.12-002 BL 000 | 0 | 8.29.96 | RoCa 3 - Hybride Cellenkdeltoren -Langsgevel Zuidzijde - Aanzicht 2 - Ontwerp (Dutch) | 1 |
| 24 | EFR-30.PA9-105.12-001 BL 000 | 0 | 8.29.96 | RoCa 3 - Hybride Cellenkdeltoren -Langsgevel Noordzijde - Aanzicht 1 - Ontwerp (Dutch) | 1 |
| 25 | EFR-30.UG9-105.76-002 BL 000 | 0 | 8.29.96 | RoCa 3 - Pumpstation Hollandsche Ijssel - Begane Grond El. +4200 Doorsnede A-A; B-B; E-E (Dutch) | 1 |

DE&S



| No. | Dwg. No. (Document) | Rev. | Date | Title /Description | Sht. |
|---|---|---|---|---|---|
| 26 | EFR-30.UG9-105.76-001 BL 000 | 0 | 8.29.96 | RoCa 3 - Pumpstation Hollandsche Ijssel - Vlder El. +1000-2400 Doorsnede C-C; D-D (Dutch) | 1 |
| 27 | | | | | |
| 28 | Memo | | 4.23.97 | Gevolgen modificatie gasturbine 3 voor de bedrijfsvoering (Dutch) | 3 |
| 29 | 929 G 1032 | 1 | 11.22.96 | Shims Compressor Vanes (English) | 1 |
| 30 | | | | Gegevens EZH - Rocacentrale (Dutch) | |
| | | | 9.1995 | 1.0 Algemene omschrijving installatie (Dutch) | 1 |
| | | | 9.1995 | 1.1 Algemene omschrijving installatie, algemeen principeschema (Dutch) | 1 |
| | | | 9.1995 | 2.0 Afgassenketel, ontwerpgegevens (Dutch) | |
| | | | | 2.1 Afgassenketel, tekening opstelling drukdelen (Dutch) | |
| | | | | 2.2 Afgassenketel, LD-ketelcirculatiepompen (Dutch) | |
| | | | | 2.3 Afgassenketel, MD-ketelcirculatiepompen (Dutch) | |
| | | | 9.1995 | 3.0 Bijstookketel, ontwerpgegevens (Dutch) | |
| | EFR-30.HA9-101.14-001-001 | A | 9.20.94 | 3.1 Bijstookketel, tekening opstelling drukdelen (Dutch) | |
| | | | 9.1995 | 4.0 Hoofdcondensaatsysteem, ontwerpgegevens (Dutch) | |
| | | | | 4.1 Hoofdcondensaatsysteem, Hoofdcondensaatpompen (Dutch) | |
| | | | 9.1995 | 5.0 Voedingwatersysteem, ontwerpgegevens (Dutch) | 1 |
| | | | 9.1995 | 5.1 Voedingwatersysteem, principeschema (Dutch) | 1 |
| | | | | 5.2 Voedingwatersysteem, HD-ketelvoedingwaterpompen (Dutch) | 2 |
| | | | | 5.3 Voedingwatersysteem, MD-ketelvoedingwaterpompen (Dutch) | |
| | | | | 5.4 Voedingwatersysteem, LD-ketelvoedingwaterpompen (Dutch) | |
| | | | | 6.0 | |
| | | | | 7.0 | |
| | | | 9.1995 | 8.0 SV-stoom/condensaatsysteem, ontwerpgegevens (Dutch) | |
| | | | | 8.1 SV-stoom/condensaatsysteem, principeschema (Dutch) | |
| | | | | 8.2 SV-stoom/condensaatsysteem, SV-condensaatpompen (Dutch) | |
| | | | 9.1995 | 9.0 SV-watersysteen, principeschema (Dutch) | |
| | | | | 9.1 SV-watersysteen, SV-condensaatpompen (Dutch) | |
| | | | | 9.2 SV-watersysteen, SV-neventransportpompen (Dutch) | |
| | | | | 9.3 SV-watersysteen, SV-absorptiekoelerpompen (Dutch) | |
| | | | 9.1995 | 10.0 Rookgassysteem, principeschema rookgaskoelers (Dutch) | |

