**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-305 T** |
| **v.** | ) | **Judge Marian Blank Horn** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

# PLAINTIFF'S MOTION TO SUBSTITUTE ATTORNEY OF RECORD

Thomas C. Durham
Attorney of Record
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Dr.
Chicago, IL 60606
Counsel for Plaintiff
Telephone: (312) 701-7216
Facsimile: (312) 706-9187

Of Counsel:
David F. Abbott
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2642
Facsimile: (212) 849-5642

Thomas Kittle-Kamp
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Dr.
Chicago, IL 60606
Counsel for Plaintiff
Telephone: (312) 701-7028
Facsimile: (312) 706-9197

## PLAINTIFF'S MOTION TO SUBSTITUTE ATTORNEY OF RECORD

Pursuant to Rule of the United States Court of Federal Claims 83.1(c)(4), Consolidated Edison Company of New York, Inc. & Subsidiaries ("Con Edison NY") moves the Court for an order allowing Con Edison NY to substitute David F. Abbott of Mayer, Brown, Rowe & Maw LLP for Thomas C. Durham also of Mayer, Brown, Rowe & Maw LLP as the attorney of record for Con Edison NY. In support thereof, Con Edison NY respectfully shows the Court as follows:

1. The undersigned has been of counsel for Con Edison NY during the pendency of this proceeding and is therefore familiar with all proceedings, motions and pleadings before the Court to date.

2. Both the undersigned and Thomas C. Durham are members of the firm Mayer, Brown, Rowe & Maw LLP.

3. At this time, Mr. Durham has health issues that preclude him from functioning in the role of attorney of record for Con Edison NY.

4. This matter has been discussed with Con Edison NY, which fully consents to this substitution.

5. Thomas C. Durham fully consents to the substitution.

WHEREFORE, the undersigned requests that the Court enter an Order allowing substitution of David F. Abbott for Con Edison NY's Attorney of Record. A proposed form of Order granting this motion to substitute attorneys is being submitted for the Court's consideration.

Submitted this the 22nd day of May 2007.

/s/ David F. Abbott
David F. Abbott
Counsel for Plaintiff
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2642
Facsimile: (212) 849-5642
David.F.Abbott-ConEd@mayerbrownrowe.com

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES,** | |
| **Plaintiff,** | **No. 06-305 T** |
| **v.** | **Judge Marian Blank Horn** |
| **THE UNITED STATES,** | |
| **Defendant.** | |

**AFFIDAVIT OF DAVID F. ABBOTT IN SUPPORT OF APPOINTMENT AS ATTORNEY OF RECORD FOR THE PLAINTIFF**

I, David F. Abbott, hereby declare and certify pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of the Court of Federal Claims and have been appointed as the Attorney of Record for Consolidated Edison Company of New York, Inc. ("Con Edison NY") in the above-captioned proceeding. I submit this Affidavit in support of Con Edison NY's Motion to Substitute Attorney of Record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 22, 2007

/s/ David F. Abbott

David F. Abbott
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2642
Facsimile: (212) 849-5642
David.F.Abbott-ConEd@mayerbrownrowe.com
Attorney for Plaintiff

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-305 T** |
| **v.** | ) | **Judge Marian Blank Horn** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**AFFIDAVIT OF THOMAS C. DURHAM**
**IN SUPPORT OF APPOINTMENT OF DAVID F. ABBOTT AS ATTORNEY OF RECORD FOR THE PLAINTIFF**

I, Thomas C. Durham, hereby declare and certify pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the bar of the Court of Federal Claims and consent to the substitution of David F. Abbott as the Attorney of Record for Consolidated Edison Company of New York, Inc. ("Con Edison NY") in the above-captioned proceeding. I submit this Affidavit in support of Con Edison NY's Motion to Substitute Attorney of Record.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 22, 2007

/s/ Thomas C. Durham
Thomas C. Durham
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 701-7216
Fax: (312) 706-9187
tdurham@mayerbrownrowe.com

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES,** | ) | **No. 06-305 T** |
| | ) | **Judge Marian Blank Horn** |
| **Plaintiff,** | ) | **ORDER TO SUBSTITUTE ATTORNEY OF RECORD** |
| **v.** | ) | |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

CAME ON FOR CONSIDERATION THE MOTION TO SUBSTITUTE ATTORNEY OF RECORD in the above-captioned proceeding. The Court, having considered the Motion, is of the opinion that it is meritorious and should be GRANTED. It is, therefore,

ORDERED that David F. Abbott be substituted as the Attorney of Record for Consolidated Edison Company of New York, Inc. & Subsidiaries, Plaintiff.

This the ____ day of May, 2007.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of May, 2007, a copy of the foregoing Plaintiff's Motion to Substitute Attorney of Record was served via electronic means, on the following:

David N. Geier
U.S. Dep't of Justice
Tax Division
P.O. Box 26
Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-3448
Fax: (202) 307-0054
*Counsel for Defendant*

__/s/ David F. Abbott____
David F. Abbott
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, NY 10019
Telephone: (212) 506-2642
Facsimile: (212) 849-5642