# EXHIBIT

# 3

ConEdison

# Project Briefing Memorandum

## RoCa 3 Power Facility
### Lease and Leaseback Financing

# EZH

N.V. Electriciteitsbedrijf Zuid - Holland



10-23-97

Volume 1 of 2

Exhibit B

CE 009459

## 13. RISK ANALYSIS

| RISK | MITIGATION | ESTIMATED REMAINING RISK LEVEL |
|---|---|---|
| | | |
| **Political and Regulatory** | | |
| Expropriation | (a) AAA rated Country<br>(b) Equity exposure defeased by (i) AA Bank L/C and (ii) Treasury securities | Low |
| Political Violence | (a) AAA rated Country<br>(b)Equity exposure defeased by (i) AA Bank L/C and (ii) Treasury securities | Low |
| Change in Law | (a) AAA rated Country<br>(b) Equity exposure defeased by (i) AA Bank LC and (ii) Treasury securities<br>(c) EZH takes all local country change in law risk | Low |
| | | |
| **Currency** | | |
| Inconvertibility/Transfer | (a) AAA rated Country<br>(b) Currently fully convertible<br>(c) No negative history | Low |
| Devaluation | (a) All payments payable in US Dollars<br>(b) Sublease payments supported by (i) AA Bank L/C and defeased by (ii) Treasury securities, both denominated in US Dollars | Low |
| | | |
| **Financing** | | |
| Debt Availability | Bank debt will close on the same day the Head Lease and Sublease close (together the "Closing Date") | Low |
| Interest Rate Changes | Interest rates will be fixed on the Closing Date | Low |
| | | |
| **Technology** | | |
| Existing Plant | (1) Newly constructed plant<br>(2) Over 500 units of the Frame E installed.<br>(3) Satisfactory engineering report from Duke Engineering to be received prior to closing. | Low |

CE 009519

| | | |
|---|---|---|
| New Plants | Not applicable | |
| Stranded Assets | Upcoming regulations (Dutch Electricity Act, and EU Directive on open border competition in electricity) could expose EZH to competitive pressures from EDF, VEBA and others selling at below fully loaded costs. Mitigations of this risk are (a) consolidation of the Dutch Genco's in a larger, stronger firm, (b) fully defeased nature of EZH obligations which transfer credit risk from EZH to AA Banks and Treasury securities. | Low |
| | | |
| **Construction Risk** | | |
| EPC Contractor Guarantees | Plant is complete and operating | n/a |
| Use of proven technologies -CT | GE E Frame family (7E and 9E) has an installed fleet of over 500 units worldwide. | Low |
| Use of proven technologies - STG | ABB condensing steam turbine is standard technology. | Low |
| Use of proven technologies - HRSG | Stork Ketels waste heat boiler is standard technology | Low |
| Use of proven technologies - CO2 boiler | Stork Ketels CO2 boiler is an open item. This technology, and the design, construction and operation needs to be reviewed in the due diligence process. | Open |
| Fixed price EPC contract | Plant is complete and operating | n/a |
| Heat Rate | Risk is held by EZH | Low |
| | | |
| **Plant Operations** | | |
| Operations & Maintenance | Risk is held by EZH | Low |
| Force Majeure | Risk is held by EZH | Low |
| | | |
| **Fuel** | | |
| Availability | Risk is held by EZH | Low |

**CE 009520**

| | | |
|---|---|---|
| Price Fluctuations | Risk is held by EZH | Low |
| | | |
| **EZH Performance** | | |
| Sublease Rent - Project Debt Portion | (a) Secured by the Debt Defeasance Deposit, invested in AA Bank deposit, pledged to lender bank. | Low |
| Sublease Rent - Equity Portion | (a) Secured by the Investor Defeasance Deposit, invested in Treasury securities. | Low |
| Fixed Price Option Payment | (a) Secured by the Investor Defeasance Deposit, invested in Treasury securities | Low |
| Early Termination Amounts | (a) Secured by the combination of (b) AA Bank L/C and (b) Investor Defeasance Deposit, invested in Treasury securities. | Low |
| | | |
| **Dutch taxes** | | |
| Change in Dutch tax law | Full indemnity from EZH | Low |
| | | |
| **US taxes** | | |
| **Headlease is not a true lease**, and Sublease is a true lease,<br><br>hence CED is deemed the purchaser of the asset, and<br><br>CED is forced to depreciate the plant straight line over 47 yrs | Legal opinion is expected to be a "should" ( 80 - 90%) | Low |
| Headlease is a true lease, and **Sublease is not a true lease**,<br><br>hence equity investment is deemed a loan, and<br><br>CED is not allowed to deduct Headlease rent, and is deemed to receive interest income from Sublessee | Legal opinion is expected to be a "should" ( 80 -90% ) | Low |
| **Headlease is a disqualified leaseback**,<br><br>hence, Constant rental accruals required on headlease, and<br><br>deductions are back loaded | Legal opinion is expected to be a "reasoned should" (80 - 85%) | Low |

| | | |
|---|---|---|
| **Sublease put renewal is disregarded, both leases are considered one lease,**<br><br>hence, Sublease rent levelization required, and<br><br>CED is forced to frontload Sublease rental income. | Legal opinion is expected to be a "should" ( 80 - 90%) | Low |
| **467 Regs are finalized** prior to close and transaction fails to close | EZH pays all third party transaction costs. | Medium |
| **Accounting** | | |
| Headlease will not pass the FASB 13 test for leveraged leases. | (a) Industry practice survey from Cornerstone indicates the following firms consistently close transactions similar to the EZH transaction including (1) PSRC, (2) Duquense (3) Nynex, (4) Ameritech, (5) Banc One, and (6) Bank of New York. | Low |
| **Environmental** | | |
| Existing Plant | (1) Tauw Milieu b.v. Netherlands engineer report.<br>(2) Full Indemnity from EZH | Low |
| New Plant | (1) Tauw Milieu b.v., Netherlands engineer report<br>(2) Full Indemnity from EZH | Low |
| | | |
| **Labor** | | |
| Inadequate Skills | Risk is held by EZH | Low |
| Unrest | Risk is held by EZH | Low |
| | | |
| **Worst Case Scenario** | | |
| Total Project Collapse | Project structure collapses and Trust draws on Bank L/C, Debt Defeasance and Treasury securities for payment of outstanding debt and equity | Low |