# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * *

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * *

**No. 06-305T**
**Filed: May 31, 2007**

## O R D E R

As discussed with the parties, the court **SCHEDULES** a status conference for **Wednesday, June 6, 2007, at 10:00 a.m.** Counsel for both parties shall appear by telephone. Unless otherwise notified, the court will contact plaintiff's counsel at (212) 506-2642 and defendant's counsel at (202) 616-3448. The court will address defendant's motion for protective order and two motions to compel.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**