**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES, | ) | |
| Plaintiff, | ) | Case. No. 06-305T |
| v. | ) | Hon. Marian Blank Horn |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**PARTIES' JOINT STIPULATED PROPOSED SCHEDULING ORDER**

The parties respectfully submit this Joint Stipulated Proposed Scheduling Order as discussed in the Court's hearing on June 6, 2007. The parties have agreed to the following schedule, which does not impact the trial date, currently set for October 17, 2007:

1. All fact discovery (including all fact depositions) shall end on Friday, August 31, 2007.

2. The parties will simultaneously exchange expert reports on Wednesday, August 15, 2007. All expert rebuttal reports will be exchanged by August 31, 2007. All expert discovery shall end by Friday, September 14, 2007.

3. The parties will exchange draft stipulations of fact on or before Monday, July 2, 2007. The parties will not serve any formal request for admission prior to that time. Thereafter, if either party believes that requests for admission should be served pursuant to Rule 36, the parties will discuss the matter with the Court and will not serve such requests unless leave of the Court is granted. The parties will have completed the joint stipulation of fact on or before August 31, 2007.

4. If, as follow up to any discovery produced from existing requests or from depositions, either party identifies a specific document or specifically identified category of documents that the party believes should be produced, an informal written request for the document or documents will be made by letter to opposing counsel. The receiving party will have two days to review the request and either agree to produce the document within a reasonable time period or object to the production. If the party objects to the production, both parties will submit the matter to the Court for its consideration and will follow the instructions of the Court with respect to the document or documents sought. The production of any documents pursuant to this procedure must be completed on or before August 31, 2007.

5. The Appendix A filing dates set forth in the Court's September 26, 2006 Order shall be amended as follows:

a. Witness Lists: September 24, 2007

b. Joint Statement of Issues of Fact and Law: September 24, 2007

c. Stipulations: September 24, 2007

d. Joint Trial Exhibit List: September 24, 2007

e. Designation of Deposition Testimony: September 24, 2007

6. As per its previous Order of January 10, 2007, the Court will hold a telephonic status conference on September 11, 2007 at 10:30 a.m. to discuss the status of the case and completion of discovery.

Respectfully submitted this 7th day of June, 2007.

/s/ DAVID F. ABBOTT
Attorney of Record
MAYER, BROWN, ROWE & MAW LLP
1675 Broadway
New York, New York 10019-5820
Tel: (212) 506-2642
Email: dabbott@mayerbrownrowe.com

THOMAS KITTLE-KAMP
MAYER, BROWN, ROWE & MAW LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 701-7028
Email: tkittlekamp@mayerbrownrowe.com

Counsel for Plaintiff

/s/ DAVID N. GEIER
Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 26
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-3448
Facsimile: (202) 307-0054

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

/s/ STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims
Section, Of Counsel

JOSEPH A. SERGI
Trial Attorney
JAMES E. WEAVER
Trial Attorney
ADAM R. SMART
Trial Attorney

Counsel for United States of America

**IT IS SO ORDERED**

____________________________
MARIAN BLANK HORN
Judge - Court of Federal Claims