IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY<br>OF NEW YORK, INC.<br>& SUBSIDIARIES,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 06-305 T<br>Judge Marian Blank Horn |

UNITED STATES' UNOPPOSED MOTION FOR ENTRY OF ORDER
APPROVING NON-PARTY PROPOSED PROTECTIVE ORDER

The United States submits this unopposed motion requesting the entry of an order adopting and approving a proposed Non-Party Agreed Protective Order, a copy of which is annexed hereto as Exhibit A. The entry of a protective order is requested by third party Chase Equipment Leasing, Inc. (f.k.a. Banc One Leasing Corp.) pursuant to subpoena duces tecum prepared by the United States. Plaintiff Consolidated Edison of New York, Inc., Defendant United States and third party Chase Equipment Leasing, Inc. have agreed to terms, subject to the Court's approval.

WHEREFORE the United States requests that this Court issue an Order adopting and approving the Non-party Agreed Protective Order annexed as Exhibit A.

Dated: August 22, 2007

Respectfully submitted,

s/ David N. Geier
DAVID N. GEIER
Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 616-3448
Facsimile: (202) 307-0054

RICHARD T. MORRISON
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section
JOSEPH A. SERGI
JAMES E. WEAVER
ADAM R. SMART
Trial Attorneys

s/ Steven I. Frahm
Of Counsel