# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * *

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * *

**No. 06-305T**
**Filed: September 26, 2007**

**O R D E R**

The court held a pre-trial conference in the above-captioned case on September 26, 2007. As discussed with the parties at the conference, the court establishes the following **SCHEDULE:** on or before close of business **Friday, September 28, 2007**, defendant shall file its objections with respect to the admittance into evidence of the Wilmington Trust Company documents. On or before close of business **Thursday, October 4, 2007**, plaintiff shall file its response.

Because of the parties' failure to follow the August 31, 2007 court order regarding pre-trial filings, and the parties disregard of filing deadlines without requesting relief from the court, and as discussed at the conference on September 26, 2007, on or before **Friday, September 28, 2007**, the parties shall re-accomplish and re-file a joint, as opposed to separate, statement of issues of law.

On or before **Wednesday, October 3, 2007**, the parties shall re-accomplish and re-file their joint, as opposed to separate, statement of issues of fact to be decided by the court, and shall include a comprehensive, stand-alone (that is, not referring the court to other documents), list of terms and acronyms.

On or before **Wednesday, October 3, 2007, 12:00 p.m.**, the parties shall re-accomplish and re-file the joint trial exhibit list, plaintiff's exhibit list, and defendant's exhibit list, including corrected Bates page numbering. Any depositions to be introduced into evidence shall be included on an exhibit list.

On or before **Wednesday, October 3, 2007**, the parties shall re-accomplish and re-file their joint stipulation of facts, removing reservations as to their effectiveness, and as discussed at the status conference, explaining fully any remaining reservations, and correcting the absent Bates, page, exhibit numbering.

On or before **Wednesday, October 3, 2007**, the parties shall review defendant's September 21, 2007 motion for leave to file deposition testimony with a view toward whether live witnesses are required in the cases of potential witnesses Tai and Zauner, and shall file the final, joint statement of witnesses to be called at trial, including the order of the witnesses.

On or before **Friday, October 5, 2007, 12:00 p.m.**, the parties shall file short, 5 - 10 page, pre-trial briefs, as requested by the defendant.

The trial in this case will commence on **Wednesday, October 17, 2007, at 10:30 a.m.**, and continue until all evidence is taken, in electronic courtroom 5, located on the fifth floor of the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. The parties may begin setting up for trial in courtroom 5 at **8:00 a.m., Wednesday, October 17, 2007**. Courtroom systems personnel will be available.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**