**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | **No. 06-305 T** |
| **v.** | ) | **Judge Marian Blank Horn** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**JOINT STATEMENT – ISSUES OF LAW**

The Plaintiff, Consolidated Edison Company of New York and Subsidiaries, and the Defendant, United States of America submit this Joint Statement – Issues of Law. The parties agree that there are three issues of law common to all sides. These issues are as follows:

(1). Whether the form of the Transaction will be respected for federal tax purposes.

(2). Whether the loan by Hollandsche Bank-Unie N.V. to Plaintiff constitutes bona-fide indebtedness and should be respected for federal tax purposes.

(3). Whether the investment by Con Edison NY in the EZH lease and sublease transaction which closed December 15, 1997 (the "EZH Lease Transaction") has economic substance.

The parties agree that the Plaintiff has the burden of proof on all issues in this refund suit, except that Plaintiff reserves the issue of whether it has the burden of proof regarding any contentions regarding Plaintiff's response to Defendant's discovery and/or destruction of records.

Respectfully submitted this 28th day of September, 2007.

/s/ David F. Abbott
David F. Abbott
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
Tel: (212) 506-2642
Fax: (212) 849-5642
dabbott@mayerbrown.com
Attorney for Plaintiff

/s/ David N. Geier
David N. Geier
Attorney of Record
Trial Attorney, Tax Division
Joseph A. Sergi
Adam Smart
Trial Attorneys, Tax Division
U.S. DEPARTMENT OF JUSTICE
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
Tel. (202) 616-3448
Fax: (202) 307-0054
David.N.Geier@usdoj.gov

Richard T. Morrison
Assistant Attorney General
David Gustafson
Chief, Court of Federal Claims Section
Steven I. Frahm
Assistant Chief, Court of Federal Claim Section



2766771.1