**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **No. 06-305 T** |
| **THE UNITED STATES,** | ) | **Judge Marian Blank Horn** |
| **Defendant.** | ) | |

**PLAINTIFF'S RESPONSE TO THE UNITED STATES' MOTION FOR LEAVE TO FILE DEPOSITION TESTIMONY**

On September 21, 2007, the Defendant, the United States of America, filed a Motion for Leave to File Deposition Testimony, designating portions of the discovery deposition transcripts of Jeanette Li, Dawson Newberry, Luther Tai, Terrence Walsh, Anton Zauner.

Pursuant to the Pretrial Conference on September 26, 2007, we have no objection to file the complete deposition transcripts, rather than portions thereof, of these witnesses. The complete deposition transcripts of these witnesses are included on the revised Exhibit List, which was jointly filed on October 2, 2007.

Dated: October 3, 2007

/s/ David F. Abbott

David F. Abbott
Attorney of Record
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
Tel: (212) 506-2642
Fax: (212) 849-5642
dabbott@mayerbrown.com
Attorney for Plaintiff