**No. 06-305 T**
**(Judge Marian Blank Horn)**

---

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

**CONSOLIDATED EDISON COMPANY**
**OF NEW YORK, INC. & SUBSIDIARIES**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

# DEFENDANT'S MOTION FOR LEAVE TO AMEND EXHIBIT LIST TO INCLUDE EXHIBIT 20203

The United States, by and through undersigned counsel, hereby submits this Motion for Leave to Amend its exhibit list to add a single, recently discovered relevant document. Exhibit 20203 (attached) purports to reflect Plaintiff's calculations (or calculations made at Plaintiff's behest) of monthly cash flow for the transaction (both before and after taxes). Plaintiff will not be prejudiced by admission of this document from its own files.

The document was part of more than twenty thousand pages Plaintiff turned over to defendant, over the period of July 17-20, 2007, in its tenth through seventeenth supplements to its responses to the United States' requests for the production of documents. In that production, Plaintiff identified the documents it believed would be relevant to upcoming depositions; this document was not identified. The United States nevertheless discovered this document, and its relevance, during its preparation for trial. Defendant promptly notified Plaintiff it would seek its

admission into evidence.[1]

The United States respectfully requests that it be permitted to use exhibit 20203 in trial.

Respectfully submitted,

s/ David N. Geier
DAVID N. GEIER
Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 26
Washington, D.C. 20044
Telephone: (202) 616-3448
Facsimile: (202) 307-0054
RICHARD T. MORRISON
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section

s/ Steven I. Frahm
Of Counsel

October 15, 2007

[1]The United States contacted Plaintiff this morning regarding this motion and Plaintiff has not responded.