IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES, | ) | |
| Plaintiff, | ) | No. 06-305 T |
| v. | ) | Judge Marian Blank Horn |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**OBJECTION TO DEFENDANT'S MOTION FOR LEAVE TO AMEND EXHIBIT LIST TO INCLUDE EXHIBIT 20203, AND REQUEST THAT COURT PLACE PROPOSED EXHIBIT UNDER SEAL**

The Plaintiff, Consolidated Edison Company of New York and Subsidiaries, objects to Defendant's Motion for Leave to Amend the Exhibit List. The proposed new Exhibit was created in response to a request from IRS Appeals, the administrative settlement function within the IRS. The proposed new Exhibit was not a company document produced in the ordinary course of its business; rather, it was a document created exclusively for purposes of furthering settlement negotiations and is thus inadmissible under Fed. R. Evid. 408. Plaintiff objects to its use at trial.

Plaintiff also believes that the document constitutes confidential taxpayer information, and requests that the Court place it under seal.

Dated: October 16, 2007

/s/ David F. Abbott

David F. Abbott
Attorney of Record
MAYER BROWN LLP
1675 Broadway
New York, NY 10019-5820
Tel: (212) 506-2642
Fax: (212) 849-5642
dabbott@mayerbrown.com
Attorney for Plaintiff