# In the United States Court of Federal Claims

**NOTICE**

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES**

**No. 06-305T**

**THE UNITED STATES**

**CLERK'S OFFICE**
**Washington, D.C., November 2, 2007**

To Attorney of Record, Assistant Attorney General and Judge Marian Blank Horn.

Please take notice that in the above cause there has been filed this day, on behalf of the parties,

Transcript of Proceedings (one volume) taken at Washington, DC on November 1, 2007.

Brian Bishop

Brian Bishop, Clerk