# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-305T**
**Filed: December 5, 2007**

## O R D E R

After several weeks of trial, the court adjourned trial of the above-captioned case. Both parties are to be commended for their preparation and presentations at trial. Before adjournment, defendant filed a November 14, 2007, statement of spoliation claim; plaintiff filed a November 15, 2007, RCFC 52(c) motion seeking a judgment on partial findings, to dismiss the government's spoliation of evidence claim; and defendant filed a November 15, 2007, amended statement of spoliation claim. To assist the court in reviewing and deciding this issue, the court establishes the following briefing **SCHEDULE** on the spoliation issue. On or before **Thursday, December 13, 2007**, defendant shall file its opening brief. On or before **Thursday, January 3, 2008**, plaintiff shall file its response brief. On or before **Friday, January 11, 2008**, defendant shall file its reply brief. The court schedules a status conference to discuss whether oral argument is needed on the spoliation issue, for **Friday, January 18, 2008, 12:30 p.m.** Counsel may appear by telephone. Unless otherwise notified, defendant's counsel will be contacted at (202) 616-3448, and plaintiff's counsel will be contacted at (313) 701-8541. If the attorneys of record wish other individuals to attend the conference by telephone, their names and telephone numbers shall be provided to chambers staff, at (202) 357-6580, on or before **Friday, January 11, 2008**.

The court also establishes a **SCHEDULE** for briefing prior to closing argument. On or before **Monday, March 31, 2008**, the parties shall file simultaneous opening briefs. On or before **Monday, May 19, 2008**, the parties shall file simultaneous reply briefs. Closing arguments are scheduled for **Thursday, June 19, 2008, 9:30 a.m. DST**.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**