# REPLY EXHIBIT 2

August 7, 2007

MAYER BROWN ROWE & MAW

VIA UPS

David N. Geier
Joseph A. Sergi
U.S. Department of Justice
Tax Division, Room 7919
555 Fourth Street, N.W.
Washington, DC 20001

Re: Consolidated Edison Company of New York, Inc. & Subsidiaries v. The United States, Docket No. 06-305 T

Dear David and Joe:

With this letter and pleading, we are producing additional documents in response to Defendant's First Request for Production of Documents, as expanded by the Court. The documents in this Twenty-Sixth Supplemental Response are bates-labeled as PF327251-PF327397. We are also re-producing PF326744-99, the Consolidated Edison 1997 Annual Report, in color.

On July 19, Defendant requested that Plaintiff carefully review the privilege log it had provided in connection with its Tenth Supplemental Response, as well as any subsequent privilege logs. Defendant further requested that Plaintiff combine all of its privilege claims into a single document. Plaintiff did as Defendant requested, and produced as Supp 25 its combined privilege log, as well as any documents that Plaintiff determined were not protected by privilege.

On August 1, Defendant requested that Plaintiff review its claims of privilege regarding the NUON transaction, particularly in light of the NUON-related documents that had been produced to Defendant by third parties. Plaintiff has done as Defendant requested, and produces with this letter and pleading its final combined privilege log, as well as any NUON or other leasing transaction-related documents that Plaintiff determined were not protected by privilege. All of these documents have been previously produced to Defendant; Plaintiff has now made all of the claims uniform across the multiple non-identical copies of a particular document. This Twenty-Sixth Supplemental Response is, from Plaintiff's perspective, its final response and final privilege log.

Pursuant to Court of Federal Claims Rule 26(a), Plaintiff hereby notifies the Defendant that it may rely upon any document produced in this Twenty-Sixth Supplement in support of its claims and/or defenses in the trial of this matter.

Please contact me at (212) 506-2642 if you have any questions regarding this production.

Sincerely,

David F. Abbott (MCH)

David F. Abbott

Enclosures as stated

cc: Andrew Scher