**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES, | ) | |
| Plaintiff, | ) | Case. No. 06-305T |
| v. | ) | Hon. Marian Blank Horn |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Pursuant to the Court's instructions the parties hereby file this Joint Status Report notifying the Court of actions in other pending LILO cases:

a. *BB&T Corporation v. United States*, Case No. 1:04-cv-00941-NCT (Middle District of North Carolina), *appeal*, Case No. 07-1177 (4th Cir.): On February 1, 2007 the Fourth Circuit heard oral argument in the Plaintiff's appeal from the trial court's grant of summary judgment for the United States.

b. *Fifth Third Bancorp & Subsidiaries v. United States*, Case No. 1:05-cv-350 (Southern District of Ohio): The United States' motion for summary judgment was denied on February 19, 2008 (a copy of the Order is attached), and a jury trial is set for March 31, 2008.

Respectfully submitted this 22nd day of February, 2008.

/s/ DAVID F. ABBOTT
Attorney of Record
MAYER BROWN LLP
1675 Broadway
New York, New York 10019-5820
Tel: (212) 506-2642
Email: dabbott@mayerbrown.com

THOMAS KITTLE-KAMP
MAYER BROWN LLP
71 South Wacker Drive
Chicago, Illinois 60606
Tel: (312) 701-7028
Email: tkittlekamp@mayerbrown.com

Counsel for Plaintiff

/s/ DAVID N. GEIER
Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 26
Ben Franklin Station
Washington, DC 20044
Telephone: (202) 616-3448
Facsimile: (202) 307-0054

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

/s/ STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section, Of Counsel

JOSEPH A. SERGI
Trial Attorney
ADAM R. SMART
Trial Attorney
KAREN M. GROEN
Trial Attorney

Counsel for United States of America