# In the United States Court of Federal Claims

**06-305T**

**Filed: March 3, 2008**

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES**

**v.**

**THE UNITED STATES**

**CUMULATIVE INDEX (1 Volume)**
**Held in Washington, D.C.**
**October 17, 2007 through November 28, 2007**
**Filed with Exhibits**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.