# In the United States Court of Federal Claims

**06-305T**

**Filed: March 3, 2008**

**CONSOLIDATED EDISON COMPANY
OF NEW YORK, INC. & SUBSIDIARIES**

**v.**

**THE UNITED STATES**

**Joint Exhibits: 1-1344**
**Defendant Exhibits: 10046, 10073-10080, 10082, 10221, 10222, 20013-20015, 20027, 20028, 20035, 20038-20040, 20042, 20050, 20099, 20101, 20108, 20110, 20112, 20115, 20133, 20137, 20193-20195, 20197, 20199-20202, 20268**

The above document has been filed with the Clerk's Office in hard copy and is not available electronically. To view this document please contact the Clerk's Office at (202) 357-6400 between the hours of 8:45 am and 5:15 pm Eastern time.