# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-305T**
**Filed: March 25, 2008**

## O R D E R

The parties called chambers on March 25, 2008, seeking an amendment to the briefing schedule, which the court **GRANTS**. On or before **Monday, April 7, 2008**, the parties shall file simultaneous opening briefs. On or before **Friday, May 23, 2008**, the parties shall file simultaneous reply briefs. Closing argument remains scheduled for **Thursday, June 19, 2008, 9:30 a.m. DST**, in electronic courtroom 5, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, D.C.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**