# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-305T**
**Filed: May 8, 2008**

## O R D E R

Plaintiff requests, and defendant does not oppose but joins plaintiff, in requesting additional time for their reply briefs, which are currently due May 23, 2008. As discussed with the parties, simultaneous reply brief shall be submitted on or before **Friday, June 27, 2008**. This enlargement of time impacts the date for closing argument, which originally was set for June 19, 2008. As discussed with the parties, oral argument is **RESCHEDULED** for **Tuesday, July 22, 2008, 10:30 a.m. EDT**, at the Howard T. Markey National Courts Building, 717 Madison Place, NW, Washington, DC 20005. The courtroom number will be posted on the day of the hearing.

The parties shall provide the court with two courtesy paper copies of their reply briefs. As for opening briefs, the court is in receipt of a single courtesy paper copy from defendant. Defendant shall provide a second courtesy paper copy of its opening brief, and plaintiff shall provide two courtesy paper copies of its opening brief.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**