# APPENDIX A

ABN·AMRO

Home | Sitemap | Contact | Search

WELCOME TO ABN AMRO

Clients | Careers | Press Room | Investor Relations | About ABN AMRO | Corporate Governance

Home / Press Room / Press Release



- Press Release Archive
- Media Kit
- Call & Quote
- Share Information
- Webcasts & Presentation
- Contact Press Relations

# Press Release

**03 Apr 2008**

**Fortis and ABN AMRO announce the first step in the sale of parts of ABN AMRO Business Unit Netherlands**

Today Fortis and ABN AMRO announce the first step in the sale of parts of the commercial banking activities of ABN AMRO Business Unit Netherlands (BU NL). This consists of Hollandsche Bank Unie N.V., two corporate clients units and 13 commercial advisory branches. In addition, the Dutch factoring company IFN Finance B.V. will be sold. All these businesses are currently part of ABN AMRO in the Netherlands.

The proposed sale is in line with the commitments made to the European Commission (EC) on 3 October 2007 aimed at overcoming the EC's concerns regarding concentration in the Dutch banking market resulting from Fortis's acquisition of certain ABN AMRO assets. The EC wants assurance that a solid player will enter the Dutch commercial banking market. Fortis and ABN AMRO are taking all necessary steps to comply with the EC's requirements.

The sale will consist of the following businesses:

- Hollandsche Bank Unie N.V.

- Two corporate clients units:

Amsterdam
Eindhoven

- 13 commercial advisory branches:

Apeldoorn
Arnhem
Den Bosch
Dordrecht (Drechtsteden)
Groningen
Leeuwarden
Lisse
Maastricht
Middelburg (Walcheren)
Roosendaal
The Hague (Centre)
Utrecht
Zwolle

with the exception of certain assets and liabilities.

In addition to the above, the Dutch factoring company IFN Finance B.V. will be sold.

The proposed activities represent approximately 10% of the total Dutch commercial banking market in terms of assets and income. Fortis and ABN AMRO will ensure that the interests of all stakeholders are represented during the sale, not least those of customers. Their contacts at the bank will remain unchanged, and they will be kept informed of all relevant developments.

The sale of these parts of ABN AMRO BU NL is an essential first step in the completion of Fortis's acquisition of certain ABN AMRO assets. The combined forces of Fortis and ABN AMRO will result in an expanded commercial banking network and more innovative product development opportunities, and will give customers direct access to expertise with a strong local presence.

The actual date of integration depends on several factors, such as the progress in

**A-1**

**Fortis** is an international financial services provider engaged in banking and insurance. We offer our personal, business and institutional customers a comprehensive package of products and services through our own channels, in collaboration with intermediaries and through other distribution partners. With a market capitalisation of EUR 35.1 billion (31/03/2008), Fortis ranks among the 20 largest financial institutions in Europe. Our sound solvency position, our presence in over 50 countries and our dedicated, professional workforce of 65,000 enable us to combine global strength with local flexibility and provide our clients with optimum support. More information is available at www.fortis.com.

Netherlands-based **ABN AMRO** is a leading international bank with total assets of EUR 1,025.2 billion (as at 31 December 2007). ABN AMRO was acquired by the Consortium of RBS, Fortis and Santander in October 2007 and its various businesses are being divided among the three banks in line with their strategic priorities. Further details regarding the acquisition and ABN AMRO's transition can be found on the website www.abnamro.com/future or the websites of the Consortium banks: www.rbs.com, www.fortis.com and www.santander.com.

**Fortis**
**Press Contacts:** Brussels: +32 (0)2 565 35 84, Utrecht: +31 (0)30 226 32 19
**IR Contacts:** Brussels: +32 (0)2 565 53 78, Utrecht: +31 (0)30 226 65 66

**ABN AMRO**
**Press Contacts:** Amsterdam: +31 (0)20 628 89 00

Please read our disclaimer » and Privacy Statement »
Copyright © 2008 ABN AMRO Bank N.V.
All rights reserved

A-2

# APPENDIX B

IN THE UNITED STATES DISTRICT COURT FOR THE

MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| BB&T CORPORATION | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil No. 1:04 CV 00941 |
| UNITED STATES OF AMERICA, | ) | |
| Defendant | ) | |

# EXPERT REPORT OF JACOB THOMAS

DEF. EXHIBIT 3

# Table of Contents


Identification and Assignment ....................3
  Identification ....................3
  Prior Testimony ....................3
  Assignment ....................3

Summary of Conclusions ....................4

Description of LILO Transaction Between Sodra and BB&T ....................6

Investigation of Possible Non-Tax Economic Efficiencies ....................9

Methodology ....................12
  Net Present Value ....................12
  NPV: The Role of Corporate Taxation ....................14
  NPV: The Role of Risk ....................14
  NPV: Calculating After-Tax Discount Rates ....................15
  Assumptions Regarding the Tax Treatment of Cash Flows ....................15
  Assumptions Regarding the Risk Treatment of Cash Flows ....................16
  Assumptions Used to Project Risky Cash Flow Streams (Open Market Rentals) ....................17
  Assumptions Used to Calculate After-Tax Discount Rates ....................18

The Special Tax Benefits (Simulations Based on Hypothetical Transactions) ....................19
  Special Tax Benefits Created By Prepaying Rents ....................19
  Special Tax Benefits Due To A Deferred Rental Payment ....................23
  Implications Of Hypothetical Simulations ....................26

The Economic Gains and Losses to Different Parties Under the Actual Transaction ....................27
  Early Buyout Option Scenario ....................28
  Put Renewal Option Scenario ....................28
  Replacement Option Scenario ....................30
  Analysis ....................30

Appendix A: Thomas CV ....................35

Appendix B: Documents Relied Upon ....................45


DEF. EXHIBIT 3

# Identification and Assignment

## Identification

1. My name is Jacob Thomas. I am the Williams Brothers Professor of Accounting and Finance at the Yale School of Management. Prior to joining Yale in 2003, I was the Ernst & Young Professor of Accounting and Finance at Columbia Business School. I teach MBA and doctoral courses on financial analysis, valuation, and accounting. I also deliver courses in managerial and financial accounting for professional development programs. I received a Ph.D. in Accounting from the University of Michigan and an MBA from the Iran Center for Management Studies.

2. My research is in the areas of valuation, financial accounting, taxes and corporate finance. My research has been published in academic journals including *Journal of Finance*, *Journal of Accounting and Economics*, *Journal of Accounting, Auditing, and Finance*, *Journal of Accounting Research*, and *Journal of Accounting and Public Policy*.

3. I have served as an Associate Editor at a variety of journals including *Accounting Horizons* , *Journal of Accounting, Auditing, and Finance, The Journal of Accounting and Economics*, and *Review of Quantitative Finance and Accounting*. I have also served on various committees for the American Accounting Association.

4. My curriculum vitae is attached as Appendix A.

5. I am being compensated for my work on this case at a rate of $650 per hour.

## Prior Testimony

6. In *Long Term Capital Holdings et al. v. United States of America*, I provided testimony in 2003 on behalf of the United States.

## Assignment

7. I have been asked by attorneys representing the United States of America in the present matter to analyze various agreements and contracts related to a Lease In/Lease Out ("LILO") transaction between BB&T Corporation ("BB&T"), an American bank, and Sodra Cell AB ("Sodra"), a Swedish pulp

DEF. EXHIBIT 3

manufacturer, for the use of Sodra's pulp plant (the "Facility"). I have been asked to evaluate whether BB&T had a reasonable possibility of realizing a net economic profit, holding aside the "special tax benefits" that I believe this transaction is designed to generate, where special tax benefits represent the value of the net reduction in taxes collected by the Internal Revenue Service (IRS) because of this transaction. (Details of the special tax benefits are described below.)

8. As additional evidence becomes available I may add to or modify my analysis and the resulting conclusions.

## Summary of Conclusions

9. Absent the special tax benefits, I conclude that BB&T had no reasonable possibility of realizing a net economic profit from this transaction.

10. While the complex nature of the transaction might create ambiguity about BB&T's net economic position before consideration of special tax benefits, a simple analysis of the joint interests of BB&T and Sodra suggests that BB&T must have known it could not expect a net economic profit. My examination of the transaction reveals no sources of efficiencies that are typically used as non-tax motivations for leasing transactions; instead, it reveals a number of transaction costs which guarantee a net economic loss for Sodra and BB&T combined. Thus there is no way for both Sodra and BB&T to realize a net economic profit from this transaction, absent the special tax benefits. Since Sodra would only agree to the transaction if it expects a net economic profit before any special tax benefits (as it does not generate special tax benefits), it is clear that the transaction must leave BB&T with an expected economic loss before consideration of special tax benefits.

11. This economic loss expected by BB&T before special tax benefits is converted to an economic gain when I incorporate the transaction's impact on BB&T's tax payments to the IRS. My analysis reveals two primary sources of special tax benefits generated by the transaction.

11.1 First, all of the debt account and most of the equity account, which together represent $80.0 million of the $86.2 million prepayment made by BB&T under the Head Lease, generate interest deductions for

DEF. EXHIBIT 3

BB&T. (This prepayment also generates rental deductions, spread over the first 4.5 years, which I will discuss next in para 11.2.) The corresponding interest income earned by Sodra on that prepayment is not taxed. As a result of this asymmetry in the taxation of interest income and expense, taxes not paid on interest income earned by Sodra become available to the participants to share amongst each other. Also, the rate used on Sodra's debt PUA account and BB&T's borrowing from Hollandsche Bank-Unie N.V. ("HBU"), both set at 8.25 percent, is significantly above the prevailing rate Sodra should earn or BB&T should be charged at the time. Overstating that interest rate has no impact on pre-tax cash flows but it increases the interest deduction available to BB&T, thereby enhancing the value of the special tax benefit.

11.2 Second, a portion of the Head Lease rentals is paid as a deferred payment. While a deferred payment does not by itself create special tax benefits, value is created in this transaction both by overstating the projected amount of the deferred payment and also ensuring that this overstated deferred rental is never actually paid. The deferred payment of $557.8 million in 2038 is overstated by using too high an interest rate (combination of 10 percent through 2024 and 8.25 percent thereafter) when calculating the projected value of that payment, which in turn results in BB&T claiming overstated tax deductions, because the allowable deductions are calculated based on a substantially lower IRS-stipulated discount rate of 7.84 percent.[1] An auxiliary feature of the deferred payment is that it accelerates the pattern of rent deductions associated with the prepayment described in 11.1, which effectively enhances the total special tax benefits associated with the prepayment.

12. My analysis of the net economic profits expected by BB&T and Sodra after incorporating special tax benefits suggests the following conclusions. Note that this is the perspective that transacting parties take when making decisions, such as whether or not to engage in the transaction and whether or not they expect to exercise an option available to them under the transaction.

---

[1] IRS Revenue Ruling 97-24, Table 1; BBT0000857. See also United States Code, Title 26, Subtitle A, Chapter 1, Subchapter E, Part II, Subpart C, Sec. 467 (e) (4).

DEF. EXHIBIT 3

12.1 Sodra will exercise its Early Buyout Option (the "EBO") in 2013 because it stands to lose economic value if it does not do so. (While the specific amount lost by Sodra is a function of market rents that prevail in 2013 for the use of this equipment in future years, Sodra is always better off if it exercises the EBO.) As a result, many of the features of the transaction that arise if this option is not exercised become irrelevant to an economic analysis of this transaction. Once those features and the scenarios that are associated with those features are stripped from the transaction, I am unable to identify any potential non-tax motivations to engage in this transaction.

12.2 The net economic profits expected by various parties if the EBO is exercised are as follows (stated in terms of expected economic value at the transaction origination date): a) Promoters receive $ 4.53 million (before taxes), b) Sodra receives $6.23 million (after taxes), and c) BB&T receives $4.05 million (after taxes).[2] The net effect of these economic gains is an economic loss to the IRS, since the gains are obtained by the transaction being structured so that BB&T makes correspondingly lower tax payments to the IRS.

## Description of LILO Transaction Between Sodra and BB&T

13. Effective June 30, 1997, Sodra and BB&T entered into a 36-year head lease[3] whereby Sodra leased its pulp manufacturing Facility[4] to BB&T (the "Head Lease").

14. An appraisal by Deloitte & Touche LLP ("D&T") valued BB&T's leasehold interest in the Facility on June 30, 1997 at $100 million.[5]

15. Simultaneously, BB&T and Sodra entered into a sublease whereby Sodra leased the use of the Facility from BB&T for at least 15.5 years, and as many as 28.8 years (the "Sublease").[6]

---

[2] While the magnitude of these economic profits are approximate, since they are a function of simplifying assumptions I make, I believe those assumptions and the calculated profits are representative.
[3] BBT0000751 – BBT0000790
[4] BBT0000167 – BBT0000234
[5] BBT0000276 – BBT0000636
[6] BBT0000793 – BBT0000881

16. The Head Lease required BB&T to pay basic Head Lease rent in two installments:

16.1 An up-front lease payment of $86.2 million; and

16.2 A deferred payment of $557.8 million, paid five years after the end of the Head Lease in 2038.[7]

17. To finance the $86.2 million, BB&T borrowed $68.0 million[8] from HBU, a Dutch bank[9] and a wholly owned subsidiary of ABN-AMRO N.V.,[10] also a Dutch Bank ("ABN").[11] BB&T financed the remaining $18.2 million with its own capital, which was substantially debt financed at the corporate level (a fact that will be relevant in later analysis).[12]

18. The $86.2 million lease payment was divided into three parts:

18.1 $68.0 million was put into a debt defeasance account at ABN governed by a Debt Payment Undertaking Agreement ("Debt PUA");[13]

18.2 $12.0 million was put into an equity defeasance account at Fleet National Bank ("Fleet") governed by an Equity Payment Undertaking Agreement ("Equity PUA");[14] and

18.3 $6.2 million was kept by Sodra.[15]

19. To satisfy its rental obligations under the Sublease, Sodra was required to make annual payments, which increased from $6.7 million from 1997-2004 to $8.2 million from 2005-2012.[16] This obligation was exactly matched by the amount and timing of the loan payments from BB&T to HBU.[17]

---

[7] BBT0000783
[8] USB 1677
[9] BBT0000040
[10] BBT0001432
[11] BBT0000041
[12] United States Securities and Exchange Commission. <u>BB&T Corp. Form 10-K for the Fiscal Year Ended December 31, 1997.</u> Washington, D.C.: March 18, 1998, p. 45. BB&T's balance sheet had approximately $2.2 billion in equity and approximately $26.5 billion in debt, representing an 8%/92% debt/equity mix of fund sources. Of the total of $26.9 in liabilities, I excluded $0.4 billion in accounts payable (since I assume they are not interest-bearing), but included $2.8 billion in noninterest-bearing demand deposits because those deposits are similar to interest-bearing sources of debt since BB&T has to incur servicing costs that are deductible for tax purposes.
[13] BBT0001011 – BBT0001025
[14] BBT0001026 – BBT0001045
[15] USB 1723; USB 1725
[16] BBT0000851
[17] BBT0000851; BBT0001000

DEF. EXHIBIT 3

20. Under the terms of the Debt PUA, over the course of the basic term of the Head Lease, ABN made loan payments directly to HBU to exactly satisfy BB&T's required loan payments and Sodra's Sublease rents.[18]

21. Under the terms of the Equity Payment Undertaking Agreement ("Equity PUA"), Fleet was obligated to invest this money in a series of U.S. government securities set to mature on various dates around the end of the basic Head Lease term on January 1, 2013 (year 15.5).[19]

22. At year 15.5, there are a series of options available to Sodra and then BB&T:

22.1 Sodra can choose to purchase BB&T's remaining leasehold interest if it exercises the EBO.[20] The ensuing cash flows effectively terminate the transaction. The $11.5 million remaining in the debt defeasance account cancels out the remaining principal and interest due for the HBU loan.[21] The maturing U.S. government securities in the equity defeasance account are sent to BB&T to satisfy Sodra's EBO payment of $35.3 million.[22] The second portion of BB&T's Head Lease rental payment, $557.8 million due in 2038, is cancelled when Sodra takes over BB&T's leasehold obligations.

22.2 If Sodra does not exercise the EBO, then BB&T can require Sodra to renew the Sublease for an additional 13.3 years (the "Put Renewal Option").[23] Under this scenario, Sodra is obligated to pay BB&T renewal rents from year 15.5 to the expiration of the Sublease in year 28.8.

a) After the loan to HBU is fully repaid in year 15.5, the rest of the Sublease renewal rents come from the remainder of the equity defeasance account, which is reinvested to secure Sodra's obligation to pay Sublease renewal rents.

b) From year 16 to year 28.8, the reinvested equity defeasance account is paid out to BB&T as the cash portion of the Sublease renewal rents. The remainder of these rents are deferred and pledged as

[18] BBT0001014
[19] BBT0001045
[20] BBT0000827
[21] BBT0001024; BBT0001000
[22] BBT0001044
[23] BBT0000827

DEF. EXHIBIT 3

collateral by BB&T to pay off its deferred Head Lease rental payment to Sodra.[24] It is assumed by BB&T and Sodra that these deferrals will be invested at 10 percent and then 8.25 percent in order to grow sufficiently in size by 2038 to exactly cancel out BB&T's deferred Head Lease rent payment of $557.8 million.[25]

c) After year 28.8, the Sublease expires, but the Head Lease is still in effect until year 36. BB&T can sublease the Facility for this Head Lease "tail" period to Sodra or to a third party. In either case, Sodra loses economic rights to the Facility during the Head Lease tail.

22.3 If Sodra does not exercise the EBO and BB&T does not exercise the Put Renewal Option, BB&T can lease the Facility to a party other than Sodra (the "Replacement Option").[26] In this case, BB&T must lease the Facility to a party other than Sodra.[27]

a) BB&T must put up a portion of the third party rental payments in the exact amount of Sodra's deferrals from the Put Renewal Option as collateral for the deferred Head Lease payment.[28] Since there is no recourse to BB&T, regardless of the investment performance of the collateral,[29] BB&T's obligation to make the deferred Head Lease payment is satisfied so long as it posts sufficient collateral.

b) The equity defeasance account, which has grown to approximately $35.3 million in 2013, is retained by Sodra.[30]

## Investigation of Possible Non-Tax Economic Efficiencies

23. In this portion of my report I consider the usual economic efficiencies that motivate leasing transactions. I investigate whether the traditional non-tax motivations for leasing transactions apply to BB&T or Sodra and whether any features of the transaction at issue appear to utilize these synergies.

---

[24] BBT0000772 – BBT0000776

[25] The deferred Head Lease payment is nonrecourse to BB&T regardless of the actual performance of the invested deferrals: BBT0000758; BBT0000094 - BBT0000095

[26] BBT0000827

[27] BBT0000830

[28] BBT0000772 – BBT0000776

[29] BBT0000758; BBT0000094 - BBT0000095

[30] BBT0001040

DEF. EXHIBIT 3

24. Long-term leasing is typically viewed as a financing device that allows one party to obtain use of an asset without buying that asset outright. In effect, leasing is an alternative to the user borrowing money from a lender and purchasing the asset. This list is not intended to be exhaustive, but considers important items noted in the leasing literature.

25. Introducing a lease allows separation of the use of the asset from knowledge about the market for that used asset. The party using the asset can be a lessee and the party with superior knowledge about the used asset market can be the lessor. Factors such as economies of scale and scope may justify why it is not efficient for the user to develop the expertise relating to the market for used assets. This way the asset can be redeployed more efficiently when the user expects to stop using that asset.

26. Similar factors may justify why it is efficient for the lessor, rather than the user, to gather the expertise related to providing maintenance and support. In particular, given the lessor's incentives to maintain a reputation in the used asset market and obtain the highest value in that market, the lessor is better suited to ensure that the optimal level of maintenance and support is provided.

27. To reduce the deadweight losses associated with collateral repossession in the event that the user suffers financial distress, a lender may prefer to retain ownership and lease the asset to a user rather than lend the money to the user to buy that asset.

28. The lessor may be able to deal with various risks associated with the asset (including the risk associated with its value in the used asset market) at lower cost than the user can.

29. The user's tax status may be such that it is unable to benefit fully from the normal tax benefits associated with ownership, and introducing a lessor may avoid the potential loss of some of those normal tax benefits.

30. I recognize that BB&T has substantial leasing expertise. BB&T is the lessor for many assets leased out by its leasing division. It is also the lessee for many other assets.[31] I believe that the motivations for leasing listed above (as well as

[31] United States Securities and Exchange Commission. Southern National Corporation, Form 10-K for the Fiscal Year Ended December 31, 1996. Washington, D.C.: Mar. 17, 1997, pp. 8-9, 59-60. Also see Deposition of John Pierce Ipock, Jr., Winston-Salem, North Carolina: Nov. 9, 2005, p. 18-21.

other possible motivations) are relevant to the business decision made by BB&T to become the lessor or lessee in each of these cases.

31. However, I see no efficiencies created by BB&T being the lessee in the Head Lease or by BB&T being the lessor in the Sublease. There is no evidence to suggest that BB&T is better suited to taking these two positions, relative to Sodra owning the asset. Specifically, BB&T does not appear to possess any expertise relating to the used asset market, to maintaining and supporting these assets, or to bearing any associated risk. And since ownership is retained by Sodra, the efficiencies relating to financial distress situations and the potential normal tax benefits do not apply.

32. I find support for my position that the typical benefits of leasing were not a consideration in this case because BB&T decided to transfer the management of the Head Lease and Sublease associated with Sodra's assets to one of its financing groups, not to its leasing subsidiary. In fact, the Sodra transaction was described as having "nothing to do with the leasing that BB&T was doing within its leasing subsidiary."[32]

33. I also find support for my position when I attempt to relate the unique features of this transaction with the typical benefits of leasing. As I see it, the Head Lease and Sublease can be characterized by the following unique features. The Head Lease runs over 36 years, and the Sublease runs over 28.8 years (assuming they both run to term). The Head Lease payments are made via an upfront prepayment and a deferred payment 41 years later. In year 15.5, Sodra has the option to buy out BB&T's positions in the Head Lease and Sublease by liquidating the remaining funds in the debt and equity accounts created by BB&T's prepayment. If Sodra does not exercise that option, then BB&T has two options it can exercise. It can either put the Facility back to Sodra, forcing Sodra to pay prearranged Sublease rents through year 28.8, after which time BB&T retains use of the plant through year 36, or BB&T can sublease the plant to a third party. After reviewing these unique features, I see no reason why BB&T or Sodra would include any of these features to benefit from the typical efficiencies associated with leasing transactions noted above. However, these unique features play a role in developing the special tax benefits discussed later.

[32] Deposition of Sherry Kellett, Winston-Salem, North Carolina: Nov. 9, 2005, p. 36-37.

DEF. EXHIBIT 3

## Methodology

34. In the rest of my report, I first perform simulations to determine the nature of the economic benefits generated by the special tax benefits, and then show the economic profit available to BB&T and Sodra for the three scenarios possible in the actual transaction. The simulations allow me to identify the conditions under which the special tax benefits might accrue and the scenarios under which those conditions might be met.

35. I have also valued the after-tax cash flows expected to be received by participants under the scenarios that arise for the case where the special tax benefits are available. This analysis allows me to determine how much economic profit each party is expected to gain under the different scenarios, which in turn allows me to determine which options are likely to be exercised and which ones are not. This analysis also allows me to identify the value created in total by the special tax benefits and how that value is shared among the participants.

36. To perform these calculations, I use the Net Present Value ("NPV") method. In this section, I introduce the methodology of net present value and discuss the impact of corporation taxation and risk on the analysis. I also discuss the assumptions that I will make regarding taxation and risk for analyzing the BB&T/Sodra transaction at issue.

### Net Present Value

37. To determine whether or not a transaction has business or economic purpose, I rely on the well-established Net Present Value (NPV) rule: Economic value is created if the transaction increases NPV, and economic value is destroyed if the transaction decreases NPV.[33] Creation of economic value means the transaction generates net economic profits and destruction of economic value means the transaction generates a net economic loss. A party will not enter into a transaction unless it expects that the transaction will create value (generate positive NPV). Therefore, a necessary (but not sufficient) condition for a proposed transaction to be consummated is that all parties must

[33] Brealey, Richard A. and Myers, Steward C., Principles of Corporate Finance, Fifth Edition, The McGraw-Hill Companies, Inc., 1996, pp. 14, 17-24.

separately expect to generate positive NPV. The paragraphs below explain the concepts underlying NPV.

38. In instances where an activity is initiated and consummated immediately, the change in value is simply the net cash flow generated by the activity. For example, a firm that buys property for $100 and then immediately sells it for $120 has increased firm value by $20 and has done so immediately. That is, the NPV of this transaction is $20.

39. When value is generated over time, one cannot simply compute net cash flows to infer value creation. For example, a project whereby a firm can buy property for $100 today and sell it one year later for $120 is likely worth less than the net value of $20 to the firm. The passage of time affects the value of money and thus the value of future cash flows.

40. There is a standard way, known as discounting, to compare money to be collected or paid in the future with money paid today. In general, discounting is based on the axiom that $1 received today is worth more than $1 received in the future, because it can be invested to grow in the interim. Suppose that the firm has decided that $1.00 received one year from now is only worth $0.95 today. The discount rate is 5.26 percent (since $1.00 / $0.95 ≈ 1.0526). In the earlier case of a $100 property purchase to be sold in one year for $120, the firm would discount the $120 future payment and arrive at a present value of $114 (equal to $120 times 0.95).

41. The NPV of a transaction is simply the sum of present values for all transaction cash inflows and outflows. In the property purchase and sale example, the NPV is $14 (an outflow of the $100 investment plus the present value of the inflow of $120 received one year from now, or $114). This positive NPV indicates that the transaction would create value.

42. In summary, a necessary condition for a transaction to be consummated is that the transaction is expected to create positive NPV for all parties. To compute the NPV to a party, the standard method is to add up the discounted sum of expected cash inflows and outflows to that party.

## NPV: The Role of Corporate Taxation

43. Corporate taxes are an important factor in the NPV calculation. Different cash flows are taxed differently, and the NPV analysis should be based on after-tax cash flows. The tax rate relevant to rental cash flows is the ordinary income tax rate. When a sale is involved, the relevant tax rate is the capital gains rate.

