# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * *

**CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES,**

**Plaintiff,**

**v.**

**UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

**No. 06-305T**
**Filed: July 29, 2008**

## O R D E R

The court is in receipt of a July 17, 2008 letter from plaintiff's counsel, a copy of which also was sent to the government's counsel. On or before **Tuesday, August 5, 2008**, defendant shall provide the court with any comments on the letter it wishes to make, or a notice to the court that it has no comment.

Furthermore, the court **SCHEDULES** closing argument on one of the dates proposed by the parties, **Wednesday, August 13, 2008, 10:30 a.m. EDT**, at the Howard T. Markey National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. The parties shall appear in person for the closing argument.

**IT IS SO ORDERED**.

s/ Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**