**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. & SUBSIDIARIES, | ) | |
| Plaintiff, | ) | Case. No. 06-305T |
| v. | ) | Hon. Marian Blank Horn |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE**

Pursuant to the Court's July, 29, 2008, the United States hereby files this Notice.

On July 17, 2008, Plaintiff's counsel sent a letter outlining additional compensation received by Dr. Roman Weil, Plaintiff's expert, from Cornerstone Research related to the support services provided by Cornerstone Research to Dr. Weil. The Government does not have any basis to challenge the representations set forth in counsel's letter or comment further about this newly disclosed compensation arrangement.

Respectfully submitted this August 5, 2008.

/s/ DAVID N. GEIER
Attorney of Record
U.S. Department of Justice, Tax Division
Post Office Box 26
Washington, DC 20044
Telephone: (202) 616-3448
Facsimile: (202) 307-0054

NATHAN J. HOCHMAN
Assistant Attorney General

/s/ STEVEN I. FRAHM
Acting Chief
Court of Federal Claims Section, Of Counsel

JOSEPH A. SERGI
ADAM R. SMART
KAREN M. GROEN
Trial Attorneys