| No. | Dwg. No. (Document) | Rev. | Date | Title /Description | Sht. |
|---|---|---|---|---|---|
| | | | | 10.1 Rookgassysteem, principeschema rookgaskanalen (Dutch) | |
| | | | | 10.2 Rookgassysteem,ontwerpgegevens (Dutch) | |
| | | | 9.1995 | 11.0 Absorptiekoelmachinesysteem, ontwerpgegevens (Dutch) | |
| | | | | 11.1 Absorptiekoelmachinecirculatiepompen (Dutch) | |
| | | | 9.1995 | 12.0 Spuisysteem, ontwerpgegevens (Dutch) | |
| | | | | 12.1 Spuisysteem, ketelspuipompen (Dutch) | |
| | | | 9.1995 | 13.0 Rookgascondensaatsysteem, rookgascondensaatpomp (Dutch) | |
| | | | 9.1995 | 14.0 Demiwatersuppletiesysteem, ontwerpgegevens (Dutch) | |
| | | | | 14.1 Demiwatersuppletiepompen (Dutch) | |
| | | | 9.1995 | 15.0 Hulpketelinstallatie, ontwerpgegevens (Dutch) | |
| | | | | 16.0 | |
| | | | | 17.0 | |
| | | | 9.1995 | 18.0 Interkoelwatersysteem, ontwerpgegevens (Dutch) | |
| | | | | 18.1 Interkoelwaterpompen (Dutch) | |
| | | | | 18.2 Noodinterkoelwaterpompen (Dutch) | |
| | | | | 19.0 | |
| | | | | 20.0 Gasturbine PG9171E Thomassen, ontwerpgegevens (Dutch) | |
| | | A | 5.1994 | 20.1 Gasturbine PG9171E Thomassen, Maintenance (English) | |
| | GMD6095217 | | | 21.0 Generator ABB gasturbine, ontwerpgegevens (Dutch) | |
| | GMD6095018 | | | 22.0 Stoomturbine ABB, ontwerpgegevens (Dutch) | |
| | HTCM 690 014 D | | | 22.1 Stoomturbine ABB, Maintenance (Dutch) | |
| | GMD6095218 | | | 23.0 Generator ABB stoomturbine, ontwerpgegevens (Dutch) | |
| | 4-837 195 115 | | 1.19.94 | 24.0 Rookgascompressor Sulzer, ontwerpgegevens (Dutch) | |
| | | | | 24.1 Rookgascompressor Sulzer, Maintenance (Dutch) | |
| | 3626-014305-4 | | 5.26.95 | 25.0 Koppeling Voith, ontwerpgegevens (Dutch) | |
| | 3626-014305-8 | | 9.26.95 | 25.1 Koppeling Voith, Maintenance (Dutch) | |
| | U03754.056 | 1 | 4.24.96 | 26.0 Koeltoren Balke-Durr, ontwerpgegevens (Dutch) | |
| | U03754.056 | 1 | 4.24.96 | 26.1 Koeltoren Balke-Durr, Maintenance (Dutch) | |
| | | | | 27.0 | |
| | EFR-30.GMC-100.55-001 BL 000 | B | 9.12.94 | 28.0 Pompgebouw Hollandsche Ijssel, P&I koelwaterspuisysteem (Dutch) | |
| | 13500inh.zi0 | | 6.24.96 | 28.1 Pompgebouw Hollandsche Ijssel, Zusatzwasserpumpen (Dutch) | |
| | 13500inh.zi0 | | 6.24.96 | 28.2 Pompgebouw Hollandsche Ijssel, Abflutpumpen (Dutch) | |