44. Continuing with the simple example above, if the firm that buys a piece of property for $100 today and leases it to another party for $10 a year paid in advance, then the firm receives only $6.50 assuming a corporate income tax rate of 35 percent.

45. Similarly, the firm that buys a piece of property for $100 today and sells it one year later for $120 will, under U.S. tax law, be required to pay a capital gains tax on the $20 gain. That is, while the initial $100 purchase price and the first $100 of the sale price are not taxed, the remaining $20 of the sale price is taxed. Assuming that the capital gains tax rate is 35 percent, the after-tax proceeds from selling the land for $120 are only $113, because of the $7 capital gains tax.

46. In sum, some cash flows are not taxed, some are taxed at ordinary income rates and some are taxed at capital gain rates. As a result, business decisions are not based on the NPV of pre-tax cash flows; they are based instead on the NPV of after-tax cash flows.

## NPV: The Role of Risk

47. In the absence of uncertainty, the previous discussion would suffice as a description of how to perform NPV analyses for transactions that generate cash flows at different points in time. In the presence of risk, (when the levels of future cash flows are uncertain), both the time value of money discussed above and this uncertainty must be considered in NPV analysis.

48. The most common procedure to deal with uncertainty is to increase the discount rate to incorporate risk. That is, investors demand higher expected returns as risk increases. Relatively low-risk investments, such as U.S. government treasury bills, offer lower rates of return than riskier investments, such as junk bonds. The higher rates of return offered to investors buying risky investments compensate investors for taking on the risk that the actual

cash flows that materialize in the future might deviate substantially from expectations.

## NPV: Calculating After-Tax Discount Rates

49. The discount rate for after-tax cash flows is determined by the weighted average after-tax cost of capital (WACC) that is associated with the blend of equity and debt that is appropriate for the financing of the investment that generates these cash flows. While the cost of equity is not affected by corporate taxes, the cost of debt is reduced by the deduction allowed under US tax law for interest paid. In effect, the after-tax cost of debt equals the before tax interest rate times one minus the corporate tax rate on ordinary income. Assuming that the ordinary income tax rate is 35 percent, the after-tax cost of debt is only 65 percent of the pre-tax interest rate. Assuming that the property in our example can be financed largely by borrowing and the pre-tax cost of debt is the same 5.26 percent mentioned above, the after-tax cost of capital to be used to discount the after-tax cash proceeds from the sale of the land is 3.42 percent (65 percent of 5.26 percent). The present value of the after-tax sale proceeds would be $109.26, representing the PV of $113 discounted at 3.42 percent. Subtracting the initial investment of $100 leaves an NPV of $9.26 based on after-tax cash flows discounted at an after-tax discount rate.

## Assumptions Regarding the Tax Treatment of Cash Flows

50. Since I assume the same tax rate for both ordinary income and capital gains, I do not distinguish between cash flows subject to ordinary income tax and those subject to capital gains tax. In effect, I group all pre-tax cash flows relating to this transaction into two categories: a) nontaxable and b) taxable. Taxable cash flows are assessed taxes at a 35 percent rate for BB&T (as is assumed in the transaction documents),[34] and at a 0 percent rate for Sodra. Not only am I assuming that Sodra does not pay US taxes on cash flows generated by this transaction,[35] I am also assuming that Sodra does not pay taxes in any other jurisdiction on those cash flows.[36] My simulations suggest that the total tax rate (across all jurisdictions) on cash flows to Sodra is likely to be zero or

[34] BBT0000857
[35] BBT0000274 - BBT0000275
[36] Even though Sodra is not taxed as a US taxpayer, I will on occasion calculate taxes on cash flows as if it were a US taxpayer, similar to BB&T, for illustrative purposes.

at most a low rate (relative to 35 percent). Even if Sodra pays taxes in any other jurisdiction, my conclusions regarding the net economic loss to the IRS caused by this transaction remain unchanged. While my NPV calculations for Sodra will likely be incorrect if Sodra pays taxes in other jurisdictions, the comparative rankings of the different NPV positions I have calculated for Sodra under the different options should remain unchanged.

51. I will refer in my analysis to payments to various third parties, such as the promoters of this transaction. Since I do not know whether those third parties are subject to US taxes, and since their tax status is not directly relevant to my conclusions, I will ignore the taxes that may be due from those third parties. That is, any description of those payments should be construed as follows: I consider the impact of those payments on taxes paid by BB&T and Sodra, but I have not incorporated the impact of those payments on taxes paid by third parties.

52. Unless stated otherwise, I value after-tax cash flows to transaction participants as of the transaction dates, with the objective of estimating value expected by participants at the time that transactions occurred, thereby allowing comparisons across different streams of cash flows.

## Assumptions Regarding the Risk Treatment of Cash Flows

53. The cash flows in the BB&T/Sodra transaction have several different risk profiles. Rather than estimate specific risk-adjusted discount rates for each cash flow, I first group all after-tax cash flows into one of two general categories: a) low risk, and b) high risk. High risk cash flows are associated with lease rentals that either party may encounter in the open market for assets similar to those covered under the transaction during periods after the early buyout option date. These rentals relate to a) Sodra obtaining processing capacity from a third party when it no longer has the right to use its equipment, b) BB&T leasing the equipment to a third party when it has the right to do so, and c) any explicit transaction costs included in my analysis to be paid by BB&T and Sodra to find the third party leases mentioned above. These high risk cash flows occur a) during the Head Lease tail and b) between years 15.5 and 28.8 if BB&T exercises the Replacement Option. All other cash flows are assumed to be low risk because the specific dollar amounts are

contracted for, and the risk of nonpayment is relatively low as they are paid out of dedicated funds set aside for that purpose.

54. For convenience, I will assume that low risk cash flows are associated with a pre-tax discount rate of 7 percent, as is assumed in the transaction documents. This is just slightly higher than the 10-year Treasury bond yield (6.51 percent)[37] as of the date of the transaction, which corresponds to zero risk. I recognize that the appropriate low risk rate varies slightly depending on the specific future date associated with each projected future cash flow (corresponding to the yield curve for Treasury securities of different maturities), but I believe that the 10-year yield is a reasonable approximation that can be used for all maturities.

55. For convenience, I assume a) that all high risk cash flows are associated with the same risk, and b) they are associated with the same pre-tax discount rate of 9.25 percent based on the pre-tax WACC calculated by Deloitte & Touche for financial institutions with leasing operations.[38] I recognize that there is variation in risk across those cash flows and variation in estimates of pre-tax discount rates. I believe, however, that a more detailed analysis that considers these variations would not alter the main conclusions of my report.

## Assumptions Used to Project Risky Cash Flow Streams (Open Market Rentals)

56. To estimate expected values of the high risk market rentals that are likely to prevail between years 15.5 and 28.8 under the Replacement Option, I use the projections provided by D&T.[39]

57. For the high risk cash flows during the Head Lease tail (beyond year 28.8), I use the valuation estimate prepared by Deloitte & Touche for the residual value of the Head Lease at year 28.8 to impute the rentals that would be expected in the case where those rentals are of high risk. I calculate these payments by finding the rental amounts that would leave Sodra indifferent between using the facility over the Head Lease tail period and renting another facility from an entirely debt-financed lessor. These are the amounts where Sodra would cover the depreciation of the Head Lease plus the pre-tax cost of

[37] www.federalreserve.gov
[38] BBT0000399
[39] BBT0000354

DEF. EXHIBIT 3

financing for the lessor. I assume a straight-line depreciation of the Head Lease from its appraised residual value of $91.4 million at year 28.8 to $0 at year 36, the end of the Head Lease.[40] I use the 9.25 percent pre-tax cost of capital estimated by Deloitte & Touche for financial institutions with leasing operations as the cost of financing (adjusted for a 35 percent tax rate).[41] I have also assumed that the same expected rentals to be paid by Sodra will be the rental income that BB&T is expected to earn when it leases out Sodra's Facility in the open market.

58. As with the assumptions relating to risk levels and associated pre-tax costs of capital, these simplifying assumptions regarding the levels of risky cash flows are motivated by convenience and the belief that a more extensive effort to increase the precision of my estimates will not alter my main conclusions.

## Assumptions Used to Calculate After-Tax Discount Rates

59. For convenience, I have made the simplifying assumption that all low risk cash flows arise from investments that are effectively debt-financed when estimating WACC. As a result, I multiply the pre-tax low risk discount rate of 7 percent by one minus the ordinary income tax rate (35 percent for BB&T and 0 percent for Sodra) to obtain after-tax discount rates of 4.55 percent for BB&T and 7 percent for Sodra. Since Sodra's tax rate is assumed to be 0 percent, the fraction of equity financing associated with Sodra's cash flows is irrelevant for purposes of calculating WACC.

60. For the high risk cash flows, I assume an after-tax discount rate of 7.06 percent based on the after-tax WACC calculated by Deloitte & Touche for financial institutions with leasing operations.[42]

61. Again, while I recognize that a more detailed analysis may improve the accuracy of my estimates of after-tax discount rates,[43] I do not believe that effort will alter my conclusions.

---

[40] BBT0000350

[41] BBT0000399

[42] BBT0000399, adjusted for the 35 percent tax rate.

[43] For example, I recognize that a small fraction of the financing for BB&T is from equity sources, and the WACC should be adjusted accordingly.

## The Special Tax Benefits (Simulations Based on Hypothetical Transactions)

62. As stated in my conclusions, BB&T generates special tax benefits by making a prepayment and a deferred payment of Head Lease rentals, and those benefits are enhanced by using overstated contractual discount rates. In this section, I develop simulations using the assumptions described above on hypothetical transactions to identify the source of the special tax benefits as well as ways in which those benefits can be enhanced. Even though the simulation is not intended to replicate the actual transaction I will refer to the sublessor/head lessee in my simulation as BB&T and the sublessee/head lessor as Sodra in order to relate it to the actual transaction.

63. Exhibit 1 describes a hypothetical head lease and sublease that run over a 14.5 year period, beginning in June, 1997. I assume that the rentals charged for each year correspond to the fair rentals that would be charged in the open market. The rental amounts projected are for the most part taken from the first 15 years of the actual LILO transaction between Sodra and BB&T, but I do so purely for convenience. Since the simulations are intended for illustrative purposes, any other set of fair rentals would serve the same purpose.

64. To maintain consistency with my assumptions regarding risk associated with cash flows from the actual transaction, I assume that the rentals are of low risk, and use the risk-free rate to discount these projected fair rentals.

65. Since the fair rentals that would be charged for each year of the head lease are also the amounts that would be charged under the sublease, the two sets of rentals cancel each other out exactly, and neither BB&T nor Sodra is affected financially by the transaction.

### Special Tax Benefits Created By Prepaying Rents

66. Exhibits 2a and 2b describe how the underlying situation in Exhibit 1 is altered when the rental payments under the head lease are prepaid in June, 1997. For purposes of this Exhibit only, I assume that the prepayment is deductible to the head lessee and taxable as income to the head lessor when paid. The question is how much prepayment is required, so that the recipient of the prepayment (Sodra) can use that prepayment plus any interest earned on

DEF. EXHIBIT 3

the prepayment to exactly pay off the rental payments under the sublease and leave it indifferent between receiving the prepayment and receiving the scheduled fair rentals under the head lease. The amount of required prepayment depends on whether Sodra is tax exempt (basis for Exhibit 2a) or pays taxes at the 35 percent rate (basis for Exhibit 2b). Note that in Exhibit 2b, I am altering Sodra's tax status for just this one hypothetical case to illustrate the impact of the recipient's tax status on the amount of prepayment required. It can be shown that the appropriate discount rate used to present value the scheduled head lease rentals to Sodra is the after-tax risk-free rate of 7 percent for Exhibit 2a and the after-tax risk-free rate of 4.55 percent in Exhibit 2b. In both cases I have assumed that the party making the prepayment (BB&T) is taxed at 35 percent and the prepayment is financed entirely by debt (which implies that all after-tax cash flows for BB&T are discounted at the after-tax rate of 4.55 percent).

67. The main finding from Exhibits 2a and 2b is that while a prepayment of $65.7 million is sufficient when Sodra is tax exempt, the necessary prepayment rises to $77.5 million when Sodra is hypothetically taxable (for convenience, I will round all numbers to the nearest tenth of a million dollars). This incremental $11.8 million is the maximum value created by setting up a prepayment arrangement under which the recipient of the prepayment is tax exempt but the party making the prepayment is taxable. I refer to this as the maximum value because it assumes that the entire prepayment is deductible for tax purposes when paid. As I will describe later, the actual tax rules will reduce the value available from this arrangement.

68. This saving of $11.8 million is contributed by the IRS in the form of lower overall tax collections. It represents the pre-tax amount of the maximum special tax benefits available under this prepayment arrangement, which corresponds to $7.7 million of maximum after-tax special benefits available to be shared between the two parties.

69. An alternative way of calculating the maximum special tax benefits available under this prepayment scheme is to compare the NPV to BB&T in Exhibits 2a and 2b. In both cases, the NPV to Sodra is zero, since the prepayments have been calculated to leave Sodra indifferent between receiving a prepayment and receiving the scheduled head lease payments (which exactly cancel out

with the scheduled sublease payments). The calculated NPV of $7.7 million and $0 to BB&T in Exhibits 2a and 2b, respectively, illustrate how the pre-tax savings of $11.8 million in terms of lower prepayment that is required to be made when Sodra is tax exempt translates into $7.7 million of after-tax special benefits. While in this particular description all of the special tax benefits accrue to BB&T, any payments made by BB&T to Sodra to induce it to enter into this transaction represent a way of sharing those special tax benefits between the two parties.

70. I move from the maximum special tax benefits available under the case where the entire prepayment is immediately deductible to the case where the deductibility is based on the tax rules prevailing at the transaction date. Specifically, the prepayment is allocated such that the rent in any particular year does not vary from the average allocated rent by more than 10 percent over the life of the lease (hereafter referred to as the "90/110" allocation).[44] Switching to this method of calculating the deduction substantially reduces the value of the special benefits available, relative to those in Exhibit 2a. Exhibit 3 describes this case. Even though the same prepayment of $65.7 million is being deducted in both cases, delaying the deduction by spreading it over 14.5 years reduces the NPV of special tax benefits from $7.7 million to $1.5 million.

71. The final case examined for prepaid rentals, described in Exhibit 4, is intended to be representative of the structure of the actual transaction and results in special tax benefits within the range bracketed by Exhibits 2a and 3. In this case I anticipate the presence of a deferred payment (described in the next simulation case), which is likely to be a much larger dollar amount than the prepayment (since it is a future value to be paid many years hence). The 90/110 allocation make no distinction between current and future payments and simply allocates the sum of the two payments over the lease period.[45] More important, it assigns the prepayment to the allocated rent over the first few years until the prepayment is completely consumed. I have assumed that

[44] Sec. 467(b) of the Internal Revenue Code allows BB&T to take a deduction in accordance with the lease agreement, and the 90/110 allocation methodology is allowed under the safe harbor leasing rules in Treasury Reg. §1.467-3.

[45] Sec. 467(b) of the Internal Revenue Code allows BB&T to take a deduction in accordance with the lease agreement, and the 90/110 allocation methodology is allowed under the safe harbor leasing rules in Treasury Reg. §1.467-3

DEF. EXHIBIT 3

the presence of a deferred payment causes the prepayment to be deducted over the first 4.5 years, rather than 14.5 years. The NPV of the special tax benefits are now worth $5.1 million. While this tax position is not as attractive as that described in Exhibit 2a ($7.7 million), the presence of a large deferred payment improves substantially the special tax benefits described in Exhibit 3 ($1.5 million) because of the accelerated deduction allowed. In sum, a prepayment of about $65.7 million is capable of generating special tax benefits of about $5.1 million under the tax rules prevailing at the transaction date, provided a deferred payment is available to squeeze the deductions associated with the prepayment back into the first 4.5 years. A similar effect was achieved in the actual transaction.

72. Whereas the actual transaction uses a rate of 8.25 percent for both the $68 million debt financing obtained from HBU and the Debt PUA account, the appropriate rate to be used for both accounts is a low risk rate, such as the 7 percent I used in the simulation. Since the two accounts always offset each other, assuming an overstated interest rate has no impact on pre-tax cash flows, and therefore no impact on Sodra. However, the higher rate would enhance the special tax benefits that BB&T could claim, as BB&T would receive higher after-tax cash flows by reducing its tax payments further because of the higher interest deductions associated with a higher assumed interest rate.

73. If Sodra were a taxable US entity, these special tax benefits would not arise because Sodra and BB&T would be treated symmetrically: any deduction available to BB&T would be taxable to Sodra at the same tax rate. The transaction would not be consummated because an aggregate analysis of the interests of BB&T and Sodra combined would indicate no economic profit. In fact, it would indicate a net economic loss if I incorporated the payment of fees and other transaction costs to third parties. As a result at least one of the two parties would not engage in the transaction.

74. Overall, while the magnitude of the special tax benefits associated with prepayment of Head Lease rentals is a function of the magnitude of any deferred payment and the interest rate assumed for the debt financing/debt PUA account, the source of this benefit is due ultimately to Sodra being a tax-exempt entity. The interest income earned by Sodra on the prepayment is not

taxed whereas the interest expense on the borrowing made by BB&T is deductible for tax purposes.

## Special Tax Benefits Due To A Deferred Rental Payment

75. To investigate the special tax benefits created by deferring rental payments, I consider the same starting position described in Exhibit 1 with offsetting lease rents and no prepayment, and then replace the scheduled payments under the head lease with a single deferred payment of $301.5 million to be paid to Sodra on January 1, 2020. This date is arbitrary and selected only to show the effect of a delayed deferred payment. Exhibit 5 describes this case. As with Exhibit 2a, the discount rate used to calculate that deferred payment is BB&T's pre-tax (Sodra's after-tax) rate of 7 percent. This is the discount rate that leaves Sodra indifferent between receiving a deferred payment and receiving the scheduled rental payments described in Exhibit 1. For tax deductibility purposes, I first consider the hypothetical case where the deduction for deferred rent is delayed until the rents are actually paid in 2020. Since BB&T can only earn the after-tax rate of 4.55 percent on any rent that is not paid and deferred until 2020, using 7 percent results in too high a deferred payment. As a result, BB&T has a negative NPV position of $21.5 million in this case.[46]

76. Next, I incorporate the actual tax deductibility rules prevailing at the date of the transaction and allocate the deferred payment using the 90/110 rule.[47] I calculate the deduction each year as the present value (PV) of the allocated rent plus any interest on the accumulated unpaid rent. When calculating the PV and the interest on unpaid rent, I use the IRS-denominated rate in June 1997 of 7.84 percent. Exhibit 6 describes this case. While the economic loss suffered by BB&T declines substantially, from $21.5 million in Exhibit 5 to $1.8 million in Exhibit 6, deferred rent payments still result in a net economic loss. That is, the deferred rent payment does not yet create any special tax

[46] An agreement where a taxable entity (BB&T) makes a deferred rental payment to a tax exempt entity (Sodra) is the mirror image of the earlier case where BB&T makes a prepayment of those rents (Exhibit 2a), in the sense that in the deferred payment case the interest expense goes to the tax exempt party (Sodra effectively borrows money to replace the rentals that are deferred) and the interest income goes to the taxable party (BB&T earns interest on the money that it does not pay as rental). That is, on the face of it, while a prepayment from BB&T to Sodra is tax efficient, a deferred payment is tax inefficient.

[47] Sec. 467(b) of the Internal Revenue Code allows BB&T to take a deduction in accordance with the lease agreement, and the 90/110 allocation methodology is allowed under the safe harbor leasing rules in Treasury Reg. §1.467-3

benefits on its own; its only potential purpose so far is to accelerate the deductions allowed for the case where a portion of the rentals are prepaid (see the prepayment simulation described in para 71 and Exhibit 4).

77. I turn next to the case where the discount rate used to calculate the deferred payment is increased from the pre-tax rate of 7 percent to 10 percent, which is the rate used in the initial years to calculate the deferred payment in the actual transaction. As shown in Exhibit 7, increasing the discount rate used to project future values increases the deferred payment from $301.5 million to $466.9 million. While this increased deferred payment also raises the deductions taken in each year, the burden of paying the higher deferred payment increases the economic loss suffered by BB&T to $30.4 million. Again, the deferred payment does not yet create any special tax benefits on its own.

78. The motivation for BB&T to select an overstated discount rate when calculating the deferred payment becomes apparent when I incorporate an option to terminate the transaction early. This option obviates the need to make the large deferred payment of $466.9 million. These calculations are described in Exhibit 8. When calculating the amount to be paid to settle the early termination option at a fair price, I project future values using BB&T's pre-tax (Sodra's after-tax) rate of 7 percent, and obtain a termination price of $175.5 million.[48] Again, this is the rate that Sodra requires on any settlement of unpaid rent, and I ignore the discount rate of 10 percent used to calculate the deferred payment of $466.9 million as it represents an overstated rate. The net economic gain to BB&T, represented by an after-tax NPV of about $3.0 million, is determined by an interaction of the following effects:

78.1 Since BB&T is a taxpaying entity, its relevant discount rate is 4.55 percent, and a fair termination price from BB&T's perspective is only $147.9 million. In order to allow Sodra to obtain a fair price, BB&T suffers a pre-tax loss of $27.6 million (the difference between Sodra's fair termination price of $175.5 million and BB&T's fair termination

[48] While this early termination option is designed to achieve the same purpose as the early buyout option in the actual transaction, namely to avoid the payment of an overstated deferred payment, here the termination price is paid by BB&T to Sodra whereas in the actual transaction Sodra pays BB&T a buyout price. In this case, BB&T pays the price because it owes Sodra the unpaid rentals that have been deferred. In the actual transaction Sodra pays the price because it receives a large prepayment of rents from BB&T that has not yet been used up as of the date of the early buyout.

price of $147.9 million), which translates into an after-tax loss of $17.9 million.

78.2 In addition, BB&T is required to pay tax on the "gain" created at the termination date. At that date, BB&T has claimed deductions worth $222 million, representing $141.1 million in accumulated PV of allocated rent plus $80.9 million in accumulated interest on unpaid rent. For tax purposes, BB&T has deducted $222 million and still owes that same nominal amount as unpaid rent and interest to Sodra. It is, however, able to settle that nominal debt by paying a termination price of $175.5 million. By settling a debt at less than its nominal amount, BB&T has effectively created a taxable gain of $46.5 million ($222 million less $175.5 million), on which it is required to pay taxes of $16.3 million at a 35 percent rate.[49]

78.3 These two negative effects of the transaction are more than offset, however, by the timing of the $222 million in deductions: on average they are taken well before they are recaptured when the transaction is terminated. The net of these three effects is the economic gain of about $3 million to BB&T calculated in Exhibit 8.

79. Finally, I consider the additional special tax benefits created by pushing out the deferred payment an additional 18 years, from 2020 to 2038 (which is the date of the deferred payment under the actual transaction). Those calculations are presented in Exhibit 9. Pushing out the deferred payment date increases the actual deferred payment amount to $2,722.4 million dollars. This higher deferred payment increases the tax deductions allowed over the lease period (relative to those in Exhibit 8) because of the mismatch between the higher rate of 10 percent used to generate the deferred payment and the lower IRS rate of 7.84 percent used to calculate the PV of allocated rent. As in the case described in Exhibit 8, three tax effects are at play, but the positive timing effect offsets the other two negative effects to a greater extent in this case because of the larger overstated deductions, and the NPV available to BB&T rises to $8.4 million in Exhibit 9.

[49] The special tax benefits described in this report do not consider the possibility that the gains at early termination are effectively taxed at less than the assumed 35 percent rate by transferring the gain to a BB&T subsidiary located in a tax haven.

DEF. EXHIBIT 3

80. Overall, the deferred payment of rentals serves two purposes. First, it increases the special tax benefits associated with any prepayments by accelerating the rental deductions allowed on those prepayments. Second, it generates special tax benefits if the deferred payment is calculated using an overstated discount rate and an early termination or buyout option is inserted to ensure that the overstated deferred payment is never actually made. The special tax benefits are created because the IRS discount rate is lower than the overstated discount rate used to project the deferred payment. Even though those overstated deductions taken prior to the early termination date are recaptured at the termination date, and even though setting the termination price at a level that leaves Sodra indifferent causes an economic loss to BB&T, the benefit of receiving overstated deductions early is sufficient to overcome these two effects. The magnitude of these special tax benefits increases with a) the level of the overstated rate used to calculate the deferred payment, and b) the delay between the end of the lease period and the date of the deferred payment.

81. Note that the special tax benefits associated with the overstated deferred payment rely on BB&T never actually making this payment. Exhibit 7 shows that the cost of making the overstated deferred rental payment is so onerous that it wipes out the tax benefits obtained by deducting larger amounts over the lease. Except for the case where an overstated discount rate is used and the termination option is exercised, there are no special tax benefits associated with deferred rental payments. For all other cases, an aggregate analysis of the combined interests of BB&T and Sodra would suggest a substantial economic loss. If so, at least one of the two parties would not agree to enter the transaction.

## Implications Of Hypothetical Simulations

82. My analysis has shown that the special tax benefits in the BB&T/Sodra transaction are derived from two sources. The first is the presence of a prepayment where one of the parties (Sodra) is tax-exempt. Since this benefit is diluted if it is spread over the lease term, it also relies on the presence of a deferred payment which allows the prepayment to be deducted for tax purposes at a relatively rapid rate. The second source of special tax benefits is an overstated deferred payment that is never actually paid, but it increases the

magnitude of the tax deductions taken before an early termination or buyout option is exercised.

83. If Sodra were a taxable US entity, the special tax benefits would not arise because Sodra and BB&T would be treated symmetrically: any deduction available to BB&T would be taxable to Sodra at the same tax rate. The transaction would not be consummated because an aggregate analysis of the interests of BB&T and Sodra combined would indicate a net economic loss due to the payment of fees and other transaction costs to third parties. As a result at least one of the two parties would not engage in the transaction.

## The Economic Gains and Losses to Different Parties Under the Actual Transaction

84. I turn next to an analysis of the actual transaction, keeping in mind the insights gained from simulating different hypothetical transactions.[50]

85. I analyze the cash flows to different parties under three scenarios from the actual LILO transaction involving Sodra and BB&T to determine the NPV of after-tax cash flows under each scenario. These NPV values allow me to determine which options are likely to be exercised and which are not, as well as the net economic profits each party expects to make from this transaction.