DE&S



| | Dwg. No. (Document) | Rev. | D | Title /Description | Sht. |
|---|---|---|---|---|---|
| | | | | 28.3 Pompgebouw Hollandsche Ijssel, Mischwasserpumpen (Dutch) | |
| | | | | 29.0 | |
| | EFR-00.EKC-100.55-001 BL 000 | A | 8.27.96 | 30.0 Gasontvangst station, P&I schema gasvoorwarming (Dutch) | 1 |
| | EFR-00.EK9-100.55-001 BL 000 | B | 8.27.96 | 30.1 Gasontvangst station, P&I schema gasaanvoer & verdeelsysteem (Dutch) | 1 |
| | EFR-00.UZ9-100.12-020 BL 000 | J | 7.10.97 | 31.0 Electriciteitsfabriek RoCa, terreinoverzicht (Dutch) | 1 |
| | EFR-30.G99-100.55-001 BL 000 | A | 10.21.96 | 32.0 Koelwater-, suppletie-, spuileiding naar Hollandsche Ijssel, P&I (Dutch) | 1 |
| | EFR-00.UZ9-100.11-055 BL 000 | B | 2.03.94 | 33.0 Pompgebouw Hollandsche Ijssel, terreinoverzicht (Dutch) | 1 |
| | EFR-00.UZ9-100.12-024 BL 000 | A | 4.13.94 | 33.1 Pompgebouw Hollandsche Ijssel, terreinoverzicht/gebouw/leidingen (Dutch) | 1 |
| | B.02 | D | 3.1995 | 33.2 Pompgebouw Hollandsche Ijssel, bestektekening gebouw (Dutch) | |
| | B.03 | C | 2.1995 | 33.3 Pompgebouw Hollandsche Ijssel, bestektekening gebouw doorsneden (Dutch) | |
| | TLB-99.N99-100.55-001 BL 000 | 0 | 6.04.96 | 34.0 Transportleiding naar B-Driehoek, P&I schema (Dutch) | |
| | EFR-30.999-100.54-002 BL 000 | G | 11.29.96 | 35.0 Electriciteitsfabriek RoCa, basisschema EFR 3 (Dutch) | |
| | EFR-30.999-100.57-001 BL 000 | D | 11.29.93 | 35.1 EFR, Stoomwezenschema stoom-, condensaat-, voedingwaterleidingen (Dutch) | |
| | EFR-30.999-100.57-002 BL 000 | D | 10.22.96 | 36.0 EFR, Stoomwezenschema SVW, aanvoer-, en retourwaterleidingen (Dutch) | |
| | 0230003140 | GO1 | 3.07.96 | 37.0 EFR, Intercom installatie (Dutch) | |
| | | | | | |
| ***C - ELECTRICAL*** | | | | | |
| 1 | EFR-30.999-300.26-008 blad 001 | B | 3.30.95 | Overzicht besturingssytemen RoCa 3 (Dutch) | 1 |
| 2 | EFR-30.BCA-202.54-002 BL 002 | B | 6.27.95 | Indelingstekening Vooraanzicht (Dutch) | 4 |
| 3 | MS9N120ez | | | De gasturbine in bedrijf (Dutch) | 1 |
| 4 | n5fsez | | | Brandstof bepalende regelingen (Dutch) | 1 |
| 5 | n5fsez | | | Brandstof bepalende regelingen (Dutch) | 1 |
| 6 | GMD2 955 664 | D | 1.13.95 | RoCa 3 - DT Schutzschema Turbine (Dutch) | 1 |
| 7 | EFR-30.BHC-215.54-001 BL 008 | C | 9.12.97 | Warmtekrachtcentrale RoCa EFR 3 - 30/31BHC Hoofdverdeelinrichting Algemeen (Dutch) | 1 |
| 8 | EFR-31.BJE-203.54-004 BL 015 | C | 8.29.97 | Warmtekrachtcentrale RoCa EFR 3 - 31BJE/BME Onderverdeelinrichting Proces - Algemene Informatie | 1 |