86. I also investigate the different unusual features of the transaction to see if they are designed to create the special tax benefits described in the simulations.

87. To preview the results of my analysis, I find that the only viable scenario is the one where Sodra exercises the early buyout option. Sodra is worse off in the other two scenarios, relative to the EBO scenario. The EBO scenario is economically viable, in the sense that all parties involved expect an economic gain under this scenario, only because of the special tax benefits that are obtained at the expense of the IRS: BB&T reduces its tax payments because of the transaction, and shares those tax savings with Sodra and other third parties. In the absence of these special tax benefits, I find that BB&T has no reasonable expectation of realizing an economic gain from this transaction.

[50] The transaction cash flows are taken as given from the transaction documents. Each exhibit will provide an actual cite to the transaction documents. In the event the cash flows reported in the transaction documents are not correct, my analyses and conclusions would need to be adjusted accordingly.

My investigation of the different unusual features of the transaction suggest that these features are designed to either generate special tax benefits or create the perception that the transaction might potentially also be motivated by non-tax reasons.

## Early Buyout Option Scenario

88. This scenario occurs if Sodra exercises its option to make a payment of $46.8 million over five installments in 2013 and relieve itself of all obligations under the Head Lease and Sublease. The allocated cash flows and NPV calculations are provided in Exhibit 10a for BB&T and Exhibit 10b for Sodra.

89. The NPV of after-tax cash flows factoring in the special tax benefits are $4.1 million to BB&T and $6.2 million to Sodra, and $4.5 million is paid to the promoters. The positive NPV received by all parties suggests that this outcome would be value increasing to all three parties. BB&T's original investment of $22.8 million injected into the transaction is used to make all payments, the $68.0 million loan plus 8.25 percent interest is returned, BB&T's $12.0 million equity investment plus 7 percent interest income is returned, and no additional funds are required. The net economic profits made by all three parties come at the expense of the US government, as those profits are obtained by BB&T paying less taxes.

## Put Renewal Option Scenario

90. This scenario occurs if Sodra does not exercise the early buyout option at year 15.5 and BB&T exercises its option to put the Sublease renewal to Sodra. The cash flows and NPV calculations are provided in Exhibit 11a for BB&T and Exhibit 11b for Sodra.

91. I assume that Sodra would prefer to continue manufacturing pulp in periods when it does not have access to its own manufacturing capacity because that capacity has been leased by BB&T to a third party (during the tail Head Lease period between April 18, 2026 and June 30, 2033). There are two reasons for this assumption. First, Sodra invested in pulp manufacturing capacity because that activity is expected to generate economic profits. Shrinking its capacity will shrink those expected profits. Second, Sodra has an infrastructure of non-manufacturing employees and other costs that are currently designed to

support all of its manufacturing capacity. Shrinking its manufacturing capacity will cause those costs to be borne by a smaller amount of product. Overall, it would be more efficient for Sodra to obtain manufacturing capacity from the open market during this period.

92. As described earlier I have calculated the expected value of open market Head Lease tail rents using the valuation profile prepared by D&T. I have also assumed that the same expected rentals to be paid by Sodra will be the rental income that BB&T is expected to earn when it leases out Sodra's Facility in the open market. Also, I have assumed that the appraised transaction costs of 2 percent of remaining Head Lease value[51] are applicable at year 28.8 to both Sodra and BB&T.

93. The NPV of after-tax cash flows are $14.9 million to BB&T and –$1.7 million to Sodra, with the same $4.5 million going to the promoters. The negative NPV projected for Sodra indicates that it will suffer an economic loss if it does not exercise the early buyout option and BB&T exercises the Renewal Option. More relevant to my analysis, Sodra's NPV in Exhibit 11b is lower than that in Exhibit 10b (under the EBO), which implies that Sodra would prefer to exercise its EBO rather than have BB&T exercise its renewal put option.

94. The reason for the sharp decline in value to Sodra between the two scenarios is best seen by comparing the corresponding total cash flows (column Z in Exhibit 10b with column AS in Exhibit 11b). The extra costs in Exhibit 11b are due to Sodra having to pay for the open market costs of replacing lost manufacturing capacity. Clearly, Sodra is always worse off in Exhibit 11b, even if I assume that the prevailing open market rents are substantially lower than those I projected in Exhibit 11b. And even if Sodra elected to avoid paying those open market rents by not supplementing its lost manufacturing capacity, it would be worse off in Exhibit 11b relative to Exhibit 10b because of the costs of not obtaining replacement manufacturing capacity mentioned in para 91.

---

[51] BBT0000355

## Replacement Option Scenario

95. This scenario occurs if Sodra does not exercise the early buyout option at year 15.5 and BB&T chooses to lease the Facility to a third party other than Sodra. The cash flows and NPV calculations are provided in Exhibit 12a for BB&T and Exhibit 12b for Sodra.

96. I have again assumed that a) Sodra would prefer to obtain replacement manufacturing capacity for the reasons mentioned in para 91, and b) that both Sodra and BB&T would need to pay 2 percent of remaining Head Lease value as transaction costs to find opposite third parties.[52]

97. The NPV of after-tax cash flows are $21.4 million to BB&T and –$2.5 million to Sodra, with the same $4.5 million going to the promoters. Again, the substantially lower NPV projected for Sodra indicates that it will prefer to exercise the EBO rather than face the situation where BB&T chooses the Replacement Option.

## Analysis

98. The NPVs of the three options indicate that Sodra would exercise the early buyout option, because it would be substantially worse off under either the Put Renewal or Replacement scenarios. One reason why these two scenarios might appear attractive to Sodra but are actually inferior is that Sodra never actually receives the full amount of the overstated deferred Head Lease rental of $557.8 million that it is nominally assigned to receive in these two scenarios. As revealed by my simulation analysis, it is critical from BB&T's perspective that the overstated deferred payment not be paid. And the transaction is designed to avoid that outcome by providing for funds to be allocated to a collateral account that would only grow to the full deferred payment amount if very optimistic investment returns are achieved on that collateral account (10 percent through 2024 and 8.25 percent thereafter).

99. There are a number of other factors, which I find harder to quantify for my calculations, all of which argue in favor of Sodra exercising its EBO option. They are essentially dislocation costs that Sodra would have to bear for the temporary period that it does not have rights to use the Facility under the Put

[52] BBT0000355

Renewal and Replacement Option scenarios. Consider, for example, the dislocation caused to the established routines (collecting timber from Cooperative members, transporting it to the Facility, and shipping out the finished product to Sodra's customers) when Sodra has leased replacement capacity from a third party. Consider also the manufacturing labor employed by Sodra at the Facility. The transaction documents do not specify whether or not they would be retained when a third party is using the Facility. In either case, there will be a series of costs that will have to be borne by Sodra to transition into and out of the period when the third party is using the Facility.

100. While my calculations clearly support the conclusion that Sodra will always exercise the EBO, the D&T analysis[53] claims that Sodra will not exercise the EBO. The logic provided is that the sum of the purchase option price ($45.6 million) and the PV of the deferred payment in year 15.5 ($78.4 million, assuming a discount rate of 8 percent) is greater than the projected fair market value of the Head Lease rentals ($114.3 million). This argument is inconsistent with the transaction as it assumes that the full amount of the deferred Head Lease rental ($557.8 million) will be available in year 15.5. As mentioned above, the transaction only provides for BB&T to fund a collateral account which should grow to that amount if it earns interest at 10 percent through 2024 and 8.25 percent thereafter. One consistent way of using the methodology suggested by D&T is to calculate the PV of the deferred payment using a discount rate that blends the same combination of 8.25 and 10 percent used to project that deferred payment. Recalculating the PV of the deferred payment using the 8.25 percent up to 2024 and the 10 percent rate from 2024 to year 15.5 drops the PV to $60.9 million, which is much lower than the $78.4 million calculated using an 8 percent discount rate. Combining this lower PV of the deferred payment with the purchase option price of $45.6 million implies a total value of $106.5 million, far short of the fair market value of $114.3 million. That is, even D&T's methodology, when applied in a manner that is consistent with the transaction, suggests that Sodra would likely exercise its EBO.

101. Focusing on the EBO scenario, I have already shown that BB&T has no possibility of making an economic profit absent the special tax benefits. In

[53] BBT0000351- BBT0000354

DEF. EXHIBIT 3

fact, since Sodra is guaranteed a minimum payoff of $6.2 million after taxes and the promoters are paid $4.5 million, BB&T should then expect to suffer an after-normal-tax economic loss equal to at least the combined gains expected by Sodra and the promoters, assuming that no synergies or efficiencies are created by the transaction.

102. As a result, the combined interests of Sodra and BB&T will not be improved by this transaction. That combined interest is hurt by the transaction costs that are paid to various third parties, such as the initial $4.5 million in net transaction fees and the costs associated with finding a new sublessee for periods when Sodra is not using the assets leased under the Head Lease. Stated differently, there is always at least one party that will suffer an economic loss from engaging in the transaction in the absence of special tax benefits.

103. It is possible that a novice investor, untrained in financial analysis, may have erroneously believed that they could still eke out an economic profit in the absence of special tax benefits. However, BB&T is not a novice investor. It has extensive experience in both lending and leasing markets and fully understands the competitive nature of those markets. I find it unrealistic, given its extensive experience, that BB&T could believe that economic profits would be available to them, absent any special tax benefits. On occasion, novice investors may also perceive a higher economic profit than there actually is because they do not properly subtract the opportunity cost of their equity capital. However, since all but a small fraction of BB&T's investment was financed by debt at the corporate level, the requirement to pay interest on its investment would serve as a direct reminder of the opportunity cost of those funds.

104. Finally, an examination of the different unusual features of the transaction suggest that each such feature plays a role in generating special tax benefits or in creating the perception that the transaction may be motivated partly for non-tax reasons. For example, the presence of the prepayment and deferred payment, the judicious assumption of overstated discount rates, and delaying the deferred payment past the end of the Head Lease all serve no economic purpose except to create or enhance the special tax benefits. The substitution of the overstated deferred Head Lease rental payment with a collateral account

that is not funded sufficiently to grow to the projected amount serves only to preserve special tax benefits. Finally, the Put Renewal Option and the Replacement Option appear to be solely designed to mask the economic reality that the transaction is expected to end in year 15.5 when Sodra exercises its EBO.

The opinions I express in this Expert Report are based upon the materials I have reviewed to date. As additional evidence becomes available I may add to or modify my analysis and the resulting conclusions.

February 15, 2006

Jacob Thomas

Jacob Thomas, Ph.D.

## Appendix A: Thomas CV

# Jacob K. Thomas

School of Management
Yale University
New Haven, CT 06511
Tel: 203-432-5977
Fax: 203-432-6974
e-mail: jacob.thomas@yale.edu

**Education:**

- Ph. D. University of Michigan, Ann Arbor, MI. 1980-1984
  Dissertation: "Taxes and corporate pension policy: some empirical tests".
- M.B.A, Iran Center for Management Studies (in association with Harvard Business School), Tehran, graduated *with distinction.* 1976-1977
- B. Tech., IIT, New Delhi, graduated *with distinction.* 1969-1974

**Teaching:**

Primary teaching focus is financial statement analysis and valuation.

- *Yale University, New Haven, CT.*
  Professor of Accounting
  Williams Brothers Professor of Accounting and Finance 2003-now

  Taught financial statement analysis and valuation in the MBA and Executive Education programs and doctoral seminars on empirical research.

- *Columbia University, New York, NY.*
  Assistant Professor 1988-1990
  Associate Professor 1990-1991
  Roy Bernard Kester & T.W. Byrnes Associate Professor of Accounting & Auditing 1991-1992
  Chairman, Accounting Division 1995-1999
  Ernst & Young Professor of Accounting and Finance 1995-2003

  Taught financial statement analysis and valuation as well as financial and managerial accounting in the MBA program and executive short courses, and doctoral seminars on empirical research in financial accounting.

DEF. EXHIBIT 3

- *Yale University, New Haven, CT.*
  Visiting Professor (on sabbatical leave from Columbia) 2001-2002

  Taught doctoral seminar on empirical methods.

- *University of Rochester, Rochester, NY.*
  Assistant Professor 1984-1988

  Taught financial accounting, managerial accounting, positive accounting theory and a case course in corporate finance in the MBA and executive MBA programs.

- *University of Michigan, Ann Arbor, MI.*
  Teaching Assistant 1980-1983

  Taught financial accounting and managerial accounting in the BBA program.

**Research:** Empirical research in valuation, financial accounting, taxes, and corporate finance

Publications:

- Corporate taxes and defined benefit pension plans *Journal of Accounting and Economics*, (July, 1988) pp. 199-238.

- Economic consequences of accounting standards: The lease disclosure rule change (with Eugene A. Imhoff) *Journal of Accounting and Economics*, (December, 1988) pp. 277-310.

  Reprinted in *The Economics of Accounting Policy Choice*, Editors: Ray Ball and Clifford Smith, (McGraw-Hill, 1992).

- Post-earnings-announcement drift: Market inefficiency or CAPM misspecification?(with Victor L. Bernard) *Journal of Accounting Research* (Supplement, 1989).

- Unusual patterns in reported earnings *Accounting Review*, (October, 1989) pp. 773-787.

- Why do firms terminate their overfunded pension plans? *Journal of Accounting and Economics*, (November, 1989) pp. 361-398.

  Reprinted in *Financial Statement Analysis,* Editors: Ray Ball and S.P. Kothari, (McGraw-Hill, 1993).

- Evidence that stock prices do not fully reflect the implications of current earnings for future earnings (with Victor L.Bernard) *Journal of Accounting and Economics* (December, 1990).

  Reprinted in *The Economics of Accounting Policy Choice*, Editors: Ray Ball and Clifford Smith, (McGraw-Hill, 1992).

**Research (continued).**

- Sufficient statistics in accounting: What matters from the past—price, book value or earnings? (with Ram Ramakrishnan) *Journal of Accounting, Auditing, and Finance*, (Fall, 1992) pp. 423-464.

- Incentives under cost-reimbursement: pension costs for defense contractors (with Samuel Tung) *The Accounting Review* (October 1992) pp. 691-711.

- Commentary on "Earnings forecasting research: its implications for capital market research" *International Journal of Forecasting*, (November 1993) pp. 325-330.

- How sophisticated is the market in interpreting earnings news?.(with Victor Bernard and Jeff Abarbanell) *Journal of Applied Corporate Finance*, (Summer 1993) pp. 54-63.

- Accounting quality (with Eugene A. Imhoff), Asset Valuation, Editor: Stephen A. Butler (Oklahoma Center for Research in Accounting, Norman, OK, 1994).

- Earnings-related stock price anomalies: separating market inefficiencies from risk (with Victor L. Bernard and Jim Wahlen) *Contemporary Accounting Research* (Summer 1997) 14, 89-136.

- Discussion: CEO Compensation in a regulatory environment: an analysis of the electric utility industry, *Journal of Accounting, Auditing, and Finance* (Summer 1997), 12, 252-255..

- Valuation of permanent, transitory and price irrelevant components of reported earnings (with Ram Ramakrishnan) *Journal of Accounting, Auditing, and Finance* (Summer 1998), 13, 301-36.

- Discussion: Post-earnings announcement drift and the dissemination of predictable information, *Contemporary Accounting Research* (1998).

- Discussion: Financial instrument fair values and nonfinancial firms, *Journal of Accounting, Auditing, and Finance* (1999) Vol. 14, 3: 275-8.

- Stock returns and accounting earnings (with Jing Liu) *Journal of Accounting Research*. 38 (Spring 2000): 71-101..

- U.S. corporate borrowing in the Eurodollar market, *Accounting, Accountability, & Performance*, Vol 5, No. 2 (August 1999), pp. 69-87.

- Identifying unexpected accruals: a comparison of current approaches (with Xiao-jun Zhang) *Journal of Accounting and Public Policy*, (Winter 2000) Vol. 19 (4-5): 347-76.

DEF. EXHIBIT 3

**Research (continued).**

- Balance sheet management: The case of short-term debt that is reclassified as long-term debt (with Jeff Gramlich and Mary Lea McAnally) *Journal of Accounting Research* (Fall 2001) 39, 2: 283-95.

- Equity premia as low as three percent? Evidence from analysts' earnings forecasts for domestic and international stock markets (with James Claus) *Journal of Finance*. 55, (5), (October 2001), pp. 1629-66.

- Valuation using multiples (with Jing Liu and Doron Nissim) *Journal of Accounting Research*. 40(1), (March, 2002), pp. 137-72.

- Earnings management under the AMT? The case against. (with Won Choi and Jeff Gramlich) *Contemporary Accounting Research*.(Winter 2001) 18,4: 571-613.

- Inventory changes and future returns (with Huai Zhang) *Review of Accounting Studies*.7(2-3) (June-September, 2002), pp. 163-87.

- Discussion: Post-earnings announcement drift and market participants' information processing biases, *Review of Accounting Studies* (2003) Vol. 8, 2/3: 347-53.

- Accounting for employee stock options (with Rohit Mathur and Mike Kirschenheiter) *Accounting Horizons*. (June 2004), 18 (2) pp. 135-56.

- Discussion-Differential Earnings Behavior and the Security Market Assessment of Variation in Seasonal Earnings Patterns, *Journal of Accounting, Auditing & Finance*. (Fall 2004). 19, (4); pp. 483-9.

Working papers:

- Contributed capital versus retained earnings: tax differences and value implications (with Siyi Li and Doug Shackelford)

- Another look at P/E ratios (with Huai Zhang).

- On the informational usefulness of R&D capitalization and amortization (with Doron Nissim and Baruch Lev).

- Value relevance of cash flows versus earnings: an international analysis using multiples (with Jing Liu and Doron Nissim).

- Price equals forward earnings scaled by the risk-free rate: the implications of this remarkable empirical regularity

**Awards and Honors:**

| | |
|---|---|
| • Chazen International Research Prize | 2002 |
| • Finalist, Smith Breeden Prize of the American Finance Association | 2001 |
| • First prize, IBES Competition for International Valuation Research | 1999 |
| • Dean's Award for Teaching Excellence | 1995 |
| • AICPA Notable Contributions to Accounting Literature Award | 1993 |
| • Kester and Byrnes Junior Chair | 1991 |
| • Coopers and Lybrand Foundation Grant | 1990 |
| • IBM Grant for Management of Information Systems | 1987 |
| • GE Foundation Grant | 1985 |
| • Deloitte Haskins and Sells Doctoral Fellow | 1982-1984 |
| • American Accounting Association Doctoral Consortium | 1983 |
| • Big Ten Doctoral Consortium | 1982 |
| • American Accounting Association Fellowship | 1981 |
| • Paton Fund Fellowship | 1980-1983 |

**Professional Activities:**

- Associate Editor, *Accounting Horizons* , *Journal of Accounting, Auditing, and Finance, The Journal of Accounting* and *Economics,* and *Review of Quantitative Finance and Accounting*
- Editorial Board, *Accounting Review, Contemporary Accounting Research* , *Journal of Accounting, Auditing, and Finance,* and *Review of Quantitative Finance and Accounting.*
- Ad hoc Reviewer, *Contemporary Accounting Research, Journal of Accounting Research, Journal of Accounting, Auditing, and Finance, Journal of American Taxation Association, Journal of Finance, National Tax Journal, Quarterly Journal of Business and Economics, Rand Journal of Economics,* and *Review of Accounting Studies.*
- Certified Management Accountant.
- Served on various committees for American Accounting Association.

- Member of, American Accounting Association, American Finance Association, American Economics Association, and Institute of Management Accounting.

**Doctoral Theses:**

Served on proposal/thesis committees for the following doctoral students:

**Accounting:**

- Andrew Anabila
- Won Choi
- Gene Kovacs
- Siyi Li
- Jing Liu
- Rohit Mathur
- Mary Michel
- Laurie Mitchell
- Vincent Richman
- Pervin Shroff
- Liz Venuti
- Yong Yoo
- Huai Zhang
- Ling Zhou

**Finance & Economics**

- Rakesh Bali
- Hong Choi
- Kyeongwon Kim
- Raman Kalra
- Reena Mithal
- James Park
- Sudipto Sarkar

**School Service:**

- Actively involved in developing core curriculum for Yale SOM. Worked with faculty, students and recruiters to design a unique curriculum.
- Developed courses in Financial Statement Analysis and Valuation for Yale SOM.
- Yale SOM Committees I have served on include.
  - Dean Search Committee.
  - Curriculum Reform Committee.
  - Appointments Committee.
- Chair, Accounting Division and Member, Executive Committee.of Business School.
- Actively involved in developing short and long-term analyses and solutions to many issues/problems facing Columbia Business School and University. Committees I have served on include.
  - Business School Strategic Planning Committee and Faculty Governance sub committee.
  - MBA Strategy Committee. Delivered an framework that highlighted projects that are suitable for the Business School's second major campaign.
  - Business School Computing Committee.
  - University Budget Task Force. Involved in recommending a full responsibility budget model for Columbia University schools.

- Executive Education Advisory Committee. Involved in recommending a strategy for Executive Education for the Columbia Business School.
- Business School Grading Committee. Conducted careful study of grading policies at other Business Schools, and interviewed students, alumni and recruiters on alternative grading policies.
- MBA Probations Committee (Chair).
- Various Search Committees.

- Developed and implemented a new elective (Valuation and Financial Statements) and a new core course (Accounting II, Managerial Accounting). Implemented a reorganized offering of accounting electives after conducting an extensive analysis.

- Faculty advisor, Accounting concentration and CPA advisor.

**Prior work experience:**

- Ernst and Whinney, Tehran. 1977-1979.
  Senior Supervisor. Provided management consulting and international tax services for clients in petroleum-related and telecommunication industries.

- Engineers (India) Ltd., New Delhi. 1974-1976.
  Process Design Engineer. Worked with team developing process design for three petroleum refining and petrochemical plants.

**Consulting Activities:**

- Expert Witness on valuation and accounting issues.
  - LTCM vs. DOJ (for DOJ), 2002.
  - Brunenkant vs. Gooch (for Brunenkant), 1999.

- Analyses of valuation and accounting issues for Investment Banks, Management Consultants, and Corporations.

**Summary of presentations made at university colloquia and conferences.**

Universities:

University of Alabama, 1995.
University of Arizona, 1988.
University of Auckland, 1994.
University of California, Berkeley, 1990, 2001.
University of California, Davis, 1988.

University of California, Los Angeles, 1984, 2002.
University of Chicago, 1984,1988,1991.
CUNY, Baruch College, 1989, 1991, 1996.
University of Colorado, Boulder, 1990, 2000, 2003.
Columbia University, 1988, 1990.
University of Connecticut, 1996.
Copenhagen Business Schoool, 1999.
Cornell University, 1996, 2001.
Dartmouth College, 2001
University of Florida, 1997.
Florida State University, 1990.
Fordham University, 1993.
Georgetown University, 1990, 1991, 2003.
George Washington University, 1994.
Harvard University, 1991, 1996.
Indiana University, 2004
University of Laval, 1992, 1998.
Macquarie University, 1994.
University of Maryland, 1991, 2001.
MIT, 1984, 1996, 2003.
University of Melbourne, 1994.
University of Michigan, 1989, 1990, 1992, 1997, 2000, 2002.
Michigan State University, 2000.
University of Minnesota, 1994, 1996.
University of Misssouri, Columbia, 2001
University of Nebraska, Lincoln, 2001
AGSM, University of New South Wales, 1994.
New York University, 1989, 1996.
University of North Carolina, 1993.
Northwestern University, 1984, 1988, 1996, 2000.
Notre Dame, 2003.
Ohio State University, 1994, 2000
Oklahoma State University, 2002
University of Otago, 1994.
Penn State University, 1992, 1997.
Purdue University, 1988, 2004.
University of Queensland, 1994.
Rice University, 1996.
University of Rochester, 1984, 1986, 1990, 1995, 1999.
Rutgers University, Camden, 1995.
Rutgers University, Newark, 1999, 2002.

University of Southern California, 1990, 2001, 2002
Stanford University, 1984, 1991, 1996.
SUNY, Buffalo, 1991, 1996.
Syracuse University, 1991, 1999.
Temple University, 1992.
University of Texas, 1984, 1998, 2002.
Texas Christian University, 1992.
University of Toronto, 2002.
Vanderbilt University, 1996
Victoria University, 1994.
University of Waterloo, 1998.
Washington University, 1984.
University of Washington, 1984.
Wharton School, 1990, 1994, 1995.
Yale University, 2002

Presentations at Conferences:

Burridge Center, 2003
Utah Winter Accounting Conference, 2002.
Review of Accounting Studies Conference, 2001, 2002.
London Business School, 2001
Institutional Investor Research, 1998, 2001,
Corporate Earnings Analysis Seminar, 2002.
Prudential Securities, 1998.
KPMG, 2003.
Journal of Accounting, Auditing and Finance, 1994, 1996, 1997, 1998, 2004.
Contemporary Accounting Research, 1997, 1998.
Rutgers/JQFA Seminar, 1996, 2001.
Maryland/JQFA Seminar, 1995.
NYU/JQFA Seminar, 1998
Texas/JQFA Seminar, 1999.
UNC/JQFA Seminar, 2005
Center for Research in Security Prices, 1995.
North East AAA, 1995, 1996.
South East AAA, 1995.
Institutional Investors, Inc., 1994.
International Symposium on Forecasting, 1993.
Journal of Accounting, Finance and Economics, 1992.
American Finance Association Annual Meeting, 1992, 1995.

American Accounting Association Annual Meeting,1988, 1990, 1991, 1996,1998, 1999, 2000, 2001, 2003.

Paton Center Tax Conference, 1991.

Journal of Accounting Research Conference at St. Louis, 1989.

NBER Summer Institute, 1989.

Financial Management Association Annual Meeting, 1988.

Accounting for Post-employment Obligations, University of Illinois, 1985.