DE&S



| No. | Dwg. No. (Document) | Rev. | Date | Title /Description | Sht. |
|---|---|---|---|---|---|
| | | | | (Dutch) | |
| 9 | EFR-31.BFD-201.54-001 BL 010 | C | 6.12.97 | Warmtekrachtcentrale RoCa EFR 3 - 31/32BFD Hoofdverdeelinrichting Proces - Algemene Informatie (Dutch) | 1 |
| 10 | EFR-30.BMC-235.54-001 BL 005 | B | 7.04.97 | Warmtekrachtcentrale RoCa EFR 3 -30BMC Hoofdverdeelinrichting Proces - Algemene Informatie (Dutch) | 1 |
| 11 | EFR-30.BHA-235.54-001 BL 009 | C | 7.04.97 | Warmtekrachtcentrale RoCa EFR 3 -30/31BHA Hoofdverdeelinrichting Proces - Algemene Informatie (Dutch) | 1 |
| 12 | EFR-31.BFB-201.54-001 BL 017 | C | 6.12.97 | Warmtekrachtcentrale RoCa EFR 3 -31/32BFB Hoofdverdeelinrichting Proces - Algemene Informatie (Dutch) | 1 |
| 13 | EFR-31.BFA-235.54-001 BL 010 | B | 7.04.97 | Warmtekrachtcentrale RoCa EFR 3 -31/32BFA Hoofdverdeelinrichting Proces - Algemene Informatie (Dutch) | 1 |
| 14 | EFR-30.B99-200.51-002 BL 000 | AC | 4.03.96 | Warmtekrachtcentrale RoCa EFR 3 - Eigen Bedrijf En Algemeen Bedrijf Grondschema (Dutch) | 1 |
| 15 | EFR-30.BY9-200.51-001 BL 000 | V | 5.12.97 | Elektriciteitsfabriek RoCa Eenheid 3 - Overzicht Blokbeveiliging (Dutch) | 1 |
| 16 | | | | Fire Detection & Protection for Gas Turbine (Dutch) | |
| 17 | GME6 362 860 | | 8.02.95 | Automatischer Spannungsregler Bauart UNITROL® M Doppelkanalausführung Typ DMT (Dutch) | 48 |
| 18 | | | | Nooddiesel (Dutch/English) | 2 |
| 19 | (dwg.) | | | Elektriciteitsfabriek EFR EZH - Capelseweg 400 - Oosterflank (Dutch) | 1 |
| 20 | | | | Branddetectie - Siemens / Thomassen / ABB (Dutch/English) | |
| 21 | | | 8.02.95 | Automatischer Spannungsregler - Bauart UNITROL® M - Doppelkanalausführung - Typ DMT (Dutch) | 48 |
| 22 | | | | Nooddiesel (Dutch/English) | 2 |
| 23 | EFR-00.B99-200.51-001 BL 003 | 0 | 9.23.97 | Warmtekrachtcentrale RoCa EFR3 - Grondschema Proces En Algemeen Instellingen Beveiligingsrelais (Dutch) | 1 |
| 24 | | | | Grondschema - EB & Alg. (Dutch) | |
| 25 | | | | 125/24 DC & 220 AC No-Break Redudantie (Dutch) | |
| 26 | HIER 95 411 E<br>1MDB02012-EN | A | 2.03.95<br>08.94 | 1. (ABB) Synchrotact® 4 Microprocessor-Based Paralleling Device - UNS 2980c-Z, Var. 1,2,4 (English)<br>2. (ABB) Type REX 010 / REX 011 Auxiliary Unit for REG216/316 for 100% Stator and Rotor Earth Fault Protection (English) | |
| 27 | EFR-00CW9-20034-001BL400 | | | Schakelschema RoCa EB & AEB Bih (art.14/21) (Dutch) | 1 |
| *D - FIRE PROTECTION* | | | | | |

| No. | Dwg. No. (Document) | Rev. | Date | Title /Description | Sht. |
|---|---|---|---|---|---|
| | | | | | |
| *E - ENVIRONMENTAL* | | | | | |
| 1 | | | 10.16.97 | Milieu Effect Rapportage RoCa3 (Dutch) | 1 |
| 2 | | | 1996 | Brandstofverbruik En Emissie - Plant Rotterdam - Den Haag - Leiden (Dutch) | 1 |
| *F - HOT WATER & $CO_2$ TRANSMISSION* | | | | | |
| 1 | TLB-99.N99-100.55-001 BL 000 | 0 | 6.04.96 | Transportleiding B-Driehoek - P&I Schema Transportleiding Naar B-Driehoek (Dutch) | 1 |
| 2 | TLB-00.N99-100.94-001 BL 000 | B | 5.20.97 | TLB 3 – Overzichtstekening Transportleiding B – Driehoek tbv Calamiteitenplan (Dutch) | 1 |
| 3 | JS97-201 | 1 | 7.28.97 | N.V. E.Z.H. Beheer Warmte – Transportleiding B – Driehoek (Dutch) | |
| | | | | | |
| | | | | | |
| *G - PERFORMANCE & TESTING* | | | | | |
| 1 | 341132-FPP 95-6853 | B | 5.30.96 | Meetprocedure warmteverbruiksmeting aan eenheid 3 van de centrale RoCa van de N.V. EZH (Dutch) | |
| 2 | 004676 | | 12.12.96 | Inzetplan produktiemiddelen 2000 (Dutch) | |
| 3 | | | 4.17.96 | Inzetplan produktiemiddelen 1998 (Dutch) | |
| 4 | 55-2-05131 | | 6.26.96 | bedrijfsvaardigheid eenheid 3 centrale RoCa (Dutch) | |
| 5 | 55-2-06773 | | 8.22.96 | warmteverbruiksmetingen (Dutch) | |
| 6 | 56-2-05280 | | 6.26.97 | warmteverbruik RoCa 3 (Dutch) | |
| 7 | | | 10.15.97 | Producktie – Overzicht Volgens Sep-Norm Per Maand Sinds Aanvang Jaar (Dutch) | |
| 8 | | | 7.18.97 | Beschikbaarheidsstatistiek (Dutch) | |
| 9 | | | 12.95 | Technische Maandrapportage – Plant Rotterdam – den Haag – Leiden (Dutch) | |
| 10 | | | 12.96 | Technische Maandrapportage – Plant Rotterdam – den Haag – Leiden (Dutch) | |