## Appendix B: Documents Relied Upon

| Title of Document | Bates Range |
|---|---|
| Participation Agreement dated as of June 27, 1997 among Sodra Cell AB, Sodra Skogsagarna Ekonomisk Forening, Branch Banking and Trust Company, Fleet National Bank, Hollandsche Bank-Unie N.V., ABN AMRO Bank N.V., ABN AMRO Bank N.V. Stockholm Branch, and Stichting Account Beneficiary | BBT0000010 - BBT0000271 |
| Internal Revenue Service Form W-8 for Sodra Skogsagarna Ekonomisk Forening | BBT0000274 - BBT0000275 |
| Deloitte & Touche valuation study of Sodra Cell's pulp processing facility located in Morrums Bruk, Sweden | BBT0000276 - BBT0000636 |
| Trust Agreement between Branch Banking and Trust Company and Fleet National Bank, dated as of June 27, 1997 | BBT0000637 - BBT0000661 |
| Joint Operating Agreement dated as of June 27, 1997 among Sodra Cell AB and Fleet National Bank | BBT0000662 - BBT0000691 |
| Support Agreement dated as of June 27, 1997 among Sodra Cell AB and State Street Bank and Trust Company | BBT0000692 - BBT0000710 |
| Tax Indemnity Agreement between Branch Banking and Trust Company and Sodra, dated as of June 27, 1997 | BBT0000711 - BBT0000745 |
| Head Lease dated as of June 27, 1997 between Sodra Cell AB and Fleet National | BBT0000751 - BBT0000790 |
| Lease dated as of June 27, 1997 between Fleet National Bank and Sodra Cell AB | BBT0000793 - BBT0000881 |
| Loan and Security Agreement dated as of June 27, 1997 between Fleet National Bank and Hollandsche Bank-Unie N.V. | BBT0000962 - BBT0001000 |
| Debt Payment Undertaking Agreement dated as of June 27, 1997 among ABN AMRO Bank N.V., Fleet National Bank, and Sodra Cell AB | BBT0001011 - BBT0001025 |
| Equity Payment Undertaking Agreement dated as of June 27, 1997 among Fleet National Bank as Trustee, Fleet National Bank as Account Trustee, and Sodra | BBT0001026 - BBT0001045 |
| Letter from Kenneth Daniels to William Chalk dated July 7, 1997 re Sodra Leveraged Lease Transaction | BBT0001432 - BBT0001434 |
| BB&T Final Transaction Analysis Regarding a $100 Million U.S. Leasehold Transaction with Sodra Cell AB, Closed June 30, 1997 | BBT0002011 - BBT0002086 |
| BB&T Corporation: Independent Public Accountant's Report on Applying Agreed-Upon Procedures, Sodra Cell AB | BBT0009315 - BBT0009414 |
| BB&T Corporation Amortization of Advisory Fees | AA/BB&T 00945 - AA/BB&T 00946 |
| Sodra 1996 Annual Report | DT 00227- DT 00268 |
| Closing transactions | USB 1676 - USB 1812 |
| Letter from Craig Knight, Knight, Tallman & van Tol Capital Partners, LLC, to Steve Whitcomb, Wachovia Bank, and Sherry Kellett, Branch Banking and Trust Company, with Sodra Fees and Expenses | WAC 0309 - WAC 0311 |
| Deposition of Ken Chalk, dated November 9, 2005 | |
| Deposition of Ken Daniels, dated November 10, 2005 | |
| Deposition of John Pierce Ipock, Jr., dated November 9, 2005 | |
| Deposition of Sherry Kellett, dated November 9, 2005 | |
| Deposition of Scott E. Reed, dated November 10, 2005 | |
| Deposition of Henry Gaston Williamson, Jr., dated November 8, 2005 | |

DEF. EXHIBIT 3

## Exhibit 1 - Hypothetical Transaction
## Head Lease and Sublease Cancel

### From BB&T's Perspective

| | A | B | C | D | E |
|---|---|---|---|---|---|
| Date | Cash Flow from Sublease Rents | Cash Flow from Head Lease Rents | Pre-Tax Net Cash | Tax Associated with Rentals | After-Tax Net Cash |
| Jun 30 1997 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 1998 | $3,381,518 | ($3,381,518) | $0 | $0 | $0 |
| Jan 01 1999 | $6,725,670 | ($6,725,670) | $0 | $0 | $0 |
| Jan 01 2000 | $6,725,670 | ($6,725,670) | $0 | $0 | $0 |
| Jan 01 2001 | $6,725,670 | ($6,725,670) | $0 | $0 | $0 |
| Jan 01 2002 | $6,725,670 | ($6,725,670) | $0 | $0 | $0 |
| Jan 01 2003 | $6,725,670 | ($6,725,670) | $0 | $0 | $0 |
| Jan 01 2004 | $6,725,670 | ($6,725,670) | $0 | $0 | $0 |
| Jan 01 2005 | $8,194,718 | ($8,194,718) | $0 | $0 | $0 |
| Jan 01 2006 | $8,194,718 | ($8,194,718) | $0 | $0 | $0 |
| Jan 01 2007 | $8,194,718 | ($8,194,718) | $0 | $0 | $0 |
| Jan 01 2008 | $8,194,718 | ($8,194,718) | $0 | $0 | $0 |
| Jan 01 2009 | $8,194,718 | ($8,194,718) | $0 | $0 | $0 |
| Jan 01 2010 | $8,194,718 | ($8,194,718) | $0 | $0 | $0 |
| Jan 01 2011 | $8,194,718 | ($8,194,718) | $0 | $0 | $0 |
| Jan 01 2012 | $8,194,718 | ($8,194,718) | $0 | $0 | $0 |
| | | | After-Tax Net Present Value @ 4.55% = | | $0 |

Assumptions:
Tax Rate = 35%
Pre-Tax Discount Rate = 7%
After-Tax Discount Rate = 4.55%

Notes:
A: Based roughly on BBT0000851
B: Calculated as B = A * (-1)
C: Calculated as C = A + B
D: Calculated as D = Tax Rate * -C
E: Calculated as E = C + D

### From Sodra's Perspective

| | F | G | H | I | J |
|---|---|---|---|---|---|
| Date | Cash Flow from Sublease Rents | Cash Flow from Head Lease Rents | Pre-Tax Net Cash | Tax Associated with Rentals | After-Tax Net Cash |
| Jun 30 1997 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 1998 | ($3,381,518) | $3,381,518 | $0 | $0 | $0 |
| Jan 01 1999 | ($6,725,670) | $6,725,670 | $0 | $0 | $0 |
| Jan 01 2000 | ($6,725,670) | $6,725,670 | $0 | $0 | $0 |
| Jan 01 2001 | ($6,725,670) | $6,725,670 | $0 | $0 | $0 |
| Jan 01 2002 | ($6,725,670) | $6,725,670 | $0 | $0 | $0 |
| Jan 01 2003 | ($6,725,670) | $6,725,670 | $0 | $0 | $0 |
| Jan 01 2004 | ($6,725,670) | $6,725,670 | $0 | $0 | $0 |
| Jan 01 2005 | ($8,194,718) | $8,194,718 | $0 | $0 | $0 |
| Jan 01 2006 | ($8,194,718) | $8,194,718 | $0 | $0 | $0 |
| Jan 01 2007 | ($8,194,718) | $8,194,718 | $0 | $0 | $0 |
| Jan 01 2008 | ($8,194,718) | $8,194,718 | $0 | $0 | $0 |
| Jan 01 2009 | ($8,194,718) | $8,194,718 | $0 | $0 | $0 |
| Jan 01 2010 | ($8,194,718) | $8,194,718 | $0 | $0 | $0 |
| Jan 01 2011 | ($8,194,718) | $8,194,718 | $0 | $0 | $0 |
| Jan 01 2012 | ($8,194,718) | $8,194,718 | $0 | $0 | $0 |
| | | | After-Tax Net Present Value @ 7% = | | $0 |

Assumptions:
Tax Rate = Sodra is Tax-Exempt
Pre-Tax Discount Rate = 7%
After-Tax Discount Rate = 7%

Notes:
F: Calculated as F = A * (-1)
G: Calculated as G = B * (-1)
H: Calculated as H = F + G
I: Sodra is tax-exempt
J: Calculated as J = H + I

DEF. EXHIBIT 3

B-46

## Exhibit 2a - Hypothetical Transaction
## Head Lease Prepayment; Sodra is Tax-Exempt

### From BB&T's Perspective

| | A | B | C | D | E |
|---|---|---|---|---|---|
| Date | Cash Flow from Sublease Rents | Cash Flow from Head Lease Rents | Pre-Tax Net Cash | Tax Associated with Rentals | After-Tax Net Cash |
| Jun 30 1997 | $0 | ($65,734,196) | ($65,734,196) | $23,006,969 | ($42,727,227) |
| Jan 01 1998 | $3,381,518 | $0 | $3,381,518 | ($1,183,531) | $2,197,986 |
| Jan 01 1999 | $6,725,670 | $0 | $6,725,670 | ($2,353,985) | $4,371,686 |
| Jan 01 2000 | $6,725,670 | $0 | $6,725,670 | ($2,353,985) | $4,371,686 |
| Jan 01 2001 | $6,725,670 | $0 | $6,725,670 | ($2,353,985) | $4,371,686 |
| Jan 01 2002 | $6,725,670 | $0 | $6,725,670 | ($2,353,985) | $4,371,686 |
| Jan 01 2003 | $6,725,670 | $0 | $6,725,670 | ($2,353,985) | $4,371,686 |
| Jan 01 2004 | $6,725,670 | $0 | $6,725,670 | ($2,353,985) | $4,371,686 |
| Jan 01 2005 | $8,194,718 | $0 | $8,194,718 | ($2,868,151) | $5,326,567 |
| Jan 01 2006 | $8,194,718 | $0 | $8,194,718 | ($2,868,151) | $5,326,567 |
| Jan 01 2007 | $8,194,718 | $0 | $8,194,718 | ($2,868,151) | $5,326,567 |
| Jan 01 2008 | $8,194,718 | $0 | $8,194,718 | ($2,868,151) | $5,326,567 |
| Jan 01 2009 | $8,194,718 | $0 | $8,194,718 | ($2,868,151) | $5,326,567 |
| Jan 01 2010 | $8,194,718 | $0 | $8,194,718 | ($2,868,151) | $5,326,567 |
| Jan 01 2011 | $8,194,718 | $0 | $8,194,718 | ($2,868,151) | $5,326,567 |
| Jan 01 2012 | $8,194,718 | $0 | $8,194,718 | ($2,868,151) | $5,326,567 |
| | | | After-Tax Net Present Value @ 4.55% = | | $7,670,362 |

Assumptions:
Tax Rate = 35%
Pre-Tax Discount Rate = 7%
After-Tax Discount Rate = 4.55%

Notes:
A: See Exhibit 1
B: Negative NPV of Sublease Rents at Pre-Tax Discount Rate
C: Calculated as C = A + B
D: Calculated as D = Tax Rate * -C
E: Calculated as E = C + D

### From Sodra's Perspective

| | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|
| | | | | | | *Invested Prepayment* | |
| Date | Cash Flow from Sublease Rents | Cash Flow from Head Lease Rents | Pre-Tax Net Cash | Tax Associated with Rentals | After-Tax Net Cash | After-Tax Interest on Invested Head Lease Rents | Balance of Invested Head Lease Rents |
| Jun 30 1997 | $0 | $65,734,196 | $65,734,196 | $0 | $65,734,196 | $0 | $65,734,196 |
| Jan 01 1998 | ($3,381,518) | $0 | ($3,381,518) | $0 | ($3,381,518) | $2,293,303 | $64,645,981 |
| Jan 01 1999 | ($6,725,670) | $0 | ($6,725,670) | $0 | ($6,725,670) | $4,525,219 | $62,445,530 |
| Jan 01 2000 | ($6,725,670) | $0 | ($6,725,670) | $0 | ($6,725,670) | $4,371,187 | $60,091,046 |
| Jan 01 2001 | ($6,725,670) | $0 | ($6,725,670) | $0 | ($6,725,670) | $4,218,293 | $57,583,669 |
| Jan 01 2002 | ($6,725,670) | $0 | ($6,725,670) | $0 | ($6,725,670) | $4,030,857 | $54,888,856 |
| Jan 01 2003 | ($6,725,670) | $0 | ($6,725,670) | $0 | ($6,725,670) | $3,842,220 | $52,005,405 |
| Jan 01 2004 | ($6,725,670) | $0 | ($6,725,670) | $0 | ($6,725,670) | $3,640,378 | $48,920,114 |
| Jan 01 2005 | ($8,194,718) | $0 | ($8,194,718) | $0 | ($8,194,718) | $3,434,112 | $44,159,507 |
| Jan 01 2006 | ($8,194,718) | $0 | ($8,194,718) | $0 | ($8,194,718) | $3,091,166 | $39,055,955 |
| Jan 01 2007 | ($8,194,718) | $0 | ($8,194,718) | $0 | ($8,194,718) | $2,733,917 | $33,595,154 |
| Jan 01 2008 | ($8,194,718) | $0 | ($8,194,718) | $0 | ($8,194,718) | $2,351,661 | $27,752,096 |
| Jan 01 2009 | ($8,194,718) | $0 | ($8,194,718) | $0 | ($8,194,718) | $1,948,152 | $21,505,530 |
| Jan 01 2010 | ($8,194,718) | $0 | ($8,194,718) | $0 | ($8,194,718) | $1,505,387 | $14,816,199 |
| Jan 01 2011 | ($8,194,718) | $0 | ($8,194,718) | $0 | ($8,194,718) | $1,037,134 | $7,658,615 |
| Jan 01 2012 | ($8,194,718) | $0 | ($8,194,718) | $0 | ($8,194,718) | $536,103 | $0 |
| | | | After-Tax Net Present Value @ 7% = | | $0 | | |

Assumptions:
Tax Rate = Sodra is Tax-Exempt
Pre-Tax Discount Rate = 7%
After-Tax Discount Rate = 7%

Notes:
F: Calculated as F = A * (-1)
G: Calculated as G = B * (-1)
H: Calculated as H = F + G
I: Sodra is tax-exempt
J: Calculated as H + I
K: Calculated as K = L * After-Tax Discount Rate * Time
L: Calculated as L = J + K + Previous Balance of L

DEF. EXHIBIT 3

B-47

**Exhibit 2b - Hypothetical Transaction**
**Head Lease Prepayment; Sodra is Taxable**

**From BB&T's Perspective**

| | A | B | C | D | E |
|---|---|---|---|---|---|
| Date | Cash Flow from Sublease Rents | Cash Flow from Head Lease Rents | Pre-Tax Net Cash | Tax Associated with Rentals | After-Tax Net Cash |
| Jun 30 1997 | $0 | ($77,534,753) | ($77,534,753) | $27,137,164 | ($50,397,589) |
| Jan 01 1998 | $3,381,518 | $0 | $3,381,518 | ($1,183,531) | $2,197,986 |
| Jan 01 1999 | $6,725,670 | $0 | $6,725,670 | ($2,353,985) | $4,371,686 |
| Jan 01 2000 | $6,725,670 | $0 | $6,725,670 | ($2,353,985) | $4,371,686 |
| Jan 01 2001 | $6,725,670 | $0 | $6,725,670 | ($2,353,985) | $4,371,686 |
| Jan 01 2002 | $6,725,670 | $0 | $6,725,670 | ($2,353,985) | $4,371,686 |
| Jan 01 2003 | $6,725,670 | $0 | $6,725,670 | ($2,353,985) | $4,371,686 |
| Jan 01 2004 | $6,725,670 | $0 | $6,725,670 | ($2,353,985) | $4,371,686 |
| Jan 01 2005 | $8,194,718 | $0 | $8,194,718 | ($2,868,151) | $5,326,567 |
| Jan 01 2006 | $8,194,718 | $0 | $8,194,718 | ($2,868,151) | $5,326,567 |
| Jan 01 2007 | $8,194,718 | $0 | $8,194,718 | ($2,868,151) | $5,326,567 |
| Jan 01 2008 | $8,194,718 | $0 | $8,194,718 | ($2,868,151) | $5,326,567 |
| Jan 01 2009 | $8,194,718 | $0 | $8,194,718 | ($2,868,151) | $5,326,567 |
| Jan 01 2010 | $8,194,718 | $0 | $8,194,718 | ($2,868,151) | $5,326,567 |
| Jan 01 2011 | $8,194,718 | $0 | $8,194,718 | ($2,868,151) | $5,326,567 |
| Jan 01 2012 | $8,194,718 | $0 | $8,194,718 | ($2,868,151) | $5,326,567 |
| | | | After-Tax Net Present Value @ 4.55% = | | $0 |

Assumptions:
Tax Rate = 35%
Pre-Tax Discount Rate = 7%
After-Tax Discount Rate = 4.55%

Notes:
A: See Exhibit 1
B: Negative NPV of Sublease Rents at After-Tax Discount Rate
C: Calculated as C = A + B
D: Calculated as D = Tax Rate * -C
E: Calculated as E = C + D

**From Sodra's Perspective**

| | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|
| | | | | | | *Invested Prepayment* | |
| Date | Cash Flow from Sublease Rents | Cash Flow from Head Lease Rents | Pre-Tax Net Cash | Tax Associated with Rentals | After-Tax Net Cash | After-Tax Interest on Invested Head Lease Rents | Balance of Invested Head Lease Rents |
| Jun 30 1997 | $0 | $77,534,753 | $77,534,753 | ($27,137,164) | $50,397,589 | $0 | $77,534,753 |
| Jan 01 1998 | ($3,381,518) | $0 | ($3,381,518) | $1,183,531 | ($2,197,986) | $1,768,460 | $75,921,695 |
| Jan 01 1999 | ($6,725,670) | $0 | ($6,725,670) | $2,353,985 | ($4,371,686) | $3,454,437 | $72,650,462 |
| Jan 01 2000 | ($6,725,670) | $0 | ($6,725,670) | $2,353,985 | ($4,371,686) | $3,305,596 | $69,230,388 |
| Jan 01 2001 | ($6,725,670) | $0 | ($6,725,670) | $2,353,985 | ($4,371,686) | $3,158,807 | $65,663,525 |
| Jan 01 2002 | ($6,725,670) | $0 | ($6,725,670) | $2,353,985 | ($4,371,686) | $2,987,690 | $61,925,545 |
| Jan 01 2003 | ($6,725,670) | $0 | ($6,725,670) | $2,353,985 | ($4,371,686) | $2,817,612 | $58,017,487 |
| Jan 01 2004 | ($6,725,670) | $0 | ($6,725,670) | $2,353,985 | ($4,371,686) | $2,639,796 | $53,931,612 |
| Jan 01 2005 | ($8,194,718) | $0 | ($8,194,718) | $2,868,151 | ($5,326,567) | $2,460,762 | $48,197,657 |
| Jan 01 2006 | ($8,194,718) | $0 | ($8,194,718) | $2,868,151 | ($5,326,567) | $2,192,993 | $42,195,932 |
| Jan 01 2007 | ($8,194,718) | $0 | ($8,194,718) | $2,868,151 | ($5,326,567) | $1,919,915 | $35,921,129 |
| Jan 01 2008 | ($8,194,718) | $0 | ($8,194,718) | $2,868,151 | ($5,326,567) | $1,634,411 | $29,360,822 |
| Jan 01 2009 | ($8,194,718) | $0 | ($8,194,718) | $2,868,151 | ($5,326,567) | $1,339,660 | $22,505,764 |
| Jan 01 2010 | ($8,194,718) | $0 | ($8,194,718) | $2,868,151 | ($5,326,567) | $1,024,012 | $15,335,058 |
| Jan 01 2011 | ($8,194,718) | $0 | ($8,194,718) | $2,868,151 | ($5,326,567) | $697,745 | $7,838,085 |
| Jan 01 2012 | ($8,194,718) | $0 | ($8,194,718) | $2,868,151 | ($5,326,567) | $356,633 | $0 |
| | | | After-Tax Net Present Value @ 4.55% = | | $0 | | |

Assumptions:
Tax Rate = 35%
Pre-Tax Discount Rate = 7%
After-Tax Discount Rate = 4.55%

Notes:
F: Calculated as F = A * (-1)
G: Calculated as G = B * (-1)
H: Calculated as H = F + G
I: Calculated as I = Tax Rate * -H
J: Calculated as H + I
K: Calculated as K = L * After-Tax Discount Rate * Time
L: Calculated as L = F + G + K + Previous Balance of L

DEF. EXHIBIT 3

## Exhibit 3 - Hypothetical Transaction
## Head Lease Prepayment with 90/110 Allocation

**From BB&T's Perspective**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| Date | Cash Flow from Sublease Rents | Cash Flow from Head Lease Rents | Pre-Tax Net Cash | Allocated Head Lease Rents | Tax Associated with Rentals | After-Tax Net Cash |
| Jun 30 1997 | $0 | ($65,734,196) | ($65,734,196) | $0 | $0 | ($65,734,196) |
| Jan 01 1998 | $3,381,518 | $0 | $3,381,518 | ($2,266,696) | ($390,187) | $2,991,330 |
| Jan 01 1999 | $6,725,670 | $0 | $6,725,670 | ($4,986,732) | ($608,628) | $6,117,042 |
| Jan 01 2000 | $6,725,670 | $0 | $6,725,670 | ($4,986,732) | ($608,628) | $6,117,042 |
| Jan 01 2001 | $6,725,670 | $0 | $6,725,670 | ($4,986,732) | ($608,628) | $6,117,042 |
| Jan 01 2002 | $6,725,670 | $0 | $6,725,670 | ($4,986,732) | ($608,628) | $6,117,042 |
| Jan 01 2003 | $6,725,670 | $0 | $6,725,670 | ($4,986,732) | ($608,628) | $6,117,042 |
| Jan 01 2004 | $6,725,670 | $0 | $6,725,670 | ($4,986,732) | ($608,628) | $6,117,042 |
| Jan 01 2005 | $8,194,718 | $0 | $8,194,718 | ($4,986,732) | ($1,122,795) | $7,071,923 |
| Jan 01 2006 | $8,194,718 | $0 | $8,194,718 | ($4,080,054) | ($1,440,133) | $6,754,585 |
| Jan 01 2007 | $8,194,718 | $0 | $8,194,718 | ($4,080,054) | ($1,440,133) | $6,754,585 |
| Jan 01 2008 | $8,194,718 | $0 | $8,194,718 | ($4,080,054) | ($1,440,133) | $6,754,585 |
| Jan 01 2009 | $8,194,718 | $0 | $8,194,718 | ($4,080,054) | ($1,440,133) | $6,754,585 |
| Jan 01 2010 | $8,194,718 | $0 | $8,194,718 | ($4,080,054) | ($1,440,133) | $6,754,585 |
| Jan 01 2011 | $8,194,718 | $0 | $8,194,718 | ($4,080,054) | ($1,440,133) | $6,754,585 |
| Jan 01 2012 | $8,194,718 | $0 | $8,194,718 | ($4,080,054) | ($1,440,133) | $6,754,585 |
| | | | | | After-Tax Net Present Value @ 4.55% = | $1,487,726 |

Assumptions:
Tax Rate = 35%
Pre-Tax Discount Rate = 7%
After-Tax Discount Rate = 4.55%

Notes:
A: See Exhibit 1
B: Negative NPV of Sublease Rents at Pre-Tax Discount Rate
C: Calculated as C = A + B
D: Allocated according to 90/110 rent schedule
E: Calculated as E = Tax Rate * -(A+D)
F: Calculated as F = C + E

DEF. EXHIBIT 3

B-49

## Exhibit 4 - Hypothetical Transaction
## Head Lease Prepayment with Accelerated Deduction

**From BB&T's Perspective**

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| Date | Cash Flow from Sublease Rents | Cash Flow from Head Lease Rents | Pre-Tax Net Cash | Allocated Head Lease Rents | Tax Associated with Rentals | After-Tax Net Cash |
| Jun 30 1997 | $0 | ($65,734,196) | ($65,734,196) | $0 | $0 | ($65,734,196) |
| Jan 01 1998 | $3,381,518 | $0 | $3,381,518 | ($7,303,800) | $1,372,799 | $4,754,316 |
| Jan 01 1999 | $6,725,670 | $0 | $6,725,670 | ($14,607,599) | $2,758,675 | $9,484,345 |
| Jan 01 2000 | $6,725,670 | $0 | $6,725,670 | ($14,607,599) | $2,758,675 | $9,484,345 |
| Jan 01 2001 | $6,725,670 | $0 | $6,725,670 | ($14,607,599) | $2,758,675 | $9,484,345 |
| Jan 01 2002 | $6,725,670 | $0 | $6,725,670 | ($14,607,599) | $2,758,675 | $9,484,345 |
| Jan 01 2003 | $6,725,670 | $0 | $6,725,670 | $0 | ($2,353,985) | $4,371,686 |
| Jan 01 2004 | $6,725,670 | $0 | $6,725,670 | $0 | ($2,353,985) | $4,371,686 |
| Jan 01 2005 | $8,194,718 | $0 | $8,194,718 | $0 | ($2,868,151) | $5,326,567 |
| Jan 01 2006 | $8,194,718 | $0 | $8,194,718 | $0 | ($2,868,151) | $5,326,567 |
| Jan 01 2007 | $8,194,718 | $0 | $8,194,718 | $0 | ($2,868,151) | $5,326,567 |
| Jan 01 2008 | $8,194,718 | $0 | $8,194,718 | $0 | ($2,868,151) | $5,326,567 |
| Jan 01 2009 | $8,194,718 | $0 | $8,194,718 | $0 | ($2,868,151) | $5,326,567 |
| Jan 01 2010 | $8,194,718 | $0 | $8,194,718 | $0 | ($2,868,151) | $5,326,567 |
| Jan 01 2011 | $8,194,718 | $0 | $8,194,718 | $0 | ($2,868,151) | $5,326,567 |
| Jan 01 2012 | $8,194,718 | $0 | $8,194,718 | $0 | ($2,868,151) | $5,326,567 |

**After-Tax Net Present Value @ 4.55% = $5,073,491**

Assumptions:
Tax Rate = 35%
Pre-Tax Discount Rate = 7%
After-Tax Discount Rate = 4.55%

Notes:
A: See Exhibit 1
B: Negative NPV of Sublease Rents at Pre-Tax Discount Rate
C: Calculated as C = A + B
D: Allocated in first 4.5 years
E: Calculated as E = Tax Rate * -(A+D)
F: Calculated as F = C + E