European Ratings
Garden House
18 Finsbury Circus
London EC2M 7BP
Tel +44 (0)171-826 3800
Fax +44 (0)171-826 3890

Standard & Poor's
A Division of The McGraw-Hill Companies

19 November 1997

Rob Holzman
Vice President
Cornerstone Financial Advisors
Riverwalk Suite 450
2150 E.Lake Cook Road
Buffalo Grove
Illinois 60089
USA

Dear Rob

**Re: EZH**

Based on Standard & Poor's review of the Dutch electricity generation sector, I can confirm that companies such as Electriciteitsbedrijf Zuid Holland ("EZH"), are likely, if a rating were requested, to be rated at or above the " A" category.

This information is confidential and must not be disclosed under any circumstances to EZH or third parties (apart from your US utility client on this transaction). This opinion in no way constrains Standard & Poor's future actions with EZH.

Yours sincerely

Aidan O'Mahony

Aidan O'Mahony
Director
Corporate Ratings

CE 015399

McGraw-Hill International (UK) Ltd. Registered Office: McGraw-Hill House, Shoppenhangers Road, Maidenhead, Berkshire SL6 2QL. Registered in England No 64070. VAT No GB 2?? 121773.

CORNERSTONE FINANCIAL ADVISORS
ABC file: ezh2-cel-final-b 13-Mar-1998 06:31:48.00 Page 3.1
EZH2