DEF. EXHIBIT 3

B-50

# Exhibit 5 - Hypothetical Transaction
## Head Lease Deferred Payment

From BB&T's Perspective

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Cash Flow from Sublease Rents | 2020 Future Value of Sublease Rents | Cash Flow from Head Lease Rents | Pre-Tax Net Cash | Allocated Head Lease Rents | PV Deferred Rent | Implied Interest on Deferred Rent Balance | Balance of Deferred Rent | Tax Associated with Sublease Rentals | Tax Associated with Deferred Head Lease Rent | After-Tax Net Cash |
| Jun 30 1997 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 1998 | $3,381,518 | $14,981,481 | $0 | $3,381,518 | $0 | $0 | $0 | $0 | ($1,183,531) | $0 | $2,197,986 |
| Jan 01 1999 | $6,725,670 | $27,848,057 | $0 | $6,725,670 | $0 | $0 | $0 | $0 | ($2,353,985) | $0 | $4,371,686 |
| Jan 01 2000 | $6,725,670 | $26,026,222 | $0 | $6,725,670 | $0 | $0 | $0 | $0 | ($2,353,985) | $0 | $4,371,686 |
| Jan 01 2001 | $6,725,670 | $24,323,572 | $0 | $6,725,670 | $0 | $0 | $0 | $0 | ($2,353,985) | $0 | $4,371,686 |
| Jan 01 2002 | $6,725,670 | $22,732,310 | $0 | $6,725,670 | $0 | $0 | $0 | $0 | ($2,353,985) | $0 | $4,371,686 |
| Jan 01 2003 | $6,725,670 | $21,245,149 | $0 | $6,725,670 | $0 | $0 | $0 | $0 | ($2,353,985) | $0 | $4,371,686 |
| Jan 01 2004 | $6,725,670 | $19,855,280 | $0 | $6,725,670 | $0 | $0 | $0 | $0 | ($2,353,985) | $0 | $4,371,686 |
| Jan 01 2005 | $8,194,718 | $22,609,485 | $0 | $8,194,718 | $0 | $0 | $0 | $0 | ($2,868,151) | $0 | $5,326,567 |
| Jan 01 2006 | $8,194,718 | $21,130,360 | $0 | $8,194,718 | $0 | $0 | $0 | $0 | ($2,868,151) | $0 | $5,326,567 |
| Jan 01 2007 | $8,194,718 | $19,748,000 | $0 | $8,194,718 | $0 | $0 | $0 | $0 | ($2,868,151) | $0 | $5,326,567 |
| Jan 01 2008 | $8,194,718 | $18,456,075 | $0 | $8,194,718 | $0 | $0 | $0 | $0 | ($2,868,151) | $0 | $5,326,567 |
| Jan 01 2009 | $8,194,718 | $17,248,668 | $0 | $8,194,718 | $0 | $0 | $0 | $0 | ($2,868,151) | $0 | $5,326,567 |
| Jan 01 2010 | $8,194,718 | $16,120,251 | $0 | $8,194,718 | $0 | $0 | $0 | $0 | ($2,868,151) | $0 | $5,326,567 |
| Jan 01 2011 | $8,194,718 | $15,065,655 | $0 | $8,194,718 | $0 | $0 | $0 | $0 | ($2,868,151) | $0 | $5,326,567 |
| Jan 01 2012 | $8,194,718 | $14,080,051 | $0 | $8,194,718 | $0 | $0 | $0 | $0 | ($2,868,151) | $0 | $5,326,567 |
| Jan 01 2013 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2014 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2015 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2016 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2017 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2018 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2019 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2020 | $0 | $0 | ($301,470,617) | ($301,470,617) | ($301,470,617) | ($301,470,617) | $0 | ($301,470,617) | $0 | $105,514,716 | ($195,955,901) |

**After-Tax Net Present Value @ 4.55% = ($21,542,412)**

Assumptions:
Tax Rate = 35%
Pre-Tax Discount Rate = 7%
After-Tax Discount Rate = 4.55%
IRS Discount Rate = 7.84%

Notes:
A: See Exhibit 1
B: Calculated as B = A * (1+Pre-Tax Discount Rate) * Time to Deferred Payment
C: Sum of Column B on Deferred Payment date
D: Calculated as D = A + C
E: Equal to Column C
F: Present Value of Column E at IRS Discount Rate
G: Calculated as G = IRS Discount Rate * H
H: Calculated as H = F + G + Previous Balance of H
I: Calculated as I = Tax Rate * -A
J: Calculated as J = Tax Rate * -(F + G)
K: Calculated as K = D + I + J

DEF. EXHIBIT 3

B-51

Exhibit 6 - Hypothetical Transaction
Head Lease Deferred Payment with 90/110 Allocation

From BB&T's Perspective

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Cash Flow from Sublease Rents | 2020 Future Value of Sublease Rents | Cash Flow from Head Lease Rents | Pre-Tax Net Cash | Allocated Head Lease Rents | PV Deferred Rent | Implied Interest on Deferred Rent Balance | Balance of Deferred Rent | Tax Associated with Sublease Rentals | Tax Associated with Deferred Head Lease Rent | After-Tax Net Cash |
| Jun 30 1997 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 1998 | $3,381,518 | $14,981,481 | $0 | $3,381,518 | ($10,395,539) | ($1,975,557) | $0 | ($1,975,557) | ($1,183,531) | $691,445 | $2,889,431 |
| Jan 01 1999 | $6,725,670 | $27,848,057 | $0 | $6,725,670 | ($22,870,185) | ($4,686,970) | ($154,884) | ($6,817,411) | ($2,353,985) | $1,694,649 | $6,066,335 |
| Jan 01 2000 | $6,725,670 | $26,026,222 | $0 | $6,725,670 | ($22,870,185) | ($5,054,429) | ($534,485) | ($12,406,325) | ($2,353,985) | $1,956,120 | $6,327,806 |
| Jan 01 2001 | $6,725,670 | $24,323,572 | $0 | $6,725,670 | ($22,870,185) | ($5,450,696) | ($972,656) | ($18,829,677) | ($2,353,985) | $2,248,173 | $6,619,859 |
| Jan 01 2002 | $6,725,670 | $22,732,310 | $0 | $6,725,670 | ($22,870,185) | ($5,878,031) | ($1,476,247) | ($26,183,955) | ($2,353,985) | $2,573,997 | $6,945,683 |
| Jan 01 2003 | $6,725,670 | $21,245,149 | $0 | $6,725,670 | ($22,870,185) | ($6,338,868) | ($2,052,822) | ($34,575,645) | ($2,353,985) | $2,937,092 | $7,308,777 |
| Jan 01 2004 | $6,725,670 | $19,855,280 | $0 | $6,725,670 | ($22,870,185) | ($6,835,836) | ($2,710,731) | ($44,122,211) | ($2,353,985) | $3,341,298 | $7,712,984 |
| Jan 01 2005 | $8,194,718 | $22,609,485 | $0 | $8,194,718 | ($22,870,185) | ($7,371,765) | ($3,459,181) | ($54,953,158) | ($2,868,151) | $3,790,831 | $9,117,398 |
| Jan 01 2006 | $8,194,718 | $21,130,360 | $0 | $8,194,718 | ($18,711,969) | ($6,504,309) | ($4,308,328) | ($65,765,794) | ($2,868,151) | $3,784,423 | $9,110,990 |
| Jan 01 2007 | $8,194,718 | $19,748,000 | $0 | $8,194,718 | ($18,711,969) | ($7,014,247) | ($5,156,038) | ($77,936,080) | ($2,868,151) | $4,259,600 | $9,586,167 |
| Jan 01 2008 | $8,194,718 | $18,456,075 | $0 | $8,194,718 | ($18,711,969) | ($7,564,164) | ($6,110,189) | ($91,610,433) | ($2,868,151) | $4,786,023 | $10,112,590 |
| Jan 01 2009 | $8,194,718 | $17,248,668 | $0 | $8,194,718 | ($18,711,969) | ($8,157,195) | ($7,182,258) | ($106,949,885) | ($2,868,151) | $5,368,808 | $10,695,375 |
| Jan 01 2010 | $8,194,718 | $16,120,251 | $0 | $8,194,718 | ($18,711,969) | ($8,796,719) | ($8,384,871) | ($124,131,475) | ($2,868,151) | $6,013,556 | $11,340,123 |
| Jan 01 2011 | $8,194,718 | $15,065,655 | $0 | $8,194,718 | ($18,711,969) | ($9,486,381) | ($9,731,908) | ($143,349,764) | ($2,868,151) | $6,726,401 | $12,052,968 |
| Jan 01 2012 | $8,194,718 | $14,080,051 | $0 | $8,194,718 | ($18,711,969) | ($10,230,114) | ($11,238,622) | ($164,818,499) | ($2,868,151) | $7,514,057 | $12,840,624 |
| Jan 01 2013 | $0 | $0 | $0 | $0 | $0 | $0 | ($12,921,770) | ($177,740,270) | $0 | $4,522,620 | $4,522,620 |
| Jan 01 2014 | $0 | $0 | $0 | $0 | $0 | $0 | ($13,934,837) | ($191,675,107) | $0 | $4,877,193 | $4,877,193 |
| Jan 01 2015 | $0 | $0 | $0 | $0 | $0 | $0 | ($15,027,328) | ($206,702,435) | $0 | $5,259,565 | $5,259,565 |
| Jan 01 2016 | $0 | $0 | $0 | $0 | $0 | $0 | ($16,205,471) | ($222,907,906) | $0 | $5,671,915 | $5,671,915 |
| Jan 01 2017 | $0 | $0 | $0 | $0 | $0 | $0 | ($17,475,980) | ($240,383,886) | $0 | $6,116,593 | $6,116,593 |
| Jan 01 2018 | $0 | $0 | $0 | $0 | $0 | $0 | ($18,846,097) | ($259,229,983) | $0 | $6,596,134 | $6,596,134 |
| Jan 01 2019 | $0 | $0 | $0 | $0 | $0 | $0 | ($20,323,631) | ($279,553,614) | $0 | $7,113,271 | $7,113,271 |
| Jan 01 2020 | $0 | $0 | ($301,470,617) | ($301,470,617) | $0 | $0 | ($21,917,003) | ($301,470,617) | $0 | $7,670,951 | ($293,799,666) |

After-Tax Net Present Value @ 4.55% = ($1,793,560)

Assumptions:
Tax Rate = 35%
Pre-Tax Discount Rate = 7%
After-Tax Discount Rate = 4.55%
IRS Discount Rate = 7.84%

Notes:
A: See Exhibit 1
B: Calculated as B = A * (1+Pre-Tax Discount Rate) * Time to Deferred Payment
C: Sum of Column B on Deferred Payment date
D: Calculated as D = A + C
E: Allocated according to 90/110 rent schedule
F: Present Value of Column E at IRS Discount Rate
G: Calculated as G = IRS Discount Rate * H
H: Calculated as H = F + G + Previous Balance of H
I: Calculated as I = Tax Rate * -A
J: Calculated as J = Tax Rate * -(F + G)
K: Calculated as K = D + I + J

DEF. EXHIBIT 3

**Exhibit 7 - Hypothetical Transaction**
**Head Lease Inflated Deferred Payment with 90/110 Allocation**

From BB&T's Perspective

| | A | B | C | D | E | F | G | H | I | J | K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Cash Flow from Sublease Rents | 2020 Future Value of Sublease Rents | Cash Flow from Head Lease Rents | Pre-Tax Net Cash | Allocated Head Lease Rents | PV Deferred Rent | Implied Interest on Deferred Rent Balance | Balance of Deferred Rent | Tax Associated with Sublease Rentals | Tax Associated with Deferred Head Lease Rent | After-Tax Net Cash |
| Jun 30 1997 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 1998 | $3,381,518 | $27,526,482 | $0 | $3,381,518 | ($16,098,477) | ($3,059,338) | $0 | ($3,059,338) | ($1,183,531) | $1,070,768 | $3,268,755 |
| Jan 01 1999 | $6,725,670 | $49,771,641 | $0 | $6,725,670 | ($35,416,649) | ($7,258,218) | ($239,852) | ($10,557,408) | ($2,353,985) | $2,624,324 | $6,996,010 |
| Jan 01 2000 | $6,725,670 | $45,246,946 | $0 | $6,725,670 | ($35,416,649) | ($7,827,262) | ($827,701) | ($19,212,371) | ($2,353,985) | $3,029,237 | $7,400,923 |
| Jan 01 2001 | $6,725,670 | $41,133,587 | $0 | $6,725,670 | ($35,416,649) | ($8,440,919) | ($1,506,250) | ($29,159,540) | ($2,353,985) | $3,481,509 | $7,853,195 |
| Jan 01 2002 | $6,725,670 | $37,394,170 | $0 | $6,725,670 | ($35,416,649) | ($9,102,688) | ($2,286,108) | ($40,548,335) | ($2,353,985) | $3,986,078 | $8,357,764 |
| Jan 01 2003 | $6,725,670 | $33,994,700 | $0 | $6,725,670 | ($35,416,649) | ($9,816,338) | ($3,178,990) | ($53,543,663) | ($2,353,985) | $4,548,365 | $8,920,050 |
| Jan 01 2004 | $6,725,670 | $30,904,273 | $0 | $6,725,670 | ($35,416,649) | ($10,585,939) | ($4,197,823) | ($68,327,426) | ($2,353,985) | $5,174,317 | $9,546,002 |
| Jan 01 2005 | $8,194,718 | $34,231,371 | $0 | $8,194,718 | ($35,416,649) | ($11,415,877) | ($5,356,870) | ($85,100,173) | ($2,868,151) | $5,870,461 | $11,197,028 |
| Jan 01 2006 | $8,194,718 | $31,119,428 | $0 | $8,194,718 | ($28,977,258) | ($10,072,539) | ($6,671,854) | ($101,844,566) | ($2,868,151) | $5,860,538 | $11,187,104 |
| Jan 01 2007 | $8,194,718 | $28,290,389 | $0 | $8,194,718 | ($28,977,258) | ($10,862,227) | ($7,984,614) | ($120,691,406) | ($2,868,151) | $6,596,394 | $11,922,961 |
| Jan 01 2008 | $8,194,718 | $25,718,536 | $0 | $8,194,718 | ($28,977,258) | ($11,713,825) | ($9,462,206) | ($141,867,437) | ($2,868,151) | $7,411,611 | $12,738,178 |
| Jan 01 2009 | $8,194,718 | $23,380,487 | $0 | $8,194,718 | ($28,977,258) | ($12,632,189) | ($11,122,407) | ($165,622,034) | ($2,868,151) | $8,314,109 | $13,640,675 |
| Jan 01 2010 | $8,194,718 | $21,254,988 | $0 | $8,194,718 | ($28,977,258) | ($13,622,553) | ($12,984,767) | ($192,229,354) | ($2,868,151) | $9,312,562 | $14,639,129 |
| Jan 01 2011 | $8,194,718 | $19,322,716 | $0 | $8,194,718 | ($28,977,258) | ($14,690,561) | ($15,070,781) | ($221,990,696) | ($2,868,151) | $10,416,470 | $15,743,036 |
| Jan 01 2012 | $8,194,718 | $17,566,106 | $0 | $8,194,718 | ($28,977,258) | ($15,842,301) | ($17,404,071) | ($255,237,067) | ($2,868,151) | $11,636,230 | $16,962,797 |
| Jan 01 2013 | $0 | $0 | $0 | $0 | $0 | $0 | ($20,010,586) | ($275,247,653) | $0 | $7,003,705 | $7,003,705 |
| Jan 01 2014 | $0 | $0 | $0 | $0 | $0 | $0 | ($21,579,416) | ($296,827,069) | $0 | $7,552,796 | $7,552,796 |
| Jan 01 2015 | $0 | $0 | $0 | $0 | $0 | $0 | ($23,271,242) | ($320,098,311) | $0 | $8,144,935 | $8,144,935 |
| Jan 01 2016 | $0 | $0 | $0 | $0 | $0 | $0 | ($25,095,708) | ($345,194,019) | $0 | $8,783,498 | $8,783,498 |
| Jan 01 2017 | $0 | $0 | $0 | $0 | $0 | $0 | ($27,063,211) | ($372,257,230) | $0 | $9,472,124 | $9,472,124 |
| Jan 01 2018 | $0 | $0 | $0 | $0 | $0 | $0 | ($29,184,967) | ($401,442,197) | $0 | $10,214,738 | $10,214,738 |
| Jan 01 2019 | $0 | $0 | $0 | $0 | $0 | $0 | ($31,473,068) | ($432,915,265) | $0 | $11,015,574 | $11,015,574 |
| Jan 01 2020 | $0 | $0 | ($466,855,822) | ($466,855,822) | $0 | $0 | ($33,940,557) | ($466,855,822) | $0 | $11,879,195 | ($454,976,627) |

After-Tax Net Present Value @ 4.55% = ($30,425,352)

Assumptions:
Tax Rate = 35%
Pre-Tax Discount Rate = 7%
After-Tax Discount Rate = 4.55%
IRS Discount Rate = 7.84%
Inflated Discount Rate = 10%

Notes:
A: See Exhibit 1
B: Calculated as B = A * (1+Inflated Discount Rate) * Time to Deferred Payment
C: Sum of Column B on Deferred Payment date
D: Calculated as D = A + C
E: Allocated according to 90/110 rent schedule
F: Present Value of Column E at IRS Discount Rate
G: Calculated as G = IRS Discount Rate * H
H: Calculated as H = F + G + Previous Balance of H
I: Calculated as I = Tax Rate * -A
J: Calculated as J = Tax Rate * -(F + G)
K: Calculated as K = D + I + J

DEF. EXHIBIT 3

B-53

## Exhibit 8 - Hypothetical Transaction
### Head Lease Inflated Deferred Payment with 90/110 Allocation and Early Terminatior

From BB&T's Perspective

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Cash Flow from Sublease Rents | 2012 Future Value of Sublease Rents at Pre-Tax Discount Rate | Cash Flow from Head Lease Rents | 2020 Future Value of Sublease Rents at Inflated Rate | Implied Deferred Head Lease Payment | Pre-Tax Net Cash | Allocated Head Lease Rents | PV Deferred Rent | Implied Interest on Deferred Rent Balance | Balance of Deferred Rent | Tax Associated with Sublease Rentals | Tax Associated with Deferred Head Lease Rent | After-Tax Net Cash |
| Jun 30 1997 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 1998 | $3,381,518 | $8,719,358 | $0 | $27,526,482 | $0 | $3,381,518 | ($18,098,477) | ($3,059,338) | $0 | ($3,059,338) | ($1,183,531) | $1,070,768 | $3,268,755 |
| Jan 01 1999 | $6,725,670 | $16,207,823 | $0 | $49,771,841 | $0 | $6,725,670 | ($35,416,649) | ($7,258,218) | ($239,852) | ($10,557,408) | ($2,353,985) | $2,624,324 | $6,996,010 |
| Jan 01 2000 | $6,725,670 | $15,147,498 | $0 | $45,246,946 | $0 | $6,725,670 | ($35,416,649) | ($7,827,262) | ($827,701) | ($19,212,371) | ($2,353,985) | $3,029,237 | $7,400,923 |
| Jan 01 2001 | $6,725,670 | $14,156,540 | $0 | $41,133,587 | $0 | $6,725,670 | ($35,416,649) | ($8,440,919) | ($1,506,250) | ($29,159,540) | ($2,353,985) | $3,481,509 | $7,853,195 |
| Jan 01 2002 | $6,725,670 | $13,230,411 | $0 | $37,394,170 | $0 | $6,725,670 | ($35,416,649) | ($9,102,666) | ($2,286,108) | ($40,548,335) | ($2,353,985) | $3,986,078 | $8,357,764 |
| Jan 01 2003 | $6,725,670 | $12,364,870 | $0 | $33,994,700 | $0 | $6,725,670 | ($35,416,649) | ($9,816,338) | ($3,178,990) | ($53,543,663) | ($2,353,985) | $4,548,365 | $8,920,050 |
| Jan 01 2004 | $6,725,670 | $11,555,954 | $0 | $30,904,273 | $0 | $6,725,670 | ($35,416,649) | ($10,585,939) | ($4,197,823) | ($68,327,426) | ($2,353,985) | $5,174,317 | $9,546,002 |
| Jan 01 2005 | $8,194,718 | $13,158,926 | $0 | $34,231,371 | $0 | $8,194,718 | ($35,416,649) | ($11,415,877) | ($5,356,870) | ($85,100,173) | ($2,868,151) | $5,870,461 | $11,197,028 |
| Jan 01 2006 | $8,194,718 | $12,298,062 | $0 | $31,119,428 | $0 | $8,194,718 | ($28,977,258) | ($10,072,539) | ($6,671,854) | ($101,844,566) | ($2,868,151) | $5,860,538 | $11,187,104 |
| Jan 01 2007 | $8,194,718 | $11,493,516 | $0 | $28,290,389 | $0 | $8,194,718 | ($28,977,258) | ($10,862,227) | ($7,984,614) | ($120,691,406) | ($2,868,151) | $6,596,394 | $11,922,961 |
| Jan 01 2008 | $8,194,718 | $10,741,604 | $0 | $25,718,536 | $0 | $8,194,718 | ($28,977,258) | ($11,713,825) | ($9,462,206) | ($141,867,437) | ($2,868,151) | $7,411,811 | $12,738,178 |
| Jan 01 2009 | $8,194,718 | $10,038,682 | $0 | $23,380,487 | $0 | $8,194,718 | ($28,977,258) | ($12,632,169) | ($11,122,407) | ($165,622,034) | ($2,868,151) | $8,314,109 | $13,640,675 |
| Jan 01 2010 | $8,194,718 | $9,382,133 | $0 | $21,254,988 | $0 | $8,194,718 | ($28,977,258) | ($13,622,553) | ($12,984,767) | ($192,229,354) | ($2,868,151) | $9,312,562 | $14,639,129 |
| Jan 01 2011 | $8,194,718 | $8,768,348 | $0 | $19,322,716 | $0 | $8,194,718 | ($28,977,258) | ($14,690,561) | ($15,070,781) | ($221,990,696) | ($2,868,151) | $10,416,470 | $15,743,036 |
| Jan 01 2012 | $8,194,718 | $8,194,718 | ($175,458,644) | $17,566,106 | $0 | ($167,263,926) | ($28,977,258) | $141,100,473 | $80,890,223 | $0 | ($2,868,151) | ($16,286,218) | ($186,416,295) |
| Jan 01 2013 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2014 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2015 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2016 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2017 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2018 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2019 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2020 | $0 | $0 | $0 | $0 | ($465,855,622) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

After-Tax Net Present Value @ 4.55% = $2,988,444

Assumptions:
Tax Rate = 35%
Pre-Tax Discount Rate = 7%
After-Tax Discount Rate = 4.55%
IRS Discount Rate = 7.84%
Inflated Discount Rate = 10%

Notes:
A: See Exhibit 1
B: Calculated as B = A * (1+Pre-Tax Discount Rate) * Time to Early Termination
C: Sum of Column B on Early Termination date
D: Calculated as D = A * (1+Inflated Discount Rate) * Time to Deferred Payment
E: Sum of Column D on Deferred Payment date
F: Calculated as F = A + C
G: Allocated according to 90/110 rent schedule
H: PV of Col. G at IRS rate; sum of previous deductions on Early Termination date
I: Calculated as I = IRS Discount Rate * J; sum of previous deductions on Early Termination date
J: Calculated as J = H + I + Previous Balance of J
K: Calculated as K = Tax Rate * -A
L: Calculated as L = Tax Rate * -(C+H+I)
M: Calculated as M = F + K + L
N: Equal to column A
O: Calculated as O = A * (1+After-Tax Discount Rate) * Time to Early Termination
P: Sum of Column O on Early Termination date

### Calculation of BB&T's "Fair" Early Termination Price

| | N | O | P |
|---|---|---|---|
| Date | Cash Flow from Sublease Rents | 2012 Future Value of Sublease Rents at After-Tax Discount Rate | BB&T "Fair" Early Termination Price |
| Jun 30 1997 | $0 | $0 | $0 |
| Jan 01 1998 | $3,381,518 | $6,304,464 | $0 |
| Jan 01 1999 | $6,725,670 | $11,993,558 | $0 |
| Jan 01 2000 | $6,725,670 | $11,471,601 | $0 |
| Jan 01 2001 | $6,725,670 | $10,972,358 | $0 |
| Jan 01 2002 | $6,725,670 | $10,494,843 | $0 |
| Jan 01 2003 | $6,725,670 | $10,038,109 | $0 |
| Jan 01 2004 | $6,725,670 | $9,601,252 | $0 |
| Jan 01 2005 | $8,194,718 | $11,189,283 | $0 |
| Jan 01 2006 | $8,194,718 | $10,702,328 | $0 |
| Jan 01 2007 | $8,194,718 | $10,236,564 | $0 |
| Jan 01 2008 | $8,194,718 | $9,791,070 | $0 |
| Jan 01 2009 | $8,194,718 | $9,364,964 | $0 |
| Jan 01 2010 | $8,194,718 | $8,957,402 | $0 |
| Jan 01 2011 | $8,194,718 | $8,567,578 | $0 |
| Jan 01 2012 | $8,194,718 | $8,194,718 | ($147,880,092) |

DEF. EXHIBIT 3

B-54

Exhibit 9 - Hypothetical Transaction
Head Lease Inflated Deferred Payment with 90/110 Allocation and Early Termination and Extended Deferred Payment Date