Annual Statement of Cash Flow

| Year Beginning | Purchase Loan Draw & Residual | | Fees | Other Revenue & Expense | Rent | Interest on Loan | Principal Repayment | Debt Service | Pre-Tax Cash Flow | Cash Taxes | After-Tax Cash Flow |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Jan 1997 | -120112270 | P | -4125000 | 0 | 0 | 0 | 0 | 0 | -43445000 | 0 | -43445000 |
| Jan 1997 | 80792270 | L | | | | | | | | | |
| Jan 1998 | 0 | | 0 | 0 | 424960 | -270879 | -154082 | -424960 | 0 | 7705252 | 7705252 |
| Jan 1999 | 0 | | 0 | 0 | 8999162 | -5723909 | -3275253 | -8999162 | 0 | 7285655 | 7285655 |
| Jan 2000 | 0 | | 0 | 0 | 8999162 | -5461565 | -3537597 | -8999162 | 0 | 7186516 | 7186516 |
| Jan 2001 | 0 | | 0 | 0 | 8999162 | -5178380 | -3820782 | -8999162 | 0 | 7079554 | 7079554 |
| Jan 2002 | 0 | | 0 | 0 | 8999162 | -4872710 | -4126452 | -8999162 | 0 | 6964103 | 6964103 |
| Jan 2003 | 0 | | 0 | 0 | 8999162 | -4542782 | -4456380 | -8999162 | 0 | 6839494 | 6839494 |
| Jan 2004 | 0 | | 0 | 0 | 8999162 | -4186683 | -4812478 | -8999162 | 0 | 6714595 | 6714595 |
| Jan 2005 | 0 | | 0 | 0 | 8999162 | -3829842 | -5169319 | -8999162 | 0 | 6581240 | 6581240 |
| Jan 2006 | 0 | | 0 | 0 | 8999162 | -3448747 | -5550415 | -8999162 | 0 | 6438049 | 6438049 |
| Jan 2007 | 0 | | 0 | 0 | 8999162 | -3039548 | -5959613 | -8999162 | 0 | 6296221 | 6296221 |
| Jan 2008 | 0 | | 0 | 0 | 8964979 | -2600173 | -6364806 | -8964979 | 0 | 6692422 | 6692422 |
| Jan 2009 | 0 | | 0 | 0 | 7358488 | -2130823 | -5227665 | -7358488 | 0 | 6556474 | 6556474 |
| Jan 2010 | 0 | | 0 | 0 | 7362963 | -1740913 | -5622050 | -7362963 | 0 | 6409453 | 6409453 |
| Jan 2011 | 0 | | 0 | 0 | 7362950 | -1321609 | -6041342 | -7362950 | 0 | 6251785 | 6251785 |
| Jan 2012 | 0 | | 0 | 0 | 7362950 | -871038 | -1270942 | -2141980 | 5220970 | 6217678 | 11438648 |
| Jan 2013 | 0 | | 0 | 0 | 7362950 | -774788 | -6588162 | -7362950 | 0 | 6046201 | 6046201 |
| Jan 2014 | 0 | | 0 | 0 | 7362950 | -283340 | -7079611 | -7362950 | 0 | 5861331 | 5861331 |
| Jan 2015 | 0 | | 0 | 0 | 7362950 | 244762 | -7607712 | -7362950 | 0 | 5662749 | 5662749 |
| Jan 2016 | 0 | | 0 | 0 | 7362950 | 812250 | -8175200 | -7362950 | 0 | 5449357 | 5449357 |
| Jan 2017 | 0 | | 0 | 0 | 7362950 | 1422061 | -8785011 | -7362950 | 0 | 5220051 | 5220051 |
| Jan 2018 | 0 | | 0 | 0 | 7362950 | 2077350 | -5951755 | -3874405 | 3488546 | 1403245 | 4891791 |
| Jan 2019 | 0 | | 0 | 0 | 18225000 | 2154715 | -20379715 | -18225000 | 0 | 188387 | 188387 |
| Jan 2020 | 0 | | 0 | 0 | 18225000 | 3612681 | -21837681 | -18225000 | 0 | -1207221 | -1207221 |
| Jan 2021 | 0 | | 0 | 0 | 18225000 | 5175155 | -23400155 | -18225000 | 0 | -1793743 | -1793743 |
| Jan 2022 | 0 | | 0 | 0 | 18225000 | 6849643 | -25074643 | -18225000 | 0 | -2421240 | -2421240 |
| Jan 2023 | 0 | | 0 | 0 | 18225000 | 8644189 | -26869189 | -18225000 | 0 | -3094244 | -3094244 |
| Jan 2024 | 0 | | 0 | 0 | 18225000 | 10567416 | -28792416 | -18225000 | 0 | -3815512 | -3815512 |
| Jan 2025 | 0 | | 0 | 0 | 18225000 | 12628570 | -30853570 | -18225000 | 0 | -4588513 | -4588513 |
| Jan 2026 | 0 | | 0 | 0 | 18225000 | 14837559 | -33062559 | -18225000 | 0 | -5416963 | -5416963 |
| Jan 2027 | 0 | | 0 | 0 | 18225000 | 17205005 | -35430005 | -18225000 | 0 | -6318160 | -6318160 |
| Jan 2028 | 0 | | 0 | 0 | 18225000 | 19733468 | -37958468 | -18225000 | 0 | -7254114 | -7254114 |
| Jan 2029 | 0 | | 0 | 0 | 18225000 | 22407837 | -40632837 | -18225000 | 0 | -8256058 | -8256058 |
| Jan 2030 | 0 | | 0 | 0 | 18225000 | 25271107 | -43496107 | -18225000 | 0 | -9328800 | -9328800 |
| Jan 2031 | 0 | | 0 | 0 | 18225000 | 28336655 | -46561655 | -18225000 | 0 | -10477339 | -10477339 |
| Jan 2032 | 0 | | 0 | 0 | 18225000 | 31618804 | -40194706 | -8575902 | 9649098 | -11456955 | -1807857 |
| Jan 2033 | 0 | | 0 | 0 | 18225000 | 34415970 | -40578931 | -6162961 | 12062039 | -12441390 | -379351 |
| Jan 2034 | 0 | | 0 | 0 | 26476875 | 55526314 | -67043549 | -11517235 | 14959640 | -10903722 | 4055918 |
| Jan 2035 | 0 | | 0 | 0 | 0 | 22923424 | -17603963 | 5319461 | 5319461 | -7608655 | -2289195 |
| Jan 2036 | 0 | | 0 | 0 | 0 | 43125601 | -41970276 | 1155325 | 1155325 | -9182180 | -8026855 |
| Jan 2037 | 0 | | 0 | 0 | 0 | 46105963 | -46105963 | 0 | 0 | -10329651 | -10329651 |
| Jan 2038 | 0 | | 0 | 0 | 0 | 49384477 | -49384477 | 0 | 0 | -11558767 | -11558767 |
| Jan 2039 | 0 | | 0 | 0 | 0 | 52896850 | -52896850 | 0 | 0 | -12875557 | -12875557 |
| Jan 2040 | 0 | | 0 | 0 | 0 | 56659814 | -56659814 | 0 | 0 | -14286313 | -14286313 |
| Jan 2041 | 0 | | 0 | -831525734 | 0 | 69082233 | 855571883 | 924654117 | 93128383 | -2367654 | 90760728 |
| Jan 2042 | 0 | | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 394478 | 394478 |
| Totals | -39320000 | | -4125000 | -831525734 | 463859321 | 593442145 | -80792270 | 512649874 | 101538462 | -35538462 | 66000000 |