From BB&T's Perspective

| | A | B | C | D | E | F | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Cash Flow from Sublease Rents | 2012 Future Value of Sublease Rents at Pre-Tax Discount Rate | Cash Flow from Head Lease Rents | 2038 Future Value of Sublease Rents at Inflated Rate | Implied Deferred Head Lease Payment | Pre-Tax Net Cash | Allocated Head Lease Rents | PV Deferred Rent | Implied Interest on Deferred Rent Balance | Balance of Deferred Rent | Tax Associated with Sublease Rentals | Tax Associated with Deferred Head Lease Rent | After-Tax Net Cash |
| Jun 30 1997 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 1998 | $3,381,518 | $8,719,358 | $0 | $160,514,915 | $0 | $3,381,518 | ($93,874,893) | ($4,415,342) | $0 | ($4,415,342) | ($1,183,531) | $1,545,370 | $3,743,356 |
| Jan 01 1999 | $6,725,670 | $16,207,823 | $0 | $290,232,895 | $0 | $6,725,670 | ($206,524,765) | ($10,475,311) | ($346,163) | ($15,236,815) | ($2,353,985) | $3,787,518 | $8,159,201 |
| Jan 01 2000 | $6,725,670 | $15,147,498 | $0 | $263,848,086 | $0 | $6,725,670 | ($206,524,765) | ($11,296,576) | ($1,194,566) | ($27,727,957) | ($2,353,985) | $4,371,898 | $8,743,585 |
| Jan 01 2001 | $6,725,670 | $14,156,540 | $0 | $239,861,897 | $0 | $6,725,670 | ($206,524,765) | ($12,182,226) | ($2,173,872) | ($42,084,055) | ($2,353,985) | $5,024,634 | $9,396,320 |
| Jan 01 2002 | $6,725,670 | $13,230,411 | $0 | $218,056,270 | $0 | $6,725,670 | ($206,524,765) | ($13,137,313) | ($3,299,390) | ($58,520,758) | ($2,353,985) | $5,752,846 | $10,124,532 |
| Jan 01 2003 | $6,725,670 | $12,364,870 | $0 | $198,232,972 | $0 | $6,725,670 | ($206,524,765) | ($14,167,278) | ($4,588,027) | ($77,276,064) | ($2,353,985) | $6,584,357 | $10,936,043 |
| Jan 01 2004 | $6,725,670 | $11,555,954 | $0 | $180,211,793 | $0 | $6,725,670 | ($206,524,765) | ($15,277,993) | ($6,058,443) | ($98,612,500) | ($2,353,985) | $7,487,753 | $11,839,438 |
| Jan 01 2005 | $8,194,718 | $13,156,926 | $0 | $199,813,067 | $0 | $8,194,718 | ($206,524,765) | ($16,475,788) | ($7,731,220) | ($122,819,507) | ($2,868,151) | $8,472,453 | $13,799,019 |
| Jan 01 2006 | $8,194,718 | $12,298,062 | $0 | $181,466,424 | $0 | $8,194,718 | ($168,974,808) | ($14,537,037) | ($9,629,049) | ($146,985,594) | ($2,868,151) | $8,458,130 | $13,784,697 |
| Jan 01 2007 | $8,194,718 | $11,493,516 | $0 | $164,969,477 | $0 | $8,194,718 | ($168,974,808) | ($15,676,740) | ($11,523,671) | ($174,186,005) | ($2,868,151) | $9,520,144 | $14,846,711 |
| Jan 01 2008 | $8,194,718 | $10,741,604 | $0 | $149,972,251 | $0 | $8,194,718 | ($168,974,808) | ($16,905,797) | ($13,656,183) | ($204,747,984) | ($2,868,151) | $10,696,693 | $16,023,260 |
| Jan 01 2009 | $8,194,718 | $10,038,882 | $0 | $136,338,410 | $0 | $8,194,718 | ($168,974,808) | ($18,231,211) | ($16,052,242) | ($239,031,437) | ($2,868,151) | $11,999,209 | $17,325,775 |
| Jan 01 2010 | $8,194,718 | $9,382,133 | $0 | $123,944,009 | $0 | $8,194,718 | ($168,974,808) | ($19,660,538) | ($18,740,065) | ($277,432,040) | ($2,868,151) | $13,440,211 | $18,766,778 |
| Jan 01 2011 | $8,194,718 | $8,768,348 | $0 | $112,676,372 | $0 | $8,194,718 | ($168,974,808) | ($21,201,925) | ($21,750,672) | ($320,384,637) | ($2,868,151) | $15,033,409 | $20,359,975 |
| Jan 01 2012 | $8,194,718 | $8,194,718 | ($175,458,644) | $102,433,066 | $0 | ($167,263,926) | ($166,974,808) | $203,641,074 | $118,743,563 | $0 | ($2,868,151) | ($50,724,098) | ($220,856,175) |
| ... | | | | | | | | | | | | | |
| Jun 30 2038 | $0 | $0 | $0 | $0 | ($2,722,371,905) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

After-Tax Net Present Value @ 4.55% = $8,445,361

Assumptions:
Tax Rate = 35%
Pre-Tax Discount Rate = 7%
After-Tax Discount Rate = 4.55%
IRS Discount Rate = 7.84%
Inflated Discount Rate = 10%

Notes:
A: See Exhibit 1
B: Calculated as B = A * (1+Pre-Tax Discount Rate) * Time to Early Termination
C: Sum of Column B on Early Termination date
D: Calculated as D = A * (1+Inflated Discount Rate) * Time to Deferred Payment
E: Sum of Column D on Deferred Payment date
F: Calculated as F = A + C
G: Allocated according to 90/110 rent schedule
H: Present Value of Column G at IRS Discount Rate
I: Calculated as I = IRS Discount Rate * J
J: Calculated as J = H + I + Previous Balance of J
K: Calculated as K = Tax Rate * -A
L: Calculated as L = Tax Rate * -(C+H+I)
M: Calculated as M = F + K + L

DEF. EXHIBIT 3

B-55

**Exhibit 10a**
**BB&T Net Present Value of Early Buyout Option Scenario**

| | A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| Date | Advance Head Lease Rent Payment | Early Buyout Option Price | Sublease Rent Payment Schedule | Debt Service Schedule | Transaction Fees Paid at Closing | Advisory Fee Received at Closing | Total Pre-Tax Cash Flow | Tax Effect | Total After-Tax Cash Flow |
| Jun 30 1997 | ($86,237,131) | $0 | $0 | $68,008,236 | ($5,530,000) | $1,000,000 | ($22,758,894) | $3,310,238 | ($19,448,656) |
| Jan 01 1998 | $0 | $0 | $3,381,518 | ($3,381,518) | $0 | $0 | $0 | $6,567,659 | $6,567,659 |
| Jan 01 1999 | $0 | $0 | $6,725,670 | ($6,725,670) | $0 | $0 | $0 | $6,534,128 | $6,534,128 |
| Jan 01 2000 | $0 | $0 | $6,725,670 | ($6,725,670) | $0 | $0 | $0 | $6,497,831 | $6,497,831 |
| Jan 01 2001 | $0 | $0 | $6,725,670 | ($6,725,670) | $0 | $0 | $0 | $5,680,229 | $5,680,229 |
| Jan 01 2002 | $0 | $0 | $6,725,670 | ($6,725,670) | $0 | $0 | $0 | $4,855 | $4,855 |
| Jan 01 2003 | $0 | $0 | $6,725,670 | ($6,725,670) | $0 | $0 | $0 | $33,224 | $33,224 |
| Jan 01 2004 | $0 | $0 | $13,451,340 | ($13,451,340) | $0 | $0 | $0 | ($127,670) | ($127,670) |
| Jan 01 2005 | $0 | $0 | $8,027,510 | ($8,027,510) | $0 | $0 | $0 | ($598,079) | ($598,079) |
| Jan 01 2006 | $0 | $0 | $8,194,718 | ($8,194,718) | $0 | $0 | $0 | ($674,415) | ($674,415) |
| Jan 01 2007 | $0 | $0 | $8,194,718 | ($8,194,718) | $0 | $0 | $0 | ($690,480) | ($690,480) |
| Jan 01 2008 | $0 | $0 | $8,194,718 | ($8,194,718) | $0 | $0 | $0 | ($704,415) | ($704,415) |
| Jan 01 2009 | $0 | $0 | $8,194,718 | ($8,194,718) | $0 | $0 | $0 | ($715,790) | ($715,790) |
| Jan 01 2010 | $0 | $0 | $8,194,718 | ($8,194,718) | $0 | $0 | $0 | ($724,119) | ($724,119) |
| Jan 01 2011 | $0 | $0 | $8,194,718 | ($8,194,718) | $0 | $0 | $0 | ($728,858) | ($728,858) |
| Jan 01 2012 | $0 | $0 | $8,194,718 | ($8,194,718) | $0 | $0 | $0 | ($729,395) | ($729,395) |
| Jan 01 2013 | $0 | $19,732,467 | $0 | ($11,542,500) | $0 | $0 | $8,189,967 | ($17,835,818) | ($9,645,851) |
| Apr 15 2013 | $0 | $6,781,115 | $0 | $0 | $0 | $0 | $6,781,115 | ($2,373,390) | $4,407,725 |
| Jun 15 2013 | $0 | $6,781,115 | $0 | $0 | $0 | $0 | $6,781,115 | ($2,373,390) | $4,407,725 |
| Sep 15 2013 | $0 | $6,781,115 | $0 | $0 | $0 | $0 | $6,781,115 | ($2,373,390) | $4,407,725 |
| Dec 15 2013 | $0 | $6,781,115 | $0 | $0 | $0 | $0 | $6,781,115 | ($2,373,390) | $4,407,725 |
| | | | | | | | | After-Tax NPV @ 4.55% = | $4,050,851 |

Assumptions:
Tax Rate = 35%
Pre-Tax Risk-Free Rate = 7%
After-Tax Risk-Free Rate = 4.55%

Notes:
A: BBT0000783 (debt portion does not flow through BB&T)
B: BBT0000860 (debt portion does not flow through BB&T)
C: BBT0000851 (does not flow through BB&T)
D: BBT0001000 (does not flow through BB&T)

E, F: WAC 0311
G: Calculated as G = A + B + C + D + E + F
H: Equal to column T
I: Calculated as I = G + H

**Tax Calculation**

| | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date (Tax Year) | Allocated Sublease Rents | Early Buyout Option Price | Allocated Advisory Fee Received at Closing | Allocated Advance Head Lease Rent Payment | Allocated Deferred Rent | PV Deferred Rent | Implied Interest on Deferred Rent Balance | Interest on Loan | Allocated Transaction Fees Paid at Closing | Taxable Income | Tax Effect |
| Jun 30 1997 | $3,381,518 | $0 | $13,889 | ($9,894,362) | $0 | $0 | $0 | ($2,820,925) | ($137,943) | ($9,457,824) | $3,310,238 |
| Jan 01 1998 | $6,725,670 | $0 | $27,778 | ($19,679,394) | $0 | $0 | $0 | ($5,564,431) | ($274,362) | ($18,764,739) | $6,567,659 |
| Jan 01 1999 | $6,725,670 | $0 | $27,778 | ($19,679,394) | $0 | $0 | $0 | ($5,468,628) | ($274,362) | ($18,668,937) | $6,534,128 |
| Jan 01 2000 | $6,725,670 | $0 | $27,778 | ($19,679,394) | $0 | $0 | $0 | ($5,364,922) | ($274,362) | ($18,565,231) | $6,497,831 |
| Jan 01 2001 | $6,725,670 | $0 | $27,778 | ($17,304,585) | ($2,374,809) | ($151,065) | $0 | ($5,252,661) | ($274,362) | ($16,229,225) | $5,680,229 |
| Jan 01 2002 | $6,725,670 | $0 | $27,778 | $0 | ($19,679,394) | ($1,349,978) | ($11,843) | ($5,131,137) | ($274,362) | ($13,871) | $4,855 |
| Jan 01 2003 | $6,725,670 | $0 | $27,778 | $0 | ($19,679,394) | ($1,455,814) | ($118,610) | ($4,999,588) | ($274,362) | ($94,927) | $33,224 |
| Jan 01 2004 | $6,725,670 | $0 | $27,778 | $0 | ($19,679,394) | ($1,569,950) | ($242,045) | ($4,302,319) | ($274,362) | $364,772 | ($127,670) |
| Jan 01 2005 | $8,027,510 | $0 | $27,778 | $0 | ($19,679,394) | ($1,693,034) | ($384,105) | ($3,994,991) | ($274,362) | $1,708,796 | ($598,079) |
| Jan 01 2006 | $8,194,718 | $0 | $27,778 | $0 | ($19,679,394) | ($1,825,768) | ($546,953) | ($3,648,513) | ($274,362) | $1,926,900 | ($674,415) |
| Jan 01 2007 | $8,194,718 | $0 | $27,778 | $0 | ($19,679,394) | ($1,968,908) | ($732,974) | ($3,273,451) | ($274,362) | $1,972,800 | ($690,480) |
| Jan 01 2008 | $8,194,718 | $0 | $27,778 | $0 | ($19,679,394) | ($2,123,270) | ($944,802) | ($2,867,447) | ($274,362) | $2,012,615 | ($704,415) |
| Jan 01 2009 | $8,194,718 | $0 | $27,778 | $0 | ($19,679,394) | ($2,289,735) | ($1,185,339) | ($2,427,947) | ($274,362) | $2,045,113 | ($715,790) |
| Jan 01 2010 | $8,194,718 | $0 | $27,778 | $0 | ($19,679,394) | ($2,469,250) | ($1,457,785) | ($1,952,188) | ($274,362) | $2,068,911 | ($724,119) |
| Jan 01 2011 | $8,194,718 | $0 | $27,778 | $0 | ($19,679,394) | ($2,662,839) | ($1,765,664) | ($1,437,179) | ($274,362) | $2,082,451 | ($728,858) |
| Jan 01 2012 | $8,194,718 | $0 | $27,778 | $0 | ($19,679,394) | ($2,871,606) | ($2,112,859) | ($879,682) | ($274,362) | $2,083,987 | ($729,395) |
| Jan 01 2013 | $0 | $19,732,467 | $569,444 | $0 | $0 | $22,431,214 | $9,502,980 | $0 | ($1,276,626) | $50,959,479 | ($17,835,818) |
| Apr 15 2013 | $0 | $6,781,115 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,781,115 | ($2,373,390) |
| Jun 15 2013 | $0 | $6,781,115 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,781,115 | ($2,373,390) |
| Sep 15 2013 | $0 | $6,781,115 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,781,115 | ($2,373,390) |
| Dec 15 2013 | $0 | $6,781,115 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,781,115 | ($2,373,390) |

Assumptions:
Tax Rate = 35%
IRS Discount Rate = 7.84%
Deferred Rent Payment Date = Jun 30 2038

Notes:
J: BBT0000851
K: Equal to column B
L: Amortized over 36 years (AA/BB&T 00945 - AA/BB&T 00946)
M, N: BBT0000782
O: Present value of N at IRS Discount Rate, rent accrued end of year

P: Calculated as P = IRS rate * balance of deferred rent with interest
Q: BBT0001000
R: Half of fees amortized over 28.8 years, half over 15.5 years (BBT0002041)
S: Calculated as S = J + K + L + M + O + P + Q + R
T: Calculated as T = Tax Rate * -S

DEF. EXHIBIT 3

B-56

## Exhibit 10b
## Sodra Net Present Value of Early Buyout Option Scenario; Sodra is Tax-Exempt

| | U | V | W | X | Y | Z |
|---|---|---|---|---|---|---|
| Date | Advance Head Lease Rent Payment | Debt Defeasance Account | Equity Defeasance Account | Sublease Rents | Early Buyout Option Price | Total Cash Flow |
| Jun 30 1997 | $86,237,131 | ($68,008,236) | ($12,000,193) | $0 | $0 | $6,228,702 |
| Jan 01 1998 | $0 | $3,381,518 | $0 | ($3,381,518) | $0 | $0 |
| Jan 01 1999 | $0 | $6,725,670 | $0 | ($6,725,670) | $0 | $0 |
| Jan 01 2000 | $0 | $6,725,670 | $0 | ($6,725,670) | $0 | $0 |
| Jan 01 2001 | $0 | $6,725,670 | $0 | ($6,725,670) | $0 | $0 |
| Jan 01 2002 | $0 | $6,725,670 | $0 | ($6,725,670) | $0 | $0 |
| Jan 01 2003 | $0 | $6,725,670 | $0 | ($6,725,670) | $0 | $0 |
| Jan 01 2004 | $0 | $13,451,340 | $0 | ($13,451,340) | $0 | $0 |
| Jan 01 2005 | $0 | $8,027,510 | $0 | ($8,027,510) | $0 | $0 |
| Jan 01 2006 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 |
| Jan 01 2007 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 |
| Jan 01 2008 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 |
| Jan 01 2009 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 |
| Jan 01 2010 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 |
| Jan 01 2011 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 |
| Jan 01 2012 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 |
| Jan 01 2013 | $0 | $11,542,500 | $8,189,967 | $0 | ($19,732,467) | $0 |
| Apr 15 2013 | $0 | $0 | $6,781,115 | $0 | ($6,781,115) | $0 |
| Jun 15 2013 | $0 | $0 | $6,781,115 | $0 | ($6,781,115) | $0 |
| Sep 15 2013 | $0 | $0 | $6,781,115 | $0 | ($6,781,115) | $0 |
| Dec 15 2013 | $0 | $0 | $6,781,115 | $0 | ($6,781,115) | $0 |
| | | | | | NPV @ 7% = | $6,228,702 |

Assumptions:
Tax Rate = Sodra is Tax-Exempt
Risk-Free Rate = 7%

Notes:
U: Calculated as U = -A (debt and equity portions do not flow through Sodra)
V: BBT0001024 (does not flow through Sodra)
W: BBT0001044 - BBT0001045 (does not flow through Sodra)
X: Calculated as X = -C (does not flow through Sodra)
Y: Calculated as Y = -B (does not flow through Sodra)
Z: Calculated as Z = U + V + W + X + Y

DEF. EXHIBIT 3 B-57

Exhibit 11a
BB&T Net Present Value of Put Renewal Option Scenario

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Advance Head Lease Rent Payment | Sublease Rent Payment Schedule | Deferred Sublease Rents/Head Lease Collateral | Debt Service Schedule | Transaction Fees Paid at Closing | Advisory Fee Received at Closing | Open Market Rentals after year 28.8 | Transaction Fees Paid after Closing | Total Risk-Free Pre-Tax Cash Flow | Total Risky Pre-Tax Cash Flow | Total Pre-Tax Cash Flow | Risk-Free Tax Effect | Risky Tax Effect | Total Risk-Free After-Tax Cash Flow | Total Risky After-Tax Cash Flow | Total After-Tax Cash Flow |
| *Risky?* | N | N | N | N | N | N | Y | Y | N | Y | | N | Y | N | Y | |
| Jun 30 1997 | ($86,237,131) | $0 | $0 | $66,008,236 | ($5,530,000) | $1,000,000 | $0 | $0 | ($22,758,894) | $0 | ($22,758,894) | $3,310,238 | $0 | ($19,448,656) | $0 | ($19,448,656) |
| Jan 01 1998 | $0 | $3,381,518 | $0 | ($3,381,518) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,567,659 | $0 | $6,567,659 | $0 | $6,567,659 |
| Jan 01 1999 | $0 | $6,725,670 | $0 | ($6,725,670) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,534,128 | $0 | $6,534,128 | $0 | $6,534,128 |
| Jan 01 2000 | $0 | $6,725,670 | $0 | ($6,725,670) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,497,831 | $0 | $6,497,831 | $0 | $6,497,831 |
| Jan 01 2001 | $0 | $6,725,670 | $0 | ($6,725,670) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,680,229 | $0 | $5,680,229 | $0 | $5,680,229 |
| Jan 01 2002 | $0 | $6,725,670 | $0 | ($6,725,670) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,855 | $0 | $4,855 | $0 | $4,855 |
| Jan 01 2003 | $0 | $6,725,670 | $0 | ($6,725,670) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $33,224 | $0 | $33,224 | $0 | $33,224 |
| Jan 01 2004 | $0 | $13,451,340 | $0 | ($13,451,340) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($127,670) | $0 | ($127,670) | $0 | ($127,670) |
| Jan 01 2005 | $0 | $8,027,510 | $0 | ($8,027,510) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($598,079) | $0 | ($598,079) | $0 | ($598,079) |
| Jan 01 2006 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($674,415) | $0 | ($674,415) | $0 | ($674,415) |
| Jan 01 2007 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($690,480) | $0 | ($690,480) | $0 | ($690,480) |
| Jan 01 2008 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($704,415) | $0 | ($704,415) | $0 | ($704,415) |
| Jan 01 2009 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($715,790) | $0 | ($715,790) | $0 | ($715,790) |
| Jan 01 2010 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($724,119) | $0 | ($724,119) | $0 | ($724,119) |
| Jan 01 2011 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($728,858) | $0 | ($728,858) | $0 | ($728,858) |
| Jan 01 2012 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($729,395) | $0 | ($729,395) | $0 | ($729,395) |
| Jan 01 2013 | $0 | $12,825,000 | $0 | ($11,542,500) | $0 | $0 | $0 | $0 | $1,282,500 | $0 | $1,282,500 | ($2,504,737) | $0 | ($1,222,237) | $0 | ($1,222,237) |
| Jan 01 2014 | $0 | $12,825,000 | ($2,716,157) | $0 | $0 | $0 | $0 | $0 | $10,108,843 | $0 | $10,108,843 | ($2,381,153) | $0 | $7,747,690 | $0 | $7,747,690 |
| Jan 01 2015 | $0 | $12,825,000 | ($10,383,095) | $0 | $0 | $0 | $0 | $0 | $2,441,905 | $0 | $2,441,905 | ($2,585,901) | $0 | ($143,996) | $0 | ($143,996) |
| Jan 01 2016 | $0 | $12,825,000 | ($10,149,732) | $0 | $0 | $0 | $0 | $0 | $2,675,268 | $0 | $2,675,268 | ($2,836,408) | $0 | ($161,139) | $0 | ($161,139) |
| Jan 01 2017 | $0 | $12,825,000 | ($9,889,630) | $0 | $0 | $0 | $0 | $0 | $2,935,370 | $0 | $2,935,370 | ($2,986,473) | $0 | ($51,103) | $0 | ($51,103) |
| Jan 01 2018 | $0 | $12,825,000 | ($9,733,716) | $0 | $0 | $0 | $0 | $0 | $3,091,284 | $0 | $3,091,284 | ($3,145,367) | $0 | ($54,083) | $0 | ($54,083) |
| Jan 01 2019 | $0 | $12,825,000 | ($9,568,623) | $0 | $0 | $0 | $0 | $0 | $3,256,377 | $0 | $3,256,377 | ($3,313,742) | $0 | ($57,365) | $0 | ($57,365) |
| Jan 01 2020 | $0 | $12,825,000 | ($10,689,694) | $0 | $0 | $0 | $0 | $0 | $2,135,306 | $0 | $2,135,306 | ($3,537,671) | $0 | ($1,402,365) | $0 | ($1,402,365) |
| Jan 01 2021 | $0 | $12,825,000 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($3,858,338) | $0 | ($3,858,338) | $0 | ($3,858,338) |
| Jan 01 2022 | $0 | $12,825,000 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($4,210,838) | $0 | ($4,210,838) | $0 | ($4,210,838) |
| Jan 01 2023 | $0 | $12,825,000 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($4,598,533) | $0 | ($4,598,533) | $0 | ($4,598,533) |
| Jan 01 2024 | $0 | $12,825,000 | ($2,984,114) | $0 | $0 | $0 | $0 | $0 | $9,840,886 | $0 | $9,840,886 | ($4,680,725) | $0 | $5,160,162 | $0 | $5,160,162 |
| Jan 01 2025 | $0 | $12,825,000 | $0 | $0 | $0 | $0 | $0 | $0 | $12,825,000 | $0 | $12,825,000 | ($3,518,069) | $0 | $9,306,931 | $0 | $9,306,931 |
| Jan 01 2026 | $0 | $3,811,875 | ($3,811,875) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($376,094) | $0 | ($376,094) | $0 | ($376,094) |
| Apr 18 2026 | $0 | $0 | $0 | $0 | $0 | $0 | $14,806,412 | ($1,828,480) | $0 | $12,977,933 | $12,977,933 | $0 | ($4,542,276) | $0 | $8,435,656 | $8,435,656 |
| Jan 01 2027 | $0 | $0 | $0 | $0 | $0 | $0 | $20,330,077 | $0 | $0 | $20,330,077 | $20,330,077 | $1,286,667 | ($7,115,527) | $1,286,667 | $13,214,550 | $14,501,217 |
| Jan 01 2028 | $0 | $0 | $0 | $0 | $0 | $0 | $19,155,877 | $0 | $0 | $19,155,877 | $19,155,877 | $1,561,768 | ($6,704,557) | $1,561,768 | $12,451,320 | $14,013,088 |
| Jan 01 2029 | $0 | $0 | $0 | $0 | $0 | $0 | $17,981,677 | $0 | $0 | $17,981,677 | $17,981,677 | $1,871,928 | ($6,293,587) | $1,871,928 | $11,688,090 | $13,560,018 |
| Jan 01 2030 | $0 | $0 | $0 | $0 | $0 | $0 | $16,807,476 | $0 | $0 | $16,807,476 | $16,807,476 | $2,220,944 | ($5,882,617) | $2,220,944 | $10,924,860 | $13,145,804 |
| Jan 01 2031 | $0 | $0 | $0 | $0 | $0 | $0 | $15,633,276 | $0 | $0 | $15,633,276 | $15,633,276 | $2,612,993 | ($5,471,647) | $2,612,993 | $10,161,629 | $12,774,622 |
| Jan 01 2032 | $0 | $0 | $0 | $0 | $0 | $0 | $14,459,076 | $0 | $0 | $14,459,076 | $14,459,076 | $3,052,666 | ($5,060,676) | $3,052,666 | $9,398,399 | $12,451,065 |
| Jan 01 2033 | $0 | $0 | $0 | $0 | $0 | $0 | $8,642,438 | $0 | $0 | $8,642,438 | $8,642,438 | $1,843,534 | ($2,324,853) | $1,843,534 | $4,317,584 | $5,981,119 |
| Jun 30 2033 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2034 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($371,661) | $0 | ($371,661) | $0 | ($371,661) |
| Jan 01 2035 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($447,070) | $0 | ($447,070) | $0 | ($447,070) |
| Jan 01 2036 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($532,209) | $0 | ($532,209) | $0 | ($532,209) |
| Jan 01 2037 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($628,154) | $0 | ($628,154) | $0 | ($628,154) |
| Jan 01 2038 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($337,451) | $0 | ($337,451) | $0 | ($337,451) |
| Jun 30 2038 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

After-Tax NPV @ 7.06% (Risky) and @ 4.55% (Risk-Free) = $14,876,846

Assumptions:
Tax Rate = 35%
Pre-Tax Risk-Free Rate = 7%
After-Tax Risk-Free Rate = 4.55%
Pre-Tax Risky Rate = 9.25%
After-Tax Risky Rate = 7.06%