Key to Symbols: P = Purchase, L = Loan Draw, R = Residual

Bayerische Landesbank

Niederlassung
Luxemburg

**EXHIBIT 1**
**TO IRREVOCABLE STANDBY LETTER**
**OF CREDIT NO. 15122116 DATED DECEMBER 15, 1997**

**NOTICE OF AMENDMENT OF IRREVOCABLE STANDBY LETTER OF CREDIT NO. 15122116 DATED DECEMBER 15, 1997**

06 December, 1999

Consolidated Edison Leasing, Inc.
c/o Consolidated Edison Development, Inc.
111 Broadway, 8th Floor
New York, NY 10006

Wilmington Trust Company, as Trustee under
the Trust Agreement (Roca Facility Trust No. 2)
dated as of December 15, 1997 between Wilmington
Trust Company and the Investor identified therein
Rodney Square North
1100 North Market Street
Wilmington, Delaware 19890-0001

Reference is hereby made to irrevocable Standby Letter of Credit No. 15122116 dated December 15, 1997 (the "**Letter of Credit**") issued by us in your favor (the terms defined therein and not otherwise defined herein being used herein as defined in the Letter of Credit). We hereby notify you that, in accordance with the terms of the Letter of Credit, the Stated Amount for the period commencing on 3 January 2000 and ending on 2 January 2001 shall be, and Annex A thereto is hereby correspondingly amended, effective as of January 3 2000, USD 47.623.816,10.

Except as expressly stated herein the Letter of Credit shall remain in full force and effect.

\\ /\

**Bayerische Landesbank**

This letter should be attached to the Letter of Credit and made an integral part thereof

**BAYERISCHE LANDESBANK GIROZENTRALE,**
**Luxembourg Branch**

By: ______________________
Name: PETER LANG
Title:

**N.V. ELECTRICITEITSBEDRIJF ZUID-HOLLAND**

By: ______________________
Name: J.A.H. de Jong
Title: head Financial and Economic Affairs

**CONSOLIDATED EDISON LEASING, INC.**

By: ______________________
Name: B.T. DePlaunt
Title: Vice President

**WILMINGTON TRUST COMPANY**
as Trustee

By: ______________________
Name:
Title:

# EXHIBIT

# F

Consolidated Edison v. United States
Case No. 06-305T
Exhibit___
Missing CE Documents as of 5/15/2007

| Document Number |
|---|
| 1 |
| 7-19 |
| 29-32 |
| 33-228 |
| 3124-3187 |
| 3190-3195 |
| 3212-3282 |
| 3325-3348 |
| 3357-3361 |
| 3363 |
| 3381-3386 |
| 3524-3526 |
| 3533-3713 |
| 3740-3754 |
| 3783-3785 |
| 3790-3857 |
| 3865 |
| 3873 |
| 3880-3945 |
| 3963-3966 |
| 3969-4015 |
| 4017-4701 |
| 4703 |
| 4715 |
| 4728-4735 |
| 4739-4740 |
| 4751-4752 |
| 4762-4763 |
| 4773 |
| 4775-4781 |
| 4879-5496 |
| 5548-5552 |
| 5554-5585 |
| 5674-5717 |
| 5722 |
| 5725-5727 |
| 5832-5834 |
| 5838-5840 |
| 5846-5852 |
| 5860-5868 |
| 6165-6181 |
| 6186-6215 |
| 6223 |
| 6234-6364 |
| 6366-6397 |

Consolidated Edison v. United States
Case No. 06-305T
Exhibit___
Missing CE Documents as of 5/15/2007

| Document Number |
|---|
| 6411-6415 |
| 6422-6423 |
| 6426-6427 |
| 6429-6488 |
| 6496-6498 |
| 6504-6515 |
| 6561-6562 |
| 6623-6636 |
| 6642-6652 |
| 6681-6684 |
| 6689-6692 |
| 6697-6716 |
| 6747 |
| 6763 |
| 6785 |
| 6803-7134 |
| 7137-7198 |
| 7200 |
| 7210-7399 |
| 7406-7439 |
| 7440 |
| 7889-7894 |
| 7905-7914 |
| 7916-1934 |
| 7936-7940 |
| 7942-7944 |
| 7977-7979 |
| 7984-8027 |
| 8049-8881 |
| 8888-8922 |
| 9705-9710 |
| 9714-9715 |
| 9718-9724 |
| 9742-9772 |
| 9780 |
| 9794 |
| 9842-10042 |
| 10044-11125 |
| 11171-11281 |
| 11334 |
| 11392-11513 |
| 11520-11537 |
| 11555-11556 |
| 11575 |
| 11607-11609 |