Notes:
A: BBT0000763 (debt portion does not flow through BB&T)
B: BBT0000851 - BBT0000852 (payments after 2012 less column C flow through BB&T)
C: BBT0000852 (does not flow through BB&T)
D: BBT0001000 (does not flow through BB&T)
E, F: WAC 0311
G: Equal to column AI
H: Calculated as 2% of Head Lease value (BBT0000355; BBT0000350)
I: Calculated as I = A + B + C + D + E + F
J: Calculated as J = G + H
K: Calculated as K = I + J
L: Equal to column AD
M: Equal to column AE
N: Calculated as N = I + L
O: Calculated as O = J + M
P: Calculated as P = N + O

DEF. EXHIBIT 3

B-58

Exhibit 11a
BB&T Net Present Value of Put Renewal Option Scenario

Tax Calculation

| | Q | R | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date (Tax Year) | Allocated Sublease Rents | Allocated Open Market Rentals after year 28.8 | Allocated Advisory Fee Received at Closing | Interest on Deferred Sublease Rents | Allocated Advance Head Lease Rent Payment | Allocated Deferred Rent | PV Deferred Rent | Implied Interest on Deferred Rent Balance | Interest on Loan | Allocated Transaction Fees Paid at Closing | Allocated Transaction Fees Paid after Closing | Risk-Free Taxable Income | Risky Taxable Income | Risk-Free Tax Effect | Risky Tax Effect |
| Risky? | N | Y | N | N | N | | N | N | N | N | Y | N | Y | N | Y |
| Jun 30 1997 | $3,381,518 | $0 | $13,889 | $0 | ($9,894,362) | $0 | $0 | $0 | ($2,820,925) | ($137,943) | $0 | ($9,457,824) | $0 | $3,310,238 | $0 |
| Jan 01 1998 | $6,725,670 | $0 | $27,778 | $0 | ($19,679,394) | $0 | $0 | $0 | ($5,564,431) | ($274,362) | $0 | ($18,764,739) | $0 | $6,567,659 | $0 |
| Jan 01 1999 | $6,725,670 | $0 | $27,778 | $0 | ($19,679,394) | $0 | $0 | $0 | ($5,468,628) | ($274,362) | $0 | ($18,668,937) | $0 | $6,534,128 | $0 |
| Jan 01 2000 | $6,725,670 | $0 | $27,778 | $0 | ($19,679,394) | $0 | $0 | $0 | ($5,364,922) | ($274,362) | $0 | ($18,565,231) | $0 | $6,497,831 | $0 |
| Jan 01 2001 | $6,725,670 | $0 | $27,778 | $0 | ($17,304,585) | ($2,374,809) | ($151,065) | $0 | ($5,252,661) | ($274,362) | $0 | ($16,229,225) | $0 | $5,680,229 | $0 |
| Jan 01 2002 | $6,725,670 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($1,349,976) | ($11,843) | ($5,131,137) | ($274,362) | $0 | ($13,871) | $0 | $4,855 | $0 |
| Jan 01 2003 | $6,725,670 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($1,455,814) | ($118,610) | ($4,999,588) | ($274,362) | $0 | ($94,927) | $0 | $33,224 | $0 |
| Jan 01 2004 | $6,725,670 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($1,569,950) | ($242,045) | ($4,302,319) | ($274,362) | $0 | $364,772 | $0 | ($127,670) | $0 |
| Jan 01 2005 | $8,027,510 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($1,693,034) | ($384,105) | ($3,994,991) | ($274,362) | $0 | $1,708,798 | $0 | ($598,079) | $0 |
| Jan 01 2006 | $8,194,718 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($1,825,768) | ($546,953) | ($3,648,513) | ($274,362) | $0 | $1,926,900 | $0 | ($674,415) | $0 |
| Jan 01 2007 | $8,194,718 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($1,968,908) | ($732,974) | ($3,273,451) | ($274,362) | $0 | $1,972,800 | $0 | ($690,480) | $0 |
| Jan 01 2008 | $8,194,718 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($2,123,270) | ($944,802) | ($2,867,447) | ($274,362) | $0 | $2,012,615 | $0 | ($704,415) | $0 |
| Jan 01 2009 | $8,194,718 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($2,289,735) | ($1,185,339) | ($2,427,947) | ($274,362) | $0 | $2,045,113 | $0 | ($715,790) | $0 |
| Jan 01 2010 | $8,194,718 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($2,469,250) | ($1,457,785) | ($1,952,188) | ($274,362) | $0 | $2,068,911 | $0 | ($724,119) | $0 |
| Jan 01 2011 | $8,194,718 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($2,682,839) | ($1,765,684) | ($1,437,179) | ($274,362) | $0 | $2,082,451 | $0 | ($728,858) | $0 |
| Jan 01 2012 | $8,194,718 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($2,871,606) | ($2,112,859) | ($879,682) | ($274,362) | $0 | $2,083,987 | $0 | ($729,395) | $0 |
| Jan 01 2013 | $12,825,000 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($3,096,740) | ($2,503,841) | $0 | ($96,007) | $0 | $7,156,390 | $0 | ($2,504,737) | $0 |
| Jan 01 2014 | $12,825,000 | $0 | $27,778 | $271,616 | $0 | ($19,679,394) | ($3,339,524) | ($2,942,711) | $0 | ($96,007) | $0 | $6,746,152 | $0 | ($2,361,153) | $0 |
| Jan 01 2015 | $12,825,000 | $0 | $27,778 | $1,337,087 | $0 | ($17,870,590) | ($3,270,330) | ($3,435,238) | $0 | ($96,007) | $0 | $7,388,290 | $0 | ($2,585,901) | $0 |
| Jan 01 2016 | $12,825,000 | $0 | $27,778 | $2,485,769 | $0 | ($16,101,323) | ($3,177,583) | ($3,960,954) | $0 | ($96,007) | $0 | $8,104,022 | $0 | ($2,836,408) | $0 |
| Jan 01 2017 | $12,825,000 | $0 | $27,778 | $3,723,308 | $0 | ($16,101,323) | ($3,426,684) | ($4,520,614) | $0 | ($96,007) | $0 | $8,532,781 | $0 | ($2,986,473) | $0 |
| Jan 01 2018 | $12,825,000 | $0 | $27,778 | $5,069,011 | $0 | ($16,101,323) | ($3,695,336) | ($5,143,682) | $0 | ($96,007) | $0 | $8,986,764 | $0 | ($3,145,367) | $0 |
| Jan 01 2019 | $12,825,000 | $0 | $27,778 | $6,532,774 | $0 | ($16,101,323) | ($3,985,050) | ($5,836,681) | $0 | ($96,007) | $0 | $9,467,834 | $0 | ($3,313,742) | $0 |
| Jan 01 2020 | $12,825,000 | $0 | $27,778 | $8,255,021 | $0 | ($16,101,323) | ($4,297,478) | ($6,606,683) | $0 | ($96,007) | $0 | $10,107,830 | $0 | ($3,537,671) | $0 |
| Jan 01 2021 | $12,825,000 | $0 | $27,778 | $10,363,023 | $0 | ($16,101,323) | ($4,634,400) | ($7,461,570) | $0 | ($96,007) | $0 | $11,023,824 | $0 | ($3,858,338) | $0 |
| Jan 01 2022 | $12,825,000 | $0 | $27,778 | $12,881,825 | $0 | ($16,101,323) | ($4,997,737) | ($8,409,894) | $0 | ($96,007) | $0 | $12,030,965 | $0 | ($4,210,838) | $0 |
| Jan 01 2023 | $12,825,000 | $0 | $27,778 | $15,232,608 | $0 | ($16,101,323) | ($5,389,580) | ($9,461,052) | $0 | ($96,007) | $0 | $13,138,687 | $0 | ($4,598,533) | $0 |
| Jan 01 2024 | $12,825,000 | $0 | $27,778 | $17,054,170 | $0 | ($16,101,323) | ($5,812,101) | ($10,625,340) | $0 | ($96,007) | $0 | $13,373,500 | $0 | ($4,680,725) | $0 |
| Jan 01 2025 | $12,825,000 | $0 | $27,778 | $15,476,659 | $0 | ($16,101,323) | ($6,267,770) | ($11,914,035) | $0 | ($96,007) | $0 | $10,051,625 | $0 | ($3,518,069) | $0 |
| Jan 01 2026 | $3,811,875 | $0 | $27,778 | $17,362,091 | $0 | ($16,101,323) | ($6,759,163) | ($13,339,489) | $0 | ($26,535) | $0 | $1,074,556 | $0 | ($376,094) | $0 |
| Apr 18 2026 | $0 | $14,806,412 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($1,828,480) | $0 | $12,977,933 | $0 | ($4,542,276) |
| Jan 01 2027 | $0 | $20,330,077 | $27,778 | $18,500,336 | $0 | ($16,101,323) | ($7,289,082) | ($14,915,223) | $0 | $0 | $0 | ($3,676,191) | $20,330,077 | $1,286,667 | ($7,115,527) |
| Jan 01 2028 | $0 | $19,155,877 | $27,778 | $20,026,814 | $0 | ($16,101,323) | ($7,860,546) | ($16,656,041) | $0 | $0 | $0 | ($4,462,195) | $19,155,877 | $1,561,768 | ($6,704,557) |
| Jan 01 2029 | $0 | $17,981,677 | $27,778 | $21,678,809 | $0 | ($16,101,323) | ($8,476,813) | ($18,578,141) | $0 | $0 | $0 | ($5,348,367) | $17,981,677 | $1,871,928 | ($6,293,587) |
| Jan 01 2030 | $0 | $16,807,476 | $27,778 | $23,467,311 | $0 | ($16,101,323) | ($9,141,395) | ($20,699,250) | $0 | $0 | $0 | ($6,345,555) | $16,807,476 | $2,220,944 | ($5,882,617) |
| Jan 01 2031 | $0 | $15,633,276 | $27,778 | $25,403,364 | $0 | ($16,101,323) | ($9,858,080) | ($23,038,756) | $0 | $0 | $0 | ($7,465,694) | $15,633,276 | $2,612,993 | ($5,471,647) |
| Jan 01 2032 | $0 | $14,459,076 | $27,778 | $27,499,142 | $0 | ($16,101,323) | ($10,630,953) | ($25,617,868) | $0 | $0 | $0 | ($8,721,902) | $14,459,076 | $3,052,668 | ($5,060,676) |
| Jan 01 2033 | $0 | $6,642,438 | $13,889 | $30,020,493 | $0 | ($8,015,765) | ($5,495,985) | ($29,234,210) | $0 | $0 | $0 | ($4,695,813) | $6,642,438 | $1,643,534 | ($2,324,853) |
| Jun 30 2033 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2034 | $0 | $0 | $0 | $32,244,512 | $0 | $0 | $0 | ($31,182,623) | $0 | $0 | $0 | $1,061,889 | $0 | ($371,661) | $0 |
| Jan 01 2035 | $0 | $0 | $0 | $34,904,684 | $0 | $0 | $0 | ($33,627,341) | $0 | $0 | $0 | $1,277,343 | $0 | ($447,070) | $0 |
| Jan 01 2036 | $0 | $0 | $0 | $37,784,320 | $0 | $0 | $0 | ($36,263,724) | $0 | $0 | $0 | $1,520,596 | $0 | ($532,209) | $0 |
| Jan 01 2037 | $0 | $0 | $0 | $40,901,527 | $0 | $0 | $0 | ($39,106,800) | $0 | $0 | $0 | $1,794,727 | $0 | ($628,154) | $0 |
| Jan 01 2038 | $0 | $0 | $0 | $21,138,169 | $0 | $0 | $0 | ($20,174,025) | $0 | $0 | $0 | $964,144 | $0 | ($337,451) | $0 |
| Jun 30 2038 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

Assumptions:
Tax Rate = 35%
IRS Discount Rate = 7.84%
Deferred Rent Payment Date = Jun 30 2038

Notes:
Q: BBT0000851 - BBT0000852
R: Equal to column G
S: Amortized over 36 years (AA/BB&T 00945 - AA/BB&T 00946)
T: BBT0000852, then rates from BBT0000785, accrued end of year
U, V: BBT0000782
W: Present value of V at IRS Discount Rate, accrued end of year

X: Calculated as X = IRS rate * cumulative balance of deferred rent with interest
Y: BBT0001000
Z: Half of total fees amortized over 28.8 years, half over 15.5 years (BBT0002041)
AA: Equal to Column H
AB: Calculated as AB = Q + S + T + U + W + X + Y + Z
AC: Calculated as AC = R + AA

AD: Calculated as AD = Tax Rate * -AB
AE: Calculated as AE = Tax Rate * -AC

DEF. EXHIBIT 3

B-59

Exhibit 11a
BB&T Net Present Value of Put Renewal Option Scenario

Imputed Open Market Lease Rents after Year 28.8

| | AF | AG | AH | AI |
|---|---|---|---|---|
| Date | Head Lease Residual Value | Anticipated Pre-Tax Interest | Depreciation | Imputed Lease Rent |
| Jun 30 1997 | | | | |
| Jun 30 1997 | | | | |
| Apr 18 2026 | $91,423,980 | $5,917,970 | ($8,888,443) | $14,806,412 |
| Jan 01 2027 | $82,535,538 | $7,632,302 | ($12,697,775) | $20,330,077 |
| Jan 01 2028 | $69,837,763 | $6,458,102 | ($12,697,775) | $19,155,877 |
| Jan 01 2029 | $57,139,988 | $5,283,902 | ($12,697,775) | $17,981,677 |
| Jan 01 2030 | $44,442,213 | $4,109,701 | ($12,697,775) | $16,807,476 |
| Jan 01 2031 | $31,744,438 | $2,935,501 | ($12,697,775) | $15,633,276 |
| Jan 01 2032 | $19,046,663 | $1,761,301 | ($12,697,775) | $14,459,076 |
| Jan 01 2033 | $6,348,888 | $293,550 | ($6,348,888) | $6,642,438 |
| Jun 30 2033 | $0 | $0 | $0 | $0 |
| Jan 01 2034 | $0 | $0 | $0 | $0 |
| Jan 01 2035 | $0 | $0 | $0 | $0 |
| Jan 01 2036 | $0 | $0 | $0 | $0 |
| Jan 01 2037 | $0 | $0 | $0 | $0 |
| Jan 01 2038 | $0 | $0 | $0 | $0 |
| Jun 30 2038 | $0 | $0 | $0 | $0 |

Assumptions:
Pre-Tax Risky Rate = 9.25%

Notes:
AF: Initially BBT0000350, then equal to previous value of AF + AH
AG: Pre-tax cost of financing
AH: Straight-line depreciation
AI: Calculated as AI = AG - AH

DEF. EXHIBIT 3

B-60

**Exhibit 11b**
**Sodra Net Present Value of Put Renewal Option Scenario**

| | AJ | AK | AL | AM | AN | AO | AP | AQ | AR | AS |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Advance Head Lease Rent Payment | Debt Defeasance Account | Equity Defeasance Account | Deferred Sublease Rents/Head Lease Collateral | Sublease Rent Payment Schedule | Open Market Rentals after year 28.8 | Transaction Fees Paid After Closing | Total Risk-Free Cash Flow | Total Risky Cash Flow | Total Cash Flow |
| *Risky?* | *N* | *N* | *N* | *N* | *N* | *Y* | *Y* | *N* | *Y* | |
| Jun 30 1997 | $86,237,131 | ($68,008,236) | ($12,000,193) | $0 | $0 | $0 | $0 | $6,228,702 | $0 | $6,228,702 |
| Jan 01 1998 | $0 | $3,381,518 | $0 | $0 | ($3,381,518) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 1999 | $0 | $6,725,670 | $0 | $0 | ($6,725,670) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2000 | $0 | $6,725,670 | $0 | $0 | ($6,725,670) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2001 | $0 | $6,725,670 | $0 | $0 | ($6,725,670) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2002 | $0 | $6,725,670 | $0 | $0 | ($6,725,670) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2003 | $0 | $6,725,670 | $0 | $0 | ($6,725,670) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2004 | $0 | $13,451,340 | $0 | $0 | ($13,451,340) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2005 | $0 | $8,027,510 | $0 | $0 | ($8,027,510) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2006 | $0 | $8,194,718 | $0 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2007 | $0 | $8,194,718 | $0 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2008 | $0 | $8,194,718 | $0 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2009 | $0 | $8,194,718 | $0 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2010 | $0 | $8,194,718 | $0 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2011 | $0 | $8,194,718 | $0 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2012 | $0 | $8,194,718 | $0 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2013 | $0 | $11,542,500 | $1,282,500 | $0 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2014 | $0 | $0 | $10,108,843 | $2,716,157 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2015 | $0 | $0 | $2,441,905 | $10,383,095 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2016 | $0 | $0 | $2,675,268 | $10,149,732 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2017 | $0 | $0 | $2,935,370 | $9,889,630 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2018 | $0 | $0 | $3,091,284 | $9,733,716 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2019 | $0 | $0 | $3,256,377 | $9,568,623 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2020 | $0 | $0 | $2,135,306 | $10,689,694 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2021 | $0 | $0 | $0 | $12,825,000 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2022 | $0 | $0 | $0 | $12,825,000 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2023 | $0 | $0 | $0 | $12,825,000 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2024 | $0 | $0 | $9,840,886 | $2,984,114 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2025 | $0 | $0 | $12,825,000 | $0 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2026 | $0 | $0 | $0 | $3,811,875 | ($3,811,875) | $0 | $0 | $0 | $0 | $0 |
| Apr 18 2026 | $0 | $0 | $0 | $0 | $0 | ($14,806,412) | ($1,828,480) | $0 | ($16,634,892) | ($16,634,892) |
| Jan 01 2027 | $0 | $0 | $0 | $0 | $0 | ($20,330,077) | $0 | $0 | ($20,330,077) | ($20,330,077) |
| Jan 01 2028 | $0 | $0 | $0 | $0 | $0 | ($19,155,877) | $0 | $0 | ($19,155,877) | ($19,155,877) |
| Jan 01 2029 | $0 | $0 | $0 | $0 | $0 | ($17,981,677) | $0 | $0 | ($17,981,677) | ($17,981,677) |
| Jan 01 2030 | $0 | $0 | $0 | $0 | $0 | ($16,807,476) | $0 | $0 | ($16,807,476) | ($16,807,476) |
| Jan 01 2031 | $0 | $0 | $0 | $0 | $0 | ($15,633,276) | $0 | $0 | ($15,633,276) | ($15,633,276) |
| Jan 01 2032 | $0 | $0 | $0 | $0 | $0 | ($14,459,076) | $0 | $0 | ($14,459,076) | ($14,459,076) |
| Jan 01 2033 | $0 | $0 | $0 | $0 | $0 | ($6,642,438) | $0 | $0 | ($6,642,438) | ($6,642,438) |
| Jun 30 2033 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2034 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2035 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2036 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2037 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2038 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jun 30 2038 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| | | | | | | | | NPV @ 9.25% (Risky) and @ 7% (Risk-Free) = | | ($1,679,160) |

Assumptions:
Tax Rate = Sodra is Tax-Exempt
Risk-Free Rate = 7%
Risky Rate = 9.25%

Notes:
AJ: Calculated as AJ = -A (debt and equity portions do not flow through Sodra)
AK: BBT0001024 (does not flow through Sodra)
AL: BBT0001045; BBT0000786 (does not flow through Sodra)
AM: Calculated as AM = -C (does not flow through Sodra)
AN: Calculated as AN = -B (does not flow through Sodra)
AO: Calculated as AO = -G
AP: Equal to column H
AQ: Calculated as AQ = AJ + AK + AL + AM + AN
AR: Calculated as AR = AO + AP

DEF. EXHIBIT 3

B-61

Exhibit 12a
BB&T Net Present Value of Replacement Option Scenario

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Advance Head Lease Rent Payment | Sublease Rent Payment Schedule | Open Market Rentals between years 15.5 and 28.8 | Head Lease Collateral | Final Debt Defeasance Account Payment | Debt Service Schedule | Transaction Fees Paid at Closing | Advisory Fee Received at Closing | Transaction Fees Paid after Closing | Open Market Rentals after year 28.8 | Total Risk-Free Pre-Tax Cash Flow | Total Risky Pre-Tax Cash Flow | Total Pre-Tax Cash Flow | Risk-Free Tax Effect | Risky Tax Effect | Total Risk-Free After-Tax Cash Flow | Total Risky After-Tax Cash Flow | Total After-Tax Cash Flow |
| *Risky?* | *N* | *N* | *Y* | *Y* | *N* | *N* | *N* | *N* | *Y* | *Y* | *N* | *Y* | | *N* | *Y* | *N* | *Y* | |
| Jun 30 1997 | ($86,237,131) | $0 | $0 | $0 | $0 | $66,008,236 | ($5,530,000) | $1,000,000 | $0 | $0 | ($22,758,894) | $0 | ($22,758,894) | $3,310,238 | $0 | ($19,448,656) | $0 | ($19,448,656) |
| Jan 01 1998 | $0 | $3,381,518 | $0 | $0 | $0 | ($3,381,518) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,567,659 | $0 | $6,567,659 | $0 | $6,567,659 |
| Jan 01 1999 | $0 | $8,725,670 | $0 | $0 | $0 | ($8,725,670) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,534,128 | $0 | $6,534,128 | $0 | $6,534,128 |
| Jan 01 2000 | $0 | $8,725,670 | $0 | $0 | $0 | ($8,725,670) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,497,831 | $0 | $6,497,831 | $0 | $6,497,831 |
| Jan 01 2001 | $0 | $8,725,670 | $0 | $0 | $0 | ($8,725,670) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $5,680,229 | $0 | $5,680,229 | $0 | $5,680,229 |
| Jan 01 2002 | $0 | $8,725,670 | $0 | $0 | $0 | ($8,725,670) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $4,855 | $0 | $4,855 | $0 | $4,855 |
| Jan 01 2003 | $0 | $8,725,670 | $0 | $0 | $0 | ($8,725,670) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $33,224 | $0 | $33,224 | $0 | $33,224 |
| Jan 01 2004 | $0 | $13,451,340 | $0 | $0 | $0 | ($13,451,340) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($127,670) | $0 | ($127,670) | $0 | ($127,670) |
| Jan 01 2005 | $0 | $8,027,510 | $0 | $0 | $0 | ($8,027,510) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($598,079) | $0 | ($598,079) | $0 | ($598,079) |
| Jan 01 2006 | $0 | $8,194,718 | $0 | $0 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($674,415) | $0 | ($674,415) | $0 | ($674,415) |
| Jan 01 2007 | $0 | $8,194,718 | $0 | $0 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($690,480) | $0 | ($690,480) | $0 | ($690,480) |
| Jan 01 2008 | $0 | $8,194,718 | $0 | $0 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($704,415) | $0 | ($704,415) | $0 | ($704,415) |
| Jan 01 2009 | $0 | $8,194,718 | $0 | $0 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($715,790) | $0 | ($715,790) | $0 | ($715,790) |
| Jan 01 2010 | $0 | $8,194,718 | $0 | $0 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($724,119) | $0 | ($724,119) | $0 | ($724,119) |
| Jan 01 2011 | $0 | $8,194,718 | $0 | $0 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($728,658) | $0 | ($728,658) | $0 | ($728,658) |
| Jan 01 2012 | $0 | $8,194,718 | $0 | $0 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($729,395) | $0 | ($729,395) | $0 | ($729,395) |
| Jan 01 2013 | $0 | $0 | $13,500,000 | $0 | $11,542,500 | ($11,542,500) | $0 | $0 | ($2,286,000) | $0 | $0 | $11,214,000 | $11,214,000 | $1,984,013 | ($3,924,900) | $1,984,013 | $7,289,100 | $9,273,113 |
| Jan 01 2014 | $0 | $0 | $13,500,000 | ($2,716,157) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $10,783,843 | $10,783,843 | $2,127,597 | ($4,725,000) | $2,127,597 | $6,058,843 | $8,186,440 |
| Jan 01 2015 | $0 | $0 | $13,500,000 | ($10,383,095) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3,116,905 | $3,116,905 | $1,902,849 | ($4,725,000) | $1,902,849 | ($1,608,095) | $294,754 |
| Jan 01 2016 | $0 | $0 | $13,500,000 | ($10,149,732) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3,350,268 | $3,350,268 | $1,652,342 | ($4,725,000) | $1,652,342 | ($1,374,732) | $277,611 |
| Jan 01 2017 | $0 | $0 | $13,500,000 | ($9,889,630) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3,610,370 | $3,610,370 | $1,502,277 | ($4,725,000) | $1,502,277 | ($1,114,630) | $387,647 |
| Jan 01 2018 | $0 | $0 | $13,500,000 | ($9,733,716) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3,766,284 | $3,766,284 | $1,343,383 | ($4,725,000) | $1,343,383 | ($958,716) | $384,667 |
| Jan 01 2019 | $0 | $0 | $13,500,000 | ($9,568,623) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3,931,377 | $3,931,377 | $1,175,008 | ($4,725,000) | $1,175,008 | ($793,623) | $381,385 |
| Jan 01 2020 | $0 | $0 | $13,500,000 | ($10,689,694) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,810,306 | $2,810,306 | $951,079 | ($4,725,000) | $951,079 | ($1,914,694) | ($963,615) |
| Jan 01 2021 | $0 | $0 | $13,500,000 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $675,000 | $675,000 | $630,412 | ($4,725,000) | $630,412 | ($4,050,000) | ($3,419,588) |
| Jan 01 2022 | $0 | $0 | $13,500,000 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $675,000 | $675,000 | $277,912 | ($4,725,000) | $277,912 | ($4,050,000) | ($3,772,088) |
| Jan 01 2023 | $0 | $0 | $13,500,000 | ($12,825,000) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $675,000 | $675,000 | ($109,783) | ($4,725,000) | ($109,783) | ($4,050,000) | ($4,159,783) |
| Jan 01 2024 | $0 | $0 | $13,500,000 | ($2,984,114) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $10,515,886 | $10,515,886 | ($191,975) | ($4,725,000) | ($191,975) | $5,790,886 | $5,598,912 |
| Jan 01 2025 | $0 | $0 | $13,500,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $13,500,000 | $13,500,000 | $970,661 | ($4,725,000) | $970,661 | $8,775,000 | $9,745,661 |
| Jan 01 2026 | $0 | $0 | $4,050,000 | ($3,811,875) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $238,125 | $238,125 | $958,062 | ($1,417,500) | $958,062 | ($1,179,375) | ($221,313) |
| Apr 18 2026 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $14,806,412 | $0 | $14,806,412 | $14,806,412 | $0 | ($5,182,244) | $0 | $9,624,168 | $9,624,168 |
| Jan 01 2027 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $20,330,077 | $0 | $20,330,077 | $20,330,077 | $1,286,667 | ($7,115,527) | $1,286,667 | $13,214,550 | $14,501,217 |
| Jan 01 2028 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $19,155,877 | $0 | $19,155,877 | $19,155,877 | $1,561,768 | ($6,704,557) | $1,561,768 | $12,451,320 | $14,013,088 |
| Jan 01 2029 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $17,981,677 | $0 | $17,981,677 | $17,981,677 | $1,871,928 | ($6,293,587) | $1,871,928 | $11,688,090 | $13,560,018 |
| Jan 01 2030 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $16,807,476 | $0 | $16,807,476 | $16,807,476 | $2,220,944 | ($5,882,617) | $2,220,944 | $10,924,860 | $13,145,804 |
| Jan 01 2031 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $15,633,276 | $0 | $15,633,276 | $15,633,276 | $2,612,993 | ($5,471,647) | $2,612,993 | $10,161,629 | $12,774,622 |
| Jan 01 2032 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $14,459,076 | $0 | $14,459,076 | $14,459,076 | $3,052,666 | ($5,060,676) | $3,052,666 | $9,398,399 | $12,451,065 |
| Jan 01 2033 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $6,642,438 | $0 | $6,642,438 | $6,642,438 | $1,643,534 | ($2,324,853) | $1,643,534 | $4,317,584 | $5,961,119 |
| Jun 30 2033 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2034 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($371,661) | $0 | ($371,661) | $0 | ($371,661) |
| Jan 01 2035 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($447,070) | $0 | ($447,070) | $0 | ($447,070) |
| Jan 01 2036 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($532,209) | $0 | ($532,209) | $0 | ($532,209) |
| Jan 01 2037 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($628,154) | $0 | ($628,154) | $0 | ($628,154) |
| Jan 01 2038 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | ($337,461) | $0 | ($337,451) | $0 | ($337,461) |
| Jun 30 2038 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