Consolidated Edison v. United States
Case No. 06-305T
Exhibit___
Missing CE Documents as of 5/15/2007

| Document Number |
|---|
| 11611 |
| 11614-11617 |
| 11624 |
| 11627 |
| 11668 |
| 11783-11790 |
| 11792 |
| 11814 |
| 11821 |
| 11860 |
| 11897 |
| 11921-11946 |
| 11951 |
| 11973 |
| 11975 |
| 11985-11982 |
| 11986-11989 |
| 12005-12014 |
| 12027-12032 |
| 12036-12044 |
| 12119-12186 |
| 12216-12238 |
| 12353-12399 |
| 12409-12411 |
| 12498-12581 |
| 12669-12961 |
| 12985-13044 |
| 13048-13056 |
| 13076-13077 |
| 13123-13139 |
| 13314 |
| 13317-13414 |
| 13475-13650 |
| 13653-13664 |
| 13723-13738 |
| 14199-14277 |
| 14284-14290 |
| 14313-14122 |
| 14325 |
| 14327-14364 |
| 14408 |
| 14421-14446 |
| 14469-14836 |
| 14889 |
| 14914-14934 |

Consolidated Edison v. United States
Case No. 06-305T
Exhibit___
Missing CE Documents as of 5/15/2007

| Document Number |
|---|
| 14949-14953 |
| 14967-14972 |
| 14975-14978 |
| 15258 |
| 15271-15435 |
| 15505-15582 |
| 15586-15949 |
| 15551-15993 |
| 16061 |
| 16466 |
| 16470-16484 |
| 16494-16505 |
| 16523-16553 |
| 16631-16703 |
| 16705-16708 |
| 16753-16762 |
| 16826 |
| 16835-16854 |
| 16922-17180 |
| 17182-17277 |
| 17279-17355 |
| 17362-17366 |
| 17491-17529 |
| 17531-17550 |
| 17557-17571 |
| 17574-17642 |
| 17644-17652 |
| 17717-17778 |
| 17780-17791 |
| 17793-17806 |
| 18099-18105 |
| 18106-18118 |
| 18125-18131 |
| 18138-18146 |
| 18148 |
| 18166-18171 |
| 18256-18286 |
| 18303-18309 |
| 18392-18402 |
| 18413-18429 |
| 18431-18461 |
| 18464-18467 |
| 18470-18471 |
| 18486-18488 |
| 18504-18512 |

Consolidated Edison v. United States
Case No. 06-305T
Exhibit___
Missing CE Documents as of 5/15/2007

| Document Number |
|---|
| 18516-18517 |
| 18520-18551 |
| 18553-18556 |
| 18609-18652 |
| 18796-18808 |
| 18822-18835 |
| 18844-18865 |
| 18871-18876 |
| 188886 |
| 18898-18899 |
| 18901-18921 |
| 19154,19176 |
| 19320 |
| 19430-19516 |
| 19873-19963 |
| 20110-20114 |
| 20127 |
| 20163 |
| 20187-20264 |
| 20289-20301 |
| 20339-20340 |
| 20366-20369 |
| 20373-20379 |
| 20383-20578 |
| 20592-20593 |
| 20644-20650 |
| 20706-20710 |
| 20785-20810 |
| 21134 |
| 21165-21197 |
| 21206-21329 |
| 21469-21476 |
| 21660 |
| 21767-21801 |
| 2109-2110 |
| 21815 |
| 51859 |
| 21895 |
| 22100-22101 |
| 22290-22340 |
| 22359-22412 |
| 22622 |
| 22690-22959 |
| 22980-23491 |
| 23506 |

Consolidated Edison v. United States
Case No. 06-305T
Exhibit___
Missing CE Documents as of 5/15/2007

| Document Number |
|---|
| 23533-23540 |
| 23603 |
| 23697-23705 |
| 23953-23954 |
| 24828-24884 |