After-Tax NPV @ 7.08% (Risky) and @ 4.55% (Risk-Free) = $21,374,894

Assumptions:
Tax Rate = 35%
Pre-Tax Risk-Free Rate = 7%
After-Tax Risk-Free Rate = 4.55%
Pre-Tax Risky Rate = 9.25%
After-Tax Risky Rate = 7.08%

Notes:
A: BBT0000783 (debt portion does not flow through BB&T)
B: BBT0000851 - BBT0000852 (does not flow through BB&T)
C: BBT0000354 (payments after 2012 less column D flow through BB&T)
D: BBT0000852 (does not flow through BB&T)
E: BBT0001024 (does not flow through BB&T)
F: BBT0001000 (does not flow through BB&T)
G, H: WAC 0311
I: Calculated as 2% of Head Lease value (BBT0000355; BBT0000352)
J: Equal to column AK
K: Calculated as K = A + B + E + F + G + H
L: Calculated as L = C + D + I + J
M: Calculated as M = K + L
N: Equal to column AP
O: Equal to column AG
P: Calculated as P = K + N
Q: Calculated as Q = L + O
R: Calculated as R = P + Q

DEF. EXHIBIT 3

B-62

Exhibit 12a
BB&T Net Present Value of Replacement Option Scenario

Tax Calculation

| | S | T | U | V | W | X | Y | Z | AA | AB | AC | AD | AE | AF | AG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date (Tax Year) | Allocated Sublease Rents | Allocated Open Market Rentals | Allocated Advisory Fee Received at Closing | Interest on Head Lease Collateral | Allocated Advance Head Lease Rent Payment | Allocated Deferred Rent | PV Deferred Rent | Implied Interest on Deferred Rent Balance | Interest on Loan | Allocated Transaction Fees Paid at Closing | Allocated Transaction Fees Paid after Closing | Risk-Free Taxable Income | Risky Taxable Income | Risk-Free Tax Effect | Risky Tax Effect |
| Risky? | N | Y | N | N | N | | N | N | N | N | Y | N | Y | N | Y |
| Jun 30 1997 | $3,361,518 | $0 | $13,889 | $0 | ($9,894,362) | $0 | $0 | $0 | ($2,820,925) | ($137,943) | $0 | ($9,457,824) | $0 | $3,310,238 | $0 |
| Jan 01 1998 | $6,725,670 | $0 | $27,778 | $0 | ($19,679,394) | $0 | $0 | $0 | ($5,564,431) | ($274,362) | $0 | ($18,764,738) | $0 | $6,567,659 | $0 |
| Jan 01 1999 | $6,725,670 | $0 | $27,778 | $0 | ($19,679,394) | $0 | $0 | $0 | ($5,468,628) | ($274,362) | $0 | ($18,668,937) | $0 | $6,534,128 | $0 |
| Jan 01 2000 | $6,725,670 | $0 | $27,778 | $0 | ($19,679,394) | $0 | $0 | $0 | ($5,364,922) | ($274,362) | $0 | ($18,565,231) | $0 | $6,497,831 | $0 |
| Jan 01 2001 | $6,725,670 | $0 | $27,778 | $0 | ($17,304,585) | ($2,374,809) | ($151,085) | $0 | ($5,252,661) | ($274,362) | $0 | ($16,229,226) | $0 | $5,680,229 | $0 |
| Jan 01 2002 | $6,725,670 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($1,349,976) | ($11,843) | ($5,131,137) | ($274,362) | $0 | ($13,871) | $0 | $4,855 | $0 |
| Jan 01 2003 | $6,725,670 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($1,455,814) | ($118,610) | ($4,999,588) | ($274,362) | $0 | ($94,927) | $0 | $33,224 | $0 |
| Jan 01 2004 | $6,725,670 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($1,569,950) | ($242,045) | ($4,302,319) | ($274,362) | $0 | $364,772 | $0 | ($127,670) | $0 |
| Jan 01 2005 | $8,027,510 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($1,693,034) | ($384,105) | ($3,994,991) | ($274,362) | $0 | $1,708,796 | $0 | ($598,079) | $0 |
| Jan 01 2006 | $8,194,718 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($1,825,766) | ($546,953) | ($3,648,513) | ($274,362) | $0 | $1,926,900 | $0 | ($674,415) | $0 |
| Jan 01 2007 | $8,194,718 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($1,968,906) | ($732,974) | ($3,273,451) | ($274,362) | $0 | $1,972,800 | $0 | ($690,480) | $0 |
| Jan 01 2008 | $8,194,718 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($2,123,270) | ($944,602) | ($2,867,447) | ($274,362) | $0 | $2,012,615 | $0 | ($704,415) | $0 |
| Jan 01 2009 | $8,194,718 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($2,289,735) | ($1,185,339) | ($2,427,947) | ($274,362) | $0 | $2,045,113 | $0 | ($715,790) | $0 |
| Jan 01 2010 | $8,194,718 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($2,469,250) | ($1,457,785) | ($1,952,188) | ($274,362) | $0 | $2,068,911 | $0 | ($724,119) | $0 |
| Jan 01 2011 | $8,194,718 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($2,662,839) | ($1,765,664) | ($1,437,179) | ($274,362) | $0 | $2,082,451 | $0 | ($728,858) | $0 |
| Jan 01 2012 | $8,194,718 | $0 | $27,778 | $0 | $0 | ($19,679,394) | ($2,871,608) | ($2,112,859) | ($879,682) | ($274,362) | $0 | $2,083,987 | $0 | ($729,395) | $0 |
| Jan 01 2013 | $0 | $13,500,000 | $27,778 | $0 | $0 | ($19,679,394) | ($3,096,740) | ($2,503,641) | $0 | ($96,007) | ($2,286,000) | ($5,668,610) | $11,214,000 | $1,984,013 | ($3,924,900) |
| Jan 01 2014 | $0 | $13,500,000 | $27,778 | $271,616 | $0 | ($19,679,394) | ($3,339,524) | ($2,942,711) | $0 | ($96,007) | $0 | ($6,076,648) | $13,500,000 | $2,127,597 | ($4,725,000) |
| Jan 01 2015 | $0 | $13,500,000 | $27,778 | $1,337,087 | $0 | ($17,870,590) | ($3,270,330) | ($3,435,238) | $0 | ($96,007) | $0 | ($5,436,710) | $13,500,000 | $1,902,849 | ($4,725,000) |
| Jan 01 2016 | $0 | $13,500,000 | $27,778 | $2,485,769 | $0 | ($16,101,323) | ($3,177,563) | ($3,980,954) | $0 | ($96,007) | $0 | ($4,720,978) | $13,500,000 | $1,652,342 | ($4,725,000) |
| Jan 01 2017 | $0 | $13,500,000 | $27,778 | $3,723,308 | $0 | ($16,101,323) | ($3,426,684) | ($4,520,814) | $0 | ($96,007) | $0 | ($4,292,219) | $13,500,000 | $1,502,277 | ($4,725,000) |
| Jan 01 2018 | $0 | $13,500,000 | $27,778 | $5,069,011 | $0 | ($16,101,323) | ($3,695,338) | ($5,143,682) | $0 | ($96,007) | $0 | ($3,839,236) | $13,500,000 | $1,343,383 | ($4,725,000) |
| Jan 01 2019 | $0 | $13,500,000 | $27,778 | $6,532,774 | $0 | ($16,101,323) | ($3,986,050) | ($5,836,661) | $0 | ($96,007) | $0 | ($3,357,166) | $13,500,000 | $1,175,008 | ($4,725,000) |
| Jan 01 2020 | $0 | $13,500,000 | $27,778 | $8,255,021 | $0 | ($16,101,323) | ($4,297,476) | ($6,606,683) | $0 | ($96,007) | $0 | ($2,717,370) | $13,500,000 | $951,079 | ($4,725,000) |
| Jan 01 2021 | $0 | $13,500,000 | $27,778 | $10,363,023 | $0 | ($16,101,323) | ($4,634,400) | ($7,461,570) | $0 | ($96,007) | $0 | ($1,801,176) | $13,500,000 | $630,412 | ($4,725,000) |
| Jan 01 2022 | $0 | $13,500,000 | $27,778 | $12,681,825 | $0 | ($16,101,323) | ($4,997,737) | ($8,409,894) | $0 | ($96,007) | $0 | ($794,036) | $13,500,000 | $277,912 | ($4,725,000) |
| Jan 01 2023 | $0 | $13,500,000 | $27,778 | $15,232,506 | $0 | ($16,101,323) | ($5,389,560) | ($9,461,052) | $0 | ($96,007) | $0 | $313,667 | $13,500,000 | ($109,763) | ($4,725,000) |
| Jan 01 2024 | $0 | $13,500,000 | $27,778 | $17,054,170 | $0 | ($16,101,323) | ($5,812,101) | ($10,626,340) | $0 | ($96,007) | $0 | $548,500 | $13,500,000 | ($191,975) | ($4,725,000) |
| Jan 01 2025 | $0 | $13,500,000 | $27,778 | $15,476,659 | $0 | ($16,101,323) | ($6,267,770) | ($11,914,035) | $0 | ($96,007) | $0 | ($2,773,375) | $13,500,000 | $970,681 | ($4,725,000) |
| Jan 01 2026 | $0 | $4,050,000 | $27,778 | $17,362,091 | $0 | ($16,101,323) | ($6,759,163) | ($13,339,469) | $0 | ($28,535) | $0 | ($2,737,319) | $4,050,000 | $958,082 | ($1,417,500) |
| Apr 18 2026 | $0 | $14,808,412 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $14,808,412 | $0 | ($5,182,244) |
| Jan 01 2027 | $0 | $20,330,077 | $27,778 | $16,500,336 | $0 | ($16,101,323) | ($7,269,082) | ($14,915,223) | $0 | $0 | $0 | ($3,676,191) | $20,330,077 | $1,286,667 | ($7,115,527) |
| Jan 01 2028 | $0 | $19,155,877 | $27,778 | $20,026,614 | $0 | ($16,101,323) | ($7,860,546) | ($16,656,041) | $0 | $0 | $0 | ($4,462,195) | $19,155,877 | $1,561,768 | ($6,704,557) |
| Jan 01 2029 | $0 | $17,981,677 | $27,778 | $21,678,809 | $0 | ($16,101,323) | ($8,476,813) | ($18,578,141) | $0 | $0 | $0 | ($5,348,367) | $17,981,677 | $1,871,928 | ($6,293,587) |
| Jan 01 2030 | $0 | $16,807,476 | $27,778 | $23,467,311 | $0 | ($16,101,323) | ($9,141,395) | ($20,699,250) | $0 | $0 | $0 | ($6,345,555) | $16,807,476 | $2,220,944 | ($5,882,617) |
| Jan 01 2031 | $0 | $15,633,276 | $27,778 | $25,403,364 | $0 | ($16,101,323) | ($9,858,080) | ($23,038,768) | $0 | $0 | $0 | ($7,465,694) | $15,633,276 | $2,612,993 | ($5,471,647) |
| Jan 01 2032 | $0 | $14,459,076 | $27,778 | $27,499,142 | $0 | ($16,101,323) | ($10,630,953) | ($25,617,866) | $0 | $0 | $0 | ($8,721,902) | $14,459,076 | $3,052,666 | ($5,060,676) |
| Jan 01 2033 | $0 | $6,642,438 | $13,889 | $30,020,493 | $0 | ($8,015,765) | ($5,495,985) | ($29,234,210) | $0 | $0 | $0 | ($4,695,813) | $6,642,438 | $1,643,534 | ($2,324,853) |
| Jun 30 2033 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2034 | $0 | $0 | $0 | $32,244,512 | $0 | $0 | $0 | ($31,182,623) | $0 | $0 | $0 | $1,061,889 | $0 | ($371,661) | $0 |
| Jan 01 2035 | $0 | $0 | $0 | $34,904,684 | $0 | $0 | $0 | ($33,627,341) | $0 | $0 | $0 | $1,277,343 | $0 | ($447,070) | $0 |
| Jan 01 2036 | $0 | $0 | $0 | $37,784,320 | $0 | $0 | $0 | ($36,263,724) | $0 | $0 | $0 | $1,520,598 | $0 | ($532,209) | $0 |
| Jan 01 2037 | $0 | $0 | $0 | $40,901,527 | $0 | $0 | $0 | ($39,106,800) | $0 | $0 | $0 | $1,794,727 | $0 | ($628,154) | $0 |
| Jan 01 2038 | $0 | $0 | $0 | $21,138,169 | $0 | $0 | $0 | ($20,174,025) | $0 | $0 | $0 | $964,144 | $0 | ($337,451) | $0 |
| Jun 30 2038 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |

Assumptions:
Tax Rate = 35%
IRS Discount Rate = 7.84%
Deferred Rent Payment Date = Jun 30 2038

Notes:
S: BBT0000851 - BBT0000852
T: Equal to Column C then Column J
U: Amortized over 36 years (AA/BB&T 00945 - AA/BB&T 00946)
V: BBT0000852, then rates from BBT0000785, accrued end of year
W, X: BBT0000782
Y: Present value of X at IRS Discount Rate, accrued end of year

Z: Calculated as Z = IRS rate * cumulative balance of deferred rent with interest
AA: BBT0001000
AB: Half of total fees amortized over 28.8 years, half over 15.5 years (BBT0002041)
AC: Equal to Column I
AD: Calculated as AD = S + U + V + W + Y + Z + AA + AB
AE: Calculated as AE = T + AC

AF: Calculated as AF = Tax Rate * -AD
AG: Calculated as AG = Tax Rate * -AE

Exhibit 12a
**BB&T Net Present Value of Replacement Option Scenario**

**Imputed Open Market Lease Rents after Year 28.8**

| | AH | AI | AJ | AK |
|---|---|---|---|---|
| Date | Head Lease Residual Value | Anticipated Pre-Tax Interest | Depreciation | Imputed Lease Rent |
| Jun 30 1997 | | | | |
| ... | | | | |
| Apr 18 2026 | $91,423,980 | $5,917,970 | ($8,888,443) | $14,806,412 |
| Jan 01 2027 | $82,535,536 | $7,632,302 | ($12,697,775) | $20,330,077 |
| Jan 01 2028 | $69,837,763 | $6,458,102 | ($12,697,775) | $19,155,877 |
| Jan 01 2029 | $57,139,988 | $5,283,902 | ($12,697,775) | $17,981,677 |
| Jan 01 2030 | $44,442,213 | $4,109,701 | ($12,697,775) | $16,807,476 |
| Jan 01 2031 | $31,744,438 | $2,935,501 | ($12,697,775) | $15,633,276 |
| Jan 01 2032 | $19,046,663 | $1,761,301 | ($12,697,775) | $14,459,076 |
| Jan 01 2033 | $6,348,888 | $293,550 | ($6,348,888) | $6,642,438 |
| Jun 30 2033 | $0 | $0 | $0 | $0 |
| Jan 01 2034 | $0 | $0 | $0 | $0 |
| Jan 01 2035 | $0 | $0 | $0 | $0 |
| Jan 01 2036 | $0 | $0 | $0 | $0 |
| Jan 01 2037 | $0 | $0 | $0 | $0 |
| Jan 01 2038 | $0 | $0 | $0 | $0 |
| Jun 30 2038 | $0 | $0 | $0 | $0 |

Assumptions:
Pre-Tax Risky Rate = 9.25%

Notes:
AH: Initially BBT0000350, then equal to previous value of AH + AJ
AI: Pre-tax cost of financing
AJ: Straight-line depreciation
AK: Calculated as AK = AI - AJ

DEF. EXHIBIT 3

B-64

**Exhibit 12b**
**Sodra Net Present Value of Replacement Scenario**

| | AL | AM | AN | AO | AP | AQ | AR | AS | AT | AU | AV | AW |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Advance Head Lease Rent Payment | Debt Defeasance Account | Equity Defeasance Account | Sublease Rent Payment Schedule | Final Debt Service Payment | Open Market Rentals between years 15.5 and 28.8 | Open Market Rentals after year 28.8 | Head Lease Collateral | Transaction Fees Paid after Closing | Total Risk-Free Cash Flow | Total Risky Cash Flow | Total Cash Flow |
| *Risky?* | *N* | *N* | *N* | *N* | *N* | *Y* | *Y* | *Y* | *Y* | *N* | *Y* | |
| Jun 30 1997 | $86,237,131 | ($68,008,236) | ($12,000,193) | $0 | $0 | $0 | $0 | $0 | $0 | $6,228,702 | $0 | $6,228,702 |
| Jan 01 1998 | $0 | $3,381,518 | $0 | ($3,381,518) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 1999 | $0 | $6,725,670 | $0 | ($6,725,670) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2000 | $0 | $6,725,670 | $0 | ($6,725,670) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2001 | $0 | $6,725,670 | $0 | ($6,725,670) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2002 | $0 | $6,725,670 | $0 | ($6,725,670) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2003 | $0 | $6,725,670 | $0 | ($6,725,670) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2004 | $0 | $13,451,340 | $0 | ($13,451,340) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2005 | $0 | $8,027,510 | $0 | ($8,027,510) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2006 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2007 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2008 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2009 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2010 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2011 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2012 | $0 | $8,194,718 | $0 | ($8,194,718) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2013 | $0 | $11,542,500 | $8,189,967 | $0 | ($11,542,500) | ($13,500,000) | $0 | $0 | ($2,288,000) | $8,189,967 | ($15,786,000) | ($7,596,033) |
| Apr 15 2013 | $0 | $0 | $6,781,115 | $0 | $0 | $0 | $0 | $0 | $0 | $6,781,115 | $0 | $6,781,115 |
| Jun 15 2013 | $0 | $0 | $6,781,115 | $0 | $0 | $0 | $0 | $0 | $0 | $6,781,115 | $0 | $6,781,115 |
| Sep 15 2013 | $0 | $0 | $6,781,115 | $0 | $0 | $0 | $0 | $0 | $0 | $6,781,115 | $0 | $6,781,115 |
| Dec 15 2013 | $0 | $0 | $6,781,115 | $0 | $0 | $0 | $0 | $0 | $0 | $6,781,115 | $0 | $6,781,115 |
| Jan 01 2014 | $0 | $0 | $0 | $0 | $0 | ($13,500,000) | $0 | $2,716,157 | $0 | $0 | ($10,783,843) | ($10,783,843) |
| Jan 01 2015 | $0 | $0 | $0 | $0 | $0 | ($13,500,000) | $0 | $10,383,095 | $0 | $0 | ($3,116,905) | ($3,116,905) |
| Jan 01 2016 | $0 | $0 | $0 | $0 | $0 | ($13,500,000) | $0 | $10,149,732 | $0 | $0 | ($3,350,268) | ($3,350,268) |
| Jan 01 2017 | $0 | $0 | $0 | $0 | $0 | ($13,500,000) | $0 | $9,889,630 | $0 | $0 | ($3,610,370) | ($3,610,370) |
| Jan 01 2018 | $0 | $0 | $0 | $0 | $0 | ($13,500,000) | $0 | $9,733,716 | $0 | $0 | ($3,766,284) | ($3,766,284) |
| Jan 01 2019 | $0 | $0 | $0 | $0 | $0 | ($13,500,000) | $0 | $9,568,623 | $0 | $0 | ($3,931,377) | ($3,931,377) |
| Jan 01 2020 | $0 | $0 | $0 | $0 | $0 | ($13,500,000) | $0 | $10,689,694 | $0 | $0 | ($2,810,306) | ($2,810,306) |
| Jan 01 2021 | $0 | $0 | $0 | $0 | $0 | ($13,500,000) | $0 | $12,825,000 | $0 | $0 | ($675,000) | ($675,000) |
| Jan 01 2022 | $0 | $0 | $0 | $0 | $0 | ($13,500,000) | $0 | $12,825,000 | $0 | $0 | ($675,000) | ($675,000) |
| Jan 01 2023 | $0 | $0 | $0 | $0 | $0 | ($13,500,000) | $0 | $12,825,000 | $0 | $0 | ($675,000) | ($675,000) |
| Jan 01 2024 | $0 | $0 | $0 | $0 | $0 | ($13,500,000) | $0 | $2,984,114 | $0 | $0 | ($10,515,886) | ($10,515,886) |
| Jan 01 2025 | $0 | $0 | $0 | $0 | $0 | ($13,500,000) | $0 | $0 | $0 | $0 | ($13,500,000) | ($13,500,000) |
| Jan 01 2026 | $0 | $0 | $0 | $0 | $0 | ($13,500,000) | $0 | $3,811,875 | $0 | $0 | ($9,688,125) | ($9,688,125) |
| Apr 18 2026 | $0 | $0 | $0 | $0 | $0 | ($4,050,000) | $0 | $0 | $0 | $0 | ($4,050,000) | ($4,050,000) |
| Jan 01 2027 | $0 | $0 | $0 | $0 | $0 | $0 | ($14,806,412) | $0 | $0 | $0 | ($14,806,412) | ($14,806,412) |
| Jan 01 2028 | $0 | $0 | $0 | $0 | $0 | $0 | ($20,330,077) | $0 | $0 | $0 | ($20,330,077) | ($20,330,077) |
| Jan 01 2029 | $0 | $0 | $0 | $0 | $0 | $0 | ($19,155,877) | $0 | $0 | $0 | ($19,155,877) | ($19,155,877) |
| Jan 01 2030 | $0 | $0 | $0 | $0 | $0 | $0 | ($17,981,677) | $0 | $0 | $0 | ($17,981,677) | ($17,981,677) |
| Jan 01 2031 | $0 | $0 | $0 | $0 | $0 | $0 | ($16,807,476) | $0 | $0 | $0 | ($16,807,476) | ($16,807,476) |
| Jan 01 2032 | $0 | $0 | $0 | $0 | $0 | $0 | ($15,633,276) | $0 | $0 | $0 | ($15,633,276) | ($15,633,276) |
| Jan 01 2033 | $0 | $0 | $0 | $0 | $0 | $0 | ($14,459,076) | $0 | $0 | $0 | ($14,459,076) | ($14,459,076) |
| Jun 30 2033 | $0 | $0 | $0 | $0 | $0 | $0 | ($6,642,438) | $0 | $0 | $0 | ($6,642,438) | ($6,642,438) |
| Jan 01 2034 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2035 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2036 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2037 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jan 01 2038 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Jun 30 2038 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| NPVs | | | | | | | | | | | | |
| | | | | | | | | | | | NPV @ 9.25% (Risky) and @ 7% (Risk-Free) = | ($2,493,157) |

Assumptions:
Tax Rate = Sodra is Tax-Exempt
Risk-Free Rate = 7%
Risky Rate = 9.25%

Notes:
AL: Calculated as AL = -A (debt and equity portions do not flow through Sodra)
AM: BBT0001024 (does not flow through Sodra)
AN: BBT0001044 - BBT0001045 (does not flow through Sodra)
AO, AP: Calculated as AO + AP = -B (does not flow through Sodra)
AQ: Calculated as AQ = -C
AR: Calculated as AR = -J

AS: Calculated as AS = -D
AT: Calculated as AT = -I
AU: Calculated as AU = AL + AM + AN + AO + AP
AV: Calculated as AV = AQ + AR + AS + AT
AW: Calculated as AW = AU + AV

DEF. EXHIBIT 3

B-65

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

-----------------------------------

BB&T CORPORATION,

Plaintiff,

-against- Civil No. 1:04 CV 00941

UNITED STATES OF AMERICA,

Defendant.

-----------------------------------

DEPOSITION OF ROMAN L. WEIL, taken by Defendant, pursuant to Agreement, held at the offices of Sullivan & Cromwell, LLP, 125 Broad Street, New York, New York, on Wednesday, April 12, 2006, at 9:08 a.m., before Lisa Rosenfeld, a Shorthand Reporter and Notary Public within and for the State of New York.

DEF. EXHIBIT 4